| | |
|---|---|
| **From:** | FLSD CMECFAuto Sender <cmecfautosender@flsd.uscourts.gov> |
| **Sent:** | Monday, November 23, 2020 1:13 PM |
| **To:** | flsd_cmecf_notice@flsd.uscourts.gov |
| **Subject:** | Activity in Case 9:20-mj-08364-DLB USA v. Saintillus Notice of Criminal Transfer |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Florida

**FILED**
Dec 03, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CAED Case No.
2:20-cr-0213 KJM

## Notice of Electronic Filing

The following transaction was entered on 11/23/2020 at 4:13 PM EST and filed on 11/23/2020
**Case Name:**     USA v. Saintillus
**Case Number:**   9:20-mj-08364-DLB
**Filer:**
**Document Number:** 10

**Docket Text:**
**Notice of Criminal Transfer to California Eastern of a Rule 5 or Rule 32 Initial Appearance as to Chaloner Saintillus. Your case number is: 2:20-cr-00213-KJM. Docket sheet and documents attached. If you require certified copies of any documents, please call our Records Section at 305-523-5210.** *Attention Receiving Court: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov.* **(kza)**


**9:20-mj-08364-DLB-1 Notice has been electronically mailed to:**

Aurora Fagan     aurora.fagan@usdoj.gov, maureen.booker@usdoj.gov, SGeer@usa.doj.gov, Shawn.Ball@usdoj.gov, USAFLS-BRDKT@usdoj.gov, usafls-hqdkt@usdoj.gov

Peter Vincent Birch     Peter_Birch@fd.org, alis_borrero@fd.org

**9:20-mj-08364-DLB-1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

The following document(s) are associated with this transaction:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **20-8364-DLB**

UNITED STATES OF AMERICA,
        Plaintiff,

v.

**CHALONER SAINTILLUS,**
        Defendant.
_____/

FILED BY _KW_ D.C.
NOV 20 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## WARRANT OF REMOVAL

A(n) __X__ Complaint
    _____ Indictment
    _____ Information
    _____ Probation Violation Warrant
    _____ Supervised Release Violation Warrant
    _____ Bench Warrant

having been filed in the **EASTERN** District of **CALIFORNIA**, charging the above named defendant with **21: 846, 841**, and the defendant having

    _____ surrendered
    __X__ been arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

    _____ waived further hearing
    _____ been given a hearing in accordance with

**Fed.R.Crim.P. 5(c).**

And having not posted the bail as set by the Court, the defendant is hereby committed to the custody of the United States Marshal for removal to the District where the charge is pending and delivery to the United States Marshal for that District or his lawfully authorized representative.

**DONE AND ORDERED** at West Palm Beach, Florida this **20TH** day of **NOV**, 2020.

_____William Matthewman_____
**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**

U.S. Marshal (certified copy)

**U.S. District Court**
**Southern District of Florida (West Palm Beach)**
**CRIMINAL DOCKET FOR CASE #: 9:20-mj-08364-DLB All Defendants**

Case title: USA v. Saintillus
Other court case number: 20-mj-0162 JDP Eastern District of California

Date Filed: 10/27/2020
Date Terminated: 11/20/2020

Assigned to: Magistrate Judge Dave Lee Brannon

**Defendant (1)**

**Chaloner Saintillus**
14772-509
*English; YOB 1988*
*TERMINATED: 11/20/2020*
*also known as*
Shalam Ali El Bey
*TERMINATED: 11/20/2020*

represented by **Noticing FPD-WPB**
(561) 833-6288
Email: wpb_ecf@fd.org
*TERMINATED: 10/29/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

**Peter Vincent Birch**
Federal Public Defender's Office
450 Australian Avenue
Suite 500
West Palm Beach, FL 33401
561-833-6288
Email: Peter_Birch@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

Removal of Criminal Complaint from Eastern District of California for Violation of 21:841 (a)(1) and 21:846

**Disposition**

**Plaintiff**

**USA**        represented by   **Aurora Fagan**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
561-820-8711
Fax: 561-209-1787
Email: aurora.fagan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/27/2020 | 1 | Magistrate Removal of Complaint from Eastern District of California. Case number in the other District 2:20-mj-0162 JDP as to Chaloner Saintillus (1). (spe) (Additional attachment(s) added on 11/23/2020: # 1 Indictment in EDCA) (kza). (Additional attachment(s) added on 11/23/2020: # 2 Arrest Warrant in EDCA) (kza). (Entered: 10/27/2020) |
| 10/27/2020 | 2 | NOTICE OF HEARING as to Chaloner Saintillus - Initial Appearance - Rule 5(c)(3)/40 set for 10/28/2020 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate. (spe) (Entered: 10/27/2020) |
| 10/28/2020 | 3 | PAPERLESS Minute Order for proceedings held before Magistrate Judge Dave Lee Brannon: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Chaloner Saintillus held on 10/28/2020. Date of Arrest or Surrender: 10/28/2020. Defendant present via Zoom and sworn. Defendant advised of charges, maximum penalties and rights. Defendant questioned regarding appointment of counsel and found to be indigent. FPD appointed. Government requested pre-trial detention; defendant requested five days to prepare/consult with counsel. Total time in court: 18 minutes. Identity/Removal and Detention Hearing set for 11/4/2020 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate. Attorney Appearance(s) via Zoom: Aurora Fagan (AUSA); Peter Birch (AFPD). Attorney added: Noticing FPD-WPB for Chaloner Saintillus (Digital 11:08:42) Signed by Magistrate Judge Dave Lee Brannon on 10/28/2020. (spe) (Entered: 10/28/2020) |
| 10/29/2020 | 4 | Notice of Assignment of Assistant Federal Public Defender as to Chaloner Saintillus. Attorney Peter Vincent Birch added. Attorney Noticing FPD-WPB terminated.. Attorney Peter Vincent Birch added to party Chaloner Saintillus(pty:dft). (Birch, Peter) (Entered: 10/29/2020) |
| 10/30/2020 | 5 | Unopposed MOTION to Continue *Hearings* by Chaloner Saintillus. Responses due by 11/13/2020 (Birch, Peter) (Entered: 10/30/2020) |
| 10/30/2020 | 6 | PAPERLESS ORDER granting 5 Motion to Continue as to Chaloner Saintillus (1). The period between 10/30/2020 through 11/20/2020 shall be deemed speedy trial excludable in that the interests of justice outweigh the defendant's and the public's right to a speedy trial so that the defendant can explore retaining counsel of choice. Detention Hearing reset for 11/20/2020 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate. Removal Hearing reset for 11/20/2020 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate. Signed by Magistrate Judge Dave Lee Brannon on 10/30/2020. (spe) (Entered: 10/30/2020) |
| 11/20/2020 | 7 | NOTICE *of Filing Hearing Exhibits* by USA as to Chaloner Saintillus (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Fagan, Aurora) (Entered: 11/20/2020) |
| 11/20/2020 | 8 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge William Matthewman: |

| | | |
|---|---|---|
| | | The Hearing was held by Zoom video conference with all parties. The Defendant waived his physical appearance in the courtroom and appeared by video from the Palm Beach County Jail. The Court found the hearing cannot be further delayed without serious harm to the interests of justice. The Court approved defendant's waiver of presence and found the Defendant's consent to appear by video knowing and voluntary. Status Conference Re Detention Hearing as to Chaloner Saintillus held on 11/20/2020. The Defendant requested that the Detention Hearing be held in the EDCA. Removal Hearing as to Chaloner Saintillus held on 11/20/2020. The Court took judicial notice of the Indictment in the EDCA case number 20-CR-00213-KJM. Government proffer. Copy of arrest warrant from EDCA provided to the Court. Government witness: Xavier Martinez S/A HSI testified. Government Exhibits 1-3 admitted in evidence. The Defendant interrupted the Court. The Court advised the Defendant of his right to remain silent. Argument held. The Court found identity that the Defendant is the person sought in the EDCA. The Court ordered the Defendant removed and signed the Warrant of Removal. Total time in court: 40 minutes. Attorney Appearance(s): AUSA Aurora Fagan, Peter Vincent Birch, AFPD. (Digital 10:52:58) (kza) (Entered: 11/21/2020) |
| 11/20/2020 | 9 | WARRANT OF REMOVAL ISSUED to District of California Eastern as to Chaloner Saintillus. Closing Case for Defendant. Signed by Magistrate Judge William Matthewman on 11/20/2020. *See attached document for full details.* (kza) (Entered: 11/23/2020) |
| 11/23/2020 | 10 | Notice of Criminal Transfer to California Eastern of a Rule 5 or Rule 32 Initial Appearance as to Chaloner Saintillus. Your case number is: 2:20-cr-00213-KJM. Docket sheet and documents attached. If you require certified copies of any documents, please call our Records Section at 305-523-5210. *Attention Receiving Court: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov.* (kza) (Entered: 11/23/2020) |