PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHALONER SAINTILLUS, <br><br> Defendant. | CASE NO. 2:20-CR-213-KJM <br><br> DESIGNATION OF COUNSEL |

    Assistant U.S. Attorney Sam Stefanki is the new attorney of record for the plaintiff in the above-referenced case. Please remove former Assistant U.S. Attorney Grant B. Rabenn as attorney of record and replace him with Sam Stefanki as lead attorney to be noticed.

Dated: March 23, 2021                          PHILLIP A. TALBERT
                                              Acting United States Attorney

                                         By: /s/ Sam Stefanki
                                                 SAM STEFANKI
                                                 Assistant United States Attorney

DESIGNATION OF COUNSEL