UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE No: **2:20–CR–00213–KJM** |
| Plaintiff, | |
| v. | **STANDING ORDER RE DISCOVERY AND EXHIBITS** |
| **CHALONER SAINTILLUS ,** | |
| Defendant. | |

    In all criminal cases to be heard by the undersigned, it shall be the duty of the parties, upon request, to complete discovery without unreasonable delay.  In performing this duty:

1. The parties shall make reasonable efforts to preserve the integrity of all discovery. This includes preserving electronically stored information and ensuring all discovery is provided in its original order, form and sequence.  This duty extends to discovery obtained from an outside organization.  Where a subpoena specifically instructs the subpoena recipient to properly preserve the integrity of all discovery, this duty will be deemed discharged.  The party providing discovery shall convey what efforts were made to preserve the integrity of all discovery provided.  All counsel are also required to make reasonable efforts to ensure access to originals whenever requested.

/////

/////

2. The parties shall sequentially number all pages or otherwise clearly identify items of discovery provided so that parties may refer to the sequential page number or identifier during trial or any pretrial proceeding.

A violation of this order may result in the imposition of sanctions including, but not limited to, monetary sanctions, the exclusion of evidence, or the striking of testimony or documents

IT IS SO ORDERED.

DATE:   March 26, 2021

                                          */s/ Kimberly J. Mueller*
                                      KIMBERLY J. MUELLER
                                      UNITED STATES CHIEF DISTRICT JUDGE