HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Mia_Crager@fd.org

Attorney for Defendant
Chaloner Saintillus

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-cr-213-KJM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **NOTICE OF APPEARANCE AND** |
|  | ) **DESIGNATION OF COUNSEL** |
| Chaloner Saintillus | ) |
| Defendant. | ) |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, I confirm my appearance as counsel of record in this case for Chaloner Saintillus and designate counsel for service as follows:

>Mia Crager
>Assistant Federal Defender
>801 I Street, 3rd Floor
>Sacramento, CA 95814
>Telephone: (916) 498-5700
>Mia_Crager@fd.org

I hereby certify that I am an attorney admitted to practice in this court. Please remove Assistant Federal Defender Hannah Labaree from the service list.

Dated: April 16, 2021

>*/s/ Mia Crager*
>Mia Crager
>Assistant Federal Defender
>Attorney for Defendant
>Chaloner Saintillus