HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CHALONER SAINTILLUS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:20-cr-00213-KJM |
|---|---|---|
| Plaintiff, | ) ) | **REQUEST TO SPECIALLY SET AN IN-PERSON HEARING ON JUNE 16, 2021** |
| vs. | ) ) |  |
| CHALONER SAINTILLUS, | ) | Judge:  Hon. Kimberly J. Mueller |
| Defendant. | ) ) ) |  |

A status conference in this matter was previously set for June 14, 2021.  Counsel for Mr. Saintillus requests that the matter be specially set for an in-person hearing on June 16, 2021 at 9:30 AM.  At the upcoming hearing, counsel intends to discuss Mr. Saintillus's request for self-representation and issues related to 18 U.S.C. § 4241.  Mr. Saintillus does not consent to proceed by Zoom.  Due to the weighty nature of the issues likely to arise at the hearing, counsel requests that it be scheduled for an in-person hearing.  Government counsel does not object to this request.

Date: June 4, 2021

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Mia Crager*
MIA CRAGER
Assistant Federal Defender

-1-