HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
Chaloner Saintillus

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Chaloner Saintillus, <br><br> Defendant | Case No.  2:20-cr-00213-KJM <br><br> DECLARATION OF MIA CRAGER <br><br> Judge: Hon. Kimberly J. Mueller |

I, Mia Crager, do declare the following:

1. I am an Assistant Federal Defender previously appointed to represent Chaloner Saintillus (aka Mr. Bey) in this case.  Mr. Bey has expressed his intention to present himself *pro se*, however at this time I have not been relieved by the Court and remain counsel of record.

2. I make this declaration pursuant to the Court's order on June 16, 2021 (see Docket no. 29).

3. After several meetings with Mr. Bey, I have become concerned that he is unable to assist me with his defense in regards to his federal criminal case, as set forth in 18 U.S.C § 4241(a).  I have been able to speak with Mr. Bey about a number of other matters that do not relate to his federal criminal case, but I am concerned that he does not understand the nature of the current proceeding in federal criminal court and that he is not able to properly assist.  As a result, I have been unable to make any progress in his defense.

4. It is my understanding that the Court has the authority to make its own motion as to competency under section 4241(a).  On such a motion, the Court may order an evaluation under section 4241(b).  If the Court so orders, the undersigned would request that any evaluation be conducted locally at Sacramento County Jail, where Mr. Bey is currently detained, instead of transporting him to a Bureau of Prisons facility.  The undersigned understands that the government would oppose this request and that further briefing may be appropriate to assist the

Court in crafting an appropriate order.

    I affirm that the above is true and correct to the best of my personal knowledge.

DATED: June 16, 2021, in Sacramento, California.

                                              */s/ Mia Crager*