UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
--oOo--

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket No. 20-CR-213 |
| | ) | Sacramento, California |
| Plaintiff, | ) | March 24, 2021 |
| | ) | 2:01 p.m. |
| v. | ) | |
| | ) | |
| CHALONER SAINTILLUS, | ) | Re: Arraignment and |
| | ) | initial appearance |
| Defendant. | ) | |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

APPEARANCES (Via Zoom):

For the Plaintiff: HON. PHILLIP A. TALBERT
United States Attorney by
MR. SAMUEL STEFANKI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

For the Defendant: OFFICE OF THE FEDERAL DEFENDER by
MS. HANNAH LABAREE
801 I Street, 3rd Floor
Sacramento, CA 95814

JENNIFER COULTHARD, RMR, CRR
Official Court Reporter
501 I Street, Suite 4-200
Sacramento, CA 95814
jenrmrcrr2@gmail.com
(530)537-9312

Proceedings recorded via mechanical Steno - transcript produced via Computer-Aided Transcription

SACRAMENTO, CALIFORNIA, WEDNESDAY, MARCH 24, 2021

--oOo--

(In open court via Zoom.)

THE CLERK: Calling criminal matter 20-213, the United States v. Chaloner Saintillus, on for arraignment, initial appearance.

THE COURT: Good afternoon. Who's here on behalf of the United States?

MR. STEFANKI: Good afternoon, Your Honor; Sam Stefanki on behalf of the United States.

THE COURT: And do you consent to proceeding by Zoom?

MR. STEFANKI: Yes, Your Honor. Thank you.

THE COURT: Thank you. Is anyone here on behalf of Mr. Saintillus?

MS. LABAREE: Good afternoon, Your Honor; Hannah Labaree from the Federal Defenders Office for Mr. Saintillus.

My understanding from the courtroom deputy is that he did not agree to come to appear today.

My understanding from speaking with him earlier is that we are going to be asking for an in-person detention hearing in this case and so my guess is that he's not agreeing to appear by Zoom for the initial appearance either.

THE COURT: All right. So what would you suggest we do, Ms. Labaree?

MS. LABAREE: I would request for it to be put on for

both the IA and the detention hearing this Friday. I understand that might take some wrangling, and so we can talk about later dates.

THE COURT: All right. Mr. Stefanki, does Friday work for you?

MR. STEFANKI: Your Honor, the government's preference would be that we try to just set an initial appearance tomorrow, just given under Rule 5 he needs to have that without unnecessary delay unless -- the problem is I don't believe Ms. Labaree has technically been appointed to represent Mr. Saintillus, so I'm not sure that she can put anything on the record as to whether this delay is necessary or not to wait until Friday for an initial and a detention hearing.

THE COURT: Well, what would you suggest we do if he won't come out of his cell?

MR. STEFANKI: I would propose we put the initial appearance over until tomorrow, see if he decides to come out of his cell tomorrow; and if he doesn't, then we can have a first initial and detention hearing on Friday.

MS. LABAREE: Your Honor --

THE COURT: Go ahead, Ms. Labaree.

MS. LABAREE: I was able to speak to him today, and I did confirm that he qualifies for a federal public defender, so I would ask to be appointed today.

You know, I believe that for the purposes of sort of

expediency, based on what I know about his desires, I would be okay with the -- I think it's a necessary delay under Rule 5 until Friday to do the IA and detention hearing at one time.

THE COURT: All right. Well, I'm going to do both. So first, I'm going to appoint the Office of the Federal Defender to represent Mr. Saintillus.

I'm going to put the matter over for initial appearance tomorrow and hope that he comes and appears by Zoom, but I'm also going to put the matter over for a detention hearing in person in front of Judge Newman on Friday at 2:00.

I believe when we've had this situation before, they've used the 16th floor courtroom, and all people who do consent to proceeding by Zoom can appear that way. So I will leave it with Judge Newman's courtroom deputy and the marshals and anybody else about how exactly this is going to get worked out.

I know that Judge Claire had an in-person hearing several months ago, so whatever protocol she followed for that may be workable again with Judge Newman.

If Mr. Saintillus appears tomorrow by video for an initial appearance, then Judge Newman will arraign him on the indictment.

I understand he's already appeared in front of a judicial officer more than once in Florida, so he's certainly aware of what the charges are.

He also filed on the docket a motion to dismiss, so again, he seems to be quite conversant with how these things are going to go.

For the record, even though Mr. Saintillus is not here, I am going to order under Criminal Rule 5(f) that the government be ordered to comply with its disclosure obligations under *Brady v. Maryland* and related case. Failure to do so may result in sanctions and a written order may follow. It may be that Judge Newman readvises the government of that tomorrow or Friday, but better too much than too little.

In the meantime, I'm going to temporarily detain him based on the information currently before me with the pretrial services report and the findings of the prior magistrate judges in Florida, and we will take it from there.

Anything further we can do today, Mr. Stefanki?

MR. STEFANKI: No. Thank you, Your Honor.

THE COURT: All right. Anything further you think we can do, Ms. Labaree?

MS. LABAREE: No, Your Honor. Thank you.

THE COURT: All right. So if he refuses to come out of his cell tomorrow for a Zoom appearance for the initial appearance, then Judge Newman will do it Friday, but I would ask that the jail and the marshals let everybody know ahead of time.

I don't know if Judge Newman will want folks to appear

to make a record of it or what the situation will be, but perhaps, Ms. Labaree, if he knows that he's getting an in-person deposition hearing on Friday, if we can get that together, then he'll come and appear for an initial appearance. And you may just suggest to him that this is going to make things take longer, but we will do what we can. All right? So that will adjourn that matter. Call the next matter. Thank you.

MR. STEFANKI: Thank you, Your Honor.

(Concluded at 2:07 p.m.)

C E R T I F I C A T E

I certify that the foregoing is a true and correct transcript of the record of proceedings in the above-entitled matter.

Jennifer Coulthard

JENNIFER L. COULTHARD, RMR, CRR
Official Court Reporter

June 16, 2021
DATE