```
                 IN THE UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
         BEFORE THE HONORABLE KENDALL J. NEWMAN, MAGISTRATE JUDGE

UNITED STATES OF AMERICA,

              Plaintiff,
vs.                                 Sacramento, California
                                    No. 2:20-cr-00213
CHALONER SAINTILLUS,                Thursday, March 25, 2021
                                    1:57 p.m.
              Defendant.
_____/


                              --oOo--

                REPORTER'S TRANSCRIPT OF PROCEEDINGS

                RE: ARRAIGNMENT  AND INITIAL APPEARANCE

                (Proceedings held via Zoom video conference.)

                              --oOo--

APPEARANCES:

For the Government:           UNITED STATES ATTORNEY'S OFFICE
                              SAMUEL STEFANKI
                              Assistant U.S. Attorney
                              501 I Street, Suite 10-100
                              Sacramento, CA  95814

For the Defendant:            OFFICE OF THE FEDERAL DEFENDER
                              HANNAH LABAREE
                              Assistant Federal Defender
                              801 I Street, 3rd Floor
                              Sacramento, CA  95814

Official Reporter:            KACY PARKER BARAJAS
                              CSR No. 10915, RMR, CRR, CRC
                              UNITED STATES DISTRICT COURT
                              501 I Street, Suite 4-200
                              Sacramento, CA  95814
                              kbarajas.csr@gmail.com
```

*Proceedings recorded by mechanical stenography.  Transcript produced by computer-aided transcription.*

```
 1          SACRAMENTO, CALIFORNIA, THURSDAY, MARCH 25, 2021, 1:57 PM
 2                                 --oOo--
 3               THE CLERK:  Come to order.  Court is now in session.
 4    The Honorable Kendall J. Newman, United States Magistrate Judge
 5    presiding.
 6               Calling criminal case 20-213-KJM, United States versus
 7    Chaloner Saintillus on for arraignment and initial
 8    appearance.
 9               THE COURT:  And good afternoon.  I'm Judge Newman.  If
10    I could have appearances for the record starting with
11    government's counsel.
12               MR. STEFANKI:  Good afternoon, your Honor.
13    Sam Stefanki on behalf of the United States.
14               THE COURT:  Mr. Stefanki, good afternoon.  Good to see
15    you.
16               And for the defendant?
17               MS. LABAREE:  Good afternoon, your Honor.
18    Hannah Labaree for Mr. Saintillus, previously appointed.  It
19    appears that he is not present for the hearing today.
20               THE COURT:  And Ms. Labaree, good afternoon.  Good
21    afternoon.  Good to see you.  And also we have a pretrial
22    services officer.  Ms. Zepeda, are you here on this matter as
23    well?
24               OFFICER ZEPEDA:  Yes, your Honor.  Good afternoon.
25               THE COURT:  Good afternoon.
```

1       So I take one day away from duty, and everything just
2  goes to heck.  So Ms. Labaree, have you had an opportunity to
3  talk to Mr. Saintillus?
4       MS. LABAREE:  I spoke to him yesterday, yes, and his
5  main request was to have an in-person detention hearing.  So
6  that's what we've requested for tomorrow.  And my request
7  yesterday and it stands today is that we simply conduct the
8  initial appearance tomorrow as well where he can be advised of
9  the charges.
10      THE COURT:  All right.  And without breaching any
11 attorney-client privilege, do you know why he's insisting on
12 having the in-person detention hearing?
13      MS. LABAREE:  I don't want go into too many details,
14 but I will just note he was brought over here from Florida in
15 custody; and you know, I can imagine that to be told that
16 you're then going to have an important hearing over video might
17 not make a lot of sense after you've made such a trip for the
18 purposes of being in this district, so...
19      THE COURT:  Well, I understand that.  The only reason
20 I also ask is, having read through the pretrial services
21 reports, he's had a couple incidents in courts before hitting
22 the judge's microphone, lying down, refusing to leave when
23 instructed.  So that's why I just didn't know what we're
24 getting into.  But we will honor his request.  And so we're
25 going to have -- it's already set for tomorrow.  So we will do

1  the arraignment/initial appearance tomorrow as well as the
2  detention hearing.
3        First off, I assume since that was his request, he
4  will willingly come.  But I want to make clear, I am
5  instructing the marshals and jail staff not to forcibly remove
6  him from his cell.  If he refuses to come out of his cell, then
7  he'll just sit in his cell, and we'll continue it until
8  sometime next week.  But I do not want to get into a cell
9  extraction issue which can become more problematic.
10       And the other point I wanted to raise to each of you
11 and I think Alex did it on my behalf, but none of you are
12 required to be there in person.  The fact that he wants to be
13 there in person, I will honor that.  I will be there in person,
14 but I'm certainly not requiring any of you to be.  You are
15 welcome to remote in.
16       But with that said, Mr. Stefanki, is it my
17 understanding you are going to be there in person tomorrow?
18       MR. STEFANKI:  That's correct, your Honor.  I'm
19 already actually going to be in the courthouse, so it's not an
20 imposition in any way, but I appreciate the Court's
21 consideration.
22       THE COURT:  Ms. Labaree?
23       MS. LABAREE:  I will be present, yes.
24       THE COURT:  Ms. Zepeda?
25       OFFICER ZEPEDA:  I will be appearing virtually via

1  Zoom, your Honor.
2              THE COURT:  Okay.  And because we have remote and then
3  we have an in-person, currently the thought is that
4  Mr. Saintillus will be at 3:00 p.m. or as soon as we can
5  following the 2:00 p.m. calendar.  But if it turns out, for
6  example, he's the only thing on tomorrow's calendar, then we'll
7  just do it right at 2:00 p.m.  But I'll be down at the
8  courthouse ready to go regardless, and I'll just conduct my
9  afternoon calendar from in the courtroom.  We just need to
10 accommodate the marshals' and jail staff's schedule.
11             Anything else today other than I'll see you tomorrow,
12 Mr. Stefanki?
13             MR. STEFANKI:  No, your Honor.  Thank you.
14             THE COURT:  Ms. Labaree?
15             MS. LABAREE:  No, your Honor.
16             THE COURT:  All right.  Look forward to seeing you all
17 tomorrow.
18             Alex, anything else?  Did I forget anything?
19             THE CLERK:  No, Judge, you didn't.
20             THE COURT:  Perfect.  All right.  Thank you.
21             (The proceedings adjourned at 2:02 p.m.)
22                             --oOo--
23
24
25

1   I certify that the foregoing is a correct transcript from the

2   record of proceedings in the above-entitled matter.

3                                  /s/ Kacy Parker Barajas

                                   _____
4                                  KACY PARKER BARAJAS
                                   CSR No. 10915, RMR, CRR, CRC
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25