```
1              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF CALIFORNIA
2        BEFORE THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE

3    UNITED STATES OF AMERICA,

4                     Plaintiff,
     vs.                           Sacramento, California
5                                  No. 2:20-cr-00213
     CHALONER SAINTILLUS,          Friday, April 23, 2021
6                                  2:46 p.m.
                      Defendant.
7    _____/

8                            --oOo--

9            REPORTER'S TRANSCRIPT OF PROCEEDINGS

10              RE: MOTION FOR BAIL REVIEW

11         (Proceedings held via Zoom video conference.)

12                           --oOo--

13   APPEARANCES:

14   For the Government:        UNITED STATES ATTORNEY'S OFFICE
                                SAMUEL STEFANKI
15                              Assistant U.S. Attorney
                                501 I Street, Suite 10-100
16                              Sacramento, CA  95814

17   For the Defendant:         OFFICE OF THE FEDERAL DEFENDER
                                MIA CRAGER
18                              Assistant Federal Defender
                                HOOTAN BAIGMOHAMMADI
19                              Assistant Federal Defender
                                801 I Street, 3rd Floor
20                              Sacramento, CA  95814

21   Official Reporter:         KACY PARKER BARAJAS
                                CSR No. 10915, RMR, CRR, CRC
22                              UNITED STATES DISTRICT COURT
                                501 I Street, Suite 4-200
23                              Sacramento, CA  95814
                                kbarajas.csr@gmail.com
24
     Proceedings recorded by mechanical stenography.  Transcript
25   produced by computer-aided transcription.
```

1           SACRAMENTO, CALIFORNIA, FRIDAY, APRIL 23, 2021, 2:46 PM

2                              --oOo--

3           THE CLERK:  Calling 20-cr-213, United States versus

4    Chaloner Saintillus.  This is on calendar for motion for bail

5    review, your Honor.

6           THE COURT:  Appearances, please.

7           MS. CRAGER:  Before we begin, could we have a short

8    breakout session with the defendant?

9           THE COURT:  Yes, you may, Ms. Crager.

10          Let's create a breakout room for Ms. Crager and the

11   defendant.

12          And I believe there's nothing else on calendar.  Am I

13   right, Jonathan?

14          THE CLERK:  Correct.

15          THE COURT:  So let's take a five-minute recess.

16          (Recess taken 2:46 p.m. to 3:05 p.m.)

17          THE CLERK:  Recalling 20-cr-213, United States versus

18   Chaloner Saintillus.  This is on calendar for motion for bail

19   review, your Honor.

20          THE COURT:  Appearances, please.

21          MR. STEFANKI:  Good afternoon, your Honor.

22   Sam Stefanki on behalf of the United States.

23          THE COURT:  Good afternoon, Mr. Stefanki.

24          MS. CRAGER:  Good afternoon, your Honor.  Mia Crager

25   for the Federal Defender.  I'm here with Mr. Baigmohammadi who

3

1  is also representing Mr. Saintillus.  He is at the Sacramento

2  County Jail appearing by Zoom.  We do consent to appear by Zoom

3  today.

4          THE COURT:  Good afternoon to all of you.

5          I have reviewed the defense motion for bail review,

6  the government's opposition, and its exhibits, a report of the

7  pretrial services officer dated today as well as the March 26

8  supplemental and the Florida report.

9          So Ms. Crager, it is your motion to argue.  I will

10  tell you that the thing that gives me the greatest pause of all

11  about your motion is the transcript of the hearing in Florida

12  which I appreciate Mr. Stefanki providing.  I think that it

13  strongly supports his argument.  So please address it in your

14  argument to me.

15          MS. CRAGER:  Your Honor, unfortunately, just based on

16  our conversation in the breakout room, Mr. Saintillus has

17  expressed that he would like to represent himself.  On that

18  basis --

19          (Reporter interruption regarding sound interference.)

20          THE COURT:  He might need to unmute the jail again in

21  a moment because -- if there's a request for

22  self-representation.

23          THE REPORTER:  Okay.  Thanks.

24          THE COURT:  Ms. Crager, is the defendant requesting to

25  represent himself only for purpose of this bail review hearing

1    or in general in this case?

2              MS. CRAGER:  Your Honor, unfortunately, during this

3    breakout session is the first time we had discussed this, and

4    we didn't have time to have a full discussion about that.

5              THE COURT:  Okay.  In that case, I would continue this

6    matter to next week.

7              THE DEFENDANT:  I would like my constitutional right

8    to bail.

9              THE COURT:  I hear you, and I -- Mr. Saintillus, let

10   me just tell you that when a defendant wants to represent

11   themselves, the Court has to take great care to understand that

12   you understand all of the risks of doing that and so forth.

13             Can you tell me, sir, did you want to represent

14   yourself only for this hearing on the bail review motion or for

15   this whole case?

16             THE DEFENDANT:  Are you speaking to me or --

17             THE COURT:  I'm speaking to you right now.

18             THE DEFENDANT:  Okay.  I want to represent myself

19   forever.

20             THE COURT:  You want to represent yourself forever?

21             THE DEFENDANT:  Not that artificial being that you

22   guys are referring to on paper.

23             THE COURT:  Do you want to represent yourself in this

24   entire prosecution?

25             THE DEFENDANT:  Yes.  Because I am not a U.S. citizen.

1    I am a Moor of America, of -- you know, my nationality is Moor.

2    So my national domicile is North America.  And then just like

3    here and in Florida, they do not have vote -- have upheld my

4    constitutional rights.  They just had me --

5              THE COURT:  All right.

6              THE DEFENDANT:  -- and all of the above.

7              THE COURT:  Let me interrupt you right there because

8    I'm not going to make a decision about your self-representation

9    right now.  I did hear you clearly state that your motion is to

10   represent yourself for all purposes in this case, and that is

11   not a decision I can make.  That is only a decision that

12   Judge Mueller can make.

13             So I would like to know Ms. Crager and

14   Mr. Baigmohammadi's opinion about whether the appropriate

15   course is to vacate the bail review motion without prejudice to

16   refiling until after Judge Mueller can conduct a Faretta

17   hearing or whether I should proceed.

18             THE DEFENDANT:  They're denying me bail anyways.

19             THE COURT:  Hang on.  Hang on.  I'm asking the public

20   defender's position just about what order we should do things

21   in.

22             Ms. Crager.

23             MS. CRAGER:  Yes.  Thank you, your Honor.  Seeing how

24   we cannot argue for his release until that issue is sorted out,

25   I believe we would need to have the Faretta hearing first.

1    THE COURT:  Okay.

2    MS. CRAGER:  As to what to do with the motion for bail

3    review, if we could maybe delay it.  I just -- if he wants to

4    put it back on, I don't want that process to be delayed.

5    THE DEFENDANT:  I can handle it now.  Just give me an

6    ankle monitor.

7    THE COURT:  Sir, I'm going to ask you not to interrupt

8    me or your lawyer.

9    Jonathan, can we mute the jail again.

10    We're only discussing process right now.  I'm not

11    making any decisions about the motion or about the status of

12    counsel, but there needs to be a Faretta hearing in front of

13    the district judge.

14    So Jonathan, is there a -- when is Judge Mueller's

15    next reasonably available criminal calendar because I do think

16    she needs to take this up, and then we can continue this bail

17    review matter until after that hearing has taken place.

18    THE CLERK:  She has a hearing on Monday the 26th.  If

19    that's too soon, then the following week would be the 3rd.

20    MS. CRAGER:  We're actually already on for a status on

21    the 3rd.  Obviously we would like to get to see her as soon as

22    possible but --

23    THE COURT:  Jail, please.  I will just note for the

24    record that the defendant appears to be trying to -- whoa,

25    whoa.  If the defendant is going to leave, let's try to keep

1    things from getting physical at the jail, please.  The

2    defendant was attempting to leave.  He's being restrained only

3    by the arms now at the jail.

4         Ms. Crager, you said you had a status conference in

5    front of Judge Mueller when?

6         MS. CRAGER:  On May 3rd, your Honor.

7         THE COURT:  All right.  Let's make sure, Jonathan,

8    that Judge Mueller is alerted to the fact that the status

9    conference on May 3rd will include a Faretta hearing.  Let's

10   specially set this bail review matter.  Actually, we don't need

11   to do that.  This can go on the 2:00 calendar of the duty judge

12   the day after the Faretta hearing.  There's no reason not to do

13   that.

14        MS. CRAGER:  Thank you, your Honor.

15        THE COURT:  Who has got duty on May 4th?

16        THE CLERK:  That would be Judge Barnes.

17        THE COURT:  All right.  Judge Barnes will hear the

18   bail review matter already briefed on May 4th after the Faretta

19   hearing in front of Judge Mueller on May 3rd.

20        All right.  Mr. Saintillus, do you understand what's

21   happening?  You'll have an opportunity on May 3rd to explain to

22   Judge Mueller why you want to represent yourself and not have

23   lawyers, and she will be the one who decides whether you get to

24   do that or not.  And after that, a magistrate judge will decide

25   the bail review motion.

1          Is there anything else that I am able to do or that

2     any counsel would like me to do today?  Seeing nothing, thank

3     you all very much for your appearances, and that concludes the

4     calendar.

5          MR. STEFANKI:  Thank you, your Honor.

6          MS. CRAGER:  Thank you, your Honor.

7          MR. BAIGMOHAMMADI:  Thank you, your Honor.

8          (The proceedings adjourned at 3:14 p.m.)

9                              --oOo--

10    I certify that the foregoing is a correct transcript from the

11    record of proceedings in the above-entitled matter.

12                              /s/ Kacy Parker Barajas

                              _____
13                            KACY PARKER BARAJAS
                              CSR No. 10915, RMR, CRR, CRC
14

15

16

17

18

19

20

21

22

23

24

25