PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00213-KJM |
|---|---|
| Plaintiff, | ORDER AUTHORIZING LIMITED DISCLOSURE OF PRETRIAL SERVICES REPORTS |
| v. | |
| CHALONER SAINTILLUS, | |
| Defendant. | |

On June 25, 2021, the Court ordered that defendant Chaloner Saintillus (who refers to himself as Shalam Ali El Bey) undergo an evaluation to determine his ability to understand the nature and circumstances of the proceedings against him and to assist in his defense.  ECF No. 40.  On June 30, 2021, the government filed a written request for authorization to disclose to Mr. Bey's evaluators copies of three pretrial services reports previously prepared in this case.  ECF No. 44.

For the reasons set forth in the government's written request, and for good cause shown, the Court hereby GRANTS the government's request.  The government is authorized to disclose to mental health evaluators at the Metropolitan Detention Center – Los Angeles facility the pretrial services reports in this matter dated November 3, 2020; March 26, 2021; and April 23, 2021.

IT IS FURTHER ORDERED that disclosure of these pretrial services reports is authorized solely for the purpose of assisting evaluators in conducting the examination previously ordered by the Court. *See* ECF No. 40.

IT IS FURTHER ORDERED that mental health evaluators given access to the pretrial services reports shall destroy the reports upon conclusion of their evaluation of Mr. Bey's competency.

IT IS SO ORDERED.

DATED: July 20, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE