HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700 / Fax: 916-498-5710

Attorney for Defendant
Chaloner Saintillus

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:20-cr-213-KJM |
| Plaintiff, ) | **NOTICE REGARDING STATUS OF COUNSEL** |
| v. ) | |
| Chaloner Saintillus, ) | Judge:  Hon. Kimberly J. Mueller |
| Defendant. ) | |

The undersigned provides the following notice to the Court regarding the status of counsel.  There has been a breakdown of communications between the undersigned and Mr. Bey.  The undersigned and Mr. Bey also have fundamental disagreements about case strategy which have not, and, it seems, cannot be resolved.  Mr. Bey requests that the undersigned no longer be his attorney for these reasons.  The undersigned does not object to being relieved as counsel due to the breakdown of communications and the fundamental disagreements about case strategy.

Dated: July 22, 2021                               Respectfully submitted,

                                                                   HEATHER E. WILLIAMS
                                                                   Federal Public Defender

                                                                   */s/ Mia Crager*
                                                                   MIA CRAGER
                                                                   Assistant Federal Defender