

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

---

535 N. Alameda Street
Los Angeles, California 90012

July 30, 2021

The Honorable Kimberly J. Mueller
Chief United States District Judge
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814

RE: Saintillus, Chaloner
aka Shalam Ali El Bey
Case No. 2:20-CR-00213-KJM
Reg. No. 14772-509

Dear Judge Mueller:

This is in response to the court orders dated June 21 and 24, 2021, which committed Mr. Saintillus for an examination pursuant to 18 U.S.C. § 4241. Mr. Saintillus arrived at the Metropolitan Detention Center (MDC), Los Angeles, CA, on July 8, 2021. Ordinarily, the study period begins on the date of arrival; however, as a result of the COVID-19 pandemic, all new arrivals require a quarantine period. We ask the Court to determine that commitment for the evaluation commence upon the date he was medically cleared, July 26, 2021.

The MDC-LA is experiencing delays, and has been under modified operations, with restricted movement within the facility. This is expected to continue indefinitely, and will impact our ability to conduct and complete evaluations under the normal time frames. Pursuant to 18 U.S.C. § 4241, the defendant may be committed for a period of up to 30 days so that our Psychology staff can complete the evaluations. Our clinical psychologist respectfully requests a 15-day extension, as permitted by the statute, to complete the testing and examination necessary to develop a history, diagnosis, and opinion. It is anticipated that the evaluation will be completed by September 8, 2021. The report will be submitted to the Court within three weeks of completion of the evaluation. You can expect to receive the report by September 29, 2021, should you grant our request for an extension.

If you should have any questions regarding the evaluation, please contact Dr. Lisa Matthews, Chief Psychologist at (213) 485-0439, ext. 5468 or at lhope@bop.gov. For any other questions, please contact me directly.

Sincerely,

*W. J. Jenkins*

W. Z. Jenkins II
Warden