

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

---

535 N. Alameda Street
Los Angeles, California 90012

September 28, 2021

The Honorable Kimberly J. Mueller
Chief United States District Judge
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814

RE: Saintillus, Chaloner
aka Shalam Ali El Bey
Case No. 2:20-CR-00213-KJM
Reg. No. 14772-509

Dear Judge Mueller:

This is an update in regard to the status of the court-ordered forensic evaluation of Mr. Saintillus pursuant to 18 U.S.C. § 4241. Mr. Saintillus arrived at the Metropolitan Detention Center (MDC), Los Angeles, CA, and was medically cleared of the COVID-19 quarantine on July 12, 2021. It was originally anticipated that the report would be completed by September 29, 2021. However, the MDC-LA has been under modified operations and is experiencing delays. As a result of the delays, to include an unusually high volume of cases, and court appearances by evaluators, the completion of the evaluation report has been delayed. The interviews and testing utilized to formulate an opinion of Mr. Saintillus' competency to stand trial have been completed; and the United States Marshals Service has been notified that Mr. Santillus is ready to be transported back to the District of Eastern California. Yet, additional time is needed to review supplemental material and to incorporate the information contained in the records into the report and formulate an opinion. In revising completion estimates, it is anticipated that the report on the above captioned case will be completed by October 13, 2021, should you grant our request for an extension.

If you should have any questions regarding the evaluation, please contact me directly at (213) 485-0439, ext. 5183 or tksmith@bop.gov or Dr. Lisa Matthews, Chief Psychologist at ext. 5468 or at lhope@bop.gov.

Sincerely,

*Tiffany K. Smith, PsyD.*

Tiffany K. Smith, Psy.D.
Forensic/Clinical Psychologist