| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | MIA CRAGER, #300172<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>CHALONER SAINTILLUS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:20-cr-00213-KJM |
| Plaintiff, | ) ) | **REQUEST TO SPECIALLY SET AN IN-PERSON HEARING ON NOVEMBER 17, 2021** |
| vs. | ) ) | |
| CHALONER SAINTILLUS, | ) ) | Judge:  Hon. Kimberly J. Mueller |
| Defendant. | ) ) ) | |

A status conference in this matter was previously set for November 15, 2021. Counsel for Mr. Saintillus requests that the matter be specially set for an in-person hearing on November 17, 2021 at 9:30 AM. At the upcoming hearing, counsel anticipates discussion of Mr. Saintillus's competency and his request for self-representation. Mr. Saintillus does not consent to proceed by Zoom. Due to the weighty nature of the issues likely to arise at the hearing, counsel requests that it be scheduled for an in-person hearing. Government counsel does not object to this request.

Date: November 8, 2021         Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Mia Crager*
MIA CRAGER
Assistant Federal Defender

-1-