USA v. Chaloner Saintillus
2:20-cr-0213 KJM



**FILED**
Nov 18, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**From:** Tiffany Smith
**Sent:** Thursday, November 18, 2021 3:14 PM
**To:** Lisa Matthews                    ; Samantha Shelton                    ; Lisa Kennison

**Subject:** Re: SAINTILLUS, Chaloner - USM 14772-509

**CAUTION - EXTERNAL:**

Hello,

Thank you for following up regarding the status of Mr. Saintillus' competency evaluation report.   As previously indicated, we have experienced large numbers of evaluation cases, many arriving on the same date, which has created somewhat of a backlog for us regarding the time line for completion of the evaluations.  Given our current large active caseload, we have needed additional time to complete the evaluations.  The evaluation of Mr. Saintillus is complete and the USMS has been notified that he is ready to transport back to the district.  I am in the process of finalizing the evaluation report for the Court and will route it for review and signatures.  The completed report will be submitted to the Court on or before, Friday, November 26, 2021.
Please confirm that this email is the best email to send the completed report to.

Also, for your information, Dr. Shelton (who is cc'd) is currently acting for Dr. Matthews, so please include her on any communications.

Thank you


Tiffany K. Smith, Psy.D.




***SENSITIVE/PRIVILEGED COMMUNICATION
The information contained in this electronic message and any and all accompanying documents constitutes sensitive information.  This information is the property of the U.S. Department of Justice.  If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited.  If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.***
FOR OFFICIAL USE ONLY - LAW ENFORCEMENT SENSITIVE

>>> Lisa Kennison                          > 11/17/2021 9:48 AM >>>

Drs. Smith and Matthews:

I write to inquire about the status of the competency report regarding Mr. Saintillus. It

was anticipated to be completed by 10/13/2021. Please advise.

Thank you,

Lisa
Relief CRD to
Chief District Judge Kimberly J. Mueller