```
HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
HOOTAN BAIGMOHAMMADI, #279105
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
T: 916-498-5700
F: 916-498-5710
Mia_Crager@fd.org

Attorneys for Defendant
CHALONER SAINTILLUS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00213-KJM |
| Plaintiff, | **NOTICE REGARDING WITHDRAWAL OF COUNSEL** |
| v. | |
| CHALONER SAINTILLUS, | |
| Defendant. | |

The Federal Defender's Office requests that Assistant Federal Defenders Mia Crager and Hootan Baigmohammadi be removed as counsel of record and removed from the service list of actions in the above-referenced case. On January 7, 2022 defendant Chaloner Saintillus, a.k.a. Mr. Bey was granted his request to appear pro se in the proceedings of this case. The new address for Mr. Saintillus is as follows:

```
Saintillus, Chaloner X-5351960 6W109A
Sacramento County Main Jail
651 I Street
Sacramento, CA 95814
```

DATED: January 10, 2022    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant