Persuant to The Following
All Clerks IS To File

**FILED**
JAN 14 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

- USC 18 § 241 - Conspiracy against Rights (carry 10 Years Imprisonment.)

USC 18 § 2071 - Concealment (carry Not More than 3 Years or Both.)

USC 18 § 2076 - Clerk to File: Whoever, being a clerk willfully Refuses To Neglect to make or forward my report, Certificate, Statement or Document as required by law, shall be fined under This title. or Imprisoned not more than a Year or Both.

:Shalaw C. Sintillus Bey: 3-402
Propria-Persona, Sui Juris
ON Behalf of CHALONER SAINTILLUS
(Defendant)

Case #: 2:20-cr-00213-KJM

18/65

# Notice

Moorish-Haitian-American Nation

vs.

United States of America

Date: 1/13/22
Notice of: Age of Majority Status, (Claiming Equity)
Case#: 2:20-cr-00213 KJM

Now Comes, the Petitioner in Propria Persona, Sui Juris here claiming his fiscal aptitude and Commercial responsibility for the artificial "Person" i.e. "Property" (14th Amend. ~~citizen~~) A.K.A. Birth Cert. (Deed). I/nor the "Property" Be considered "lost at sea or Abandoned "Property", and legally/commercially dead.

1.) I "Bring the Land", I'am the "Prodigal Son" Return'/The widow's Son fully aware on his position in life of Men Affairs. Coming to amend Prior Negligence, Non-Performance and Detrimental Performance of My Cestui Que Position as well. I'am Proclaiming/Declaring My True Creditor Status for without Me There would Be No Trust "res" to begin with furthermore I'am Moorish-Haitian-American in Propria-Persona, Sui Juris Autonomous With a De Jure, Divine Constitution Fold Government (Dual Citizenship) of Moorish-America and the Island of Haiti.

2.) As also Declaring All Rights Reserved (u.c.c. 1-308)/Revocation and Modifications of the Trust At Any/All Times I See Fit. I'am The Entitlement Holder (Sole Beneficiary), Holder in Due Course and Equitable Title holder of CHALONER SAINTILUS Trust/Estate.

Pg. 1 OF 3

for Clarifacation (For the Record), I'am not acting in the Legally Deminished Capacity of the Defendant CHALONER SAINTILLUS. I'am A Master, Employer, an Private Citizen holding OFFice of General Executor of the Trust/Defendant. I, a natural living man (of Spiritual Essence) being of Majority status express Further Status as The Principal and Sole Beneficiary and not an Infant/Minor, hereinafter "Petitioner".

3.) I being the Holder In Due Course of the "Court Converted, Complaint to a Draft", Do intend to honor, Indorse and Settle/ Discharge the (True Bill) ie; Charges on Behalf of the Trust/Estate Defendant CHALONER SAINTILLUS. Until such Adequate Consideration is given/recieved My Position will stand as such. Refusal to proceed at Equity, Under exclusive Jurisdiction will constitute contempt of Justice.

4.) Furthermore, I Adopt. I'am, the Caretaker for the remaining Trust/Estate, Not the Trustee/Surety. I'am the heir to thee vast Moorish Haitian American National Estate, My Birthright. I refute any Presumptions to being a Mr. SAINTILLUS Et. AL, Mr... is Subserviant and Delude to being a "Slave" and ALL CAPS Delude to being Dead (Civilitus Mortus) AKA Civilly Dead. I have a special Donor/ Donee Relationship with the ALL CAPS Trust/Estate Defendant, an Enduring Power of Attorney submitted or Previously submitted. I am The Trust Entitlement Holder, True Creditor/General Executor/Sole Beneficiary, I have the Highest claim it's a Birthright that is Rightfully claimed.

Pg. 2 OF 3

5.) The Court and Its "Officers" has my Authority at my Descretion as holder of Office of General Executor. I Delegate and Appoint the Court/and Its Officers of the Court. To be, Curator bonis By The Estate Executor, Within the scope of Oath of Office, Duties, Responsiblities, and Obligation to the Court cannot and Does not have the Ability to refuse appointment. Refusal to facilitate and Complete the dictates of the assignment would become a failure to fulfil the duties of their Office, a Breach of Oath and Commercial liability which can be claimed upon both the Court and the Judge. (Claim upon the liability Bond required to hold Such Office).

6.) The Court and Its "Officers" are to settle the matter. Discharging it, to allievate the Court's Unbalanced Books, making it whole again. (Balanced) As stated Above I can offer my Asstance (In Camera) Private meeting so I may Indorse the (True Bill) which shows the numeric value of ie: "The Charges" up to the Penal Sum and net retention. Rendering also Equitable Relief in Damages (excess Interest) for the True Creditor/Executor/Sole Benificiary, holder in Due Course and Equitable Title holder of The Trust/Estate and (Original) charging Instrument ie: Draft Complaint/or Indictment. Now thats Adequate Consideration. I have herein Expressed The Trust and Remedies. Nothingless Shall Be considered, forevermore and a Day.

Respectfully Yours, In Propria Persona, Sui Juris

Name: Shalam C. Saintillus-Bey ; Y.O.B 1/16/1988, P.O.B Boynton Beach, FL, USA ; Signature: Shalam C. Saintillus-Bey ;
True Creditor/Executor/Sole Beneficiary on Behalf of CHALONER SAINTILLUS

Pg. 3 of 3  ** (Rt. Thumb Print seal next to ⑦)

Pursuant to The Following     1/13/22

All CLERKS Is To FILE

USC 18 § 241 - Conspiracy against Right (carry 10 Years Imprisonment.)

USC 18 § 2071 - Concealment (carry Not more than 3 Years or Both.)

USC 18 § 2076 - Clerk to File: Whoever, being a Clerk willfully Refuses To or neglects to make or forward my report, Certificate, Statement or Document as required by law, Shall be fined under This title or imprisoned not more than a Year or Both.

Chalom C. Saintellus-Bey: 3-402
Propria-Persona Sui Juris
ON Behalf of CHALONER SAINTILLUS
(Defendant)

Case #: 2:20-cr-00213 KJM