Persuant to the Following        1/13/22

**FILED**
JAN 14 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

All CLERK IS TO FILE

USC 18 § 241 - Conspiracy against Rights (carry 10 Years Imprisonment)

- USC 18 § 2071 - Concealment (carry not more than 3 years or Both.)

USC 18 § 2076 - CLERK TO FILE: Whoever, being a CLERK Willfully Refuses To or Neglects to make or Forward My report, Certificate, Statement or Document As Required by law, Shall be Fined under This Title or Imprisoned not more a year or Both.

: Chaloner C. Saintillus-Bey: 3-402
Propria-Persona, Sui Juris
on Behalf of CHALONER
SAINTILLUS (Defendant)

Case#: 2:20-cr-00213

"There's No God But the Great God"

# Complaint

Date: 1/13/22

Moorish Haitian American Nation

Notice of Complaint/Demand of Binding Arbitration

vs.

Case #: 2:20-cr-00213 KJM

United States of America

Now Comes the Petitioner, In Propria Persona, Sui Juris. Judge Jeremy D. Peterson did not properly sign the Initial Arrest Warrant properly, Rendering the instrument nul and void ab nitio. All Judges have their Own Private Seal (Corporate) They are required not only to hold the Judge responsible and accountable for their orders but also Authenticates The Instrument. If there's No properly signed (Signature and Private corporate seal), order, there is NO contract. No Contract, no accountability/liability. (Breach of Oath).

1) There is no valid order. "Corum non Judice" meaning "not before a Judge". The result of no signature and no seal is a Breach of Oath of office and Grounds for claims of Perverting the course of Justice (10 Years per instance.) and Conspiracy to defraud. A order/Judgment not wet ink signed and sealed by the Judge is a void order or Judgment. It must Be void (A Maxim "Fraud vitiates All contracts)

2) I charge Judge Jeremy D. Peterson with all above Mentioned Violations and should Be held accountable for his actions.

Pg. 1 of 2

The charges that are self-evident for this Breach of Oath and law include: Penalties per Instance; continuing offenses; Perverting the Course of Justice; and conspiracy to defraud for the Judge; all Carry Both Jail and Monetary Fines.

3.) I Go on to say this, I Demand All Proceedings Be heard by Binding arbitration. The Independant arbitrator would Subpoena the attendance of the liability Bond Issuer for the Judge and the Court. This is hugely Detrimental to/ for My Safety and thee Defendant, Whom has a Special relationship Donor/Donee (P.O.A) and has come forth Appearing at the Age of Majority, as the True Creditor, General Executor and the Sole Beneficiary of the Trust/Estate Defendant.

Respectfully Yours In Propria Persona, Sui Juris To the Best of Knowledge The Above Statement is True and Correct.

Name:                  Y.O.B; P.O.B.           Signature:
Shalam C. Saintillus-Bey; 1988; Boynton Beach, FL, USA; Shalam C. Saintillus-Bey

(rt. thumb print seal) →

Pg. 2 of 2

File # Pursuant to USC 18 § 2076 "There's NO GOD But the Great God"

Case # 2:20-cr-00213

# Affidavit

This Is Public Communication to All

Reservation of Rights

- Moorish-Haitian-American-Nation - (UCC 1-308)

1) Let It Be Known that Affiant explicitly reserves ALL of his rights Under UCC 1-308.

2) - Not To Be Compelled To Perform or held liable for any unreveal Contract, whether Constructive/Implied That I did not enter Knowingly.

3) Affiant is not a United States Citizen or a 14th Amendment Citizen. He is a Moorish America Private Citizen of the Republic. Violations of Affiant Liberty is $500,000 Per Incident or Per 15 minute of Detainment or any Part Thereof.

Affiant; Shalam C. Saintillus-Bey, Sui Juris a natural Born human of the Republic of Florida.

I have scribed and read the foregoing facts, and in accordance with my first hand Knowledge and Conviction, are accurate, correct, Complete and nothing But the Truth to the Best of my beliefs and Knowledge.

By: Shalam C. Saintillus-Bey: UCC 1-308
Moorish-Haitian-American In (Propria Personam)
Sui Juris

1/12/22

∴ thumb print seal

(7)