Special Cause Private

[Certified Copy]  Special Cause Private

"There's No God But the Great God

Moorish-Haitian-American

**FILED**

1/13/22

Avernment of

VS.

JAN 21 2022

Jurisdiction

"Challenging Jurisdiction and

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

United States of America

Status"

Case # 2:20-cr-00213

Now Comes The Petitioner, The Moorish Haitian American Nation in Propria Persona, Sui Juris and with constitution De Jure. Proper Status and Jurisdiction must Be Established.

Not To Be Confused with those "Persons" Denationalized in the United States 14th Amendment under Ex Post facto slave labels. We Are a New clean and Pure Nation-Free and Independent.

1) I/we claim Equity as Equity has Exclusive Jurisdiction Against Trust Property.

2) In Effort to alleviate the courts concern regarding 2:20-cr00213 I require an invoice for the Penal Sum due for the Defendant CHALONER SAINTILLUS. This is a True Bill, Yes?

3) I request an in-camera personal meeting with you where said invoice is presented to me for settlement.

4) It is my intention to provide the court the ability to Balance its Books and close this Matter in its entirety.

5) I'm acting in personum Pro Per. Upon receipt of the Penal Sum (True Bill) Invoice - Be Sure to Include your net retention, - I will Indorse it and present it back to you for settlement of the entire matter.

(Also The Deed AKA Birth Certificate can/will Be made Available Upon Request For Discharge, Fully Indorsed.)

P.G. 1 OF 2

This will negate any interest in pursuance of further harm upon my person and provide you good cause to order my unconditional release.

←(rt. thumb print seal)

Respectfully, yours
:Shalam-C-Saintillus-Bey: ucc 1-308 w/Prejudice
For and on Behalf of the Debtor/Defendant
CHALONER SAINTILLUS

Official Seal
7
65

1/ /22

Black's Law 5th Edition ↰↓

*Corporate Citizen-Corporate Status in the State of incorporation, Through a Corporation is not a Constitutional Citizen for the purpose of the Privileges and Immunities Clauses in Article IV §2 and in the 14th Amendment to the U.S. Constitution.

Thats Why Your Honor, Jurisdiction Has Been Challenge and Status, and The Full Faith and Credit. (Article IV § 1)

Prove Me Wrong, Burden of Proof Must Be Proven, My Honorable Judge Kimberly-Mueller.

P.S. Not To Mention The Infamous Landmark Case: Dred-Scott vs. Sanford with Justice Taney Presiding (1857)

Persuant to the Following   1/13/22

All CLERKS IS TO FILE

-USC 18 § 241-Conspiracy against Rights (carry 10 years Imprisonment.)

-USC 18 § 2071-Concealment (carry Not more than 3 Years or Both.)

-USC 18 § 2076-CLERK to File: Whoever, being a Clerk willfully Refuses TO or neglects to make or forward my report, Certificate, Statement or Document as required by law, shall Be Fined under This Title or Imprisoned not more than a year or Both.

: Shalom C. Saintillus-Bey: 3-402
Propria-Persona, SUI Juris
On Behalf of CHALONER SAINTILLUS
(DEFendant)

Case #: 2:20-cr-00213

[Certified Copy]

TO: The Honorable Kimburly Mueller                     1/18/22
Federal District Court Judge
Eastern District of California
501 I St.
Sac. California                          Case # 2:20-cr-00213

Official Seal

NOBLE DREW

7

A
L
I

18 / 65

Hiram ABIFF

Widow Son/Radical Return

# From: THE Moorish Haitian American Nation