"There's No God but The Great God" "Full Body" Special Private

Case 2:20-cr-00213-KJM Document 74 Filed 01/21/22 Page 1 of 3
FILED
JAN 21 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Morish-Haitian American          Motion for    1/13/22
vs.                              Dismissal

United States of America         Case# 2:20-cr-00213 KJM

Now Comes The Petitioner In Propria Persona, Sui Juris.

1.) I'am Shalam-Saintillus-Bey: In Propria Persona, Sui Juris hereby Challenging The Courts Jurisdiction and Status/Full Faith and Credit.

2.) Holder In Due Course and True Creditor/Executor and Sole Beneficiary. Challenge Court's Full Faith and Credit.

3.) Here for Settlement and Discharge of Said Charges on Behalf of CHALONER SAINTILLUS Debtor/Defendant.

4.) I claim Equity in this Instant Matter (Hiram ABIFF) "The Widow Son" Return.

5.) Is It The Courts Intention to harm the "Beneficiary", Theres Serious Consequences for anyone who Attempts to harm me.

6.) I am not the fictional Defendant nor Trustee/Surety Thereof, I'am Its Creditor/Beneficiary. Claiming Equity

7.) Coupled with the Failure of Presentation, Physically of a Damaged or Injured Party, Nothing less then Full Dismissal with Prejudice is Appropriate or Acceptable.

8.) The Deed of Trust (Birth Certificate) is Available Upon Request for Settlement/Discharge.

(rt. thumb print seal) on Bottom Left side.

By: Shalam-C-Saintillus-Bey:
(Creditor, The Age of Majority, Natural Human, w office as Grantor and (Sole) Beneficiary of The [CHALONER-SAINTILLUS] Defendant.   Pg. 1 of 2

# Landmark Case Cert. Copy!

## Dred-Scott v.s. Sanford Justice Taney (1857)

- U.S. Supreme Court Decided "Negroes Could Never Be Citizens of the U.S.
  - Basically Status of "Negroes, Black's, Colored, or African American has **NO** Right That True Citizen are Bound To Respect. "All Persons" Born (14th Amend.) are still 3/5 of a Person still. (Those Statuses are all Misnomers.)

## Federal Questions

**1** - How The Word "Black" Can Find no Formal Place within the Nationalities of the Human family and still can be made "Citizen" of any Free National and Constitutional Government?

**2** - What Branch of law Authorizes the states to apply abolished Slave labels to any person of African Descent, After 1865?

**3** Are Blacks "Slaves" or otherwise "Persons" as used in the 14th Amendment and How can they be made 1st class citizens without their inalienable Free National Descendant name of their Forefathers?

**4** As For Blacks with criminal records, what crimes can "Property" Possibly Commit which it's Owner The Slave Master, is not Accountable for in a court of law? If ONE Can Produce a Black Slave - Same one Must also produce its Slave Owner?

**5** Is This an Article 3 Court or Article 5 court?

Pg. 2 of 2

Pursuant to The Following   1/13/22

## ALL CLERKS IS TO File

- USC 18 § 241 - Conspiracy against Rights (carry 10 Years Imprisonment.)

- USC 18 § 2071 - Concealment (carry Not More than 3 Years or Both)

- USC 18 § 2076 - CLERK to File: Whoever, being a Clerk willfully Refuses To or Neglects to make or Forward my report, certificate, statement or Document as required by law, shall be fined under This Title or Imprisoned not more than a year or Both.

:Chalon C. Saintillus-Bey: 3402
Propria-Persona, SUI Juris
ON Behalf OF CHALONER SAINTILLUS
(Defendant)

Certified Copy!

Case #: 2:20-cr-00213