PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00213-KJM |
|---|---|
| Plaintiff, | UNITED STATES' MOTION TO SET BRIEFING SCHEDULE |
| v. | |
| CHALONER SAINTILLUS, | |
| Defendant. | |

The United States of America (the "government") respectfully moves the Court to set a briefing schedule for the government's response to various filings recently submitted by defendant Chaloner Saintillus. Saintillus is proceeding *pro se* and is detained at the Sacramento County Main Jail, so the government is not aware of his position on the proposed briefing schedule.

### I.   FACTUAL AND PROCEDURAL BACKGROUND

On November 12, 2020, a grand jury sitting in the Eastern District of California returned a five-count indictment charging Saintillus with violating various provisions of Title 21 of the United States Code. ECF No. 5. On February 1, 2021, Saintillus filed a handwritten document captioned "Motion to Dismiss Criminal Sealed Complaint." ECF No. 8. While Saintillus was represented by counsel, the parties appeared before the Court on May 3, 2021, at which time defense counsel requested that the Court refrain from taking action on that motion and characterized it as "something that we can address maybe just with a filing at a later date." Ex. 1 at 4–5.

The parties appeared again before the Court on January 7, 2022.  ECF No. 69.  The Court granted Saintillus's request to proceed *pro se*, after which Saintillus informed the Court that he intended to pursue and supplement his motion to dismiss.  ECF No. 69.  The Court held the motion in abeyance and gave Saintillus until January 28, 2022, to supplement it.  ECF No. 69.

On January 14, 2022, Saintillus filed a document captioned "Notice of: Age of Majority Status (Claiming Equity)."  ECF No. 71.  That same day, Saintillus also filed a document captioned "Notice of Complaint/Demand of Binding Arbitration."  ECF No. 72.

On January 21, 2022, Saintillus filed a document captioned "Avernment [sic] of Jurisdiction 'Challenging Jurisdiction and Status.'"  ECF No. 73.  That same day, Saintillus also filed a document captioned "Motion for Dismissal."  ECF No. 74.

## II. LEGAL BACKGROUND

District courts have inherent authority to control their dockets.  *United States v. W.R. Grace*, 526 F.3d 499, 509 (9th Cir. 2008).  This authority extends to setting and altering briefing dates and schedules.  *See* L.R. 430.1(f).

## III. GOVERNMENT REQUEST

The government respectfully requests that the Court order the government to respond to Saintillus's motion to dismiss, to the supplements that Saintillus has already filed, and to any additional supplements he may file within the time previously allotted by the Court, in a single opposition brief to be filed on or before February 11, 2022.  The government further requests that the Court order Saintillus to file any reply to the government's opposition brief on or before February 18, 2022.

Adopting this proposed briefing schedule will conserve judicial resources by consolidating the parties' arguments in as few filings as possible.  It will also ensure that the legal issues presented by Saintillus's filings are adequately briefed and that he has an appropriate amount of time to respond to the government's opposition, given his status as a *pro se* defendant who is detained pending trial.  *See* ECF No. 26 (summarizing denial of Saintillus's motion for bail review).

///

///

///

The government does not request a hearing on its motion, and will concurrently file a proposed order for the Court's consideration.

Dated: January 25, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney