Moorish American Nation
    vs
United States of America
Assistant Attorney General
Sam Sterfenki
    &
Mia Crager

Averment of Jurisdiction

Case #2:20-cr-00213 KJM

8/3/21

FILED
JAN 31 2022
CLERK, U.S. DISTRICT [COURT]
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Case 2:20-cr-00213-KJM   Document 77   Filed 01/31/22   Page 1 of 5

Now Comes The Petitioner, The Moorish American Nation, and Original Constitutional Law, Move This Averment of Jurisdiction To the Status of The Moorish Americans Hereby Challenge The Respondent The United States of America, et alia The Supreme Laws of The United States and all other Free National Governments Judicially uphold, There can Be No Legal Proceeding without The Establishment of Proper Status And Correct Jurisdiction. These Two Pillars of Law Must Be In place And Have Precedence Before The Adjudication of all Formal an alleged Offenses Can Be Addressed. Treaty of Peace and Friendship 1786, Dred Scott Decision of 1857 Clearly Says That "Black American" Cannot Be U.S. Citizens. So where Are Your Courts Assuming Jurisdiction, Let Alone I Never Declared That I was An 14th Amendment Citizen, I Cleary Stated In Florida on Record I'am of The Moorish American Nation, All People goes Back to A Nation of Origin. I'm Haitian-American, Jus Soli, Native To this Land Mass. I Demand Evidence of Any Maritime Contract That I or My Persons have with Your Court or U.S.A. And Land Contract That Says The United States own Any Land. I Demand This Case Be Dismissed With Prejudice. And All Public Employees (Trustees) To Stand Down Including The Judge Whom Is Also One As well

Shalam-C. Saintillus Bey:    T.Y.

likes of Denzel Washington, Reese Witherspoon, Chris Pine and Marisa Tomei. Meantime ... seems Zoë and Channing have been getting cozy. They were first seen in public together in early August after a swirl of dating rumors. Things got a bit more serious last weekend when they were seen carrying traveling bags and jumping in a car for an out-of-town trip. New beginnings.

We learned 2 things about 2 Chainz as he made his way into a club last night -- he doesn't carry cash ... and he doesn't f*** with candy. The rapper was heading into The Highlight Room at the Dream Hollywood hotel late Wednesday night when he was approached by some kids selling candy ... and he politely declined. 2 Chainz explained to the youngins he doesn't have a bankroll on him or he'd just give them some cash, but after they offered him the candy anyway ... he still turned it down. If ya don't know ... 2 Chainz began gardening and growing his own healthy food in recent years, and candy clearly doesn't fit into his diet. He was cool with the kids selling the sweets though, telling them to keep doing what they're doing ... because it's better than doing anything illegal. There are definitely worse ways to be rejected as a salesman.

Kylie Jenner and Travis Scott are expecting their second child together, but they are not a couple again. "Kylie and Travis are not officially back together despite them expecting another baby together," a source close to Kylie told HollywoodLife. "This has been something they have talked about for close to a year if not longer. She's wanted a second child for forever." The source continued, "It was very important to her that Stormi have a brother or sister that is her true, full blood." The source says that Kylie hopes she will end up with Travis. "Kylie is in love with Travis. She has high hopes for a future with him and that he'll be ready to settle down with her soon. She really wants a future with him." The pair split after repeated reports of Travis cheating. It was claimed earlier that they have an open relationship -- but it might only be open on one side... Travis' side.

Former Terror Squad member Cuban Link has accused Fat Joe of being a snitch -- and provided paperwork as evidence. "Fat joe exposed on snitching charges. Big shout out to star for reporting the truth and keeping it [100] percent across the board!!! Now you might understand why I couldn't get along with that animal but I guess let's wait for the authenticity of this here paperwork," he captioned the video. He then uploaded another post with more detailed paperwork. Star recently alleged in a video that he received evidence that Joe snitched on his gang members years back when he was hustling on Union Ave in the Bronx. The paperwork claims that Joey told the cops that Marqueo Stroud murdered a man named Truth as a favor for a local street crew. Fat also told the cops that Chino (Arnold Rodriguez) and Shorty's (Jose Serrano) conspiracy to kill another gang leader named Raze -- and named many names.

Whew! On Wednesday, Yung Bleu took to Instagram to address his earlier accusations of racial profiling. He apologized to the Gainesville Police Department, which employs the officers who recently arrested him, in a lengthy Instagram post. Apology aside, he also doubled down on his accusations against Absolute Trailers, revealing that he plans to sue them for discrimination and profiling. "I apologize for taking my anger out on the Gainesville Police Department instead of the business who lied and manipulated the situation," Bleu wrote. "I was embarrassed and in disbelief of what happened so I directed my energy towards the wrong people." Bleu went on to explain that he'll be directing his energy towards the store. As previously reported, Yung Bleu dropped by the Gainesville, Georgia store to purchase a trailer to use on tour. He revealed exclusively to The Shade Room that he wasn't on the property for more than 10 minutes before the police showed up. Additionally, he didn't see the owner nor get the opportunity to enter the store. Police shared with him that the store owner called them for suspected fraud. They allegedly had an encounter with fraud the previous week. It's unclear what exactly gave the impression of fraud to the store given that Bleu spent little time on the property. "My energy will now be directed towards Absolute Trailers because their lies could have turned to a possible deadly situation for me," Bleu wrote. "Officers were moving off what they were told by this establishment. That I was a "fraudulent thief" before even knowing my name or interacting with us." In his initial post about the situation, Bleu included two videos where he's heard off-camera commenting on the store and another interacting with a female officer. He revealed in the caption that the police approached him and his team with "hands on guns damn near drawn." Although he was allowed to leave since the cops had no probable cause, he was pulled over moments later by another police officer. A video provided exclusively to TSR shows the initial encounter between him and Officer Forrester. Bleu first claimed that she was working with the officers who showed up at Absolute Trailers and looking for a reason to pull him over. Her reasoning, as said in the exclusive footage, was because his tag was allegedly obstructed. Bleu is heard accusing her of lying about seeing his tag, before finally agreeing to turn over his license at her multiple requests. In a separate video published by Bleu, he explains that the officer turned on her lights "before she even saw [his] tag." Eventually, and not seen on camera, Bleu was arrested and taken into custody for having a suspended license and cited for a party in April. He posted bond the same day, but declined to comment on why his license was suspended or the bond amount. "I admit when I'm wrong," Bleu wrote in his apology's caption. "Even tho I did not agree with all the methods used to detainee me, my license was suspended and I was arrested legally. I was furious about what lead the police to me. This all stemmed from the vicious lies told by this establishment Absolute Trailers." He closed off the apology paragraph by reassuring fans that he won't go away quietly following this incident. "I'm not letting this slide and blow over," Yung Bleu wrote in his apology. "That can open the door for more ignorance in the community that can be more dangerous to those after me. I will use my platform to make an example and create possible change in this community for the good.

"Special cause", "Private"

8/1/21

## Notice:

Maxim of law: "He who fails to assert his right has none"

- 28 USC 3002(15)

- Penhallow vs. Doanes

- Cruden vs. Neale

- Bond vs. United States

- Snider vs. Newell 44 SE. 354

- Billings vs. State 107 Ind 54, 6 NE. 914, 7 NE. 763

- Stratton v. Foster, 11 Me. 467)

- Wong Sun vs. United States

The Restatement of law of Trust (Second Edition Pg. 332)

As Settlor (Executor), Man has the Power of Revocation and Modification of a Trust.

I'am of the "legal Age" For the record (Executor/caretaker of the Defendant)

- "Prodigal Son Return"

- I Reserve All Rights/Powers of Revocation/Modification of the Trust At Any/All Times.

I am Shalam-All-El-Bey (Private Citizen (Moor) holder of office of Executor and holder In Due Course of Equitable title holder. I have Power of Attorney over the Defendant

Pg. 1

*Special & Private*

8/1/21

I rescind All Prior Authority given to you of P.O.A over Me, for Undisclosed Reasons. I am Removing You as My Trustee as I'am of Legal Age Coming forth Now to clear up any adverse Trangressions During Infancy.

- Sui Juris Autonomous Jus Personum (Pro Se, Pro, Per)

- Relieving You of Your Duty for Misrepresentation, our Strategys are Tottally Different. Treat this as a Motion to Withdraw/Waiver of Counsel. As Its My Constitutional Right Amendment (6). Also Treaty of Peace and Friendship (1786) Applies Persuant to: Article 6 Subsection (2) of the Organic Constitution.

- I Bring the Land and Is very much Alive My Blood flows and I'am of spiritual Essence under Yahawah laws (God).

- I'am Naming Myself (oneself) as Sole Beneficiary, removing the Court, all assign and Agents (You) As Beneficiary.

- I'am Removing Myself As Its Trustee/Surety for Non Performance, Negligence, Detrimental Performance, Assigning A New Successor Trustee (Sam Stafenki) As Its Rightful Trustee.

- To Discharge/settle and claim Against the Debtor Defendant.

- For the Record The Foregoing facts and Information Declared As True Manifest Intentions, as True with Yahawah (God) as my witness on this Day 7/31/21.

By:: Shalam-Ali-El-Bey:Chaloner-Saint-illo:1-357;3-402
(Creditor) Authorized Representative, General Executor, Sole Attorney, Sole Beneficiary, Entitlement holder for the Trust.

Pg.-2-

Shalam-C. Saintillus-Bey: 535120
12500 Bruceville RD
[Elk Grove, Ca,] [95757]

Office of the Clerk
501 I Street, Site 4200
Sac, California [95814]

SACRAMENTO CA 957
27 JAN 2022   PM 5  L

95814-730350