PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00213-KJM |
|---|---|
| Plaintiff, | ORDER SETTING BRIEFING SCHEDULE |
| v. | |
| CHALONER SAINTILLUS, | |
| Defendant. | |

The Court has read and considered the request submitted by the United States of America (the "government") to set a briefing schedule for the defendant's motion to dismiss and associated supplemental filings. ECF No. 75. The Court finds that for the reasons set forth in the government's motion, good cause exists to grant the government's request and set a consolidated briefing schedule.

Therefore, for good cause shown, the Court ORDERS as follows:

1. The government shall file its opposition, if any, to the defendant's motion to dismiss on or before February 11, 2022.

2. The government's opposition, if any, shall set forth in a single brief the government's position on the defendant's motion to dismiss and on any supplemental filings the defendant may make through the previously imposed deadline of January 28, 2022. *See* ECF No. 69.

///

3. The defendant shall file any reply to the government's opposition brief on or before February 18, 2022.

IT IS SO ORDERED.

DATED: February 1, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE