To: Office of the Clerk (For the Record) Case # 2:20-cr-00213KJM

Date 2/7/22

From:

**FILED**

FEB -9 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

[Seal: Official Seal — Moorish-Haitian American Nation — Noble Drew — ALI — 18 7 65]

Persuant to:
- USC 18 § 241-&12 - "Conspiracy to Deprive Rights"

- USC 18 § 2076 - "Clerk is to File"

(Enclosed Are 2 Affidavits) Please Properly record Both. (Affidavit/Reservation of Rights) and "Petition for return of Property Unlawfully Seized"

There's No God But the Great God

Affidavit Reservation of Rights
(U.C.C. 1-308-Formerly 1-207); 1-103.6   2/7/22

| Moorish Haitian American Nation | Case# - 2:20-cr-00213 |
| --- | --- |
| vs | All rights Reserved. UCC. 1-308; 1-103.6 c/o 222 S.W. 3rd Avenue, Delray Beach, Republic of Florida [near 33444], Phone:(561) 812-9412 |
| United States of America | Non-Domestic w/o the United States |

This Is a PUBLIC COMMUNICATION TO ALL: Notice to agent is notice to Principle, Notice to Principle is notice to Agent Application to all Successors and assigns All are with excuse

1) Let it be known that Affiant explicitly reserves all of his rights under 1-308; 1-103.6. UCC. 1-308. Performance or Acceptance Under Reservation of rights (a) a Party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the Other Party does not therby Prejudice the rights reserved Such words as "without Prejudice", under protest or the like are sufficient.

2) Affiant retains all of his rights and liberties at all times and in all places, "Nunc Protunc" from the time of his nativity and Forevermore. Futher Affiant retains his rights not to be compelled to perform nor be held liable for any Constructive or Implied Contract or Commercial agreement that he did not enter knowingly, voluntarily and Intentionally, which includes never having contracted away any of his liberties or natural Human Status. (Moorish-Haitian-American) Propria-Persona, Sui Juris.

3) Affiant is not a United States Citizen or a 14th Amendment "Corporate Citizen". He is a Moorish-Haitian-American, Natural State citizen (Alien) of the Republic

Pg. 1 OF 2

and rejects any expatriation attempt.(15 United States at large, 27 July 1868-expatriation Statue). Violation of Affiants liberty is $500,000 USD per Incident or per 15 Minutes of detainment or any part thereof.

(412 U.S. 346)

4.) U.S. vs. Bishop; Dred Scott vs. Sanford (1857); (4 wheat 402.) State Governments are but Trustees with a derived Authority; Billings v. State, (107 Ind. 54, 6 NE. 914, 7 NE. 763, 57 AM. Rep. 77) "The estate of a decedent is a Person; State vs. Eberhard, 179 P 853; 246 P2d 1011; (28 USC 3002(15); Penhallow vs. Doones Administrators, 3 US.54; 1 L.ED.57; 3 Dall 54 (1795); Cruden vs. Neal "Every man is independant of all laws etc..."; Bond vs. United States (SCOTUS '2000); Snider vs. Newell" 44 SE. 354; Hogans vs. Lavine; Boswell v. Otis, 9 How. 336, 348; Pennoyer v. Neff, 95 US. 714, 24 Led. 565 [Title 18 Section 241-242). "No one has the right especially under (Codes and Courts) To Denationalize, Deprive Any rights, Privileges or immunities by reason of color or race".

[I claim Equity](Affidavit) - to include points 1), 2), 3), 4) above Affiant: Shalom C. Saintillus-Bey; (Moorish Haitian-American) Propria Persona, Sui Juris, a natural born human of the Republic of Florida, in its deJure Capacity and as one of the several States of the Union Created by The Constitution of the United States of America 1776/1789. This Confers upon Affiant Moorish Haitian-American National status as a Common human part of the Sovereign People and do Swear and Affirm that I have scribed and read the foregoing facts, and in accordance with my first-hand Knowledge and Conviction; are accurate, correct, Complete and Nothing but the Truth to the best of my Beliefs and Knowledge.

By: Shalom C. Saintillus-Bey; UCC 1-308; 3-402

Date 2/7/22   In Propria Persona, Sui Juris on Behalf of [CHALONER SAINTILL 5] (Grantor/Executor/Entitlement Holder)

Case# 2:20-cr-00213-KJM   Pg. 2 of 2

Petition for return of Property unlawfully seized          2/7/22
                                                Case # 2:20-cr-00213-KJM

Eastern District Court of CALIFORNIA

Unlawful Search & Seizure (No Seal/or Jurisdiction Authenticating Warrant)

(For the Record/under UCC 1-308 w/Prejudice)

Now Comes, The Moorish-Haitian American Nation, The Defendant in said cause and states That he is a private Citizen (Master "holding Office") of one of the several States near Delray Beach, FL, near [33444]. That on the 27th Day of October 2020, certain Officers of the Government whose names are to the defendant unknown, unlawfully and without Authority so to do broke open the door to defendant's said home Seized (xrp) Crytocurrency and a National I.D. (Nationality) out of a Car. (On Property 245 N.W. 10th Ave, Delray Beach, FL, Near [33444]. This is in Violation of The 4th and 5th Amendments To the Constitution of the United States. (Also where no such land is "Territorial Jurisdiction" of the The United States). That the District Attorneys, Marshal and clerk of the United States Court for the Southern/Eastern Districts of Florida/California (whichever) took the above described Property so seized into their Possession and have failed and refused to return to defendant a portion of same to wit: Roughly 130,000 (xrp) Crytocurrency and Moorish-Haitian-American National ID Card etc... That said Property is being unlawfully and Improperly held by said District(s) Attorney(s), Marshall and clerk(s), in Violation of Defendant rights under the Constitution of the United States.

Pg. 1 of 2

Wherefore defendant prays that said District(s) Attorney(s), Marshal and Clerk(s) be Notified and that the Court direct and order said District Attorney(s), Marshal and Clerk(s) to return said Property to said Defendant.

CHALONER SAINTILLUS
Shalaun C. Saintillus Bey: 1-308;3462  (Defendant)
Attorney For Defendant

(Points) * See Weeks v. US. 232 US. 383; 58 L.ED 652; Boyd vs. US. 116 US. 616; 29 L.Ed. 746; US. v. McHie, 196 Fed. 586.

Bacon v. US., 97 Fed 35
Hale v. Henkel, 201 US. 43; 50 L.ED 652; Ripper v. US. 178 Fed. 24; Hartman v. US. 168 Fed. 30; Hardesty v. US. 164 Fed. 420; Holt v. US. 218 US. 245; 54 L.ED 1021; US. v. Mills, 185 Fed 318; Wise v. Mills, 189 Fed. 583

Starr. v. US., 153 US. 614; 38 L.E.D. 841
Ex Parte Burford, 3 Cranch 448.
US. v. Baumert, 179 Fed. 735 and West v. Cabell, 153 US. 78, 38 L.Ed 643

Date 2/7/22

Case 2:20-cr-00213
Pg. 2 of 2