# Exhibit 1

AO 442 (Rev. 11/11) (modified) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

**FILED**
MAR 26 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**UNSEALED**

United States of America
v.
CHALONER SAINTILLUS,
aka SHALAM ALI EL BEY

Case No. 2:20-mj-0162 JDP

*Defendant*

2020 OCT 22 AM 10: 16
RECEIVED
U.S. MARSHALS SERVICE
EASTERN CALIFORNIA

/1/92772

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHALONER SAINTILLUS, aka SHALAM ALI EL BEY,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Title 21 U.S.C. § 841(a)(1) - Distribution of a Controlled Substance;
Title 21 U.S.C. § 846 - Conspiracy to Distribute a Controlled Substance

Date: October 21, 2020

*[signature]*
UNITED STATES MAGISTRATE JUDGE

City and state:  Sacramento, California

Jeremy D. Peterson, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10-22-2020, and the person was arrested on *(date)* 3/23/21
at *(city and state)* TRAVIS, CA.

Date: 3/23/21

*[signature]*
Arresting officer's signature

ALLAN MENC, DUSM, United States Magistrate Judge
*Printed name and title*