FILED
FEB 14 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

There's No God But The Great God
Moorish-Haitian American Nation      2/10/2
Case # 2:20-cr-00213-KJM

- Dear, Ms. Kennison, is ECF "70" Sealed? Because I sent an Affidavit of Reservation of Rights (ucc 1-308) etc... as well. I'D also like a copy of My most recent court hearing January 7, 2022. (Transcript)

- I send another, well a couple more Affidavits. Another Reservation of Rights, in case the First one never was Docketed I like this one just listed As a supplement to the First one IF Not listed As Original only if there's not one listed. It may be sealed if so please inform me as well

The Other Affidavit is a Petition on Behalf of the Defendant for Unlawful Seizure and a Return of All Property including Interest made on Behalf of the Executor/Sole Beneficiary for the Benefit of The Trust. Thank You, They should Be under ECF "No. 77, 78.

Respectfully Yours, IN Pro-Pria Persona, Sui Juris Autonomous
: Shalom C. Saintillus-Bey; 1-308; 3-402
General Executor/Entitlement Holder
On Behalf of CHALONER SAINTILLUS

P.S. Send Copies of the Following: ECF, No. 70, 71, 72, 73, 74 and The Most Recent 77, 78 I Believe Thank You!
Copies of the Original File/Stamped into Public Records.

February 10th 2022

Office of the Clerk
United States District Court
Eastern District of California
501 Street, Suite 4-401
Sacramento, CA. 95814

Re: Pro Se Form Package

To the Clerk of Court:

I am an inmate at California Health Care Facility. Because I believe that my constitutional rights were violated at this institution, which is located in this federal district, I am interested in filing a lawsuit in this district court. Please send me the package of forms that the Court provides to inmates who wish to file a pro se lawsuit under 42 U.S.C. § 1983. Also requesting Indigent Fee Waiver Form. If applicable. Please send these forms to me at the following address:

Jeremy D McMahon
*BC9131
California Health Care Facility
P.O. Box 32110
Stockton, CA. 95213

If possible, please send me a copy of the district court's Local Rules.

I look forward to receiving these materials as soon as possible. Thank you for your assistance.

Sincerely,
Jeremy D McMahon.