_There's No God But The Great God_

Moorish-Haitian American Nation

vs.

United States of America

**FILED**
FEB 17 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

2/14/22
Case # 2:20-cr-00213-KJM

Motion: To Compel / Notice of Default

**(All Rights Reserved UCC. 1-308; 1-103.6)**

Now Comes The Petitioner, Moorish-Haitian American Nation et al In Proptia Persona, Sui Juris And with Constitution De Jure To move This Motion: To Compel/Notice of Default to the Status of the Moorish-Haitian Americans hereby demands a Full Dissmisal With Prejudice, For Default/Dishonor and failure/refusal to respond To Not one But all ECF... NO.8, NO.70, NO.71, NO.72, NO.73. Which are Docketed as such.

: Citing Treaty/Supreme Court Decisions:

1) The Treaty of Peace and Friendship (The first and oldest Treaty to date)
2) Hagans vs. Lavine: "Jurisdiction cannot be sustained by a lower court, or entertain and decide any claim of conflict between federal and State laws.

-I claim Equity "for the record" when Equity conflicts with Adminstrative/Maritime law, Equity shall supercede Always.

3) Boswell v. Otis, 9 How. 336, 348; to wit.
-Pennoyer v. Neff, 95 US. 714, 24 L.ed. 565: "Any court, which lacks Personal Jurisdiction, is also a court without power to issue an In Personam Judgement.

:Shalam C. Saintillus: X-5351960
651 I Street
Sac, California [95814]

Pg. 1

# There's no God But The Great God

4.) The claim of the 13th Amendment to abolish all entities of Slavery (Slave Names, Slave Masters, Slaves e.g. Negro, Black and Colored Slaves) Now becomes ex post facto in the 14th Amendment, which then declares the same Negro, Black and Colored slaves as "citizens", Disguised under the word "Person" and made subject to the Jurisdiction.

Futhermore, How the word "Black" can find no formal place within nationalities of the human family and still can be made "citizen" of any free national and Constitutional Government.

5.) Coupled with The Following "Maxims of Law in Commerce"
- He who has the Gold Pays the Debt.
- HJR 192 of 1933 is Public Policy.
- No one can be compelled to do the impossible.
- The Created is subject To the creator; The Borrower is subject to Lender; The slave is subject to the Master etc...et al.
- In Commerce Truth is Sovereign; Truth is expressed in the form of an affidavit; A Matter Must be Expressed to be resolved; An Unrebutted affidavit stands as Truth and Judgement in commerce.
- He who leaves the field of Battle first lose by default.

6.) My claim of Grantor/Executor/Entitlment holder and Sole Beneficiary Stands unchallenge. I'm The Holder in Due Course and Equitable Title holder of The Vast Moorish Haitian American National Estate. The Gov. is Estop from Futher harming The Beneficiary. All Interest Made shall be giving to me for Damages Incurred.

(UCC 1-308)  Respectfully yours, In Propria Persona, Sui Juris

Shalam C. Saintillus-Bey; ON Behalf of CHALONER SAINTILLUS:

Date 2/14/22     Pg. 2 OF 2     Case# 2:20-cr-00213KJM