Moorish Haitian American Nation

vs

UNITED STATES OF AMERICA

FILED
FEB 22 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ AMC _____
DEPUTY CLERK

2/18/22

Case# 2:20-cr-00213-KJM

"Last Minute" Brief Response LOL

I Figured The Trustee would Be IN Breach of Trust (Generally) I Recieved The "So called" Opposition" Brief on The Date listed Above, Affording Me No Time To Formerly Reply, But That "Bill of Complaint In Equity" should Do The Job Quite well. Due To The lack of Fraudulent Concealment By the "Prosecutor" and The "Clerk of Office" You failed to get IN Depth Also Fraudulent Conspiracy to Defraud By Some Deputy Officers. Not only You failed to get IN Depth but you chose The easy route By Using a 2021 Filing which occurred During Infancy. I'M Appearing at "The Age of Majority" The games are Done. as I Said Before Everything Is commerce and I desire to stay IN Commercial honor. You missed My Affidavit of Reservations of Rights "UCC 1-308", As I'am Reserving Them Now I'am the Entitlement Holder of The Trust. I Appoint Mr. SAM Stefenkl As Successor Trustee to Discharge/Settle The Matter of the lien on The estate. Rendering Me Just Consideration IN Return. You have No higher Claim Then I. I Reserve Power of Revocation and Modification of the Trust At All Times.

IN Propria Person, Sui Juris
:Shalam C Saintilus-Bey: