Eastern District California

There's No God But The Great God.

Notice (Final)    2/18/22

Moorish-Haitian American Nation

vs

United States of America

**FILED**
FEB 22 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ Ame
DEPUTY CLERK

Appointment!

Case # 2:20-cr-00213KJM

True Manifestation

— I Shalam C. Saintillus-Bey, Appearing at age of Majority, in Propria Persona, Sui Juris Autonomous hereby Declare The Prosecutor as The Lawful Trustee by Appointment Through Me. The True Creditor "Preferred Creditor" I have The highest Claim. He as The Trustee/Surety is to go ahead in his Fiduciary compacity to settle All/Any All Outstanding Debts, Taxes, "Charges" Made Through the Courts Express Implied, Constructive Contracts/Trust. I claim Equity. I reserve All Rights and Revocation/Modification of the Trust as, I See Fit. (Naming The Prosecutor Successor Trustee/Fiduciary)

Upon Settlement and Discharge The Prosecutor is to Redress Me For Damages, and Reimbursement for time spent unlawfully Detain, Private Property, (Crytocurrency) at current Market Value and My National I.D. Card. Prefferably 30 Million Dollars All Together is about right, Concluding My True Manifest Intentions on creating the Trust. With A ONEway Ticket Back to Florida.

(Entitlement Holder)
Respectfully yours The True Creditor/Beneficiary
:Shalam-C.Saintillus-Bey: 1-808;3-603;3-402
In Propria Persona Sui Juris on Behalf of [CHALONER SAINTILLUS]