<u>Theres NO GOD BUT The Great GOD</u>

Moorish Haitian American Nation

**FILED**  FEB 24 2022  CLERK, U.S. DISTRICT COURT  EASTERN DISTRICT OF CALIFORNIA  BY ___ DEPUTY CLERK

2/18/22

Case # 2:20-cr-00213 KJM

vs.

United STATE OF AMERICA

Extention TO Brief opposition

**The District Attorney IS The Trustee/Surety.** NOT ME ECF NO. 71, Mr. Samuel Stefanki specified on The Notice of "Age of Majority", relief was not sought for, is a lie. I claim Equity and when Administrative/Maritime law Conflict, Equity supercedes It. I Claim My Proper STATUS, Sui Juris. IM NOT That word "BLACK" Which the Court Deems me as. I Ask for the Penal sum so I May Endorse It (Creating A Bearer Bond) To Remain In Commercial honor. UCC. Govern's Bankrupty Proceedings I alway hail "UCC. 1-308." ECF NO. 72, I ASK for Another Arbitrator who will subpeona The liability Isurer. Also The Complaint lacks a Corporate Seal. (Cleary has a wet Ink Signature). ECF NO. 73 Jurisdiction/STATUS is challenge, "The Court must Investigate The Authencity of the STATUS in Question Before it can proceed." (My Nationality card was TAKEN! At initial Arrest. The Court must prove it has the Power over the Personage of the Defendant (NOT "Quasi in rem", Power over Property.) Burden OF Proof lies ON The Court. ECF NO. 74 NONE OF MY Federal Questions was Answered, I wonder Why "Because The Court lacks Jurisdiction over My "Proper STATUS" The Court Should Dismiss The Case Base on The Fact It lacks In "Personam Jurisdiction". (Pennoyer v. NEFF, 95 US. 714, 24 LED. 565). Courts has No Jurisdiction To Preside over Me whom come forth In Propria-Persona, SUI Juris. (Moorish Haitian American), Who IS The Grantor, Entitlement Holder "Sole Beneficiary of The Trust Estate Defendant. (Billings v. STaTE, (107 Ind. 54, 6 NE. 914, 7 NE. 763, 57 AM. Rep. 77)

"The estate of a decedent is a Person.(Billings v. STATE) Couple with The Fact There is No Injured Party It should Be Dismissed.(Commercial harms) Which I'm here to settle/Discharge and remain In Commercial honor.(NOT Dishonor!)-Cruden vs. NEAle) "Every man is Independant of all laws, except Those prescribed by nature. He is not bound by any institutions formed by his fellow men without his Consent" (You or Courts Does NOT have My consent)

## Conclusion

I ask why My Substantive Rights should Be Comingled with enemy Belligerents then so be that This matter continue In Camera, away from The Public's Eye. That I May Be presented The Penal Sum so I May Alleviate The Court's UnBallanced Books, or Provide An EnDorsed Negotiable Instrument (Birth Certificate). Last I Do Appoint Mr SAMuel STEfenki Successor Trustee To Handle The Job For Me as he holds The liability Bonds/check Book for the court. Hence (To settle/Discharge All outstanding liability, The court could)

-Snider v.s. Newell 44 SE.354

"Fictitious names exist for a Purpose. Fictions are Invented to give Courts Jurisdiction."

(Man is NOT A Fiction)

(Bond vs. United STATES) "2000" "Without contract and Consent enforcing government rule is illegal". "Can Be held Personally liable for their actions". -Penhallow v.s. Doanes Administrator, 3 US.54; IL.ED.57; 3 DAll 54 (1795) -28 USC. 3002 (15)" UNITED STATES Means-A Federal Corporation" (Been Bankrupt Since Civil war) Became a Corporation 1871.

By: The Entitlement Holder of The Trust.

IN Propria Persona, Sui Juris: Shalom C Santillo - Bey: 1-308; 3-402

Pg. 2 of 2