FILED
FEB 25 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

The Honorable Kimberly Mueller
Federal District Court United State
Eastern District of California

*Special and Private*

IN RE: Shalam C. Saintillus-Bey:
Real Party in interest (Jus Personam)
RE: CHALONER SAINTILLUS
Infant/Minor
vs     2:20-cr-213 KJM
UNITED STATE OF AMERICA

*Age of Majority*
Expressing The Trust
Secured Party Creditor
and Entitlement Holder *

Shalam C. Saintillus-Bey - a natural living man Being of Majority Status express Further Status as The Principal and Beneficial Equitable Title Holder, True Creditor of The Estate, Private Citizen Holding Office of the Executor acting as Agent on Behalf of the Estate. NO one holds a higher authority over the estate Than Man. When there is a conflict of law Between the rules of equity and the rules of law over the same matter, The rules of equity shall always Prevail. I require That this case Be sealed and the rules of equity Shall apply. I grant The Court, by special Deposit, The use of my name for future return of My Interest.

In an effort to alleviate The Courts present concern regarding 2:20-cr-00213 KJM. I require an invoice for the Penal Sum due for the Defendant CHALONER SAINTILLUS. This is a True Bill? I request an in-camera personal meeting with you where said Invoice is Presented To Me For Settlement. It is my Intention to provide the court the ability to balance its books and close This Matter in its entirety. I'am acting in personam Pro Per Upon receipt of the penal sum (True Bill) invoice - Be sure to Include your net retention, I will Indorse It and Present it Back to you for settlement of the entire Matter.

Pg. 1-2

This will negate any interest in pursuance of further harm upon my Person and provide you good cause to order my unconditional release.

Respectfully yours,
:Shalun C. Saintillus-Bey: 1-308 w/Prejudice; 3-402
For and on Behalf of The Debtor/Defendant
CHALONER SAINTILLUS