<u>Theres No God But The Great God</u>

FILED
FEB 25 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

2/18/22

| | |
|---|---|
| In RE: Moorish Haitian American Real Party in Interest (Jus Personam) RE: CHALONER SAINTILLUS Infant/Minor  v.s. UNITED STATE OF AMERICA | Challenging Proper STATUS And Jurisdiction "In Personam" (Personal Jurisdiction over The Proper STATUS) |

Case #2:20-cr-00213 KJM

Before the allegations of any crime can be legally arraigned, Prosecuted or adjudicated The accused Must First be: 1.) Properly Identified. 2.) And The lawful Jurisdiction over that Person Must Be Met. In Propria Persona, sui Juris I am Moorish Haitian American. (Proper Status) - Hence The court have no Personal Jurisdiction over My Proper Status.

The Court/Prosecution Must prove It has the power over the Personage of the "Defendant" (Not "quasi in rem" Power over Property) We are not Talking about the case or Property etc... But The Proper and Precise Identification (True Identity). In Question.

I'm Challenging The Court owned STATUS/Jurisdiction of "Black". The Status of "Black" was, is and evermore Shall be designed to delude any human To Slavery. Its application Simply has no other meaning. The Court/Government is hereby Demanded to Prove/Investigate, Must Investigate The Authenticity of the Status In Question Before It can Proceed.

### Conclusion

The Court hereby Demanded To Dismiss with extreme Prejudice. All U.S. Courts are bound To (First) Correctly Identify the Subjects, Be it the Plaintiff or Defendant (Status) and (secondly) They

Pg. 1 OF

Must/can only be heard (adjudicated) By a court with the proper Jurisdiction to deal with the level of the Identified.

"Any court, which lacks Personal Jurisdiction, is also a court without Power To Issue an "In Personam" Judgement. (Pennoyer v. Neff, 95 US. 714, 24 L.ed. 565,)

# Lets Talk about "a number of "legal" questions to the court" ECF No. 74 (Page 2 Line 24-25 of The Government's opposition to Motion to Dismiss) AKA Lack of Personal Jurisdiction

By: Shalam C. Saintillus-Bey; In Propria Persona, Sui Juris
On Behalf of The "Defendant" CHALONER SAINTILLUS

** The Entitlement Holder of the vast Moorish Haitian American National Estate ** (True Creditor)