**FILED**
FEB 25 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

There is NO GOD BUT The Great GOD

*New Motion/Controversy*

EN RE: Moorish Haitian America Nation;
Real Party in Interest (Jus Personam)
RE: Shalam C. Saintillus-Bey
vs.
UNITED STATES OF AMERICA

2/21/22

*Motion: Challenging "In Personam" Personal Jurisdiction over Proper STATUS*

Case # 2:20-cr-00213 KJM

## I (Factual Background)

(Boswell v. Otis 9. How. 336, 348; to wit) "Courts enforcing mere statutes, Do not act Judicially, but merely Ministerially; thus having no Judicial Immunity And Unlike Courts of law, Do not obtain Jurisdiction by service of process nor even arrest and compelled Appearance".

I: Shalam C. Saintillus-Bey: Proclaiming My nationality "Moorish Haitian-American" In Propria Persona, Sui Juris Autonomous, My Proper and Precise Identification (True Identity) Proper STATUS.

I 'am NOT or Race/Nationality "BLACK". I Challenge (Personal Jurisdiction) of That "Black Label" The Status of "Black" was, is and evermore shall be designed to delude any human To "Slavery". Its Application simply has no other meaning.

I Further Challenge The courts "In Personam" Personal Jurisdiction over My Natural Personage, My "Proper and Precise Identification" Proper Status, Proper Person. Moorish Haitian-American

## II Argument

I am not Talking About "Jurisdiction Over The "Case" Nor/NOT "Quasi in rem" (Power over Property) To clarify we are speaking "In Personam" Personal Jurisdiction My Natural True Personage.

Pg. 1-

Before The allegations of any crime can Be arraigned, Prosecuted or Adjudicated The accused Must First be. 1.) Properly Identified. 2.) And the lawful Jurisdiction over that Person Must be met. Nevertheless, all U.S. Courts are bound to (First) correctly Identify the Subjects, Be It the Plaintiff or Defendant (status) and (Secondly) They must/can only Be heard (Adjudicated) by a court with proper Jurisdiction to deal with the level of the Identified.

Once The Jurisdiction of a court is challenge, it, The Court Must investigate the Authencity of the STATUS in question before it can proceed. Must Prove it has the Power over the natural Personage of the "Defendant". (NOT "quasi in rem"; Power over Property.)

### III Lawful Background

(Pennoyer v. MEFF), 95 US. 714, 24 LED. 565. "Any Court, which lacks "Personal Jurisdiction", is also a court without Power to Issue an "In Personam" Judgement.

### IV Conclusion

When after No Jurisdiction over the Moorish Haitian American can be claimed and proven By the challenged Corporate UNITED STATES OF AMERICA whether Spiritually, Ancestrally, Indigenously, Politically or Legally; Then Full Dismissal w/ Extreme Prejudice Is Appropriate and Accepted. Movement For Relief IN Damages, and Unconditional Release Back To Florida.

By: Shulan C. Santillo-Bey: 3-402
IN Propria Persona, Sui Juris, (Entitlement Holder of The Vast Moorish Haitian-American National Estate) Autonomous