There's No God But The One God

(RPOI)
IN RE: Moorish Haitian American
RE: CHALONER SAINTILLUS
Infant/minor
vs.
UNITED STATES OF AMERICA

Motion: Motion For Dissimisal: Equitable-Estoppel By, acquiescence, Estoppel by Deed, Void Judgment Ab Nitio. (Case # 2:20-cr-00213 KJM)
Judge: Chief (Kimbaly-mueller)   (Time: 10:00 AM)

FILED
FEB 28 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ 02/28/22
DEPUTY CLERK

You are Now, No Doubt, In receipt of My "Reply To The Governments Opposition Brief" Titled "Bill of Complaint" IN EQuity (Presentment to void Proceedings And Jurisdiction)" Expressing The Trust (Special Deposit)" Suplimentary Documents Titled "Trust Minutes" and "Enduring Power of Attorney". You/Government was Giving with a Five-Day moratorium and/or limitation associated and attached hereto, any and all rebuttals, reponses, replies, and or objections must Be in writting, with specificity supported by facts and conclusions of equitable law. Dated February 16, 2022. 5 Business Days Including Since I was Giving In order to Make Sure The Mail Carrier Delivered My Reply To the "Governments Opposition Brief". It is February 24, 2022. You are Estopped from any further harm on Thee Beneficial EQuitable Title Holder of The Trust. Any Further harm will constitute Personal EQuitable Claims on It's Corporate officials. Fed. R. Crim P.29 Your Evidence Against My Birthrights Are Frivolous in nature and Inferiorly Baseless. This Is/has To Do with Property (Estate) As Proven and From My Title "Deed" OF True Ownership "Signed, Sealed, Delivered" cannot Be Match My Motion For Dissimisal Stands and Movement For Relief In Damages For Unlawful Detainment/cruel Punishments, Private Property Illegally Seized and Destroyed. (Deed of Reconveyance) (Beneficiary Deed)

By:
Shalon-C-Saintillus-Bey, IN Propria Persona, Sui Juris
True Beneficial EQuitable Title Holder on Behalf of CHALONER SAINTILLUS
Beneficial Title Ownership

**(Certified Copy of "Bill of Complaint", P.O.A, Trust Minutes) Delivered**
(Signed, Sealed, Delivered)   2/16/22

Exibit 1

For Filling, Thank You!

USC 18§ 2071  * Concealment Law *
USC 18§ 2076  * Clerks Must File *   *Attorney For Defendant*