# FILED

FEB 28 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

DEPUTY CLERK

2:20-cr-213-kJm

"There is No God But the Great God"

NOBLE DREW
SHALAM
18 ALI 65
OFFICIAL SEAL

# Moorish-Haitian American
## NATION

*Original Available Upon Request*

① 1804 When The Indigenous People, AbOriginals of Haiti Gained their Independence From The French (France) Mother: Charitable-Montas: and Father: Luchner-Saintillus (Moorish Decedents/Haitian) Full Blood (Jus Sanguinis) Made Way To Florida.

② Who had me (Chaloner-Saintillus:) on The Soils (Jus Soli) of Magrib Amexem. (1988)

③ Haitians are Part and Parcel of The Great Morrocan Empire (Native Nation) Before European Colonization.

④ I am Representative of The Moorish Nation, Entitlement Holder to the vast Moorish National Estate.

⑤ Morocco Was The Capitol In those Times as D.C is to the United States. Our Flag(s) The Red And Green 5 Point Star In Middle. Haiti's Red/Black Flag.

⑥ We Migrated From land of Caanan, Recieved Permission From the Pharoahs To settle on the Shores and Set-up Morocco, as our Capitol. Eventually Travel Cross To The Americas/Central Americas.

⑦ This Is my Declaration-Soverign Bond Title of My Correct and TRUE IDentification. Nationality. (Allodial title)

X: Chaloner-Saintillus:
TRUE Creditor/General Executor/Entitlement-Holder

ARTICLE 4 § 1 FULL FAITH and CREDIT
Y.O.B (Year of Birth), P.O.B (Place of Birth)
1/10/1988.          Boynton Beach, FL, USA
    : Shalam C. Saintillus Bey