2/23/22

"Exclusive Jurisdiction over the courts of the states" *Not against my Personal rights*

There's No GOD But the Great GOD

IN RE: Moorish Haitian-American Nation

RE: Shalam C. Saintillus-Bey (Equitable Title Holder)
vs.
UNITED STATES OF AMERICA
and
Assistant Attorney General
Mr. Samuel STEFENKI (Legal Title Holder)

MOTION: (Challenging "In Personam" Personal Jurisdiction of Proper-STATUS Or Judgement is void ab nitio.)
Case #2:20-cr-00213 KJM
*Pennoyer rule (1968)*
*Full Dismissal w/Extreme Prejudice In Equity*

FILED
FEB 28 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By ___ jms ___ DEP

Now Comes The Petitioner, The Moorish Haitian American Nation et al In Propria Persona, Sui Juris Autonomous And with Constitution De Jure To Move This "In Personam," Challenging Personal Jurisdiction of Proper Status, To The STATUS OF the Moorish Haitian Americans Hereby Challenge The Defendant, UNITED STATES, Attorney "Assistant" General "Mr. STEFENKI" To Be Recognized As a Pure clean Nation Is Now The Order OF Today Judicial Business: The Supreme laws of the United States and All other Free National Governments Judicially uphold There can Be No Legal Proceeding without the right Order Establishment OF "Proper STATUS" and Apposite Jurisdiction. These Two Pillars of law Must Be IN Place And have Precedence Before The Adjudication of all Formal Matters of Lawful Substance Can Be Addressed.

Cited Supreme Court Decisions: *Possessing All rights, Indigenous, Inalienable, Personal Rights*

- Amistad Mutiny of 1841
- Dred Scott Decision of 1856
- Pennoyer rule (1968), Pennoyer v. Neff, 95 US. 714 (1877)

Hereby challenge To Prove I'm Not Who I say I'am. Futher Prove The STATUS "Black" can find No Formal Place within the Nationalities of the human Family and still be made a "Citizen" of any Free national and Constitutional Government????"

By:
Shalam C. Saintillus-Bey: 1-308; 3-402 IN Propria-Persona, sui Juris
Entitlement Holder Of The Vast Moorish Haitian American National Estate.