Private Special

~~Thanks To GOD~~ ~~For The Great GOD~~

# Moorish Haitian American Nation

IN RE: Shalam C. Saintillus-Bey:      2/28/22
Real Party in interest (Jus Personam)    NOTICE ON TERM OF TRUST
RE: CHALONER-SAINTILLUS      *Expressing The Trust*
Infant/Minor (ESTATE)      Special Deposit
     (Complainant)      Case # 2:20-cr-00213 KJM

V.S.      **FILED** Reserves Rights/Powers Revocation/Modification

UNITED STATES OF AMERICA
and    (Respondents)      MAR 07 2022
Assitant Attorney General      CLERK, U.S. DISTRICT COURT
     EASTERN DISTRICT OF CALIFORNIA
     BY _____ DEP.

Comes Now, Shalam C. Saintillus-Bey, In Propria Persona, Sui Juris, a natural living Man, Reserving All Private, Indigeneous, Inalienable rights, Private Commercial I'am Also Reserving The Power of Revocation and Modification of the Trust at any and All Times I see fit.

1.) As Grantor (General Executor) and Beneficial Equitable Title Holder herein. I Am Removing/Terminating All Presume Beneficiary Agents/Asignee's claiming an Interest or Appointment in this Matter. This Void Appointment is To Be Filled By No other Then ME The Entitlement Holder As Sole Beneficiary Permanetly Of The Court Bonds.

2.) IF Pressume Trustee I'm Removing/Terminating Myself for Non-Performance and filling This Void Appointment With The Court and "Mr. Stefenki" As Sucessor Trustee, To Go Ahead An Ballance The Court Books of all Financial liabillities/claims That The Court Create, Settle, Order The General Executor UNCONDitional Release with Damages Incurred as Adequate Consideration, Thus Completing This Meeting/Appointment Term.

By: Shalam C. Saintillus-Bey: 3-402, UCC 9-102(a)(10)
Beneficial Owner - and Executor. TRUE Owner (Deed)

Exibit 2

*Clerks Must File * Ty!