**There's NO GOD BUT The Great GOD**

*(NOT "Quasi in rem" Power over My Natural Personage!!!) Prove it...*

IN RE: Moorish Haitian-American National
Real Party of Interest (Jus Personam)

RE: CHALONER SAINTILLUS
(Infant/Minor)
VS.
UNITED STATES OF AMERICA
And
Attorney General

**FILED**
MAR 10 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

3/7/22

MOTION: Challenging "IN Personam" Personal Jurisdiction Over "My Proper STATUS AND Expressing The Trust" (Special Deposit)

Case # 2:20-cr-00213 KJM-1
Case # 2:20-mj-00162 JDP

Come Now, The Undersign, Shalom C. Saintillus-Bey, Proclamation of Proper STATUS (Nationality) of Moorish Haitian-American, IN Propria Persona, SUI Juris Autonomous hereby Challenges The Government's IN Personam Juris-Diction. Burden of Proof lies on The Government to Prove: *(NOT "Quasi in rem" Power over Property)*

1.) How The word "BLACK" can find No Formal Place within the Nationalities of The Human family and still Be made "Citizen" of Any free National and Constitutional Government? (SEE *Pennoyer Rule (1968) Black's Law Dictionary 5th EDITION*)
(*NOT "Quasi in rem" Power over Property!) (Power over My Proper Person)*

2.) Are Blacks "Slaves" or otherwise "Persons" as used in the 14th Amendment, and How Can they be made 1st Class Citizens without their inalienable Free National Descendent name of their Forefathers? (Prove I'm NOT Moorish Haitian American o That I'm "Black". Must Prove IM "Black"?)

3.) What Branch of law Authorize the States to apply abolished slave labels, To any person, of African Descent, After 1865 (the 13th Amendment)?

**★Expressing The Trust★ (I claim EQUITY)**

I Reserve All Rights (UCC 1-308) I Reserve Power of Revocation and Modification of the Trust at Any/All Times I see fit.

– I'M The Entitlement Holder (Beneficial Owner/General Executor of the Trust) The Sole Beneficiary and NOT Trustee/Surety.

– I Assign A Successor Trustee/Fudiciary, The Court/Prosecution, Mr. Stefenki... To Be Successor Trustee/Fudiciary.

Pg. 1 of 2

\*I'M Not Going To Serve As A Defendant Either of Any Longer!\*

To Settle All Financial Claims/Debts The Courts created for the Benefit of The Trust and Entitlement Holder.

- For Clarification - I am Not acting as The legally Deminish, Infant Minor Defendant. I'M The Principal Creditor and Sole Beneficiary, of The Trust/Estate Defendant. (Also Challenge your Jurisdiction on me Administrating this Trust.)
- For Clarification - All Previous Assumed Beneficiaries, Co-Beneficiaries, all Agents, Asignees, "Guardian Ad Litems" Including no other than Mia Crager (officer of Court #300112) Are All Terminated.
- I'am The Sole Beneficiary and Entitlement Holder. (Benificial Equitable Title Holder.) This serves as a Sovereign Allodial TITLE.
- If I was Pressume Trustee/Surety I relinquished the Duty as its my right and for NON-Performance.
- The Successor Trustee/Fudiciary upon Settlement shall award Damages, and Surpluss Interest to Me upon Concluding Matter and ordering My Unconditional Release. (I claim EQuity), Seal these Meetings from Public Session/Appointment is Over!

By; Beneficial EQuitable Title Holder in Propria Persona, Sui Juris, Autonomous: Shalem Cyleintillo-Bey; on Behalf of CHALONER SAINTILLUS Trust/Estate Defendant! UCC.1-308; 3-402

(SEE\* Proclamation-Declaration; Bill of Complaint in Equity, P.O.A, Trust Mins. All Submitted 2/16/22 - 2/18/22 (Clerk of office) And Submitted To Chief Judge Kimberly-Mueller on 2/28/22. (Beneficial Allodial Sovereign Title's Original, BONDED!)\*

Pg. 2 of 2