Theres NO GOD BUT The Great GOD

| | |
|---|---|
| IN RE: Moorish Haitian American Nation | 3/8/22 |
| RE: CHALONER SAINTILLUS | Motion To Compell: TO Answer |
| vs. (Complainant) | EQuitably to The Bill of Complaint |
| UNITED STATES (Respondent) **FILED** MAR 14 2022 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK | in EQuity etc... (2/16/22-2/18/22) Regarding BonD ID #'s 1091988010407, and 220cr00213kJM; 220MJ00162JDP; 920MJ08364DLB |

"Case # 2:20-cr-00213 KJM" "Special Deposit"
"Expressing The Trust"

(Declaration of Executor/Entitlement Holder)

Comes Now, Shalam C. Saintillus-Bey a self Proclaimed Moorish Haitian American IN Propria Persona, SUI Juris, a natural Man Being of Majority Status Express Further status as The Principal and Beneficial Title Holder/Executor, and Not an infant/Minor, hereinafter "Complainant" hereby Declares the foregoing To Be True and Correct. (Agent on Behalf of Defendent) "Special Appearance"

✱ Maxims of Law IN Commerce ✱

1.) All Unrebutted affidavits STANDs as Truth and Judgement in Commerce. (Answer or remain IN Default) SEE: Pg. 5 "Movement for Relief" Bill of Complaint in EQuity.

2.) Courts in Conducting "Commercial" Business of the Court Must give/Disclose to or upon a Party upon Demand The Bookkeeping entries (Recievable/Payables) SEE: Exibit A (Pg. 23-25 Points 25-26) of The "Bill of Complaint" IN EQuity

3.) Thee Executor/Entitlement Holder is Compelling The Government/Prosecution to Answer. (IN EQuity) SEE: Trust Minutes, P.O.A.

By: Shalam C. Saintillus-Bey; IN Propria Persona, SUI Juris (Age of Majority) For and on Behalf of Trust Entity: CHALONER-SAINTILLUS Defendant.