PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHALONER SAINTILLUS,<br><br>Defendant. | CASE NO. 2:20-CR-00213-KJM<br><br>CERTIFICATE OF SERVICE RE UNITED STATES' OPPOSITION TO DEFENDANT'S FURTHER MOTION TO DISMISS AND OTHER REQUESTS |

Certificate of Service By Mail

1

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on March 22, 2022, she served a copy of the **UNITED STATES' OPPOSITION TO DEFENDANT'S FURTHER MOTION TO DISMISS AND OTHER REQUESTS** by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee:

Chaloner Saintillus X-5351960
RIO COSUMNES CORRECTIONAL CENTER (12500)
12500 Bruceville Road
Elk Grove, CA 95757

Chaloner Saintillus X-5351960
Sacramento County Main Jail
651 "I" Street
Sacramento, CA 95814

/s/ L. SMITH
L. SMITH