To: Chief Judge Kimberly Mueller

**FILED**
MAY 1 2 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Public Notice                    5/4/22

To: All Public Officials on case: 2:20-cr-00213 KJM

I Respectfully Ask and Demand, Require The "Oaths of Office" To Be Placed on the Public Record with Performance Bonds, Signed, Sealed, Delivered from Secretary of State of California. I am from Florida, and I'M Not Suppose to Be here, I'M Not Trusting a Soul when It Pertains to my life, liberty, and Property. Persuant to the Constitution, which y'all sworn to uphold and Protect.

IN Addition show where have I not claimed My "age of Majority" As Sole Beneficiary. I ask for the W-9 1040 form for IRS and Your liability Insurance Carrier + Contact Information with (2) Copies of the Penal Sum Accounting Invoice w/net retention. Default Judgement was not entered for failed Response from Prosecution. 3/28/22-3/30/22 of Bill of Complaint IN EQuity Filling etc (Further more I Need Bar Card Numbers as well. I'm the Successor Beneficiary of "Mr. Saintillus" whom is the Cestui Que Trust. My Birthright As heir to the property/Securities/Assets. Prosecutor has Cestui Que use. (Who has the Securities license at the court to offer those Securities?)
(To Stop this Fiscal Malfeasance/Malicious Prosecution.)
Canon 2057 "Any Administrator or Executor that refuses to immediately dissolve a Cestui Que (Vie) Trust, upon a Person establishing their status and Competency, is Guilty of fraud and fundamental Breach of their fudiciary duties requiring their Immediate removal and Punishment."

Sincerly, Shalem C. Saintillus-Bey: 1-308; 3-308; 3-402
General Executor, Beneficial EQuitable Title Holder

5/4/22

:Certificate of service: "Proof of service" Pro Se. Pro Per.
Following (Bonded) Documents Has Been: Signed, Sealed and Delivered
To the following Required Parties: (Served!)

Case: 2:20-cr-00213KJM

- Chief Judge Kimberly-Mueller        (US. DBA. Eastern District of
501 I Street                          California) Dunn and
Sac, California, [95814]              Bradstreet #003187213

- "GOV." (Attorney General -"Phillip A Talbert;"   (US. DBA District Attorney)
7. Attorney General -"Mr. Sam Stefenki)            Dunn and Bradstreet #
501 I Street, Ste. 10-100                          038284311
Sac, California, [95814]
916)554-2700

- Office of the Clerk of Court        * Provide Me Copies of These
501 I Street, StE. 4-200              Filing... herein. Thank You!
Sac, California, [95814]

U.S.C. 18 § 2071 "Concealment Fraud" - (Fines; 3 Year Prison Pen.)
U.S.C. 18 § 2076 "Clerk is to file" - (Fines; 1 Year Prison Pen.)
U.S.C. 18 § 241-242 "Deprivation, Denationalize; Deprive any right By reason
of color or race" (Fines; up to 10 Years Prison Penalty.)

By: Shalom C. Saintillus-Bey:   In Propria Persona, Sui Juris
Autonomous (Moorish Haitian-American): Sole Attorney; General
Executor; Beneficial Entitlement Holder of the Trust/Estate, ALL
CAPS Defendant: CHALONER SAINTILLUS