5/5/22

Pursuant to Prev. Settlement Offer letter/Notice

Case: 2:20-cr-00213 KJM

I forgot to include that the Offer is Made Exclusively IN EQuity.

- Use My EQuity to settle the charges etc...
- Settlement Certificate #109-1988-010401 (Date Filed 1/15/88) to the Penal Sum Accounting Invoice w/net retention etc... (Should Be 18.3 Million IN value) etc...
- As I'am of "Age of Majority", Documents Submitted Prior "Enduring Power of Attorney", "Trust Minutes", "Certificate of Original Beneficial EQuitable title"

The foregoing is True and Correct under the laws of the U.S."

Sincerly: Shalun C. Saintillo-Bey:
General Executor, Sole Beneficiary of Trust/Estate
CHALONER SAINTILLUS

**FILED**

MAY 12 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

5/5/22

:Certificate of service: "Proof of service" Pro Se. Pro Per.
Following (Bonded) Documents Has Been: Signed, Sealed and Delivered
To the following Required Parties: (Served!) case: 2:20-cr-00213KJM

-Chief Judge Kimberly-Mueller          (US. DBA. Eastern District of
501 I Street                            California) Dunn and
Sac, California, [95814]                Bradstreet #003187213

-"GOV." (Attorney General -"Phillip A Talbert;"   (US. DBA District Attorney)
7. Attorney General-"Mr. Sam Stefenki)              Dunn and Bradstreet #
501 I Street, Ste. 10-100                           038284311
Sac, California, [95814]
916)554-2700

-Office of the Clerk of Court          * Provide Me Copies of These
501 I Street, Ste. 4-200                Filing... herein. Thank You!
Sac, California, [95814]

USC. 18 § 2071 "Concealment Fraud"-(Fines; 3 Year Prison Pen.)
USC. 18 § 2076 "Clerk is to file"-(Fines; 1 Year Prison Pen.)
USC. 18 § 241-242 "Deprivation, Denationalize; Deprive any right By reason
of color or race"(Fines; up to 10 Years Prison Penalty.)
"Persuant to 28 USC. sec. 1746"
    By: Shalon C. Santillus-Bey:     In Propria Persona, Sui Juris
Autonomous (Moorish Haitian-American): Sole Attorney; General
Executor; Beneficial Entitlement Holder of the Trust/Estate, ALL
CAPS Defendant: CHALONER SAINTILLUS