FILED
MAY 1 2 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

Public Notice                                     5/4/22

TO: All Public Officials  on: Case 2:20-cr-00213 KJM

I Respectfully Ask and Demand, Require The "Oath's of Office" To Be Placed on the Public Record with Performance Bonds, Signed, Sealed, Delivered from Secretary of State of CALifornia. I'am from Florida, and IM Not Suppose to Be here, I'M Not Trusting a soul when It Pertains to My life, liberty and Property. Persuant to the Constitution, which y'all sworn to uphold and Protect. (Who has the Securities license at the Court to offer those Securities?)

IN Addition show where have I Not claimed My "Age of Majority" As Sole Beneficiary. I'ask for the W-9 1040 form for IRS and Your Liability Insurance Carrier + contact Information with (2) Copies of the Penal Sum Accounting Invoice w/net Retention. Default Judgement was not entered for failed Response from Prosecution. 3/28/22 - 3/30/22 of Bill of Complaint IN EQuity filling etc (Further More I Need Bar card/Numbers as well I'M the Successor Beneficiary of "Mr. Saintillus" whom is the Cestui Que Trust. My Birthright as heir to the Property/Securities/Assets. Prosecutor has Cestui Que Use. (To Stop this Fiscal Malfeasance/ Malicious Prosecution.)

Canon 2057 "Any Administrator or Executor that refuses to immediately dissolve a Cestui Que (vie) Trust, upon a Person establishing their Status and Competency, is Guilty of fraud and fundamental Breach of their fiduciary duties requiring their Immediate Removal and Punishment."

Sincerly, Shalom C. Saintillus-Bey; 1-308; 3-308; 3-402
General Executor, Beneficial EQuitable title Holder

5/4/22

:Certificate of service: "Proof of service" Pro Se. Pro Per.
Following (Bonded) Documents Has Been: Signed, Sealed and Delivered
To the following Required Parties: (Served!)

Case: 2:20-cr-00213 KJM

- Chief Judge Kimberly-Mueller     (U.S. DBA. Eastern District of
501 I Street                                          California) Dunn and
Sac, California, [95814]                     Bradstreet # 003187213

- "GOV." (Attorney General - Phillip A Talbert;   (U.S. DBA District Attorney)
7. Attorney General - "Mr. Sam Stefenki)              Dunn and Bradstreet #
501 I Street, Ste. 10-100                                  038284311
Sac, California, [95814]
916)554-2700

- Office of the Clerk of Court              * Provide Me Copies of These
501 I Street, StE. 4-200                        Filing... herein. Thank You!
Sac, California, [95814]

U.S.C. 18 § 2071 "Concealment Fraud" - (Fines; 3 Year Prison Pen.)
U.S.C. 18 § 2076 "Clerk is to file" - (Fines; 1 Year Prison Pen.)
U.S.C. 18 § 241-242 "Deprivation, Denationalize; Deprive any right By reason
of color or race" (Fines; Up to 10 Years Prison Penalty.)

By: [signature] By:;        In Propria Persona, Sui, Juris
Autonomous (Moorish Haitian-American): Sole Attorney; General
Executor; Beneficial Entitlement Holder of the Trust/Estate, ALL
CAPS Defendant: CHALONER SAINTILLUS

[Official Seal: NOBLE DREW ALI 18 65 MOORISH HAITIAN]