for: THE UNITED STATES EASTERN DISTRICT
COURT OF CALIFORNIA

1/22

| | |
|---|---|
| IN RE: Moorish Haitian-American Nation (Real Party In Interest) RE: CHALONER SAINTILLUS (Infant/Minor) VS. UNITED STATE IN The INTEREST OF "Justice" | Case: 2:20-cr-00213 KJM Motion: For Dismissal, "Nil Dicit Default Judgment"; "Estoppel" failure To respond within 30 days to the "Declaration, Proclamation; Certificate of title; Bill of Complaint In EQuity w/Exhibits A-E; lawsuit" by (Special Appearance) |

**FILED**

MAY 12 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

(EQuity of exoneration)
(General Executor; Beneficial EQuitable Title Holder)

Come NOW, Shalam C. Saintillus-Bey, IN Accordance to the U.N. Declaration on Human Rights. In Propria Persona, SUI Juris Autonomous A Self Proclaimed Moorish Haitian-American, not to Be Construed as A U.S. Citizen, Citizen of the U.S. or 14th Corporate Amend. Citizen. Very Briefly As Documented ON Public Record The Court/US. DISTRICT Court of Eastern DISTRICT OF CALIFORNIA LACKS Personal Jurisdiction Against the Petitioner "Silence IS TACIT Agreement, Acquiescence". My "Claim of Majority and Title" to My Proper-Person and Beneficial EQuitable TITLE TO CHALONER SAINTILLUS (ESTATE Properties, Securities, Assets) Holds firm. I claimed EQuity, Please Provide the Accounting/Penal Sum for his Matter So we can properly close and Balance the Court Books. I'am Giving The Court the Authority to Do So with my EQuity with the Estate. I Been Unlawfully Detained from my Daughter and family long Enough (500+ Days and Counting). Award me All Profits, and Damages Thank You. (AN Way Back home) "Canon Law 2057"

By: Shalam C. Santillus-bey     1:308; 3-402; 3-308

Executor and Sole Beneficiary of The Trust/Estate.

## Moorish Haitian-American Nation

## Certificate of Title: (ucc.§ 9-102(a)(10))

"Persuant to Minnesota Rule.220 Birth Certificate"
"Persuant To Register of Titles"
I Shalam C.Saintillus-Bey IN Propria Persona, SUI Juris Autonomous
A Self Proclaimed Moorish Haitian-American) Do STATE/AFFirm That
I'am familiar with the facts recited on The Birth Certificate, The
Party named and said Birth Certificate is the same Party (except for
it's status of course) as one of the Owners name and said Certificate
of Title. U.C.C. § 9-102 (a)(10)

name:                Y.O.B        County of Birth:    P.O.B.
Shalam C.Saintillus-Bey; 01/10/1988; Palm Beach County; Boynton Beach, Florida;
                   Signature:                                          USA

X: _Shalam C. Saintillus-Bey_ ......... U.C.C.1-308; 3-402
General Executor; Benificial&Quitable Entitlement Holder of
Trust/Estate

STATE OF FLORIDA

THIS DOCU Case 9:20-cr-00213-KJM Document 116 Filed 05/12/22 Page 3 of 8 ERMARK.

## BUREAU of VITAL STATISTICS

# CERTIFICATION OF BIRTH

STATE FILE NUMBER: **109-1988-010407**

DATE ISSUED: **FEBRUARY 7, 2022**

DATE FILED: **JANUARY 15, 1988**

CHILD'S NAME: **CHALONER    SAINTILLUS**

DATE OF BIRTH: **JANUARY 10, 1988**

SEX: **MALE**

COUNTY OF BIRTH: **PALM BEACH COUNTY**

MOTHER'S NAME: **CHARITABLE    SONTASE**
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

FATHER'S NAME: **LUCKNER    SAINTILLUS**

, STATE REGISTRAR

REQ: 2023619584



THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.



DH FORM 1946 (03-13)





Florida HEALTH

Theres no God But The Great GoD

IN RE:

Moorish Haitian American Nation  AFFidavit                    / /

vs.
STATE OF                                           Case #
                                                   Reservation of Rights
This is Public Communication to     (Ucc. 1-308; 1-103.6)
all.(Notice To Agent is notice      all rights reserved ucc. 1-308
o principle etc.... Application     c/o [222] S.W. 3rd Avenue, Delray
to all successors and assigns       Beach, Republic of Florida, near
All with excuse.                    [33444], Phone:(561) 812-9412
                                    NoN-domestic w/o United States

1) Let it be known that Affiant explicitly reserves all of his rights under -308. ucc. 1-308. Performance or Acceptance Under Reservation of Rights (a party that with explicit reservation of rights performs or promises perfom or assents to performance in a manner demanded or Offered by the Other does not therby prejudice the rights reserved such words as "Without Prejudice"; und protest or the like are Sufficient.

2) Affiant retains all his rights and liberties at all times and in all places "Nun protunc" from the time of his Nativity and Forevermore. Futher Affian retains his rights not to be compelled to perform nor be held liable Fo any Constructive or implied Contract or Commercial agreement that h did not enter knowingly, voluntarily and intentionally which includes never having Contracted away any of his liberties or natural human Status.

3) AFFiant is not a United States Citizen or a 14th amendment citizer He is a Moorish-Haitian-American State citizen of the Republic o rejects any expatriation attempt.(15 United States at large, 27 July

                    [illegible]                    → More on Back

1868-expatriation Statue.) Violations of Affiant liberty is $$ 500,000 USD per incident or per 15 minutes of detainment or any part therof.

Affidavit to include points 1).2),3.) above an** Below Affiant Shalam C. Saintillus-Bey(Moorish-Haitian American) In Propria Persona, Sui Juris, a natural born human of the republic of Florida, in its DeJure Capacity and as one of the several states of the Union created by the Constitution of the United states of America 1776/1789. This confers upon Affiant Moorish Haitian American National Status as a Common human part of the Sovereign People and do swear and Affirm that I have scrib and read the foregoing facts, and in accordance with my fist and knowledge and Conviction, are accurate, correct, complete and nothing But the truth to the best of my beliefs and Knowledge.

By:: _Shalam C. Saintillus-Bey_ : UCC.1-308; 3-402
Moorish Haitian American in (Propria Personem) Sui Juris
General Executor    Beneficial EQitable Entitlement
Holder of the Trust    Estate name Defendant
    CHALONER SAINTILLUS

** Also Reserve Power of Revocation/Modification of the Trust at Any/ and All Times I see Fit.**

## TRUST ENTITY: <u>CHALONER SAINTILLUS</u>
### Minutes

In a meeting of the General Executor and sole attorney of the Trust Entity **CHALONER SAINTILLUS** March held 30, 2020, the following was decided:
### <u>Granting of Exclusive Power-of-Attorney</u>

In order to apply the powers of the General Executor these minutes shall act as an addendum to the Enduring Power of Attorney granting **Shalam C. Saintillus-Bey** sole attorney rights dated: March 30, 2020

Full authority is provided the public representative **Shalam C. Saintillus-Bey** having attained age of majority, to act to discharge/settle/resolve every day common public obligations on behalf of the Trust.

This power-of-attorney-general IN FACT, identified by the unique identification number 5736425805341008000, is full evidence of the Private Special Relationship Express Trust between the Trust and its public representative.

The powers conferred upon the public representative encompass all related matters and associated properties of the Trust, and at all times when engaging with any contractual matter, when necessary to express, does so solely by invoking Exclusive Jurisdiction at/in Equity.

Any legal matters, or such special other obligations which may arise during the public representative's engagement of the public at-large shall be resolved by the Exclusive Jurisdiction at/in Equity.

Said matters at/in Equity, the public representative shall inform the parties to the matter that the Trust shall discharge/settle said privately by the General Executor, **Shalam C. Saintillus-Bey.**

Failure of either the court or other parties to the matter attempt to obfuscate this strict obligation after said noticed, the Trust may pursue actions against the offending party at/in Equity.

If the offending party be corporate in nature and not natural, its corporate officials shall be personally named in the Equitable claim against them.

SO THESES MINUTES were resolved by unanimous vote and passed without dissent. The General Executor providing their signature as affirmation of the Trust ascendance and approval of the minutes herein.
Dated:

By: _____
**General Executor and Sole Attorney**
**Moorish Haitian-American, In Propria Persona, Sui Juris Autonomous**
**Non-Resident Alien,Non U.S Citizen,Non-Citizen of the U.S, Non 14th Amend.**
**Corporate Citizen**

## ENDURING POWER OF ATTORNEY

This Deed of Enduring Power of Attorney is made under the Guardian and Administration Act 1990, Part 9, on the _30_ day of _March 2022_, by

**Donor**   The TRUST ENTITY: **CHALONER SAINTILLUS, SAINTILLUS CHALONER, Mr. SAINTILLUS** or any such representation using ALL CAPITAL letters, **Of the property [222] S.W. 3RD AVENUE DELRAY BEACH, FLORIDA [33444]**
I RESCIND ANY AND ALL PREVIOUS POWERS OF ATTORNEY AND TO HEREBY NOMINATE, CONSTITUTE AND APPOINT
·   Donee/Attorney **Shalam C. Saintillus-Bey**
**Of the property [222] S.w. 3rd avenue Delray Beach, Florida [33444]**

TO BE MY SOLE ATTORNEY
I **declare this power** to become effective upon the execution of this Deed and remain effective notwithstanding that I may suffer any subsequent legal incapacity and/or being under duress and I authorize my attorney to do on my behalf anything I can lawfully do by an attorney.

Donor/Principal
Signed, sealed and delivered by; Signature
CHALONER SAINTILLUS          Date _March 30, 2022_

In the presence of
Name _Joseph C. Maghee_
        I certify the following:
        a) I explained the effects of this power of attorney to the principal before it was signed.
        b) The principal appeared to understand the effect of this power of attorney.
        c) I am prescribed witness.
        d) I have witnessed the signature of this power of attorney by the principal.
        e) I am not an attorney under this power of attorney.

        Signature: _Joseph C. Magee_
        Qualification: _Representative of the Moorish-American Nation_

**Acceptance by Donee/Attorney**
**I accept the** appointed to be the attorney under this Deed (enduring power of attorney).

                                        **Signed By:** _Shalam C. Saintillus-Bey_

:Certificate of service:"Proof of service" Pro Se. Pro Per.
Following (Bonded) Documents Has Been: Signed, Sealed and Delivered
To the following Required Parties: (Served!)

-Chief Judge Kimberly-Mueller     (US. DBA. Eastern District of
501 I Street                       California) Dunn and
Sac, California, [95814]           Bradstreet #003187213

-"GOV." (Attorney General -Phillip A Talbert;  (US.DBA.District Attorney)
7. Attorney General-"Mr. Sam Stefenki)          Dunn and Bradstreet #
501 I Street, Ste. 10-100                        038284311
Sac, California, [95814]
916)554-2700

-Office of the Clerk of Court         *Provide Me Copies of These
501 I Street, StE. 4-200              Filing... herein. Thank You!
Sac, California, [95814]

U.S.C. 18 § 2071 "Concealment Fraud"-(Fines; 3 Year Prison Pen.)
U.S.C. 18 § 2076 "Clerk is to file"-(Fines; 1 Year Prison Pen.)
U.S.C. 18 § 241-242 "Deprivation, Denationalize; Deprive any right By reason
of color or race" (Fines; up to 10 Years Prison Penalty.)

By: _____  In Propria Persona, Sui, Juris
Autonomous (Moorish Haitian-American): Sole Attorney; General
Executor; Beneficial Entitlement Holder of the Trust/Estate, ALL
CAPS Defendant: CHALONER SAINTILLUS