FILED
MAY 13 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

5/5/22

:Certificate of service:" Proof of Service" Pro Se. Pro Per.
Following (Bonded) Documents Has Been: Signed, Sealed and Delivered
To the following Required Parties: (Served!) case: 2:20-cr-00213 KJM

- Chief Judge Kimberly-Mueller          (U.S. DBA. Eastern District of
501 I Street                            California) Dunn and
Sac, California, [95814]                Bradstreet # 003187213

- "GOV." (Attorney General - Phillip A Talbert;"   (U.S. DBA District Attorney)
7. Attorney General - "Mr. Sam Stefenki)            Dunn and Bradstreet #
501 I Street, Ste. 10-100                           038284311
Sac, California, [95814]
916) 554-2700

- Office of the Clerk of Court          * Provide Me Copies of These
501 I Street, Ste. 4-200                Filing... herein. Thank You!
Sac, California, [95814]

U.S.C. 18 § 2071 "Concealment Fraud" - (Fines; 3 Year Prison Pen.)
U.S.C. 18 § 2076 "Clerk is to file" - (Fines; 1 Year Prison Pen.)
U.S.C. 18 § 241-242 "Deprivation, Denationalize; Deprive any right By reason of color or race" (Fines; up to 10 Years Prison Penalty.)
"Persuant to 28 U.S.C. Sec. 1746"
    By: Shalan C. Saintillus-Bey;   In Propria Persona, Sui, Juris
Autonomous (Moorish Haitian-American): Sole Attorney; General
Executor; Beneficial Entitlement Holder of the Trust/Estate, ALL
CAPS Defendant: CHALONER SAINTILLUS

5/5/22

(Persuant to Rev.) Settlement Offer Letter/Notice

Case: 2:20-cr-00213 KJM

I forgot to INclude That the Offer is made Exclusively IN EQuity.

- USE My EQuity to Settle the Charges etc...
- Settlement Certificate #109-1988-010407 (Date Filed 1/15/88) (To the Penal Sum Accounting INvoice etc...
- Should Be 18.3 Million IN Value etc...

- As I'am of "Age of Majority" Documents Submitted Prior "Enduring Power of Attorney", "Trust Minutes", "Certificate of Original Beneficial EQuitable title"

"The foregoing is True and Correct under the laws of the US."

Sincerly, Shalum C. Saintillus-Bey:
General Executor, Sole Beneficiary of Trust/Estate CHALONER SAINTILLUS.