TO: County Recorder
501, I Street
Sac, California. [95814]

5/9/22

Clerk of Office or | Case: 2:20-cr-00213-KJM
Dear, US. District Court Recorder of Eastern California.
I would like to recieve my one free electronic court copy filings dated from March 28, 2022 to Now. ONE of each one please and thank you.

Shalum. C. Saintillus-Bey

from: Chalum-Saintillus-Bey:
651, I Street, 5E119A
Sac, California, [95814]

**FILED**

MAY 13 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK