UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:20-cr-00213-KJM |
| Plaintiff, | ORDER |
| v. | |
| Chaloner Saintillus, | |
| Defendant. | |

Defendant Chaloner Saintillus's request to file under seal is **denied** for failure to comply with this district's local rules and the court's previous order. *See* E.D. Cal. L.R. 141(b); Order (Mar. 28, 2022), ECF No. 105. The Clerk's Office is directed to return the handwritten documents received May 6, 2022, titled "Notice of Request to Seal Documents" and "Motion: For Dismissal," to the defendant by mail. *See* E.D. Cal. L.R. 141(e)(1).

IT IS SO ORDERED.

DATED: May 20, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1