PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00213-KJM |
| Plaintiff, | UNITED STATES' OPPOSITION TO DEFENDANT'S FURTHER FILINGS |
| v. | |
| CHALONER SAINTILLUS, | |
| Defendant. | |

The United States of America (the "government") respectfully requests that the Court deny the requests contained in defendant Chaloner Saintillus's most recent filings. *See* ECF No. 113; ECF No. 116. Saintillus's documents advance a meritless view of the Court's jurisdictional power that should be summarily rejected. For the reasons set forth in the government's previous opposition filings, the Court has jurisdiction to hear this case charging Saintillus with violations of federal criminal law. *See* ECF No. 80; ECF No. 83; ECF No. 102; ECF No. 111.

Dated: May 20, 2022                    PHILLIP A. TALBERT
                                       United States Attorney


                                By:   /s/ SAM STEFANKI
                                       SAM STEFANKI
                                       Assistant United States Attorney