IN THE UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA                            6/3/2022

IN RE: (Shalam C. Saintillus-Bey)                Case # 2:20-cr-00213 KJM
Moorish Haitian-American Nation                  Motion: Objection To
(real Party in interest).                        Docket #'s: 122, 123, 124
RE: CHALONER SAINTILLUS                          Persuant to Rule 12.(d),
v.                                               Rule 12(f), and Rule 12 subdivision
U.S. of America                                  (G).
(Fictitious Foreign State)                       *(I object/Appeal Any fraudulent
failure to respond on record with fact ( legal Determinations "For Record")
findings/conclusions of law. Docket #119-121. To My reply to U.S. Opposition.
5/6/22 (Docket 111.) Signed May 19, 2022.)   (violations to Rule 12 sec.)

### Very Briefly

Rule 12(d) "The court must decide every pretrial motion before trial unless it finds good cause to defer a ruling." (Ruling on a motion section).

Rule 12(f) Recording the proceedings "All proceedings at a motion hearing, including any findings of fact and conclusions of law made orally by the court, must be recorded by a court reporter or a suitable recording device."

Provisions of Rule 12(G) "All defenses and objections which are capable of determination without trial of the general issue." (May Be raised by motion)

I.D. Rule 12 subdivision (G) "Requires that a verbatim record be made of pretrial motion proceedings and requires the judge to make record of his findings of facts and conclusions

Pg. 1 of 2

(Court cannot lawfully proceed Void ab initio.)

of law. This is desirable if Pretrial rulings are to be subject to post-conviction review on the record. The judge may find and rule orally from the bench, so long as verbatim record is taken. There is no necessity of a seperate written memorandum containing the judge's findings and conclusions."

From above cited Rules there is cleary title 42 "Conspiracy/fraud", being conducted as the Judge and "title 26" Attorneys are in fact conspiring together to harm the "In Proper Person" Non-corporate entity, Non-U.S. Citizen Defendant."

•"Jurisdiction (Personal/subject-matter) Must be proven and is never waived. SEE: U.S. v. Rogers, 23 Fed., 658 (DC Ark. 1885)

•Pennoyer Rule (1968) "Any court which lacks Personal jurisdiction also lacks Personal judgement." (Not to mention the "Improper venue" its under, which its correct venue and jurisdiction is under "title 26" Heading: United States Tax court. Jurisdiction: Title 26"→Subtitle F→Chapt. 78→Subchapter A→§7604 (Enforcement of Summons)

•"A court cannot confer jurisdiction were none existed; cannot make a void proceeding valid." Old Wayne Mut. L. Assoc. v. McDonough, 204 U.S. 8, 27 S.ct. 236

Futhermore, Court cannot proceed without fact findings/conclusions posted on Record. I DO NOT Consent/Contract with any Fictitious Foreign State courts. Burden Rest on Court to prove! =(Improper Venue!)(Canon 2057 Violation.")    By: Shala C. Littles-Bey
Pg. 2 of 2

- FRCP Rule, 52(a)(1) "In General, The court must find the facts specially and state its conclusions of law seperately".

- The Court cannot just deny a motion, without fact finding and conclusions of law being on the record.

- The Court lacked jurisdiction from the beginning and all employees, foreign Agents, IRS Attorney are liable in Civil action suit for damages.

- Nothing can proceed, or any Conviction/judgment is void.

- This Court must Dismiss the case. All of a sudden the Court/Agents do not wanna Status on the Motion to dismiss and deny's everything. Its Complete Bogus and falls under "Title 42".

- I OBJect the judge Decision* to deny everything. (For the record) CHIEF Judge Kimberly-Mueller Must Dismiss the case, or Civil Action will be the result of her and MR. STENFKI Negligence.*

:Certificate of service:"Proof of service" Pro Se. Pro Per.
Following (Bonded) Documents Has Been: Signed, Sealed and Delivered
To the following Required Parties: (Served!)

- Chief Judge Kimberly-Mueller          (U.S. DBA. Eastern District of
501 I Street                             California) Dunn and
Sac, California, [95814]                 Bradstreet #003187213

- "GOV." (Attorney General -Phillip A Talbert;"   (US. DBA District Attorney)
A. Attorney General-"Mr. Sam Stefenki)     Dunn and Bradstreet #
501 I Street, Ste. 10-100                  038284311
Sac, California, [95814]
916) 554-2700

- Office of the Clerk of Court           * Provide Me Copies of These
501 I Street, Ste. 4-200                   Filing...herein. Thank You!
Sac, California, [95814]

U.S.C. 18 § 2071 "Concealment Fraud"- (Fines; 3 Year Prison Pen.)
U.S.C. 18 § 2076 "Clerk is to file"- (Fines; 1 Year Prison Pen.)
U.S.C. 18 § 241-242 "Deprivation, Denationalize; Deprive any right By reason
of color or race" (Fines; Up to 10 Years Prison Penalty.)
Per. 28 USC § 1746.
By: Chaloner C. Saintillus-Bey;     In Propria Persona, Sui Juris
Autonomous (Moorish Haitian-American): Sole Attorney; General
Executor; Beneficial Entitlement Holder of the Trust/Estate, ALL
CAPS Defendant: CHALONER SAINTILLUS