IN THE UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA

6/5/2022

IN RE: (Shalom C. Saintillus-Bey;)
Moorish Haitian-American Nation
(real Party in Interest)
RE: CHALONER SAINTILLUS

v.

US. OF AMERICA
(Foreign Fictitious State)

**FILED**

JUN - 8 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Case #2:20-cr-00213KJM
Motion: Objection to Docket #'s:
122, 123, 124. Persuant to Rule
12(d), Rule 12(F), and Rule 12(G).
* (I object/Appeal Any/All fraudulent
legal Determinations "for record")

failure to respond to reply Docket #119-121)   (violations to Rule 12 Sec.)
fact findings conclusions of law.) Very Briefly        (Signed May 19, 2022)
Rule 12(d) "The court must <u>decide</u> every Pretrial motion before trial
unless it finds good cause to defer a ruling." (Ruling on a Motion sec.)

Rule 12(F) Recording the proceedings" All Proceedings at a motion hearing,
including any findings of facts and conclusions of law made orally
by the court, must be <u>recorded</u> by a court reporter or a
Suitable recording device."

Provisions of Rule 12(G) "All defenses and objections which are
capable of determination without trial of the general issue."
(May Be raised by motion)

I.D. Rule 12 Subdivision (G) "Requires that a verbatim record be made
of Pretrial motion Proceedings and requires the judge to make record
of his findings of facts and Conclusions of law. This is
desirable if Pretrial rulings are to be subject to post conviction
review on the record. The judge may find and rule orally from the
bench, so long as verbatim record is taken. There is no
<u>Pg. 1 OF 2</u>

(Court Cannot lawfully Proceed. Void ab initio.)

necessity of a seperate written memorandum containing the judge's findings and conclusions."

from above cited Rules there is clearly "title 42" "Conspiracy/Fraud." being Conducted as the Judge and "title 26" Attorneys are in fact Conspiring together to harm the "IN Proper Person" Non-Corporate entity NON-U.S. Citizen Defendant."

·"Jurisdiction (Personal/Subject-matter)" Must be Proven and is never waived". SEE: U.S. v. Rogers, 23 Fed., 658 (DC Ark. 1885)

· Pennoyer Rule (1968) "Any court which lacks personal jurisdiction also lacks Personal judgement". (Not to mention the "Improper venue" its under, which its correct venue and jurisdiction is under "title 26" Heading: United States Tax Court. Jurisdiction: "title 26's Subtitle F chapt. 78, Subchapter A > § 7604 (Enforcement of Summons)

were none existed
· "A court cannot confer jurisdiction, cannot make a void proceeding valid". Old Wayne Mut. L. Assoc. v. McDonough, 204 U.S. 8, 27 S. Ct. 236

Furthermore, court cannot proceed without fact findings/conclusions Posted on Record. I Do not Consent/Contract with any fictitious Foreign State courts. Burden of proof Beyond Reasonable Doubt Rest on the court to prove!

(Improper Venue)

By: Shalam C. Sintillo-Benj.

Canon 2057 violation. Proper. (Moorish Haitian-American)
Sac. County Main Jail 5E-119A
651 I Street
Sac, California, [95814]

Pg. 2 of 2

: Certificate of service: "Proof of Service" Pro Se. Pro Per.

Following (Bonded) Documents Has Been: Signed, Sealed and Delivered To the following Required Parties: (Served!)

-Chief Judge Kimberly-Mueller    (US. DBA. Eastern District of
501 I Street                   California) Dunn and
Sac, California, [95814]       Bradstreet # 003187213

-"GOV." (Attorney General -Phillip A Talbert;" (US. DBA District Attorney)
A. Attorney General-"Mr. Sam Stefenki)    Dunn and Bradstreet #
501 I Street, Ste. 10-100          038284311
Sac, California, [95814]
916)554-2700

-OFFice oF the Clerk oF Court     * Provide Me Copies of These
501 I Street, StE. 4-200          Filing... herein. Thank You!
Sac, California, [95814]

USC. 18 § 2071 "Concealment Fraud"-(Fines; 3 Year Prison Pen.)
USC. 18 § 2076 "Clerk is to file"-(Fines; 1 Year Prison Pen.)
USC. 18 § 241-242 "Deprivation, Denationalize; Deprive any right By reason of color or race" (Fines; up to 10 Years Prison Penalty)
     Per. 28 PSC. § 1746
     By: Shalon C. Sentillus-Bey;   In Propria Persona, Sui Juris
Autonomous (Moorish Haitian-American): Sole Attorney; General
Executor; Beneficial Entitlement Holder of the Trust/Estate, ALL
CAPS DeFendant: CHALONER SAINTILLUS