IN RE: Shalam C. Saintillus-Bey
MOORISH HAITIAN-AMERICAN NATION
RE: CHALONER SAINTILLUS
V.
U.S. OF AMERICA
(FICTITIOUS FOREIGN STATE)

6/6/2022
Motion: To Transfer Venue (original venue is Improper)
Case # 2:20-cr-00213 KJM
CHIEF JUDGE: KIMBERLY-MUELLER

Very Briefly

Petitioner respectfully request this honorable court to dismiss the case or transfer the Petitioner to a proper Article III venue. Persuant to Ground VII "Improper venue" Pg. 13-18.(OF MY "Reply to United States opposition to defendants further Motion To DISMISS", DOCKET # 111. (filed 5/6/2022". (MOST RECENT SUPPLEMENT) Signed, May 19, 2022. As Grounds FOR PLEADING, SEE: Entire Reply.

Which should be located between Docket #'s 119-121. Any Denial Must be Persuant to Rule 12(d),(f),(G), sub.(G), 52(a)(1)

Per. 28 USC. § 1746 "foregoing is TRUE and CORRECT".

*NO Bad-faith/wrongful Denials is appropriate or Must have a valid factual Reason. (Ground)*

: Shalam C. Saintillus-Bey:
Pro.Per./Pro.SE. SUI JURIS
MOORISH HAITIAN-AMERICAN
Sacramento, County Main Jail 5E19A
651 I Street
Sacramento, CALIFORNIA, [95814]

**FILED**
JUN 09 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

:Certificate of service:"Proof of service" Pro Se. Pro Per.
Following (Bonded) Documents Has Been: Signed, Sealed and Delivered
To the following Required Parties: (Served!)

Chief Judge Kimberly-Mueller        (US. DBA. Eastern District of
501 I Street                         California) Dunn and
Sac, California,[95814]              Bradstreet #003187213

."GOV." (Attorney General-"Phillip A Talbert;"   (US. DBA. District Attorney)
A. Attorney General-"Mr. Sam Stefenki)            Dunn and Bradstreet #
501 I Street, Ste. 10-100                         038284311
Sac, California,[95814]
(916)554-2700

Office of the Clerk of Court         *Provide Me Copies of These
501 I Street, Ste. 4-200              Filing...herein. Thank You!
Sac, California,[95814]

USC. 18 § 2071 "Concealment Fraud"-(Fines; 3 Year Prison Pen.)
USC. 18 § 2076 "Clerk is to file"-(Fines; 1 Year Prison Pen.)
USC. 18 § 241-242 "Deprivation, Denationalize; Deprive any right By reason
of color or race" (Fines; up to 10 Years Prison Penalty.)
     Per. 28 USC. § 1746 "foregoing is TRUE and CORRECT."
By: Shalom C. Santillo-Bey:    In Propria Persona, Sui, Juris
Autonomous (Moorish Haitian-American): Sole Attorney; General
Executor; Beneficial Entitlement Holder of the Trust/Estate, ALL
CAPS Defendant: CHALONER SAINTILLUS