Letter                                                                           6/6/22

## CHIEF JUDGE: KIMBERLY MUELLER

Persuant to minutes ordered:

**\*Procedural errors\***       122, 123, 124

Case # 2:20-cr-00213 KJM

Black's Law 5th Pocket E.D. Pg. 238
- Wrongful Denial (1845) "The Improper or erroneous refusal to recognize Something that is valid."

- Bad-faith Denial (1982) "A Denial made dishonestly, unreasonably, or without grounds."

**\*Violations of Rule 12 Pleadings and Pretrial Motions\***
- Rule 12(D), (F), (G), Sub(G), 52(a)(1) (Judge Must Record/Follow)

Violations under "title 42" and "canon 2057". In the Interest of Justice I'am Respectfully asking kindly in Your assitance. Even Justices have Opinions. You must always give record of fact findings and conclusions of law. Thats law.

Respectfully Yours,

Shalen C. Saitillo-Baji

**\*I need Justice, Nothing But Justice is accepted, or Appropriate.\***

Sacramento, county, Main JAIL 5E119A
651 I Street
Sacramento, California, [95814]

**FILED**

JUN 09 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK