DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Fax: (916) 930-6482
Email: david.fischer@fischerlawoffice.com

Attorney for Defendant
CHALONER SAINTILLUS

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHALONER SAINTILLUS,<br><br>    Defendant. | Case No.: 2:20-CR-00213-KJM<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR APPOINTMENT OF COUNSEL** |

## REQUEST

Pursuant to this Court's order issued on May 26, 2022 (ECF No. 122), the CJA Panel administrator for the Eastern District of California has assigned this case to me and has asked that I seek appointment. Accordingly, I am seeking appointment.

Dated: June 10, 2022              /s/ David D. Fischer
                                                   DAVID D. FISCHER