DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Fax:             (916) 930-6482
Email:         david.fischer@fischerlawoffice.com

Attorney for Defendant
CHALONER SAINTILLUS

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>CHALONER SAINTILLUS,<br><br>          Defendant. | Case No.:  2:20-CR-00213-KJM<br><br>**REQUEST TO ADVANCE STATUS CONFERENCE FROM JULY 11, 2022 TO JUNE 27, 2022** |

## REQUEST

Pursuant to this Court's order issued on May 26, 2022 (ECF No. 122), this matter is currently set for a status conference on July 11, 2022.  I have just filed a notice of appearance in this case, and request to advance the status conference to June 27, 2022.  The government has no objection to this request.


Dated:  June 10, 2022                    /s/ David D. Fischer
                                                         DAVID D. FISCHER