Letter/Reply To Judge

- Negroes, or "so called Blacks" are Not Citizens of U.S.
- No matter how you see it or the prosecution "Enforcing government Rule is illegal." (Can be held Personally Liable)
- Bond v. U.S. (SCOTUS)(2000 or 2011)

2:20-CR-0213-KJM

- I Provided Ample Proof, including A Declaration-Proclamation of nationalization, with Bonded Property ie. The Deed/Birth Certificate. I and that "Birth certificate" are Bonded under the "MOORISH AMERICAN GOVERNMENT" There's nothing that can convince you otherwise.

- Dred Scott v. Sandford 60 US (19 Howard) 393 (1857) has never been overturned in 164 years and counting. (Landmark case)
- Amy v. Smith, 1 Litt. Ky. 334, "Free Blacks are not citizens within the provision of the Constitution, Art. 4, sec. 2."
- Read v. Bertrand, 4 Wash. C.C. 516; Knox v. Greenleaf, 4 Dall. 360: "Citizens are natives or naturalized. All persons born in the United States are not citizens. Exceptions are: 1) Free Children of foreign ambassadors, 2) Indians, 3) In general, Persons of color."

- U.S. v. Villato, 2 Dall. 370, "A slave cannot become a citizen merely by a discharge from bondage."
- Chief Justice Daggett (In Dred-Scott case (19 Howard 415) "Persons of that description were not citizens of a state, within the meaning of the word "citizen" in the Constitution of the United States", etc...
- Persuant to Ground I In Reply to Government opposition, (All constitutes new support.) By: _____

Not a U.S. Citizen, nor Citizen of US, or 14th Amend. Corp. Citizen