PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00213-KJM |
| Plaintiff, | STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY MATERIALS |
| v. | |
| CHALONER SAINTILLUS, | |
| Defendant. | |

**STIPULATION**

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the undersigned parties in this case, *United States v. Saintillus*, No. 2:20-cr-00213-KJM, stipulate and agree, and respectfully request that the Court order that:

1. The United States of America (the "government") has produced and could produce additional discovery containing personal identifying information of third parties subject to this stipulation and protective order.

2. Certain documents in the government's discovery production contain names and personal identifying information of other individuals (hereinafter, the "Protected Material"). Such personal identifying information includes, but is not limited to, surnames, street addresses, telephone numbers, drivers' license numbers, social security numbers, financial account numbers, dates of birth, and any

other alphanumeric identifiers attributed to any person.  Any pages of discovery that contain no personal identifying information or which have had the personal identifying information redacted are not subject to this order.

3. The Protected Material is now and will forever remain the property of the government. The Protected Material is entrusted to defense counsel only for purposes of representation in this case. Defense counsel will return discovery or certify that it has been shredded at the conclusion of the case or upon the termination of defense counsel's document retention obligations, whichever is later.

4. Defense counsel will store the Protected Material in a secure place and will use reasonable care to ensure that it is not disclosed to individuals not authorized to access such material under this agreement.

5. Defense counsel is permitted to give one copy of Protected Material to the defendant during the course of defense counsel's representation of the defendant.  The defendant may also review the Protected Material and be aware of its contents.  Should this matter resolve prior to trial, defense counsel shall make reasonable efforts to reclaim any Protected Material previously provided to the defendant, and shall handle the Protected Material as outlined in paragraph 3 of this stipulation.

6. Besides this one copy of Protected Material for the defendant, defense counsel shall not give Protected Material or any copy of Protected Material to any person other than counsel's staff, investigator, or retained expert(s).  The terms "staff," "investigator," and "expert" shall not be construed to describe any defendant or other person not either regularly employed by counsel or a licensed investigator or expert hired in this case.

7. Any person receiving Protected Material or a copy of Protected Material from defense counsel shall be bound by the same obligations as counsel and further may not give the Protected Material to anyone (except that the Protected Material shall be returned to counsel).

8. Counsel shall maintain a list of persons to whom any Protected Material, or copies of any Protected Material, has been given.

9. Defense counsel shall advise government counsel of any subpoenas, document requests, or claims for access to the discovery by third parties in order that the government may take action to resist or comply with such demands as it may deem appropriate, to the degree that such advice does not

conflict with other of defense counsel's legal or ethical obligations arising from the presence of any subpoenas, document requests, or claims for access to the discovery by third parties.

10. The foregoing notwithstanding, after the trial confirmation hearing in this case, counsel, staff, and investigators for the defendant who have confirmed for trial may make copies of Protected Material for trial preparation and presentation. Any copies must, however, remain in the possession of counsel, staff, any investigators, any experts, or the Court.

IT IS SO STIPULATED.

Dated:  June 13, 2022                        PHILLIP A. TALBERT
                                             United States Attorney

                                    By:  /s/ SAM STEFANKI
                                             SAM STEFANKI
                                             Assistant United States Attorney

Dated:  June 13, 2022                        /s/ DAVID FISCHER
                                             DAVID FISCHER
                                             Counsel for Defendant
                                             CHALLONER SAINTILLUS

**[PROPOSED] ORDER**

IT IS SO FOUND AND ORDERED this ____ day of June, 2022.

                                             THE HONORABLE KENDALL J. NEWMAN
                                             United States Magistrate Judge