6/9/22

Constructive Notice:

Case #2:20-cr-00213-KJM

- ON this day June 9, 2022 I recieved a call from the tower of 5E, Of an Attorney visit. For the record I did not ask for any attorney. I do not consent or want to contract with any officer of the Court,(Foreign), agents et al.
- Nor do I want/or need any standby counsel, for advice, assitance, or opinions given, nor do I need one to appear, make any Decisions, or to assume representation.
- There would be an automatic Conflict of Interest of Strategy, and if this Court/Judge, District Attorney, Assitant D.A is assuming any of the above that I am Consenting to one, it is false, Fraud, Conspiracy under title 42, 1985, 1983 etc... cease & desist and remove/withdraw immediately.
- I never asked or gave any Permission for any assitance of counsel. Under the 6th Amendment, I do not wish to have one. DENIED! VACATED

Sincerly,

Shalem C. Satillio-Bey
Pro. Per/Pro. Se

**FILED**

JUN 15 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

Proof of Service                                    6/9/22
Documents Mailed to:

- CHIEF JUDGE: KIMBERLY-Mueller
  501 I Street
  Sac, California, [95814]

- D.A. Office
  501 I Street, Ste; 10-100
  Sac, California, [95814]

- Clerks of Court
  501 I Street, Ste; 4-200
  Sac, California, [95814]

28 U.S.C. §1746 "Foregoing True and Correct"

Shalon C. Litillo
Pro.Per / Pro.Se.