Chaloner-Saintillus-Bey: ref: 535 A60 5EA A
651 I Street
Sac, California, [95814]

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Plaintiff)<br><br>V.<br><br>RE: CHALONER SAINTILLUS<br>(Defendant)<br>Moorish Haitian-American Nation<br>IN RE: Shalam C. Saintillus-Bey: | Case # 2:20-cr-00213 KJM<br>NOTICE OF APPEAL<br><br>**FILED**<br><br>JUN 16 2022<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>by _____ DEPUTY CLERK |

COMES NOW the Defendant, Shalam C. Saintillus-Bey:, In Propria Persona, SUI JURIS, and hereby gives notice of appeal from the Several Denials Imposed (from Motion to dismiss ECF NO.8) (Docket number(s) 122, 123, and 124 on June 1, 2022 by this Court.

Respectfully submitted June 11, 2022.

: Shalam C. Saintillus-Bey:

: Shalam C. Saintillus-Bey:
In Pro Per. / Pro Se.

Copy Mailed this 11th day of June, 2022.
To Each of the following:
DISTRICT Attorney Office ; Office of the clerk of Court
501 I Street, Ste; 10-100        501 I Street, Ste; 4-200
Sac, California, [95814]        Sac, California, [95814]

Chaloner-Saintillus-Bey:xret:5351960
651 I Street
Sac California, [95814]

*Judicial Notice*

Per. Fed R. Evid. 201                                    6/12/22

                                    Case# 2:20-cr-00213 KJM

* 11th Amendment (Congress removed all judicial Power from the Inferior Courts" ie. District courts of the United States.)

* Means the District Attorney does not have Standing to represent "the United States"; Because...

* THE UNITED STATES DISTRICT COURT is a Federal foriegn Corporation. (28 U.S.C. 3002 Sec. 15(a))

* 1871 The United STATes lost its Soveriegnty reverting back to its Pre Colonial Corporate Status.

* Also SEE: Point 2 of Ground III of Docket# 119-121 "My reply to Gov's opposition"...
* FRCP Rule 4(j); 28 USC. Chpt. 97 Sec. 1602-1611 "The United States district court is a Foreign State Court. 28 USC. Sec. 1391

* Point 9 ID (Supreme Court cases) "There have been no Judges since 1789".

* Dred-Scott v. Sanford "Blacks/Negroes are not US. Citizens" (SCOTUS)
* Bond v. US (SCOTUS) "Enforcing government Rule is 'illegal".
* There is No/any jurisdiction/venue/No code, Rules, Regulations, Laws, Congressional acts etc... That Authorizes the UNITED STATES DISTRICT COURT/US. DISTRICT COURT. It is in fact an Improper venue.

* I'am the Beneficiary of the Court bond/Trust property. subject to the lien attached etc...

the UNITED STATES DISTRICT COURT (along with these current "state" courts) are Fraudulent in nature.

* Theres No Federal Statue that shows niether of them EXIST, or has any jurisdiction or venue!

* This court an (All) UNITED STATES DISTRICT COURTS misuses the jurisdiction given to the "District court of the United States" Pre 1871 (Lost of Soveriegnty Status)

* All so called crimes Post 1871 are all Commercial crimes, this Court cannot show me any U.S.C etc in its proper context that show it has Criminal let alone Civil action jurisdiction.
   Black's law 5th Pocket E.D. Pg. 440
* Consent jurisdiction (1855) "Jurisdiction that Parties have agreed to, either by accord, by contract, or by general appearance. Parties may not, by agreement, confer Subject-matter jurisdiction on a federal court that would not otherwise have it."

* Everything this court does is Fraudulent in nature to the fullest Sense. I DO NOT Consent, whether by assume (Implied) by general appearance, Contract, or accord. Jurisdiction has been challenged, and still not yet proven on Record, Nothing can proceed But a dismissal with prejudice. All Rights Reserved Under UCC 1-308. Persuant to Fed. R. Civ. P 41(b).
* "A Court cannot confer jurisdiction where none existed and cannot make a void proceeding valid." Old Wayne Mut L. Assc. v. McDonough 204 U.S. 8, 27 S. Ct 236 (1907)
                    By: Shaheem C. Santillo-Bey.
           In Pro Per./ Pro Se.

6/11/22

Proof of Service     Case:2:20-cr-00213KJM

The following Documents has been mailed to the following Parties.

• District Attorney Office
 MR. STEFENKI ; PHILIP A. TALBERT
 501 I Street, Ste: 10-100
 Sac, California, [95814]

• Office of the Clerk of Court
 501 I Street, Ste: 4-200
 Sac, California, [95814]

Per. 28 U.S.C. § 1746 "foregoing is True and Correct."

: Shalum C. Saitillio-Bey:
 In Pro Per./ Pro Se.
* Would You please include My One free Copy of the Current transcript. And Also an Original filed free copy of Docket numbers 119,120,121. (If I have only one choice please give me a copy of the latter, Specific Docket numbers requested above, I'm not sure which one it is exactly but it should be titled "My Reply to United States Opposition to Defendants Further Motion To Dismiss" Thank-You! ** (Special Request)