UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

<u>**USA,**</u>
       Plaintiff

   v.                                          **CASE NO. 2:20−CR−00213−KJM**

<u>**CHALONER SAINTILLUS ,**</u>
       Defendant

   You are hereby notified that a Notice of Appeal was filed on **June 16, 2022** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

June 17, 2022

                             **KEITH HOLLAND**
                             **CLERK OF COURT**

                    **by:** /s/ A. Kastilahn
                             Deputy Clerk