**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814**

**BILL FOR FEES DUE**

**To:**   Chaloner Saintillus

**RE:**   USA vs. CHALONER SAINTILLUS

     **USDC:**          2:20−CR−00213−KJM

A Notice of Appeal has been filed in the above−referenced case without the appropriate fee paid.   You are hereby notified that the filing fee of $505.00 is due immediately.

**KEITH HOLLAND
CLERK OF COURT**

By:  /s/  **A. Kastilahn**
           Deputy Clerk