TO: CHIEF JUDGE KIMBERLY-MUELLER

**FILED JUN 16 2022**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
by _____ DEPUTY CLERK

No Attorney/counsel is Permitted on My case. 9th Amend. Right! *My Personal Right In Personam* Case 2:20-cr-00213 KJM

Listen, I have Inalienable/Indigenous rights Pre-European Colonization here on this Continental landmass Northwest Amexem. (rights that cannot be surrendered or transferred) (Personal Rights.)

Also Persuant to the 9th Amendment clearly backs what I'm saying further "The enumeration in the constitution of certain rights shall not be construed to deny or disparage others retained by the people". AlsoSEE: (18 U.S.C. §241-242) "No one has right to deprive any right" etc

Those rights include "rights to be" in personam" e.g Pro Per./ Pro Se. I have the right to refuse any counsel or attorney i.e. officer of the Court. Your acting out of your scope of office when you are denying me my rights, in which you can/will be personally held accountable for. Thats, fraud/conspiracy. How else am I going to express/Defend myself or Defendant if I'm not being able to. "You cannot have your cake and eat it too" SMH To the CHIEF JUDGE, what are you Defending, standing for if your denying people their rights in personam. (This Court lacks Personal/subject-matter Jurisdiction Period.

I Refuse Any Attorney/counsel on the Record Period. Its My right. What you aught to do is dismiss the case if you do not want the truth on record. You can't put no one on my case. Thats it and thats all, stop violating the Constitution you were sworn upon. I Refuse any advice, opinion, Appearances from anyone other than Myself In Pro Per./Pro Se!

(A NON-US Citizen, Per. Dred-Scott v Sanford) Shalym C. Santillvo-Bey.
A NON-Corporate Entity                Pro.Per./Pro.Se./ Pg. 1 of 4

- You will not find in the United State code sec. Any jurisdiction or venue, There is no code, rule, Regulation Law, Congressional Act, that Authorizes "THE UNITED STATES DISTRICT COURT/U.S. DISTRICT COURT".

  Black's law 5th Pocket E.D. Pg. 824
- Improper venue (1751) "A Place or court where jurisdiction is not authorized under statute or by agreement of the parties."

- This court is without jurisdiction to issue any judgement etc... everything is null an void ab initio. (corum non judice)

- Release me immediately, Every actor/Foreign Agent is liable for Civil suit. Whether in a federal court 28 USC.>Prt.IV>chpt.87> §1391 or in an Federal Court of claims.

- Proper venue an jurisdiction is located in "title 26" App>title II, (Venue) THE COURT> RULE 10. (jurisdiction) → Title 26's Subtitle F> chpt.78>subchpt> A> §7604 (Enforcement of summons)(a) Jurisdiction of district court "the United States district court".

- You can't just pick and choose which laws to follow out of the Constitution. (11th Amendment Immunity) Plus your taking property of the estate "Illegally" and "Enforcing Government rule" which is illegal. (Nothing can lawfully Proceed, without Proof of Jurisdiction) :Slalum C. Zastillo-Bey:
ON The Record!                              Pro. Per. / Pro. Se.

Pg. 2 of 4

*My Personal rights are being Infringe* Rights In Personam Per 9th Amendment

This court and its officers are engaged in fraud and Conspiracy. Luckily president Biden signed into law the new stock disclosure bill. May 13, 2022 "Judicial Ethics law on stock disclosure" for you federal judges/Attorneys that participate in those type of for profit games.

The court Lacks Jurisdiction from the beginning to even issue any orders, judgments etc... You or the Prosecution cannot show me where I'm wrong at etc.. "Prove that I'm wrong and you to have jurisdiction". How, why can a CHIEF Judge be letting this go on for so long is beyond me. But Justice will soon avail. Over there hooting and howling at me like you have jurisdiction too, how dare you, despite all the Proof I've shown/Presented.

You need to do the right thing. God is commanding you, to finish off the right way, right path. Everyone has a soul/spirit. It shouldn't be hard to let one go whom has proven his innocence. This is not a threat, intimidation factor etc... Just Plain Straight facts, this court has no jurisdiction to be doing what it's doing, especially to one who knows it doesn't have jurisdiction. Dred Scott v. Sanford Landmark case has never been overturned. Whether you attempt to put an Standby Attorney on board doesn't matter if the case was void from the beginning. "A court cannot confer jurisdiction where none existed," cannot make a void proceeding valid". Old Wayne Mut. v. McDonough, 204 US. S. 8. 27 S. Ct. 236 There is no venue/jurisdiction in the USC for this court or Any court of this nature. These IRS Attorneys proper venue/jurisdiction is clearly shown in their title 26 "Section. In the Interest of Justice" Let me live my life in Peace. Thank-You for your time. Helen C. Hittlebey.

Pro. Per. / Pro. se / Pg. 3 of 4

Public Notice: Officers of the Eastern DISTRICT COURT

- I'm trying to take you guys a lot of money etc... from the future Civil suit.

- This is not a threat but should be treated more as an negoitation attempt.

- All Federal/State level Foreign State courts are not excluded, Florida, will be Included trust me. (For Past Illegal Incarcerations)

- Persuant to the New President Biden Bill (Signed into law) "Judicial Ethics Law on Stock disclosures" (May 13, 2022)(Friday)

- Where federal Judges around the nation violating US law, and judicial ethics etc....

- Since you people are not interested in following rule 12, I'm assuming after an habeas Corpus similar patterns will occur, So I'm letting you know now I will be filling a Civil suit for my illegal Detainment an violations, I will not be willing to sign any Invalid contracts, Plea agreements if I have to go, all "fraudlent criminal route". This court has no criminal/civil jurisdiction, as it is missing the "District courts of United States" jurisdiction/venue section. I'm In my proper person Always, This court has No Jurisdiction. Period. You can't Issue nothing, that would be valid.

Shalum C. Sutillero-Bey
[Pg. 4 of 4]   Pro.Per./Pro Se.