Shalam C. Saintillus-Bey: xref: 5351960 5E119A
651 I Street
Sac, California [95814]

6/22/22
Case # 2:20-cr-00213KJM

Dear, Clerk of Court, I recently asked for a free copy of Docket #119-121 the Original filling etc... (A copy of each) May you please send them back to me? "My reply to the United States opposition" (5/6/22)(Most recent supplement)... Also May I get My free one time Transcript? If not Both then the former?

Respectfully yours, Pro Per./Pro se.
Shalam C. Saintillus-Bey

**FILED**

JUN 27 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK