PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHALONER SAINTILLUS,<br><br>Defendant. | CASE NO. 2:20-CR-00213-KJM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: August 1, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Chaloner Saintillus, by and through his counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on August 1, 2022.

2.     By this stipulation, defendant now moves to continue the status conference until August 15, 2022, and to exclude time between August 1, 2022, and August 15, 2022, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes hundreds of pages of investigative reports, laboratory test results, images, and electronic evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

///

b)      Counsel for the defendant was appointed relatively recently and desires additional time to consult with his client, review the current charges, conduct investigation and research related to the charges, review discovery, discuss potential resolutions with his client, and otherwise prepare for trial.

c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 1, 2022 to August 15, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

1      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

5        IT IS SO STIPULATED.

7    Dated:  July 19, 2022                    PHILLIP A. TALBERT
                                          United States Attorney

9                                    /s/ SAM STEFANKI
10                                  SAM STEFANKI
                                  Assistant United States Attorney

12    Dated:  July 19, 2022                    /s/ DAVID D. FISCHER
13                                    DAVID D. FISCHER
                                  Counsel for Defendant
14                                    CHALONER SAINTILLUS

17                            **[PROPOSED] ORDER**

18        IT IS SO FOUND AND ORDERED this ____ day of July, 2022.

20                                  THE HONORABLE KIMBERLY J. MUELLER
21                                  Chief United States District Judge