Shalam C. Saintillus-Bey: xref: 5351960 58119A
651 I street
Sac, California [95814]

Case 2:20-cr-00213-KJM   Document 148   Filed 08/15/22   Page 1 of 1

FILED
Aug 15, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

To Whom this May concerned:   7/15/2022

Case # 2:20-cr-00213KJM

Dear, Honorable Chief Judge Kimberly-Mueller, Through due diligence I'm trying to make this brief, I do not hate nobody, race, etc... I ask for Justice on the Prima facie fact that the indictment is Not valid, void, Through Conspiracy, Malice, Prosecutorial Misconduct, Prejudice, Perjury to name a few.

I did not know that any of this is Unlawful etc... I have not spoke to my daughter since I been illegally arrested. I ask for your help, I heard good things about you. I know your a good Person, you ought to be one of the Justices in the Supreme Court the way you carry yourself and move your Court room. I'm asking for a dismissal with Prejudice since its clearly based/begin on prejudice. I promise my self, to you, and society at large when and If Justice is served properly my world will be a better place, because it takes just that one person at a time to change the world we live in. I have learned alot through all of this and I thank God I was honored to be in such a presence like yourself and others. I do not wish to be here any more longer then I have to be here I desire to be back home with my family I have a different mindset in life. I've changed, I'm Mature, "Age of Majority" I respect you and others alike, we are one People, We are the People, Help me help myself change the world and show my people that not everyone is the same or thinks the same way. I wanna be in my daughters presence an be a role model to her and the people around Me. Thank You, Honorable Chief Judge Kimberly-Mueller.