**FILED**

AUG 19 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>CHALONER SAINTILLUS, AKA Shalam Ali El Bey,<br><br>　　　　Defendant-Appellant. | No.　22-10149<br><br>D.C. No. 2:20-cr-00213-KJM-1<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before:　　S.R. THOMAS, PAEZ, and LEE, Circuit Judges.

A review of the record and the parties' responses to this court's July 6, 2022, order to show cause demonstrates that the court lacks jurisdiction over this appeal because the district court's orders terminating self-representation, appointing counsel, and denying numerous other pretrial motions are not appealable as final judgments or orders that come within the collateral order doctrine. *See* 28 U.S.C. § 1291; *Midland Asphalt Corp. v. United States*, 489 U.S. 794, 798-99 (1989) (describing collateral order doctrine).

All pending motions are denied.

**DISMISSED.**