UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 12 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>CHALONER SAINTILLUS, AKA Shalam Ali El Bey,<br><br>    Defendant - Appellant. | No. 22-10149<br><br>D.C. No. 2:20-cr-00213-KJM-1<br>U.S. District Court for Eastern California, Sacramento<br><br>**MANDATE** |

The judgment of this Court, entered August 19, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Flores
Deputy Clerk
Ninth Circuit Rule 27-7

| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 19 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  22-10149 |
| Plaintiff-Appellee, | D.C. No. 2:20-cr-00213-KJM-1<br>Eastern District of California,<br>Sacramento |
| v. | |
| CHALONER SAINTILLUS, AKA Shalam Ali El Bey, | ORDER |
| Defendant-Appellant. | |

Before:   S.R. THOMAS, PAEZ, and LEE, Circuit Judges.

A review of the record and the parties' responses to this court's July 6, 2022, order to show cause demonstrates that the court lacks jurisdiction over this appeal because the district court's orders terminating self-representation, appointing counsel, and denying numerous other pretrial motions are not appealable as final judgments or orders that come within the collateral order doctrine.  *See* 28 U.S.C. § 1291; *Midland Asphalt Corp. v. United States*, 489 U.S. 794, 798-99 (1989) (describing collateral order doctrine).

All pending motions are denied.

**DISMISSED.**