Shalom C. Saint-Mlws-Bey: xref: 5351960 SE119A
651 I Street
Sac, California, [95814]

Clerk of Court                                9/18/22

Case: 2:20-cr-00213 KJM-

Dear Clerk of Court for the U.S. Eastern District of California, I respectfully ask for an Copy of Documents (ECF)# 107, 108, 109 Please and thank you. (I forgot to ask for My free Copy etc...)(Full Documented Copy's BTW and thank-You very much!

Also, IF Need be have David D. Fischer Retrieve those 3 requested Copy's for me. It May Just be two. Documents 108, 109. Thank You so much, have a great Day.

Sincerly yours; Shalom C. Saint-Mlws-Bey:
IN Pro Per. Sui Juris

FILED
SEP 23 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK