PHILLIP A. TALBERT
Acting United States Attorney
FRANK RIEBLI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00213-KJM |
| Plaintiff, | ASSOCIATION OF COUNSEL |
| v. | |
| CHALONER SAINTILLUS, | |
| Defendant. | |

The United States of America requests that Assistant U.S. Attorney Frank Riebli be associated as co-counsel of record for the plaintiff in the above-referenced case and be added to the service list of actions.

Dated: October 11, 2022

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ FRANK RIEBLI
FRANK RIEBLI
Assistant United States Attorney