PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
FRANK RIEBLI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00213-KJM |
|---|---|
| Plaintiff, | UNITED STATES' REQUEST FOR ORDER AUTHORIZING EARLY DISCLOSURE OF GRAND JURY INFORMATION |
| v. | |
| CHALONER SAINTILLUS, | |
| Defendant. | |

Pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, the United States of America (the "government") requests authorization to disclose grand jury transcripts and their accompanying exhibits related to this case to defendant Chaloner Saintillus earlier than otherwise required under the Jencks Act, 18 U.S.C. § 3500.

The Court may authorize disclosure of a grand jury matter "in connection with a judicial proceeding." Fed. R. Crim. P. 6(e)(3)(E)(i). This criminal case qualifies as a judicial proceeding for which the Court may authorize disclosure of grand jury material, because trial is set to begin on December 6, 2022.

The government anticipates calling at least one witness to testify at this trial who previously testified or will testify before the grand jury regarding this case. Hence, this witness's testimony before the grand jury is likely to be subject to the government's disclosure obligations under the Jencks Act. *See* 18 U.S.C. § 3500(b) (requiring government to disclose, upon defendant's request and after witness

testifies at trial, any prior statement of that witness which "relates to the subject matter as to which the witness has testified").  To facilitate both parties' preparation for trial, the government therefore requests that the Court enter the attached proposed order authorizing it to disclose to the defendant transcripts of proceedings before the grand jury in this case, and before the government would otherwise be required to disclose this material under the Jencks Act.

Dated:  October 26, 2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/ SAM STEFANKI
SAM STEFANKI
FRANK RIEBLI
Assistant United States Attorneys