PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
FRANK RIEBLI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00213-KJM |
|---|---|
| Plaintiff, | [PROPOSED] ORDER AUTHORIZING EARLY DISCLOSURE OF GRAND JURY INFORMATION |
| v. | |
| CHALONER SAINTILLUS, | |
| Defendant. | |

Upon application of the United States of America and pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure:

IT IS HEREBY ORDERED that the United States of America is authorized to disclose to defendant Chaloner Saintillus the transcripts of testimony before the grand jury (and any associated exhibits) of any witness the government intends to call at trial in this matter.

Dated: _____

THE HONORABLE KIMBERLY J. MUELLER
Chief United States District Judge

[PROPOSED] ORDER                                                   1