# Memorandum

United States Attorney's Office
Eastern District of California



| Subject: | *United States v. Chaloner Saintillus*<br>2:20-cr-00213-KJM | Date: | **October 28, 2022** |
|---|---|---|---|
| To: | **The Honorable Kendall J. Newman** | From: | **Sam Stefanki**<br>**United States Attorney's Office**<br>**Eastern District of California**<br>**501 I Street, Suite 10-100**<br>**Sacramento, California 95814** |

    The United States requests that the Court set the above-referenced matter for the Court's 2:00 p.m. calendar on November 1, 2022, for arraignment on the superseding indictment filed on October 28, 2022.

    The parties have been contacted informally, and they will have additional notice through this request and any further notice the Court files.

    Defendant Chaloner Saintillus is currently in custody at the Sacramento County Main Jail. The United States requests that he be transported for the arraignment.