DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Fax: (916) 930-6482
Email: david.fischer@fischerlawoffice.com

Attorney for Defendant
CHALONER SAINTILLUS

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHALONER SAINTILLUS,<br><br>Defendant. | Case No.: 2:20-CR-00213-KJM<br><br>**DEFENDANT'S REQUEST FOR STATUS OF COUNSEL HEARING**<br><br>DATE: November 1, 2022<br>TIME: 2:00 P.M.<br>COURT: Hon. Kendall J. Newman |

    This case is on calendar on November 1, 2022, at 2:00 p.m. for arraignment on a superseding indictment. The defendant requests that this case also be placed on the Court's calendar for status of counsel.

Dated: October 31, 2022         Respectfully submitted,

                                       /s/ David D. Fischer
                                       DAVID D. FISCHER
                                       Attorney for Defendant
                                       CHALONER SAINTILLUS