Shalam C. Saintillus-Bey: xref: 535-1960 D 119A
651 I Street
Sac, California, [95814]

11/1/22

Persuant to Rule 59 of Federal Rules of Criminal Procedure    Case #2:20-cr-00213KJM

As stated on the Record today in court In front of Magistrate Judge Kendall Newman. I object to any findings from the Judge. As The Record Specially reflects what I Said and mean!

"I do not waive prosecution by indictment. I do not consent to this Magistrate Judge attempting to claim any jurisdiction or consent to proceed on any Petty/Misdemeanor offenses Pesuant to Rule 58 of FRCRP.

For the Record I do not waive prosecution by indictment. I Do Not waive trial before a district Judge on the Insufficient Indictment. "Do you understand that I do not consent or waive prosecution by Indictment. I Do not consent to these Proceedings. I Plead the 5th. I Do not waive trial before a district Judge on the Original Insufficient Indictment.

I Don't consent to trial before a Magistrate judge on no Petty/Misdemeanor offenses and I Plead the 5th I Do not waive Prosecution by Indictment, whether it be past, present, or future.

I Object to any Implied waiver of Prosecution by Indictment Persuant to Rule 59 of the FRCrP. I Do Not consent nor waive the Indictment. So please Save the time. I Don't waive my right to review. N'either." : Shalam C. Saintillus-Bey; Pro Per. Sui Juris

I will assert My right In front of Any Magistrate Judge. I Do Not Waive Prosecution By Indictment.