FILED
NOV -9 2022
CLERK...
BY ___

11/3/22

Cease and desist  Jms Case 2:20-cr-00213 KJM
Notice to Principal is Notice to all Agents, alike.
Persuant to the Constitution "Bill of Rights" and Docket #
108, 109. Claiming Equity.

I'm making a formal Request as I Rightfully so and can, having Attain "Age of Majority" My title Is Publish on the Record as the record is deemed to be Public. For Permant Memori of General Executor, Private citizen holding office, the Preff Creditor. Also Persiant to "Judicial Ethics on Stock disclosure" Signed May 13, 2022 by President Joe Biden.
Since the Contract is void Ab Intio you must Release me as due. By law requires the dismissal with prejudice per. to the 5th Amendment In particular. (Grand jury clause; Double jeopard Clause.) Cease and Desist any attempt at establishing any Constructive, Resulting Trust. I'm the Owner. The Natural Man as Posted on record, any further attempts will constitute civl Penalty for all agents, actors In their Individual capacity for Situating my Property. My Authority § 1331 etc., Title 42 § 1983-1985. Any forefiture must be brought back, making me Whole again same way the Illegal Search & Seizure happened Wong Sun v. US. (At Current Market Value) We hold no more furth discussions, I do Not Waive that Inssufficient void Indictmen any Rights, whether past, present, future, All Reserved 1-308.4. Ceas any further Devices, and Sham Malicious, Vindictive bad faith Conduct. No Person shall be put back twice for same offense, No answer to any Infamous Crime. I Plead that Wholehearted this no threat, warning, etc... It is My Sincere Response to the further Malfeasance by all actors. "He who asserts No Rights has None" Maxim: Abdul C. Sitillus-Beis.