DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Fax: (916) 930-6482
Email: david.fischer@fischerlawoffice.com

Attorney for Defendant
CHALONER SAINTILLUS

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHALONER SAINTILLUS, <br><br> Defendant. | Case No.: 2:20-cr-0213-KJM <br><br> **NOTICE REGARDING DEFENDANT'S ANTICIPATED MOTIONS IN LIMINE** |

Pursuant to the Court's order to identify in writing the subject matter of any anticipated motions in limine (ECF No. 172), the defendant provides notice that he intends to file a motion to exclude jails calls that the government recently provided to the defendant, and a motion, or motions, to exclude other acts evidence.

Respectfully submitted,

Dated: November 25, 2022    S/ David D. Fischer
                            DAVID D. FISCHER
                            Attorney for Defendant
                            CHALONER SAINTILLUS