## SUMMARY OF U.S. POSTAL SERVICE RECORDS

| No. | Accept. Date / Time | Label | Accept. Location | Destination Location | Visit Start Date/Time | SSK Image | Visit End Date/Time | Postage | Total Postage | Card No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4/16/2020 2:59:20 PM | 9505 5065 8086 0107 2035 72 | Delray Beach, FL 33484 | 161 W Elverta Rd Elverta, CA 95626 | 4/16/2020 2:55:57 PM | Y | 4/16/2020 3:11:07 PM | $9.60 | $216.75 | -9058 |
| 2 | 4/22/2020 3:50:01 PM | 9505 5065 8086 0113 2077 48 | Delray Beach, FL 33484 | Sacramento, CA 95851 | 4/22/2020 3:50:01 PM | Y | 4/22/2020 3:56:48 PM | $9.60 | $106.50 | -9058 |
| 3 | 4/22/2020 3:51:00 PM | 9505 5065 8086 0113 2077 62 | Delray Beach, FL 33484 | Elverta, CA 95626 | 4/22/2020 3:50:01 PM | Y | 4/22/2020 3:56:48 PM | $9.60 | $106.50 | -9058 |
| 4 | 4/29/2020 10:47:10 AM | EM069599938 US | Delray Beach, FL 33484 | 161 W Elverta Rd Elverta, CA 95626 | 4/29/2020 10:45:51 PM | Y | 4/29/2020 10:48:41 AM | $26.35 | $60.95 | -9058 |
| 5 | 5/20/2020 2:18:58 PM | EM069601150 US | Delray Beach, FL 33484 | 161 W Elverta Rd Elverta, CA 95626 | 5/20/2020 2:17:35 PM | Y | 5/20/2020 2:21:45 PM | $26.35 | $69:15 | -0624 |
| 6 | 6/1/2020 3:22:40 PM | EL915680065US | Delray Beach, FL 33484 | PO Box 15146 Sacramento, CA 95851 | 6/1/2020 3:21:02 PM | Y | 6/1/2020 3:24:30 PM | $26.35 | $79.05 | -7124 |
| 7 | 6/13/2020 9:02:02 AM | 9505 5065 8086 0165 2319 51 | Delray Beach, FL 33484 | PO Box 15146 Sacramento, CA 95851 | 6/13/2020 9:02:02 AM | Y | 6/13/2020 9:05:55 AM | $9.60 | $88.65 | -3284 |
| 8 | 7/6/2020 10:44:18 AM | EJ 311 121 855 US | Delray Beach, FL 33484 | 161 W Elverta Rd Elverta, CA 95626 | 7/6/2020 10:41:50 AM | N | 7/6/2020 10:46:00 AM | $26.35 | $70.75 | -3284 |
| 9 | 7/7/2020 11:50:39 AM | EJ 311 121 541 US | Delray Beach, FL 33484 | PO Box 15146 Sacramento, CA 95851 | 7/7/2020 11:50:39 AM | Y | 7/7/2020 11:57:50 AM | $26.35 | $158.10 | -5531 |
| 10 | 8/20/2020 3:21:54 PM | 9505 5065 8086 0233 2560 60 | Delray Beach, FL 33484 | PO Box 15146 Sacramento, CA 95851 | 8/20/2020 3:20:54 PM | Y | 8/20/2020 3:23:54 PM | $9.60 | $45.55 | -5531 |
| 11 | 10/21/2020 12:55:35 PM | EF 062 245 405 US | Delray Beach, FL 33484 | 801 M St Rio Linda, CA 95673 | 10/21/2020 12:55:35 PM | Y | 10/21/2020 12:57:47 PM | $26.35 | $52.70 | -4961 |
| 12 | 10/26/2020 1:12:06 PM | EJ 202 571 466 US | Delray Beach, FL 33484 | 801 M St Rio Linda, CA 95673 | 10/26/2020 1:11:24 PM | N | 10/26/2020 1:15:02 PM | $26.35 | $79.05 | -3578 |