**Exhibit 13A-1**

Domestic and Foreign Scan Analysis

Report Filter:
Empty Filter

| MailpieceID | Label | Last Mod Date | Acceptance Date | Mail Type | Sales Source | Mail Class | Item Postage | Mailing Weight | Acceptance ZIPCode | | Address | Delivery ZIPCode | | Delivery ZIP+4 | Walk Seq | Dest Country Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 58204895335 | 9505506580860107203572 | 4/16/2020 | 4/16/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA CA | 9902 | 61 | |
| 58204895335 | 9505506580860107203572 | 4/16/2020 | 4/16/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA CA | 9902 | 61 | |
| 58204895335 | 9505506580860107203572 | 4/16/2020 | 4/16/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA CA | 9902 | 61 | |
| 58204895335 | 9505506580860107203572 | 4/16/2020 | 4/16/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA CA | 9902 | 61 | |
| 58204895335 | 9505506580860107203572 | 4/16/2020 | 4/16/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA CA | 9902 | 61 | |
| 58204895335 | 9505506580860107203572 | 4/16/2020 | 4/16/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA CA | 9902 | 61 | |
| 58204895335 | 9505506580860107203572 | 4/16/2020 | 4/16/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA CA | 9902 | 61 | |

| Barcode Input Method | Tracking Device ID | Operator ID | Tracking Device Type | Event ZIPCode | Event Type | Event Code | Event Desc | PTS Event Timestamp | Days Since First Dom Event | |
|---|---|---|---|---|---|---|---|---|---|---|
| Scanned | 658086 | 0000 | APC | 33484 | DomesticEvent | 03 | ACCEPT OR PICKUP | 4/16/2020 2:59:20 PM | 0 | DELRAY BEACH FL |
| Scanned | 001-000004 | | SPBSTS | 33416 | DomesticEvent | 10 | PROCESSED THROUGH USPS FACIL | 4/16/2020 9:25:13 PM | 0 | WEST PALM BEACH FL |
| System Generated | | | | | DomesticEvent | NT | IN TRANSIT TO NEXT FACILITY | 4/17/2020 12:25:13 PM | 1 | |
| Scanned | 038-2 | | APPS | 95799 | DomesticEvent | 10 | PROCESSED THROUGH USPS FACIL | 4/18/2020 7:17:39 AM | 2 | WEST SACRAMENTO CA |
| System Generated | | | | | DomesticEvent | NT | IN TRANSIT TO NEXT FACILITY | 4/19/2020 12:17:39 PM | 3 | |
| Scanned | 030SHFJ965 | 9405 | MDCD | 95626 | DomesticEvent | 07 | ARRIVAL AT UNIT | 4/20/2020 5:37:30 AM | 4 | ELVERTA CA |
| Scanned | 030SHFJ965 | 9405 | MDCD | 95626 | DomesticEvent | 01 | DELIVERED | 4/20/2020 9:31:37 AM | 4 | ELVERTA CA |

Domestic and Foreign Scan Analysis

Report Filter:
Empty Filter

| MailpieceID | Label | Last Mod D | Acceptance D | Mail Type | Sales Sou | Mail Class | Item Posta | Mailing W | Acceptance | ZIPCode | Address | Delivery | ZIPCode | Delivery Z | Walk Seq | Dest Coun | Barcode Input Meth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 58350878355 | 9505506580860113207748 | 4/23/2020 | 4/22/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | | 95851 | SACRAMENTO CA | | | | Scanned |
| 58350878355 | 9505506580860113207748 | 4/23/2020 | 4/22/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | | 95851 | SACRAMENTO CA | | | | Scanned |
| 58350878355 | 9505506580860113207748 | 4/23/2020 | 4/22/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | | 95851 | SACRAMENTO CA | | | | System Generated |
| 58350878355 | 9505506580860113207748 | 4/23/2020 | 4/22/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | | 95851 | SACRAMENTO CA | | | | Scanned |
| 58350878355 | 9505506580860113207748 | 4/23/2020 | 4/22/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | | 95851 | SACRAMENTO CA | | | | Scanned |
| 58350878355 | 9505506580860113207748 | 4/23/2020 | 4/22/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | | 95851 | SACRAMENTO CA | | | | Containerized |
| 58350878355 | 9505506580860113207748 | 4/23/2020 | 4/22/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | | 95851 | SACRAMENTO CA | | | | Containerized |
| 58350878355 | 9505506580860113207748 | 4/23/2020 | 4/22/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | | 95851 | SACRAMENTO CA | | | | Containerized |
| 58350878355 | 9505506580860113207748 | 4/23/2020 | 4/22/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | | 95851 | SACRAMENTO CA | | | | Scanned |
| 58350878355 | 9505506580860113207748 | 4/23/2020 | 4/22/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | | 95851 | SACRAMENTO CA | | | | Scanned |

| Tracking Device ID | Operator I | Tracking D | Event ZIPC | Event Type | Event Cod | Event Desc | PTS Event Timestamp | Days Since | First Dom Event |
|---|---|---|---|---|---|---|---|---|---|
| 658086 | 0000 | APC | 33484 | DomesticEver | 03 | ACCEPT OR PICKUP | 4/22/2020 3:50:01 PM | 0 | DELRAY BEACH FL |
| 001-000004 | | SPBSTS | 33416 | DomesticEver | 10 | PROCESSED THROUGH USPS FACILIT | 4/22/2020 8:30:52 PM | 0 | WEST PALM BEACH FL |
| | | | | DomesticEver | NT | IN TRANSIT TO NEXT FACILITY | 4/23/2020 12:30:52 PM | 1 | |
| 002-000003 | | SPBSTS | 95799 | DomesticEver | 10 | PROCESSED THROUGH USPS FACILIT | 4/24/2020 7:31:37 AM | 2 | WEST SACRAMENTO CA |
| | | MHTS | | DomesticEver | PL | MAIL PIECE NESTED TO CONTAINER, | 4/24/2020 7:31:37 AM | 2 | |
| 90X1500916 | B1ZD | | 95799 | DomesticEver | C1 | CONTAINER CLOSE | 4/24/2020 7:40:31 AM | 2 | WEST SACRAMENTO CA |
| 57X1500166 | RBSK | | 95799 | DomesticEver | L1 | DEPART USPS FACILITY | 4/24/2020 8:33:59 AM | 2 | WEST SACRAMENTO CA |
| 57X1500166 | RBSK | | 95799 | DomesticEver | T1 | DEPART USPS FACILITY | 4/24/2020 8:55:46 AM | 2 | WEST SACRAMENTO CA |
| 030SHN0396 | 5622 | MDCD | 95813 | DomesticEver | 07 | ARRIVAL AT UNIT | 4/24/2020 11:01:22 AM | 2 | SACRAMENTO CA |
| 030SHAG450 | 9999 | MDCD | 95813 | DomesticEver | 01 | DELIVERED | 4/24/2020 11:24:24 AM | 2 | SACRAMENTO CA |

Domestic and Foreign Scan Analysis

Report Filter:
Empty Filter

| MailpieceID | Label | Last Mod Date | Acceptance Date | Mail Type | Sales Source | Mail Class | Item Postage | Mailing Weight | Acceptance ZIPCode | Address | Delivery ZIPCode | Delivery ZIP+4 | Walk Seq | Dest Country Code | Barcode Input Method | Tracking Device ID | Operator ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 58350878356 | 9505506580860113207762 | 4/23/2020 | 4/22/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | 95626 | ELVERTA CA | | | | Scanned | 658086 | 0000 |
| 58350878356 | 9505506580860113207762 | 4/23/2020 | 4/22/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | 95626 | ELVERTA CA | | | | Scanned | 001-000004 | |
| 58350878356 | 9505506580860113207762 | 4/23/2020 | 4/22/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | 95626 | ELVERTA CA | | | | System Generated | | |
| 58350878356 | 9505506580860113207762 | 4/23/2020 | 4/22/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | 95626 | ELVERTA CA | | | | Scanned | 001-IU | |
| 58350878356 | 9505506580860113207762 | 4/23/2020 | 4/22/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | 95626 | ELVERTA CA | | | | Scanned | | |
| 58350878356 | 9505506580860113207762 | 4/23/2020 | 4/22/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | 95626 | ELVERTA CA | | | | Containerized | 52X1600292 | YFJD |
| 58350878356 | 9505506580860113207762 | 4/23/2020 | 4/22/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | 95626 | ELVERTA CA | | | | Containerized | 58X1502054 | B2YZ |
| 58350878356 | 9505506580860113207762 | 4/23/2020 | 4/22/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | 95626 | ELVERTA CA | | | | Containerized | 58X1502054 | B2YZ |
| 58350878356 | 9505506580860113207762 | 4/23/2020 | 4/22/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | 95626 | ELVERTA CA | | | | Scanned | DSS-001-00 | |
| 58350878356 | 9505506580860113207762 | 4/23/2020 | 4/22/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | 95626 | ELVERTA CA | | | | Scanned | 030SHNZ2ZQ | 9405 |

| Tracking Device Type | Event ZIPCode | Event Type | Event Code | Event Desc | PTS Event Timestamp | Days SInce First Dom Event | |
|---|---|---|---|---|---|---|---|
| APC | 33484 | DomesticEvent | 03 | ACCEPT OR PICKUP | 4/22/2020 3:51:00 PM | 0 | DELRAY BEACH FL |
| SPBSTS | 33416 | DomesticEvent | 10 | PROCESSED THROUGH USPS FACIL | 4/22/2020 8:31:36 PM | 0 | WEST PALM BEACH FL |
| | | DomesticEvent | NT | IN TRANSIT TO NEXT FACILITY | 4/23/2020 12:31:36 PM | 1 | |
| SPSS | 95799 | DomesticEvent | 10 | PROCESSED THROUGH USPS FACIL | 4/24/2020 7:14:10 AM | 2 | WEST SACRAMENTO CA |
| MHTS | | DomesticEvent | PL | MAIL PIECE NESTED TO CONTAINEF | 4/24/2020 7:14:10 AM | 2 | |
| | 95799 | DomesticEvent | C1 | CONTAINER CLOSE | 4/24/2020 7:28:51 AM | 2 | WEST SACRAMENTO CA |
| | 95799 | DomesticEvent | L1 | DEPART USPS FACILITY | 4/24/2020 8:06:40 AM | 2 | WEST SACRAMENTO CA |
| | 95799 | DomesticEvent | T1 | DEPART USPS FACILITY | 4/24/2020 8:39:53 AM | 2 | WEST SACRAMENTO CA |
| DSS | 95626 | DomesticEvent | 07 | ARRIVAL AT UNIT | 4/24/2020 1:12:14 PM | 2 | ELVERTA CA |
| MDCD | 95626 | DomesticEvent | 01 | DELIVERED | 4/24/2020 1:37:09 PM | 2 | ELVERTA CA |

Domestic and Foreign Scan Analysis

Report Filter:
Empty Filter

| MailpieceID | Label | Last Mod Date | Acceptance Date | Mail Type | Sales Source | Mail Class | Item Postage | Mailing Weight | Acceptance ZIPCode | | Address | Delivery ZIPCode | Delivery ZIP+4 | Walk Seq | Dest Country Code | Barcode Input Method |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 58531365744 | EM069599938US | 5/1/2020 | 4/29/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA 9902 | 61 | | Scanned |
| 58531365744 | EM069599938US | 5/1/2020 | 4/29/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA 9902 | 61 | | Scanned |
| 58531365744 | EM069599938US | 5/1/2020 | 4/29/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA 9902 | 61 | | Scanned |
| 58531365744 | EM069599938US | 5/1/2020 | 4/29/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA 9902 | 61 | | Scanned |
| 58531365744 | EM069599938US | 5/1/2020 | 4/29/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA 9902 | 61 | | Scanned |

| Tracking Device ID | Operator ID | Tracking Device Type | Event ZIPCode | Event Type | Event Code | Event Desc | PTS Event Timestamp | Days Since First Dom Event | |
|---|---|---|---|---|---|---|---|---|---|
| | 0000 | APC | 33484 | DomesticEvent | 03 | ACCEPT OR PICKUP | 4/29/2020 10:47:10 AM | 0 | DELRAY BEACH FL |
| 001-69 | | PSS | 33416 | DomesticEvent | 10 | PROCESSED THROUGH USPS | 4/29/2020 7:02:49 PM | 0 | WEST PALM BEACH FL |
| 004-80 | | PSS | 95799 | DomesticEvent | 10 | PROCESSED THROUGH USPS | 4/30/2020 7:48:53 AM | 1 | WEST SACRAMENTO CA |
| DSS-001-00 | | DSS | 95626 | DomesticEvent | 07 | ARRIVAL AT UNIT | 5/1/2020 6:53:00 AM | 2 | ELVERTA CA |
| 030SHFJ965 | 9405 | MDCD | 95626 | DomesticEvent | 01 | DELIVERED | 5/1/2020 8:24:46 AM | 2 | ELVERTA CA |

Domestic and Foreign Scan Analysis

Report Filter:
Empty Filter

| MailpieceID | Label | Last Mod Date | Acceptance Date | Mail Type | Sales Source | Mail Class | Item Postage | Mailing Weight | Acceptance ZIPCode | Address | Delivery ZIPCode | Delivery ZIP+4 | Walk Seq | Dest Country Code | Barcode Input Method | Tracking Device ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59119555693 | EM069601150US | 5/22/2020 | 5/20/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA 9902 | 61 | | Scanned | |
| 59119555693 | EM069601150US | 5/22/2020 | 5/20/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA 9902 | 61 | | Scanned | 001-11 |
| 59119555693 | EM069601150US | 5/22/2020 | 5/20/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA 9902 | 61 | | Scanned | 004-73 |
| 59119555693 | EM069601150US | 5/22/2020 | 5/20/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA 9902 | 61 | | Scanned | DSS-001-00 |
| 59119555693 | EM069601150US | 5/22/2020 | 5/20/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA 9902 | 61 | | Scanned | 030SHFJ965 |

| Operator ID | Tracking Device Type | Event ZIPCode | Event Type | Event Code | Event Desc | PTS Event Timestamp | Days SInce First Dom Event | |
|---|---|---|---|---|---|---|---|---|
| 0000 | APC | 33484 | DomesticE | 03 | ACCEPT OR PICKUP | 5/20/2020 2:18:58 PM | 0 | DELRAY BEACH FL |
| | PSS | 33416 | DomesticE | 10 | PROCESSED THROUGH USPS FACI | 5/20/2020 7:08:28 PM | 0 | WEST PALM BEACH FL |
| | PSS | 95799 | DomesticE | 10 | PROCESSED THROUGH USPS FACI | 5/21/2020 8:30:20 AM | 1 | WEST SACRAMENTO CA |
| | DSS | 95626 | DomesticE | 07 | ARRIVAL AT UNIT | 5/22/2020 6:53:17 AM | 2 | ELVERTA CA |
| 5307 | MDCD | 95626 | DomesticE | 01 | DELIVERED | 5/22/2020 6:54:23 AM | 2 | ELVERTA CA |

Domestic and Foreign Scan Analysis

Report Filter:
Empty Filter

| MailpieceID | Label | Last Mod Date | Acceptance Date | Mail Type | Sales Source | Mail Class | Item Postage | Mailing Weight | Acceptance ZIPCode | | Address | Delivery ZIPCode | | Delivery ZIP+4 | Walk Seq | Dest Country Code | Barcode Input Method | Tracking Device ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59427141376 | EL915680065US | 6/2/2020 | 6/1/2020 | Domestic | Retail | Priority Mail Expres | $26.35 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned | |
| 59427141376 | EL915680065US | 6/2/2020 | 6/1/2020 | Domestic | Retail | Priority Mail Expres | $26.35 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned | |
| 59427141376 | EL915680065US | 6/2/2020 | 6/1/2020 | Domestic | Retail | Priority Mail Expres | $26.35 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned | 001-11 |
| 59427141376 | EL915680065US | 6/2/2020 | 6/1/2020 | Domestic | Retail | Priority Mail Expres | $26.35 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned | 004-63 |
| 59427141376 | EL915680065US | 6/2/2020 | 6/1/2020 | Domestic | Retail | Priority Mail Expres | $26.35 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned | 030SHNZGGQ |
| 59427141376 | EL915680065US | 6/2/2020 | 6/1/2020 | Domestic | Retail | Priority Mail Expres | $26.35 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned | 030SHNZGGQ |

| Operator ID | Tracking Device Type | Event ZIPCode | Event Type | Event Code | Event Desc | PTS Event Timestamp | Days Since First Dom Event | |
|---|---|---|---|---|---|---|---|---|
| 0000 | APC | 33484 | DomesticEvent | 03 | ACCEPT OR PICKUP | 6/1/2020 3:22:40 PM | 0 | DELRAY BEACH FL |
| | PSS | 33416 | DomesticEvent | 10 | PROCESSED THROUGH USPS F | 6/1/2020 8:00:15 PM | 0 | WEST PALM BEACH FL |
| | PSS | 95799 | DomesticEvent | 10 | PROCESSED THROUGH USPS F | 6/2/2020 8:02:07 AM | 1 | WEST SACRAMENTO CA |
| 0000 | MDCD | 95813 | DomesticEvent | 07 | ARRIVAL AT UNIT | 6/2/2020 2:52:24 PM | 1 | SACRAMENTO CA |
| 0000 | MDCD | 95813 | DomesticEvent | 01 | DELIVERED | 6/2/2020 2:53:16 PM | 1 | SACRAMENTO CA |

Domestic and Foreign Scan Analysis

Report Filter:
Empty Filter

| MailpieceID | Label | Last Mod Date | Acceptance Date | Mail Type | Sales Source | Mail Class | Item Postage | Mailing Weight | Acceptance ZIPCode | | Address | Delivery ZIPCode | | Delivery ZIP+4 | Walk Seq | Dest Country Code | Barcode Input Method |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59752315361 | 9505506580860165231951 | 6/13/2020 | 6/13/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned |
| 59752315361 | 9505506580860165231951 | 6/13/2020 | 6/13/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned |
| 59752315361 | 9505506580860165231951 | 6/13/2020 | 6/13/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | System Generated |
| 59752315361 | 9505506580860165231951 | 6/13/2020 | 6/13/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned |
| 59752315361 | 9505506580860165231951 | 6/13/2020 | 6/13/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned |
| 59752315361 | 9505506580860165231951 | 6/13/2020 | 6/13/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned |
| 59752315361 | 9505506580860165231951 | 6/13/2020 | 6/13/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned |
| 59752315361 | 9505506580860165231951 | 6/13/2020 | 6/13/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Containerized |
| 59752315361 | 9505506580860165231951 | 6/13/2020 | 6/13/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Containerized |
| 59752315361 | 9505506580860165231951 | 6/13/2020 | 6/13/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Containerized |
| 59752315361 | 9505506580860165231951 | 6/13/2020 | 6/13/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Containerized |
| 59752315361 | 9505506580860165231951 | 6/13/2020 | 6/13/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Containerized |
| 59752315361 | 9505506580860165231951 | 6/13/2020 | 6/13/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Containerized |
| 59752315361 | 9505506580860165231951 | 6/13/2020 | 6/13/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Containerized |
| 59752315361 | 9505506580860165231951 | 6/13/2020 | 6/13/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Containerized |
| 59752315361 | 9505506580860165231951 | 6/13/2020 | 6/13/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned |
| 59752315361 | 9505506580860165231951 | 6/13/2020 | 6/13/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned |
| 59752315361 | 9505506580860165231951 | 6/13/2020 | 6/13/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Containerized |
| 59752315361 | 9505506580860165231951 | 6/13/2020 | 6/13/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Containerized |
| 59752315361 | 9505506580860165231951 | 6/13/2020 | 6/13/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Containerized |
| 59752315361 | 9505506580860165231951 | 6/13/2020 | 6/13/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Containerized |
| 59752315361 | 9505506580860165231951 | 6/13/2020 | 6/13/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | System Generated |
| 59752315361 | 9505506580860165231951 | 6/13/2020 | 6/13/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned |
| 59752315361 | 9505506580860165231951 | 6/13/2020 | 6/13/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned |

| Tracking Device ID | Operator ID | Tracking Device Type | Event ZIPCode | Event Type | Event Code | Event Desc | PTS Event Timestamp | Days Since First Dom Event | |
|---|---|---|---|---|---|---|---|---|---|
| 658086 | 0000 | APC | 33484 | DomesticEvent | 03 | ACCEPT OR PICKUP | 6/13/2020 9:02:02 AM | 0 | DELRAY BEACH FL |
| 001-000004 | | SPBSTS | 33416 | DomesticEvent | 10 | PROCESSED THROUGH USPS FACILITY | 6/13/2020 10:03:12 PM | 0 | WEST PALM BEACH FL |
| | | | | DomesticEvent | NT | IN TRANSIT TO NEXT FACILITY | 6/14/2020 12:03:12 PM | 1 | |
| 003-3 | | PSS | 89199 | DomesticEvent | 10 | PROCESSED THROUGH USPS FACILITY | 6/15/2020 12:27:17 AM | 2 | LAS VEGAS NV |
| 001-000002 | | SPBSTS | 89199 | DomesticEvent | 10 | PROCESSED THROUGH USPS FACILITY | 6/15/2020 12:28:16 AM | 2 | LAS VEGAS NV |
| 001-99 | | PSS | 89120 | DomesticEvent | 10 | PROCESSED THROUGH USPS FACILITY | 6/15/2020 1:43:39 PM | 2 | LAS VEGAS NV |
| 002-000003 | | SPBSTS | 89120 | DomesticEvent | 10 | PROCESSED THROUGH USPS FACILITY | 6/15/2020 1:44:21 PM | 2 | LAS VEGAS NV |
| | | MHTS | | DomesticEvent | PL | MAIL PIECE NESTED TO CONTAINER, N | 6/15/2020 1:44:21 PM | 2 | |
| 37X1500722 | AUTO | | 89120 | DomesticEvent | C1 | CONTAINER CLOSE | 6/15/2020 4:37:35 PM | 2 | LAS VEGAS NV |
| 87X1502756 | RBCS | | 89120 | DomesticEvent | L1 | DEPART USPS FACILITY | 6/15/2020 4:50:14 PM | 2 | LAS VEGAS NV |
| 87X1502756 | RBCS | | 89120 | DomesticEvent | T1 | DEPART USPS FACILITY | 6/15/2020 5:38:26 PM | 2 | LAS VEGAS NV |
| 52X1501181 | BBQ6 | | 89120 | DomesticEvent | T1 | DEPART USPS FACILITY | 6/15/2020 5:38:43 PM | 2 | LAS VEGAS NV |
| 55X1600887 | X643 | | 89199 | DomesticEvent | A1 | ARRIVE USPS FACILITY | 6/15/2020 5:54:43 PM | 2 | LAS VEGAS NV |
| 90X1500809 | KF8S | | 89199 | DomesticEvent | U1 | ARRIVE USPS FACILITY | 6/15/2020 6:01:28 PM | 2 | LAS VEGAS NV |
| 67X1601942 | QV6M | | 89199 | DomesticEvent | L1 | DEPART USPS FACILITY | 6/16/2020 1:38:32 AM | 3 | LAS VEGAS NV |
| 67X1601942 | QV6M | | 89199 | DomesticEvent | L1 | DEPART USPS FACILITY | 6/16/2020 5:01:15 AM | 3 | LAS VEGAS NV |
| 13X1501723 | QV6M | | 89199 | DomesticEvent | T1 | DEPART USPS FACILITY | 6/16/2020 5:30:12 AM | 3 | LAS VEGAS NV |
| 13X1502223 | V2YD | | 95799 | DomesticEvent | A1 | ARRIVE USPS FACILITY | 6/16/2020 4:56:51 PM | 3 | WEST SACRAMENTO CA |
| 038-1 | | APPS | 95799 | DomesticEvent | 10 | PROCESSED THROUGH USPS FACILITY | 6/17/2020 2:26:22 AM | 4 | WEST SACRAMENTO CA |
| | | MHTS | | DomesticEvent | PL | MAIL PIECE NESTED TO CONTAINER, N | 6/17/2020 2:26:22 AM | 4 | |
| IODP | XZS0 | | 95799 | DomesticEvent | C1 | CONTAINER CLOSE | 6/17/2020 7:46:21 AM | 4 | WEST SACRAMENTO CA |
| 58X1604137 | TMVM | | 95799 | DomesticEvent | L1 | DEPART USPS FACILITY | 6/17/2020 8:30:09 AM | 4 | WEST SACRAMENTO CA |
| 58X1604137 | TMVM | | 95799 | DomesticEvent | T1 | DEPART USPS FACILITY | 6/17/2020 8:47:45 AM | 4 | WEST SACRAMENTO CA |
| 58X1604137 | TMVM | | 95813 | DomesticEvent | A1 | ARRIVE USPS FACILITY | 6/17/2020 9:17:00 AM | 4 | SACRAMENTO CA |
| 030SGSR167 | 0000 | | 95813 | DomesticEvent | U1 | ARRIVE USPS FACILITY | 6/17/2020 9:21:33 AM | 4 | SACRAMENTO CA |
| | 00000 | | 95799 | DomesticEvent | AL | ADDRESS ENCODING | 6/17/2020 9:24:44 AM | 4 | WEST SACRAMENTO CA |
| 030SHKA239 | 4822 | MDCD | 95813 | DomesticEvent | 07 | ARRIVAL AT UNIT | 6/17/2020 10:10:47 AM | 4 | SACRAMENTO CA |
| 030SHKA239 | 4822 | MDCD | 95851 | DomesticEvent | 01 | DELIVERED | 6/17/2020 10:24:13 AM | 4 | SACRAMENTO CA |

Domestic and Foreign Scan Analysis

Report Filter:
Empty Filter

| MailpieceID | Label | Last Mod Date | Acceptance Date | Mail Type | Sales Source | Mail Class | Item Postage | Mailing Weight | Acceptance ZIPCode | | Address | Delivery ZIPCode | Delivery | ZIP+4 | Walk Seq | Dest Country Code | Barcode Input Method |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60308105866 | EJ311121855US | 7/8/2020 | 7/6/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0.25 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA | 9902 | 61 | | Scanned |
| 60308105866 | EJ311121855US | 7/8/2020 | 7/6/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0.25 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA | 9902 | 61 | | Scanned |
| 60308105866 | EJ311121855US | 7/8/2020 | 7/6/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0.25 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA | 9902 | 61 | | System Generated |
| 60308105866 | EJ311121855US | 7/8/2020 | 7/6/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0.25 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA | 9902 | 61 | | Scanned |
| 60308105866 | EJ311121855US | 7/8/2020 | 7/6/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0.25 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA | 9902 | 61 | | Scanned |
| 60308105866 | EJ311121855US | 7/8/2020 | 7/6/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0.25 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA | 9902 | 61 | | Scanned |
| 60308105866 | EJ311121855US | 7/8/2020 | 7/6/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0.25 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA | 9902 | 61 | | Scanned |
| 60308105866 | EJ311121855US | 7/8/2020 | 7/6/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0.25 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA | 9902 | 61 | | System Generated |
| 60308105866 | EJ311121855US | 7/8/2020 | 7/6/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0.25 | 33484 | DELRAY BEACH FL | 161 W ELVERTA RD | 95626 | ELVERTA | 9902 | 61 | | System Generated |

| Tracking Device ID | Operator ID | Tracking Device Type | Event ZIPCode | Event Type | Event Code | Event Desc | PTS Event Timestamp | Days Since First Dom Event | |
|---|---|---|---|---|---|---|---|---|---|
| | 0000 | APC | 33484 | DomesticEvent | 03 | ACCEPT OR PICKUP | 7/6/2020 10:44:18 AM | 0 | DELRAY BEACH FL |
| | 0000 | POS | 33484 | DomesticEvent | 03 | ACCEPT OR PICKUP | 7/6/2020 11:03:21 AM | 0 | DELRAY BEACH FL |
| | | | 33484 | DomesticEvent | SF | DEPART POST OFFICE | 7/6/2020 6:00:41 PM | 0 | DELRAY BEACH FL |
| 001-67 | | PSS | 33416 | DomesticEvent | 10 | PROCESSED THROUGH US | 7/6/2020 8:14:27 PM | 0 | WEST PALM BEACH FL |
| 004-4 | | PSS | 95799 | DomesticEvent | 10 | PROCESSED THROUGH US | 7/7/2020 8:31:18 AM | 1 | WEST SACRAMENTO CA |
| DSS-001-00 | | DSS | 95626 | DomesticEvent | 07 | ARRIVAL AT UNIT | 7/8/2020 7:11:55 AM | 2 | ELVERTA CA |
| 030SHNZ2ZQ | 5307 | MDCD | 95626 | DomesticEvent | 01 | DELIVERED | 7/8/2020 7:12:52 AM | 2 | ELVERTA CA |
| | | | 95626 | DomesticEvent | PC | SORTING/PROCESSING CO | 7/8/2020 7:12:55 AM | 2 | ELVERTA CA |
| | | | 95626 | DomesticEvent | OF | OUT FOR DELIVERY | 7/8/2020 7:22:55 AM | 2 | ELVERTA CA |

Domestic and Foreign Scan Analysis

Report Filter:
Empty Filter

| MailpieceID | Label | Last Mod Date | Acceptance Date | Mail Type | Sales Source | Mail Class | Item Postage | Mailing Weight | Acceptance ZIPCode | | Address | Delivery ZIPCode | | Delivery ZIP+4 | Walk Seq | Dest Country Code | Barcode Input Method |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60337178898 | EJ311121541US | 7/8/2020 | 7/7/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned |
| 60337178898 | EJ311121541US | 7/8/2020 | 7/7/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned |
| 60337178898 | EJ311121541US | 7/8/2020 | 7/7/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned |
| 60337178898 | EJ311121541US | 7/8/2020 | 7/7/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned |
| 60337178898 | EJ311121541US | 7/8/2020 | 7/7/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned |
| 60337178898 | EJ311121541US | 7/8/2020 | 7/7/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned |

| Tracking Device ID | Operator ID | Tracking Device Type | Event ZIPCode | Event Type | Event Code | Event Desc | PTS Event Timestamp | Days SInce First Dom Event | |
|---|---|---|---|---|---|---|---|---|---|
| | 0000 | APC | 33484 | DomesticEvent | 03 | ACCEPT OR PICKUP | 7/7/2020 11:50:39 AM | 0 | DELRAY BEACH FL |
| 001-11 | | PSS | 33416 | DomesticEvent | 10 | PROCESSED THROUGH USPS FACIL | 7/7/2020 6:56:54 PM | 0 | WEST PALM BEACH FL |
| 004-42 | | PSS | 95799 | DomesticEvent | 10 | PROCESSED THROUGH USPS FACIL | 7/8/2020 8:23:15 AM | 1 | WEST SACRAMENTO CA |
| 004-39 | | PSS | 95799 | DomesticEvent | 10 | PROCESSED THROUGH USPS FACIL | 7/8/2020 9:04:09 AM | 1 | WEST SACRAMENTO CA |
| 030SHAG450 | 9999 | MDCD | 95813 | DomesticEvent | 07 | ARRIVAL AT UNIT | 7/8/2020 10:51:48 AM | 1 | SACRAMENTO CA |
| 030SHAG450 | 9999 | MDCD | 95813 | DomesticEvent | 01 | DELIVERED | 7/8/2020 10:52:29 AM | 1 | SACRAMENTO CA |

Domestic and Foreign Scan Analysis

Report Filter:
Empty Filter

| MailpieceID | Label | Last Mod Date | Acceptance Date | Mail Type | Sales Source | Mail Class | Item Postage | Mailing Weight | Acceptance ZIPCode | | Address | Delivery ZIPCode | | Delivery ZIP+4 | Walk Seq | Dest Country Code | Barcode Input Method |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61400046015 | 9505506580860233256060 | 8/20/2020 | 8/20/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned |
| 61400046015 | 9505506580860233256060 | 8/20/2020 | 8/20/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned |
| 61400046015 | 9505506580860233256060 | 8/20/2020 | 8/20/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned |
| 61400046015 | 9505506580860233256060 | 8/20/2020 | 8/20/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | System Generated |
| 61400046015 | 9505506580860233256060 | 8/20/2020 | 8/20/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | System Generated |
| 61400046015 | 9505506580860233256060 | 8/20/2020 | 8/20/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned |
| 61400046015 | 9505506580860233256060 | 8/20/2020 | 8/20/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned |
| 61400046015 | 9505506580860233256060 | 8/20/2020 | 8/20/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Containerized |
| 61400046015 | 9505506580860233256060 | 8/20/2020 | 8/20/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Containerized |
| 61400046015 | 9505506580860233256060 | 8/20/2020 | 8/20/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Containerized |
| 61400046015 | 9505506580860233256060 | 8/20/2020 | 8/20/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned |
| 61400046015 | 9505506580860233256060 | 8/20/2020 | 8/20/2020 | Domestic | Retail | Priority Mail | $9.60 | 0 | 33484 | DELRAY BEACH FL | PO BOX 15146 | 95851 | SACRAMENTO CA | 0146 | 46 | | Scanned |

| Tracking Device ID | Operator ID | Tracking Device Type | Event ZIPCode | Event Type | Event Code | Event Desc | PTS Event Timestamp | Days Since First Dom Event | |
|---|---|---|---|---|---|---|---|---|---|
| 658086 | 0000 | APC | 33484 | DomesticEvent | 03 | ACCEPT OR PICKUP | 8/20/2020 3:21:54 PM | 0 | DELRAY BEACH FL |
| 009-0003 | | SPBSTS | 33416 | DomesticEvent | 10 | PROCESSED THROUGH USPS FACILITY | 8/20/2020 10:15:27 PM | 0 | WEST PALM BEACH FL |
| 001-000003 | | SPBSTS | 33416 | DomesticEvent | 10 | PROCESSED THROUGH USPS FACILITY | 8/20/2020 10:15:37 PM | 0 | WEST PALM BEACH FL |
| | | | | DomesticEvent | NT | IN TRANSIT TO NEXT FACILITY | 8/21/2020 12:15:37 PM | 1 | |
| | | | | DomesticEvent | NT | IN TRANSIT TO NEXT FACILITY | 8/22/2020 12:15:37 PM | 2 | |
| 001-IU | | SPSS | 95799 | DomesticEvent | 10 | PROCESSED THROUGH USPS FACILITY | 8/23/2020 2:45:32 AM | 3 | WEST SACRAMENTO CA |
| | | MHTS | | DomesticEvent | PL | MAIL PIECE NESTED TO CONTAINER, NO E | 8/23/2020 2:45:32 AM | 3 | |
| 71F1890164 | K6HZ | | 95799 | DomesticEvent | C1 | CONTAINER CLOSE | 8/24/2020 2:40:43 AM | 4 | WEST SACRAMENTO CA |
| 58X1502054 | KN52 | | 95799 | DomesticEvent | L1 | DEPART USPS FACILITY | 8/24/2020 5:29:24 AM | 4 | WEST SACRAMENTO CA |
| 58X1502054 | KN52 | | 95799 | DomesticEvent | T1 | DEPART USPS FACILITY | 8/24/2020 5:29:58 AM | 4 | WEST SACRAMENTO CA |
| 030SHKA239 | 4822 | MDCD | 95813 | DomesticEvent | 07 | ARRIVAL AT UNIT | 8/24/2020 12:06:11 PM | 4 | SACRAMENTO CA |
| 030SHAG450 | 9999 | MDCD | 95813 | DomesticEvent | 01 | DELIVERED | 8/24/2020 2:50:07 PM | 4 | SACRAMENTO CA |

Domestic and Foreign Scan Analysis

Report Filter:
Empty Filter

| MailpieceID | Label | Last Mod Date | Acceptance Date | Mail Type | Sales Source | Mail Class | Item Postage | Mailing Weight | Acceptance ZIPCode | | Address | Delivery ZIPCode | | Delivery ZIP+4 | Walk Seq | Dest Country Code | Barcode Input Method |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62748509388 | EF062245405US | 10/22/2020 | 10/21/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 801 M ST | 95673 | RIO LINDA CA | 9900 | 01 | | Scanned |
| 62748509388 | EF062245405US | 10/22/2020 | 10/21/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 801 M ST | 95673 | RIO LINDA CA | 9900 | 01 | | Scanned |
| 62748509388 | EF062245405US | 10/22/2020 | 10/21/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 801 M ST | 95673 | RIO LINDA CA | 9900 | 01 | | Scanned |
| 62748509388 | EF062245405US | 10/22/2020 | 10/21/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 801 M ST | 95673 | RIO LINDA CA | 9900 | 01 | | Scanned |
| 62748509388 | EF062245405US | 10/22/2020 | 10/21/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 801 M ST | 95673 | RIO LINDA CA | 9900 | 01 | | System Generated |
| 62748509388 | EF062245405US | 10/22/2020 | 10/21/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 801 M ST | 95673 | RIO LINDA CA | 9900 | 01 | | System Generated |
| 62748509388 | EF062245405US | 10/22/2020 | 10/21/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 801 M ST | 95673 | RIO LINDA CA | 9900 | 01 | | System Generated |

| Tracking Device ID | Operator ID | Tracking Device Type | Event ZIPCode | Event Type | Event Code | Event Desc | PTS Event Timestamp | Days SInce First Dom Event | |
|---|---|---|---|---|---|---|---|---|---|
| | 0000 | APC | 33484 | DomesticEvent | 03 | ACCEPT OR PICKUP | 10/21/2020 12:55:35 PM | 0 | DELRAY BEACH FL |
| 001-75 | | PSS | 33416 | DomesticEvent | 10 | PROCESSED THROUGH USI | 10/21/2020 7:52:17 PM | 0 | WEST PALM BEACH FL |
| 004-0 | | PSS | 95799 | DomesticEvent | 10 | PROCESSED THROUGH USI | 10/22/2020 7:24:55 AM | 1 | WEST SACRAMENTO CA |
| DSS-047-00 | | DSS | 95673 | DomesticEvent | 07 | ARRIVAL AT UNIT | 10/22/2020 9:09:50 AM | 1 | RIO LINDA CA |
| 030SHML051 | 0142 | MDCD | 95673 | DomesticEvent | 01 | DELIVERED | 10/22/2020 9:10:50 AM | 1 | RIO LINDA CA |
| | | | 95673 | DomesticEvent | PC | SORTING/PROCESSING COI | 10/22/2020 9:10:50 AM | 1 | RIO LINDA CA |
| | | | 95673 | DomesticEvent | OF | OUT FOR DELIVERY | 10/22/2020 9:20:50 AM | 1 | RIO LINDA CA |
| | | | 95673 | DomesticEvent | DX | AWAITING DELIVERY SCAN | 10/23/2020 3:20:50 AM | 2 | RIO LINDA CA |

Domestic and Foreign Scan Analysis

Report Filter:
Empty Filter

| MailpieceID | Label | Last Mod Date | Acceptance Date | Mail Type | Sales Source | Mail Class | Item Postage | Mailing Weight | Acceptance ZIPCode | Address | Delivery ZIPCode | Delivery ZIP+4 | Walk Seq | Dest Country Code | Barcode Input Method |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62845579813 | EJ020571466US | 10/27/2020 | 10/26/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 801 M ST | 95673 | RIO LINDA C 9900 | 01 | | Scanned |
| 62845579813 | EJ020571466US | 10/27/2020 | 10/26/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 801 M ST | 95673 | RIO LINDA C 9900 | 01 | | Scanned |
| 62845579813 | EJ020571466US | 10/27/2020 | 10/26/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 801 M ST | 95673 | RIO LINDA C 9900 | 01 | | Scanned |
| 62845579813 | EJ020571466US | 10/27/2020 | 10/26/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 801 M ST | 95673 | RIO LINDA C 9900 | 01 | | Scanned |
| 62845579813 | EJ020571466US | 10/27/2020 | 10/26/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 801 M ST | 95673 | RIO LINDA C 9900 | 01 | | Scanned |
| 62845579813 | EJ020571466US | 10/27/2020 | 10/26/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 801 M ST | 95673 | RIO LINDA C 9900 | 01 | | System Generated |
| 62845579813 | EJ020571466US | 10/27/2020 | 10/26/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 801 M ST | 95673 | RIO LINDA C 9900 | 01 | | Scanned |
| 62845579813 | EJ020571466US | 10/27/2020 | 10/26/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 801 M ST | 95673 | RIO LINDA C 9900 | 01 | | System Generated |
| 62845579813 | EJ020571466US | 10/27/2020 | 10/26/2020 | Domestic | Retail | Priority Mail Express | $26.35 | 0 | 33484 | DELRAY BEACH FL | 801 M ST | 95673 | RIO LINDA C 9900 | 01 | | System Generated |

| Tracking Device ID | Operator ID | Tracking Device Type | Event ZIPCode | Event Type | Event Code | Event Desc | PTS Event Timestamp | Days Since First Dom Event | |
|---|---|---|---|---|---|---|---|---|---|
| | 0000 | APC | 33484 | DomesticEvent | 03 | ACCEPT OR PICKUP | 10/26/2020 1:12:06 PM | 0 | DELRAY BEACH FL |
| 001-76 | | PSS | 33416 | DomesticEvent | 10 | PROCESSED THROUGH USPS F/ | 10/26/2020 6:54:05 PM | 0 | WEST PALM BEACH FL |
| 004-0 | | PSS | 95799 | DomesticEvent | 10 | PROCESSED THROUGH USPS F/ | 10/27/2020 7:47:22 AM | 1 | WEST SACRAMENTO CA |
| 030SHML051 | 0142 | MDCD | 95673 | DomesticEvent | 07 | ARRIVAL AT UNIT | 10/27/2020 9:11:57 AM | 1 | RIO LINDA CA |
| 030SHMD092 | 7423 | MDCD | 95673 | DomesticEvent | 07 | ARRIVAL AT UNIT | 10/27/2020 9:14:04 AM | 1 | RIO LINDA CA |
| | | | 95673 | DomesticEvent | PC | SORTING/PROCESSING COMPLE | 10/27/2020 9:15:04 AM | 1 | RIO LINDA CA |
| 030SHMK885 | 0597 | MDCD | 95673 | DomesticEvent | 01 | DELIVERED | 10/27/2020 9:16:15 AM | 1 | RIO LINDA CA |
| | | | 95673 | DomesticEvent | OF | OUT FOR DELIVERY | 10/27/2020 9:25:04 AM | 1 | RIO LINDA CA |
| | | | 95673 | DomesticEvent | DX | AWAITING DELIVERY SCAN | 10/28/2020 3:25:04 AM | 2 | RIO LINDA CA |