**Exhibit 13A-2**

SSK Transaction and Tender

Report Filter:
(Date (ID) Between 4/16/2020 and 4/16/2020) And (SSK = APC DELRAY BEACH:1122059550)

| SSK DESC | SSK Unit Finance N | SSK Seria | Date ID | Visit Numb | Visit Start Date Time ID | Visit End Date Time ID | Image Lin | Source Table ID | Saved Image Name ID | Tender Line I | Tender Type | Valid Charge ID | Account N | Tender An | Trans Line I |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/16/2020 | 1266608 | 4/16/2020 2:55:57 PM | 4/16/2020 3:11:07 PM | 2 | tender (rssssk003) | 8075_00416_150654 | 2 | VISA | Yes | 9058 | $216.75 | 18 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/16/2020 | 1266608 | 4/16/2020 2:55:57 PM | 4/16/2020 3:11:07 PM | 2 | tender (rssssk003) | 8075_00416_150654 | 2 | VISA | Yes | 9058 | $216.75 | 20 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/16/2020 | 1266608 | 4/16/2020 2:55:57 PM | 4/16/2020 3:11:07 PM | 2 | tender (rssssk003) | 8075_00416_150654 | 2 | VISA | Yes | 9058 | $216.75 | 22 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/16/2020 | 1266608 | 4/16/2020 2:55:57 PM | 4/16/2020 3:11:07 PM | 2 | tender (rssssk003) | 8075_00416_150654 | 2 | VISA | Yes | 9058 | $216.75 | 24 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/16/2020 | 1266608 | 4/16/2020 2:55:57 PM | 4/16/2020 3:11:07 PM | 2 | tender (rssssk003) | 8075_00416_150654 | 2 | VISA | Yes | 9058 | $216.75 | 26 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/16/2020 | 1266608 | 4/16/2020 2:55:57 PM | 4/16/2020 3:11:07 PM | 2 | tender (rssssk003) | 8075_00416_150654 | 2 | VISA | Yes | 9058 | $216.75 | 28 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/16/2020 | 1266608 | 4/16/2020 2:55:57 PM | 4/16/2020 3:11:07 PM | 2 | tender (rssssk003) | 8075_00416_150654 | 2 | VISA | Yes | 9058 | $216.75 | 30 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/16/2020 | 1266608 | 4/16/2020 2:55:57 PM | 4/16/2020 3:11:07 PM | 2 | tender (rssssk003) | 8075_00416_150654 | 2 | VISA | Yes | 9058 | $216.75 | 32 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/16/2020 | 1266608 | 4/16/2020 2:55:57 PM | 4/16/2020 3:11:07 PM | 2 | tender (rssssk003) | 8075_00416_150654 | 2 | VISA | Yes | 9058 | $216.75 | 34 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/16/2020 | 1266608 | 4/16/2020 2:55:57 PM | 4/16/2020 3:11:07 PM | 2 | tender (rssssk003) | 8075_00416_150654 | 2 | VISA | Yes | 9058 | $216.75 | 36 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/16/2020 | 1266608 | 4/16/2020 2:55:57 PM | 4/16/2020 3:11:07 PM | 2 | tender (rssssk003) | 8075_00416_150654 | 2 | VISA | Yes | 9058 | $216.75 | 38 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/16/2020 | 1266608 | 4/16/2020 2:55:57 PM | 4/16/2020 3:11:07 PM | 2 | tender (rssssk003) | 8075_00416_150654 | 2 | VISA | Yes | 9058 | $216.75 | 40 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/16/2020 | 1266608 | 4/16/2020 2:55:57 PM | 4/16/2020 3:11:07 PM | 2 | tender (rssssk003) | 8075_00416_150654 | 2 | VISA | Yes | 9058 | $216.75 | 42 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/16/2020 | 1266608 | 4/16/2020 2:55:57 PM | 4/16/2020 3:11:07 PM | 2 | tender (rssssk003) | 8075_00416_150654 | 2 | VISA | Yes | 9058 | $216.75 | 44 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/16/2020 | 1266608 | 4/16/2020 2:55:57 PM | 4/16/2020 3:11:07 PM | 2 | tender (rssssk003) | 8075_00416_150654 | 2 | VISA | Yes | 9058 | $216.75 | 46 |

| Product DESC | Product Product | Product ID | Sale Type DES | Unit Quan | Extended | Destination ZIP | Origin ZIP C | Label Typ | Label Number ID |
|---|---|---|---|---|---|---|---|---|---|
| Priority Mail | ML_D_PM_OTH | 4460 | Item Revenue | 1 | $8.25 | 19103 | 33482 | | |
| Priority Mail | ML_D_PM_OTH | 4460 | Item Revenue | 1 | $8.25 | 19473 | 33482 | | |
| Priority Mail | ML_D_PM_OTH | 4460 | Item Revenue | 1 | $7.50 | 33408 | 33482 | | |
| Priority Mail | ML_D_PM_OTH | 4460 | Item Revenue | 1 | $9.60 | 92109 | 33482 | | |
| Priority Mail | ML_D_PM_OTH | 4460 | Item Revenue | 1 | $8.45 | 48375 | 33482 | | |
| Priority Mail | ML_D_PM_OTH | 4460 | Item Revenue | 1 | $9.60 | 95626 | 33482 | | |
| Priority Mail | ML_D_PM_OTH | 4460 | Item Revenue | 1 | $8.00 | 29206 | 33482 | | |
| Priority Mail | ML_D_PM_OTH | 4460 | Item Revenue | 1 | $8.25 | 77845 | 33482 | | |
| Priority Mail | ML_D_PM_OTH | 4460 | Item Revenue | 1 | $9.60 | 85337 | 33482 | | |
| Priority Mail | ML_D_PM_OTH | 4460 | Item Revenue | 1 | $7.50 | 33062 | 33482 | | |
| Priority Mail Ex | ML_D_EMFL_POA | 4480 | Item Revenue | 1 | $26.35 | 97304 | 33482 | B | EM069605514US |
| Priority Mail Ex | ML_D_EMFL_POA | 4480 | Item Revenue | 1 | $26.35 | 58078 | 33482 | B | EM069605491US |
| Priority Mail Ex | ML_D_EMFL_POA | 4480 | Item Revenue | 1 | $26.35 | 80210 | 33482 | B | EM069605505US |
| Priority Mail Ex | ML_D_EMFL_POA | 4480 | Item Revenue | 1 | $26.35 | 77388 | 33482 | B | EM069605528US |
| Priority Mail Ex | ML_D_EMFL_POA | 4480 | Item Revenue | 1 | $26.35 | 81611 | 33482 | B | EM069599252US |

SSK Transaction and Tender

Report Filter:
(Date (ID) Between 4/22/2020 and 4/22/2020) And (SSK = APC DELRAY BEACH:1122059550)

| SSK DESC | SSK Unit Finan | SSK Seria | Date ID | Visit Numt | Visit Start Date Time ID | Visit End Date Time ID | Image Line | Source Table ID | Saved Image Name ID | Tender Lir | Tender Typ | Valid Char | Account N | Tender An | Trans Line |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/22/2020 | 1284756 | 4/22/2020 3:50:01 PM | 4/22/2020 3:56:48 PM | 2 | tender (rssssk003) | 8075_00422_155516 | 2 | VISA | Yes | 9058 | $106.50 | 9 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/22/2020 | 1284756 | 4/22/2020 3:50:01 PM | 4/22/2020 3:56:48 PM | 2 | tender (rssssk003) | 8075_00422_155516 | 2 | VISA | Yes | 9058 | $106.50 | 11 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/22/2020 | 1284756 | 4/22/2020 3:50:01 PM | 4/22/2020 3:56:48 PM | 2 | tender (rssssk003) | 8075_00422_155516 | 2 | VISA | Yes | 9058 | $106.50 | 13 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/22/2020 | 1284756 | 4/22/2020 3:50:01 PM | 4/22/2020 3:56:48 PM | 2 | tender (rssssk003) | 8075_00422_155516 | 2 | VISA | Yes | 9058 | $106.50 | 15 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/22/2020 | 1284756 | 4/22/2020 3:50:01 PM | 4/22/2020 3:56:48 PM | 2 | tender (rssssk003) | 8075_00422_155516 | 2 | VISA | Yes | 9058 | $106.50 | 17 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/22/2020 | 1284756 | 4/22/2020 3:50:01 PM | 4/22/2020 3:56:48 PM | 2 | tender (rssssk003) | 8075_00422_155516 | 2 | VISA | Yes | 9058 | $106.50 | 19 |

| Product DESC | Product Produc | Product ID | Sale Type DESC | Unit Quan | Extended | Destinatio | Origin ZIP | Label Typ | Label Number ID |
|---|---|---|---|---|---|---|---|---|---|
| Priority Mail | ML_D_PM_OTH | 4460 | Item Revenue | 1 | $9.60 | 95851 | 33482 | | |
| Priority Mail | ML_D_PM_OTH | 4460 | Item Revenue | 1 | $9.60 | 95626 | 33482 | | |
| Priority Mail | ML_D_PM_OTH | 4460 | Item Revenue | 1 | $8.25 | 20003 | 33482 | | |
| Priority Mail Express Flat | ML_D_EMFL_P | 4480 | Item Revenue | 1 | $26.35 | 02840 | 33482 | B | EM069605465US |
| Priority Mail Express Flat | ML_D_EMFL_P | 4480 | Item Revenue | 1 | $26.35 | 36532 | 33482 | B | EM069605457US |
| Priority Mail Express Flat | ML_D_EMFL_P | 4480 | Item Revenue | 1 | $26.35 | 75052 | 33482 | B | EM069605443US |

SSK Transaction and Tender

Report Filter:
(Date (ID) Between 4/22/2020 and 4/22/2020) And (SSK = APC DELRAY BEACH:1122059550)

| SSK DESC | SSK Unit Finance Number | SSK Serial Number ID | Date ID | Visit Number ID | Visit Start Date Time ID | Visit End Date Time ID | Image Line Item ID | Source Table ID | Saved Image Name ID | Tender Line Item ID | Tender Type DESC | Valid Charge ID | Account Number ID | Tender Amt ID | Trans Line Item ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/22/2020 | 1284756 | 4/22/2020 3:50:01 PM | 4/22/2020 3:56:48 PM | 2 | tender (rssssk003) | 8075_00422_155516 | 2 | VISA | Yes | 9058 | $106.50 | 9 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/22/2020 | 1284756 | 4/22/2020 3:50:01 PM | 4/22/2020 3:56:48 PM | 2 | tender (rssssk003) | 8075_00422_155516 | 2 | VISA | Yes | 9058 | $106.50 | 11 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/22/2020 | 1284756 | 4/22/2020 3:50:01 PM | 4/22/2020 3:56:48 PM | 2 | tender (rssssk003) | 8075_00422_155516 | 2 | VISA | Yes | 9058 | $106.50 | 13 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/22/2020 | 1284756 | 4/22/2020 3:50:01 PM | 4/22/2020 3:56:48 PM | 2 | tender (rssssk003) | 8075_00422_155516 | 2 | VISA | Yes | 9058 | $106.50 | 15 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/22/2020 | 1284756 | 4/22/2020 3:50:01 PM | 4/22/2020 3:56:48 PM | 2 | tender (rssssk003) | 8075_00422_155516 | 2 | VISA | Yes | 9058 | $106.50 | 17 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/22/2020 | 1284756 | 4/22/2020 3:50:01 PM | 4/22/2020 3:56:48 PM | 2 | tender (rssssk003) | 8075_00422_155516 | 2 | VISA | Yes | 9058 | $106.50 | 19 |

| Product DESC | Product ProductCode | Product ID | Sale Type DESC | Unit Quantity ID | Extended Amt ID | Destination ZIP Code ID | Origin ZIP Code ID | Label Type ID | Label Number ID |
|---|---|---|---|---|---|---|---|---|---|
| Priority Mail | ML_D_PM_OTH | 4460 | Item Revenue | 1 | $9.60 | 95851 | 33482 | | |
| Priority Mail | ML_D_PM_OTH | 4460 | Item Revenue | 1 | $9.60 | 95626 | 33482 | | |
| Priority Mail | ML_D_PM_OTH | 4460 | Item Revenue | 1 | $8.25 | 20003 | 33482 | | |
| Priority Mail Express Flat | ML_D_EMFL_P | 4480 | Item Revenue | 1 | $26.35 | 02840 | 33482 | B | EM069605465US |
| Priority Mail Express Flat | ML_D_EMFL_P | 4480 | Item Revenue | 1 | $26.35 | 36532 | 33482 | B | EM069605457US |
| Priority Mail Express Flat | ML_D_EMFL_P | 4480 | Item Revenue | 1 | $26.35 | 75052 | 33482 | B | EM069605443US |

SSK Transaction and Tender

Report Filter:
(Date (ID) Between 4/29/2020 and 4/29/2020) And (SSK = APC DELRAY BEACH:1122059550)

| SSK DESC | SSK Unit Finance Number | SSK Serial Number ID | Date ID | Visit Number ID | Visit Start Date Time ID | Visit End Date Time ID | Image Line Item ID | Source Table ID | Saved Image Name ID | Tender Line Item ID | Tender Type DESC | Valid Charge ID | Account Number ID | Tender Amt ID | Trans Line Item ID | Product DESC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/29/2020 | 1303036 | 4/29/2020 10:45:51 AM | 4/29/2020 10:48:41 AM | 2 | tender (rssssk003) | 8075_00429_104758 | 2 | VISA | Yes | 9058 | $60.95 | 6 | Priority Mail |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/29/2020 | 1303036 | 4/29/2020 10:45:51 AM | 4/29/2020 10:48:41 AM | 2 | tender (rssssk003) | 8075_00429_104758 | 2 | VISA | Yes | 9058 | $60.95 | 8 | Priority Mail Express |
| APC DELRAY BEACH | 1122059550 | 0118075 | 4/29/2020 | 1303036 | 4/29/2020 10:45:51 AM | 4/29/2020 10:48:41 AM | 2 | tender (rssssk003) | 8075_00429_104758 | 2 | VISA | Yes | 9058 | $60.95 | 10 | Priority Mail Expres |

| Product ProductCode | Product ID | Sale Type DESC | Unit Quantity ID | Extended Amt ID | Destination ZIP Code ID | Origin ZIP Code ID | Label Type ID | Label Number ID |
|---|---|---|---|---|---|---|---|---|
| ML_D_PM_O' | 4460 | Item Revenue | 1 | $8.25 | 45212 | 33482 | | |
| ML_D_EMFL_ | 4480 | Item Revenue | 1 | $26.35 | 97210 | 33482 | B | EM069599924US |
| ML_D_EMFL_ | 4480 | Item Revenue | 1 | $26.35 | 95626 | 33482 | B | EM069599938US |

SSK Transaction and Tender

Report Filter:
(Date (ID) Between 5/20/2020 and 5/20/2020) And (SSK = DELRAY BEACH PO APC 3:1122059553)

| SSK DESC | SSK Unit Finance Number | SSK Serial Number ID | Date ID | Visit Number ID | Visit Start Date Time ID | Visit End Date Time ID | Image Line Item ID | Source Table ID | Saved Image Name ID | Tender Line Item ID | Tender Type DESC | Valid Charge ID | Account Number ID | Tender Amt ID | Trans Line Item ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DELRAY BEACH PO APC 3 | 1122059553 | 0118002 | 5/20/2020 | 648073 | 5/20/2020 2:17:35 PM | 5/20/2020 2:21:45 PM | 2 | tender (rssssk003) | 8002_00520_142037 | 2 | VISA | Yes | 0624 | $69.15 | 7 |
| DELRAY BEACH PO APC 3 | 1122059553 | 0118002 | 5/20/2020 | 648073 | 5/20/2020 2:17:35 PM | 5/20/2020 2:21:45 PM | 2 | tender (rssssk003) | 8002_00520_142037 | 2 | VISA | Yes | 0624 | $69.15 | 9 |
| DELRAY BEACH PO APC 3 | 1122059553 | 0118002 | 5/20/2020 | 648073 | 5/20/2020 2:17:35 PM | 5/20/2020 2:21:45 PM | 2 | tender (rssssk003) | 8002_00520_142037 | 2 | VISA | Yes | 0624 | $69.15 | 11 |
| DELRAY BEACH PO APC 3 | 1122059553 | 0118002 | 5/20/2020 | 648073 | 5/20/2020 2:17:35 PM | 5/20/2020 2:21:45 PM | 2 | tender (rssssk003) | 8002_00520_142037 | 2 | VISA | Yes | 0624 | $69.15 | 13 |

| Product DESC | Product ProductCode | Product ID | Sale Type DESC | Unit Quantity ID | Extended Amt ID | Destination ZIP Code ID | Origin ZIP Code ID | Label Type ID | Label Number ID |
|---|---|---|---|---|---|---|---|---|---|
| Priority Mail | ML_D_PM | 4460 | Item Rever | 1 | $8.00 | 35062 | 33482 | | |
| Priority Mail | ML_D_PM | 4460 | Item Rever | 1 | $8.45 | 60605 | 33482 | | |
| Priority Mail Expres | ML_D_EMI | 4480 | Item Rever | 1 | $26.35 | 95626 | 33482 | B | EM069601150US |
| Priority Mail Expres | ML_D_EMI | 4480 | Item Rever | 1 | $26.35 | 30180 | 33482 | B | EM069601185US |

SSK Transaction and Tender

Report Filter:
(Date (ID) Between 6/1/2020 and 6/1/2020) And (SSK = APC DELRAY BEACH:1122059550)

| SSK DESC | SSK Unit Finance Number | SSK Serial Number ID | Date ID | Visit Number ID | Visit Start Date Time ID | Visit End Date Time ID | Image Line Item ID | Source Table ID | Saved Image Name ID | Tender Line Item ID | Tender Type DESC | Valid Charge ID | Account Number ID | Tender Amt ID | Trans Line Item ID | Product DESC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APC DELRAY BEACH | 1122059550 | 0118075 | 6/1/2020 | 1381583 | 6/1/2020 3:21:02 PM | 6/1/2020 3:24:30 PM | 2 | tender (rssssk003) | 8075_00601_152339 | 2 | VISA | Yes | 7124 | $79.05 | 6 | Priority Mail Expres |
| APC DELRAY BEACH | 1122059550 | 0118075 | 6/1/2020 | 1381583 | 6/1/2020 3:21:02 PM | 6/1/2020 3:24:30 PM | 2 | tender (rssssk003) | 8075_00601_152339 | 2 | VISA | Yes | 7124 | $79.05 | 8 | Priority Mail Expres |
| APC DELRAY BEACH | 1122059550 | 0118075 | 6/1/2020 | 1381583 | 6/1/2020 3:21:02 PM | 6/1/2020 3:24:30 PM | 2 | tender (rssssk003) | 8075_00601_152339 | 2 | VISA | Yes | 7124 | $79.05 | 10 | Priority Mail Expres |

| Product ProductCode | Product ID | Sale Type DESC | Unit Quantity ID | Extended Amt ID | Destination ZIP Code ID | Origin ZIP Code ID | Label Type ID | Label Number ID |
|---|---|---|---|---|---|---|---|---|
| ML_D_EMI | 4480 | Item Rever | 1 | $26.35 | 79707 | 33482 | B | EL915680264US |
| ML_D_EMI | 4480 | Item Rever | 1 | $26.35 | 98029 | 33482 | B | EL915680278US |
| ML_D_EMI | 4480 | Item Rever | 1 | $26.35 | 95851 | 33482 | B | EL915680065US |

SSK Transaction and Tender

Report Filter:
(Date (ID) Between 6/13/2020 and 6/13/2020) And (SSK = APC DELRAY BEACH:1122059550)

| SSK DESC | SSK Unit Finance Number | SSK Serial Number ID | Date ID | Visit Number ID | Visit Start Date Time ID | Visit End Date Time ID | Image Line Item ID | Source Table ID | Saved Image Name ID | Tender Line Item ID | Tender Type DESC | Valid Charge ID | Account Number ID | Tender Amt ID | Trans Line Item ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APC DELRAY BEACH | 1122059550 | 0118075 | 6/13/2020 | 1404005 | 6/13/2020 9:02:02 AM | 6/13/2020 9:05:55 AM | 2 | tender (rssssk003) | 8075_00613_090502 | 2 | VISA | Yes | 3284 | $88.65 | 7 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 6/13/2020 | 1404005 | 6/13/2020 9:02:02 AM | 6/13/2020 9:05:55 AM | 2 | tender (rssssk003) | 8075_00613_090502 | 2 | VISA | Yes | 3284 | $88.65 | 9 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 6/13/2020 | 1404005 | 6/13/2020 9:02:02 AM | 6/13/2020 9:05:55 AM | 2 | tender (rssssk003) | 8075_00613_090502 | 2 | VISA | Yes | 3284 | $88.65 | 11 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 6/13/2020 | 1404005 | 6/13/2020 9:02:02 AM | 6/13/2020 9:05:55 AM | 2 | tender (rssssk003) | 8075_00613_090502 | 2 | VISA | Yes | 3284 | $88.65 | 13 |

| Product DESC | Product ProductCode | Product ID | Sale Type DESC | Unit Quantity ID | Extended Amt ID | Destination ZIP Code ID | Origin ZIP Code ID | Label Type ID | Label Number ID |
|---|---|---|---|---|---|---|---|---|---|
| Priority Mail | ML_D_PM_OTH | 4460 | Item Rever | 1 | $9.60 | 95851 | 33482 | | |
| Priority Mail Express | FIML_D_EMFL_POAC | 4480 | Item Rever | 1 | $26.35 | 48858 | 33482 | B | EJ355989300US |
| Priority Mail Express | FIML_D_EMFL_POAC | 4480 | Item Rever | 1 | $26.35 | 30327 | 33482 | B | EJ355989327US |
| Priority Mail Express | FIML_D_EMFL_POAC | 4480 | Item Rever | 1 | $26.35 | 15697 | 33482 | B | EJ355989335US |

SSK Transaction and Tender

Report Filter:
(Date (ID) Between 7/6/2020 and 7/6/2020) And (SSK = APC DELRAY BEACH:1122059550)

| SSK DESC | SSK Unit Finance Number | SSK Serial Number ID | Date ID | Visit Number ID | Visit Start Date Time ID | Visit End Date Time ID | Image Line Item ID | Source Table ID | Saved Image Name ID | Tender Line Item ID | Tender Type DESC | Valid Charge ID | Account Number ID | Tender Amt ID | Trans Line Item ID | Product DESC | Product Product Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APC DELRAY BEACH | 1122059550 | 0118075 | 7/6/2020 | 1446470 | 7/6/2020 10:41:50 AM | 7/6/2020 10:46:00 AM | 2 | tender (rssssk003) | 8075_00706_104503 | 2 | VISA | Yes | 3284 | $70.75 | 7 | Priority Mail | ML_D_PM |
| APC DELRAY BEACH | 1122059550 | 0118075 | 7/6/2020 | 1446470 | 7/6/2020 10:41:50 AM | 7/6/2020 10:46:00 AM | 2 | tender (rssssk003) | 8075_00706_104503 | 2 | VISA | Yes | 3284 | $70.75 | 9 | Priority Mail | ML_D_PM |
| APC DELRAY BEACH | 1122059550 | 0118075 | 7/6/2020 | 1446470 | 7/6/2020 10:41:50 AM | 7/6/2020 10:46:00 AM | 2 | tender (rssssk003) | 8075_00706_104503 | 2 | VISA | Yes | 3284 | $70.75 | 11 | Priority Mail Express | ML_D_EMI |
| APC DELRAY BEACH | 1122059550 | 0118075 | 7/6/2020 | 1446470 | 7/6/2020 10:41:50 AM | 7/6/2020 10:46:00 AM | 2 | tender (rssssk003) | 8075_00706_104503 | 2 | VISA | Yes | 3284 | $70.75 | 13 | Priority Mail Express | ML_D_EMI |

| Product ID | Sale Type DESC | Unit Quantity ID | Extended Amt ID | Destination ZIP Code ID | Origin ZIP Code ID | Label Type ID | Label Number ID |
|---|---|---|---|---|---|---|---|
| 4460 | Item Rever | 1 | $9.60 | 83713 | 33482 | | |
| 4460 | Item Rever | 1 | $8.45 | 60062 | 33482 | | |
| 4480 | Item Rever | 1 | $26.35 | 90403 | 33482 | B | EJ311121538US |
| 4480 | Item Rever | 1 | $26.35 | 95626 | 33482 | B | EJ311121855US |

SSK Transaction and Tender

Report Filter:
(Date (ID) Between 7/7/2020 and 7/7/2020) And (SSK = APC DELRAY BEACH:1122059550)

| SSK DESC | SSK Unit Finance Number | SSK Serial Number ID | Date ID | Visit Number ID | Visit Start Date Time ID | Visit End Date Time ID | Image Line Item ID | Source Table ID | Saved Image Name ID | Tender Line Item ID | Tender Type DESC | Valid Charge ID | Account Number ID | Tender Amt ID | Trans Line Item ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APC DELRAY BEACH | 1122059550 | 0118075 | 7/7/2020 | 1449302 | 7/7/2020 11:50:39 AM | 7/7/2020 11:57:50 AM | 2 | tender (rssssk003) | 8075_00707_115625 | 2 | VISA | Yes | 5531 | $158.10 | 9 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 7/7/2020 | 1449302 | 7/7/2020 11:50:39 AM | 7/7/2020 11:57:50 AM | 2 | tender (rssssk003) | 8075_00707_115625 | 2 | VISA | Yes | 5531 | $158.10 | 11 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 7/7/2020 | 1449302 | 7/7/2020 11:50:39 AM | 7/7/2020 11:57:50 AM | 2 | tender (rssssk003) | 8075_00707_115625 | 2 | VISA | Yes | 5531 | $158.10 | 13 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 7/7/2020 | 1449302 | 7/7/2020 11:50:39 AM | 7/7/2020 11:57:50 AM | 2 | tender (rssssk003) | 8075_00707_115625 | 2 | VISA | Yes | 5531 | $158.10 | 15 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 7/7/2020 | 1449302 | 7/7/2020 11:50:39 AM | 7/7/2020 11:57:50 AM | 2 | tender (rssssk003) | 8075_00707_115625 | 2 | VISA | Yes | 5531 | $158.10 | 17 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 7/7/2020 | 1449302 | 7/7/2020 11:50:39 AM | 7/7/2020 11:57:50 AM | 2 | tender (rssssk003) | 8075_00707_115625 | 2 | VISA | Yes | 5531 | $158.10 | 19 |

| Product DESC | Product Code | Product ID | Sale Type DESC | Unit Quantity ID | Extended Amt ID | Destination ZIP Code ID | Origin ZIP Code ID | Label Type ID | Label Number ID |
|---|---|---|---|---|---|---|---|---|---|
| Priority Mail Express Flat Rate Pos | ML_D_EMI | 4480 | Item Rever | 1 | $26.35 | 95851 | 33482 | B | EJ311121541US |
| Priority Mail Express Flat Rate Pos | ML_D_EMI | 4480 | Item Rever | 1 | $26.35 | 15697 | 33482 | B | EJ311121820US |
| Priority Mail Express Flat Rate Pos | ML_D_EMI | 4480 | Item Rever | 1 | $26.35 | 32459 | 33482 | B | EJ311121847US |
| Priority Mail Express Flat Rate Pos | ML_D_EMI | 4480 | Item Rever | 1 | $26.35 | 35236 | 33482 | B | EJ311122873US |
| Priority Mail Express Flat Rate Pos | ML_D_EMI | 4480 | Item Rever | 1 | $26.35 | 19956 | 33482 | B | EJ311122856US |
| Priority Mail Express Flat Rate Pos | ML_D_EMI | 4480 | Item Rever | 1 | $26.35 | 19120 | 33482 | B | EJ311122860US |

SSK Transaction and Tender

Report Filter:
(Date (ID) Between 8/20/2020 and 8/20/2020) And (SSK = APC DELRAY BEACH:1122059550)

| SSK DESC | SSK Unit Finance Number | SSK Serial Number ID | Date ID | Visit Number ID | Visit Start Date Time ID | Visit End Date Time ID | Image Line Item ID | Source Table ID | Saved Image Name ID | Tender Line Item ID | Tender Type DESC | Valid Charge ID | Account Number ID | Tender Amt ID | Trans Line Item ID | Product DESC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APC DELRAY BEACH | 1122059550 | 0118075 | 8/20/2020 | 1522958 | 8/20/2020 3:20:54 PM | 8/20/2020 3:23:54 PM | 2 | tender (rssssk003) | 8075_00820_152310 | 2 | VISA | Yes | 5531 | $45.55 | 6 | Priority Mail |
| APC DELRAY BEACH | 1122059550 | 0118075 | 8/20/2020 | 1522958 | 8/20/2020 3:20:54 PM | 8/20/2020 3:23:54 PM | 2 | tender (rssssk003) | 8075_00820_152310 | 2 | VISA | Yes | 5531 | $45.55 | 8 | Priority Mail |
| APC DELRAY BEACH | 1122059550 | 0118075 | 8/20/2020 | 1522958 | 8/20/2020 3:20:54 PM | 8/20/2020 3:23:54 PM | 2 | tender (rssssk003) | 8075_00820_152310 | 2 | VISA | Yes | 5531 | $45.55 | 10 | Priority Mail Express |

| Product ProductCode | Product ID | Sale Type DESC | Unit Quantity ID | Extended Amt ID | Destination ZIP Code ID | Origin ZIP Code ID | Label Type ID | Label Number ID |
|---|---|---|---|---|---|---|---|---|
| ML_D_PM | 4460 | Item Rever 1 | | $9.60 | 93215 | 33482 | | |
| ML_D_PM | 4460 | Item Rever 1 | | $9.60 | 95851 | 33482 | | |
| ML_D_EMl | 4480 | Item Rever 1 | | $26.35 | 41001 | 33482 | B | EJ344406436US |

SSK Transaction and Tender

Report Filter:
(Date (ID) Between 10/21/2020 and 10/21/2020) And (SSK = APC DELRAY BEACH:1122059550)

| SSK DESC | SSK Unit Finance Number | SSK Serial Number ID | Date ID | Visit Number ID | Visit Start Date Time ID | Visit End Date Time ID | Image Line Item ID | Source Table ID | Saved Image Name ID | Tender Line Item ID | Tender Type DESC | Valid Charge ID | Account Number ID | Tender Amt ID | Trans Line Item ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APC DELRAY BEACH | 1122059550 | 0118075 | 10/21/2020 | 1644108 | 10/21/2020 12:55:35 PM | 10/21/2020 12:57:47 PM | 2 | tender (rssssk003) | 8075_01021_125659 | 2 | VISA | Yes | 4961 | $52.70 | 5 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 10/21/2020 | 1644108 | 10/21/2020 12:55:35 PM | 10/21/2020 12:57:47 PM | 2 | tender (rssssk003) | 8075_01021_125659 | 2 | VISA | Yes | 4961 | $52.70 | 7 |

| Product DESC | Product ProductCode | Product ID | Sale Type DESC | Unit Quantity ID | Extended Amt ID | Destination ZIP Code ID | Origin ZIP Code ID | Label Type ID | Label Number ID |
|---|---|---|---|---|---|---|---|---|---|
| Priority Mail Express | ML_D_EMFL_POA | 4480 | Item Rever | 1 | $26.35 | 95673 | 33482 | B | EF062245405US |
| Priority Mail Express | ML_D_EMFL_POA | 4480 | Item Rever | 1 | $26.35 | 22554 | 33482 | B | EF062245365US |

SSK Transaction and Tender

Report Filter:
(Date (ID) Between 10/26/2020 and 10/26/2020) And (SSK = APC DELRAY BEACH:1122059550)

| SSK DESC | SSK Unit Finance Number | SSK Serial Number ID | Date ID | Visit Number ID | Visit Start Date Time ID | Visit End Date Time ID | Image Line Item ID | Source Table ID | Saved Image Name ID | Tender Line Item ID | Tender Type DESC | Valid Charge ID | Account Number ID | Tender Amt ID | Trans Line Item ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APC DELRAY BEACH | 1122059550 | 0118075 | 10/26/2020 | 1652936 | 10/26/2020 1:11:24 PM | 10/26/2020 1:15:02 PM | 2 | tender (rssssk003) | 8075_01026_131402 | 2 | VISA | Yes | 3578 | $79.05 | 6 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 10/26/2020 | 1652936 | 10/26/2020 1:11:24 PM | 10/26/2020 1:15:02 PM | 2 | tender (rssssk003) | 8075_01026_131402 | 2 | VISA | Yes | 3578 | $79.05 | 8 |
| APC DELRAY BEACH | 1122059550 | 0118075 | 10/26/2020 | 1652936 | 10/26/2020 1:11:24 PM | 10/26/2020 1:15:02 PM | 2 | tender (rssssk003) | 8075_01026_131402 | 2 | VISA | Yes | 3578 | $79.05 | 10 |

| Product DESC | Product Code | Product ID | Sale Type DESC | Unit Quantity ID | Extended Amt ID | Destination ZIP Code ID | Origin ZIP Code ID | Label Type ID | Label Number ID |
|---|---|---|---|---|---|---|---|---|---|
| Priority Mail Express Flat | ML_D_EMI | 4480 | Item Rever | 1 | $26.35 | 15697 | 33482 | B | EJ020571452US |
| Priority Mail Express Flat | ML_D_EMI | 4480 | Item Rever | 1 | $26.35 | 95673 | 33482 | B | EJ020571466US |
| Priority Mail Express Flat | ML_D_EMI | 4480 | Item Rever | 1 | $26.35 | 49058 | 33482 | B | EJ020571090US |