**Exhibit 13A-3**

| AcctNumber | CardType | MscID | UnitID | SiteID | ClerkID | TransDate | TransTime | TransAmount | CashBackAmt | TerminalID |
|---|---|---|---|---|---|---|---|---|---|---|
| 4744760192060624 | IN | 330 | 9550 | 1122059550 | | 6/8/2020 | 10:20:29 | $158.10 | $0.00 | 0099 |
| 4744760192060624 | IN | 330 | 9550 | 1122059550 | | 6/5/2020 | 12:03:31 | $52.70 | $0.00 | 0099 |
| 4744760192060624 | IN | 330 | 9553 | 1122059553 | | 6/4/2020 | 11:42:42 | $52.70 | $0.00 | 0099 |
| 4744760192060624 | IN | 330 | 9550 | 1122059550 | | 5/28/2020 | 15:27:56 | $61.55 | $0.00 | 0099 |
| 4744760192060624 | IN | 330 | 9550 | 1122059550 | | 5/27/2020 | 15:00:13 | $58.25 | $0.00 | 0099 |
| 4744760192060624 | IN | 330 | 9550 | 1122059550 | | 5/22/2020 | 09:34:10 | $26.35 | $0.00 | 0099 |
| 4744760192060624 | IN | 330 | 9553 | 1122059553 | | 5/21/2020 | 15:23:16 | $30.34 | $0.00 | 0099 |
| 4744760192060624 | IN | 330 | 9553 | 1122059553 | | 5/20/2020 | 14:20:44 | $69.15 | $0.00 | 0099 |

| ProcessCode | AuthCode | ECAPSeqNum |
|---|---|---|
| C | | 16010212319 |
| C | | 15712212279 |
| C | | 15611204875 |
| C | | 14915212143 |
| C | | 14815212120 |
| C | | 14309212007 |
| C | | 14215204805 |
| C | | 14114204794 |

| AcctNumber | CardType | MscID | UnitID | SiteID | ClerkID | TransDate | TransTime | TransAmount | CashBackAmt | TerminalID |
|---|---|---|---|---|---|---|---|---|---|---|
| 4737029128743284 | IN | 330 | 9550 | 1122059550 | | 7/6/2020 | 10:45:12 | $70.75 | $0.00 | 0099 |
| 4737029128743284 | IN | 330 | 9550 | 1122059550 | | 7/3/2020 | 13:45:42 | $88.65 | $0.00 | 0099 |
| 4737029128743284 | IN | 330 | 9550 | 1122059550 | | 7/2/2020 | 11:36:21 | $152.70 | $0.00 | 0099 |
| 4737029128743284 | IN | 330 | 9550 | 1122059550 | | 7/1/2020 | 14:06:11 | $87.50 | $0.00 | 0099 |
| 4737029128743284 | IN | 330 | 9553 | 1122059553 | | 7/1/2020 | 14:42:51 | $26.35 | $0.00 | 0099 |
| 4737029128743284 | IN | 330 | 9550 | 1122059550 | | 6/30/2020 | 11:12:47 | $52.70 | $0.00 | 0099 |
| 4737029128743284 | IN | 330 | 9550 | 1122059550 | | 6/29/2020 | 12:05:54 | $123.25 | $0.00 | 0099 |
| 4737029128743284 | IN | 330 | 9552 | 1108569552 | | 6/27/2020 | 12:39:18 | $52.70 | $0.00 | 0099 |
| 4737029128743284 | IN | 330 | 9552 | 1108569552 | | 6/26/2020 | 09:19:17 | $26.35 | $0.00 | 0099 |
| 4737029128743284 | IN | 330 | 9550 | 1122059550 | | 6/25/2020 | 14:01:30 | $105.40 | $0.00 | 0099 |
| 4737029128743284 | IN | 330 | 9550 | 1122059550 | | 6/24/2020 | 09:25:28 | $95.50 | $0.00 | 0099 |
| 4737029128743284 | IN | 330 | 9550 | 1122059550 | | 6/23/2020 | 10:31:54 | $132.30 | $0.00 | 0099 |
| 4737029128743284 | IN | 330 | 9550 | 1122059550 | | 6/20/2020 | 11:22:12 | $113.85 | $0.00 | 0099 |
| 4737029128743284 | IN | 330 | 9550 | 1122059550 | | 6/19/2020 | 12:16:21 | $166.55 | $0.00 | 0099 |
| 4737029128743284 | IN | 330 | 9553 | 1122059553 | | 6/19/2020 | 12:03:42 | $7.98 | $0.00 | 0099 |
| 4737029128743284 | IN | 330 | 9553 | 1122059553 | | 6/18/2020 | 10:44:26 | $88.65 | $0.00 | 0099 |
| 4737029128743284 | IN | 330 | 9553 | 1122059553 | | 6/17/2020 | 10:42:40 | $52.70 | $0.00 | 0099 |
| 4737029128743284 | IN | 330 | 9550 | 1122059550 | | 6/15/2020 | 12:56:52 | $183.25 | $0.00 | 0099 |
| 4737029128743284 | IN | 330 | 9550 | 1122059550 | | 6/13/2020 | 09:05:12 | $88.65 | $0.00 | 0099 |
| 4737029128743284 | IN | 330 | 9552 | 1108569552 | | 6/12/2020 | 10:09:17 | $26.35 | $0.00 | 0099 |
| 4737029128743284 | IN | 330 | 9550 | 1122059550 | | 6/9/2020 | 11:19:33 | $79.05 | $0.00 | 0099 |

| ProcessCode | AuthCode | ECAPSeqNum |
|---|---|---|
| C | | 18810212817 |
| C | | 18513212803 |
| C | | 18411212785 |
| C | | 18314212763 |
| C | | 18314205017 |
| C | | 18211212732 |
| C | | 18112212704 |
| C | | 17912206946 |
| C | | 17809206933 |
| C | | 17714212641 |
| C | | 17609212617 |
| C | | 17510212585 |
| C | | 17211212531 |
| C | | 17112212510 |
| C | | 17112204970 |
| C | | 17010204964 |
| C | | 16910204952 |
| C | | 16712212443 |
| C | | 16509212428 |
| C | | 16410206835 |
| C | | 16111212352 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **AcctNumber** | **CardType** | **MscID** | **UnitID** | **SiteID** | **ClerkID** | **TransDate** | **TransTime** | **TransAmount** | **CashBackAmt** | **TerminalID** | **ProcessCode** | **AuthCode** | **ECAPSeqNum** |
| 2 | 4403932736893578 | IN | 330 | 9550 | 1122059550 | | 10/26/2020 | 13:14:24 | $79.05 | $0.00 | 0099 | C | | 30013214791 |

| AcctNumber | CardType | MscID | UnitID | SiteID | ClerkID | TransDate | TransTime | TransAmount | CashBackAmt | TerminalID |
|---|---|---|---|---|---|---|---|---|---|---|
| 4232230179584961 | IN | 330 | 9553 | 1122059553 | | 10/23/2020 | 13:26:28 | $26.35 | $0.00 | 0099 |
| 4232230179584961 | IN | 330 | 9553 | 1122059553 | | 10/23/2020 | 15:21:04 | $26.35 | $0.00 | 0099 |
| 4232230179584961 | IN | 330 | 9550 | 1122059550 | | 10/21/2020 | 09:39:25 | $52.70 | $0.00 | 0099 |
| 4232230179584961 | IN | 330 | 9550 | 1122059550 | | 10/21/2020 | 12:57:11 | $52.70 | $0.00 | 0099 |
| 4232230179584961 | IN | 330 | 9550 | 1122059550 | | 10/19/2020 | 11:47:40 | $26.35 | $0.00 | 0099 |

| ProcessCode | AuthCode | ECAPSeqNum |
|---|---|---|
| C | | 29713205627 |
| C | | 29715205630 |
| C | | 29509214691 |
| C | | 29512214699 |
| C | | 29311214644 |

| AcctNumber | CardType | MscID | UnitID | SiteID | ClerkID | TransDate | TransTime | TransAmount | CashBackAmt | TerminalID |
|---|---|---|---|---|---|---|---|---|---|---|
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 10/8/2020 | 12:07:43 | $26.35 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 10/5/2020 | 12:53:55 | $52.70 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 9/30/2020 | 12:41:47 | $105.40 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 9/26/2020 | 09:50:43 | $26.35 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 9/23/2020 | 13:16:52 | $26.35 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 9/21/2020 | 11:54:43 | $26.35 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9553 | 1122059553 | | 9/17/2020 | 15:27:09 | $30.34 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9553 | 1122059553 | | 9/16/2020 | 10:28:03 | $26.35 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9553 | 1122059553 | | 9/15/2020 | 11:31:42 | $26.35 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9553 | 1122059553 | | 9/14/2020 | 13:38:35 | $52.70 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 9/10/2020 | 13:39:04 | $26.35 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 9/9/2020 | 14:57:01 | $26.35 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 9/8/2020 | 09:20:01 | $26.35 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 9/7/2020 | 09:37:14 | $26.35 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 9/3/2020 | 13:47:13 | $26.35 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 9/2/2020 | 11:26:50 | $26.35 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 9/1/2020 | 15:04:14 | $26.35 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 8/28/2020 | 14:46:19 | $26.35 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 8/24/2020 | 13:39:10 | $52.70 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 8/21/2020 | 11:00:07 | $52.70 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 8/20/2020 | 15:23:17 | $45.55 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 0490 | 1122050490 | | 8/19/2020 | 15:31:15 | $26.35 | $0.00 | 0096 |
| 4232230137655531 | IN | 330 | 0490 | 1122050490 | | 8/19/2020 | 13:19:41 | $105.40 | $0.00 | 0098 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 8/18/2020 | 12:34:38 | $52.70 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 8/14/2020 | 14:05:14 | $60.95 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 8/13/2020 | 12:31:12 | $96.90 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 8/12/2020 | 13:47:24 | $60.20 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9553 | 1122059553 | | 8/10/2020 | 12:14:13 | $205.40 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9553 | 1122059553 | | 8/10/2020 | 12:21:21 | $79.05 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 8/6/2020 | 15:16:00 | $192.70 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 8/5/2020 | 14:09:05 | $79.05 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 8/4/2020 | 15:33:00 | $26.35 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 8/4/2020 | 14:16:58 | $26.35 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 8/3/2020 | 13:44:35 | $105.40 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 7/31/2020 | 12:52:18 | $26.35 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 7/31/2020 | 14:22:53 | $26.35 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 7/30/2020 | 14:19:41 | $79.05 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9553 | 1122059553 | | 7/30/2020 | 14:16:55 | $7.98 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 7/28/2020 | 13:35:20 | $105.40 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 7/27/2020 | 11:33:12 | $31.35 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9552 | 1108569552 | | 7/27/2020 | 14:55:01 | $26.35 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 7/25/2020 | 13:01:34 | $112.50 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9552 | 1108569552 | | 7/24/2020 | 14:38:07 | $147.10 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 7/7/2020 | 11:49:51 | $17.85 | $0.00 | 0099 |
| 4232230137655531 | IN | 330 | 9550 | 1122059550 | | 7/7/2020 | 11:56:35 | $158.10 | $0.00 | 0099 |

| ProcessCode | AuthCode | ECAPSeqNum |
|---|---|---|
| C | | 28212214444 |
| C | | 27912214382 |
| C | | 27412214295 |
| C | | 27009214220 |
| C | | 26713214170 |
| C | | 26511214118 |
| C | | 26115205434 |
| C | | 26010205427 |
| C | | 25911205424 |
| C | | 25813205417 |
| C | | 25413213937 |
| C | | 25314213919 |
| C | | 25209213877 |
| C | | 25109213858 |
| C | | 24713213798 |
| C | | 24611213781 |
| C | | 24515213767 |
| C | | 24114213707 |
| C | | 23713213635 |
| C | | 23411213578 |
| C | | 23315213564 |
| C | | 23215227079 |
| C | | 23213233123 |
| C | | 23112213519 |
| C | | 22714213448 |
| C | | 22612213433 |
| C | | 22513213423 |
| C | | 22312205220 |
| C | | 22312205222 |
| C | | 21915213339 |
| C | | 21814213318 |
| C | | 21715213297 |
| C | | 21714213294 |
| C | | 21613213268 |
| C | | 21312213210 |
| C | | 21314213218 |
| C | | 21214213195 |
| C | | 21214205175 |
| C | | 21013213157 |
| C | | 20911213123 |
| C | | 20914207077 |
| C | | 20713213097 |
| C | | 20614207067 |
| C | | 18911212840 |
| C | | 18911212841 |

| AcctNumber | CardType | MscID | UnitID | SiteID | ClerkID | TransDate | TransTime | TransAmount | CashBackAmt | TerminalID |
|---|---|---|---|---|---|---|---|---|---|---|
| 4001230010577124 | IN | 330 | 9550 | 1122059550 | | 6/3/2020 | 09:01:42 | $52.65 | $0.00 | 0099 |
| 4001230010577124 | IN | 330 | 9550 | 1122059550 | | 6/1/2020 | 15:23:48 | $79.05 | $0.00 | 0099 |
| 4001230010577124 | IN | 330 | 9550 | 1122059550 | | 5/29/2020 | 10:52:46 | $34.60 | $0.00 | 0099 |
| 4001230010577124 | IN | 330 | 9553 | 1122059553 | | 5/26/2020 | 14:51:41 | $201.55 | $0.00 | 0099 |
| 4001230010577124 | IN | 330 | 9553 | 1122059553 | | 5/26/2020 | 14:44:33 | $9.60 | $0.00 | 0099 |

| ProcessCode | AuthCode | ECAPSeqNum |
|---|---|---|
| C | | 15509212268 |
| C | | 15315212233 |
| C | | 15010212158 |
| C | | 14714204821 |
| C | | 14714204820 |

| AcctNumber | CardType | MscID | UnitID | SiteID | ClerkID | TransDate | TransTime | TransAmount | CashBackAmt | TerminalID | ProcessCode | AuthCode | ECAPSeqNum |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 5/15/2020 | 11:19:32 | $237.30 | $0.00 | 0099 | C | | 13611211978 |
| 4737029125949058 | IN | 330 | 9553 | 1122059553 | | 5/14/2020 | 14:25:01 | $26.35 | $0.00 | 0099 | C | | 13514204734 |
| 4737029125949058 | IN | 330 | 9553 | 1122059553 | | 5/14/2020 | 14:21:56 | $47.04 | $0.00 | 0099 | C | | 13514204733 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 5/13/2020 | 15:04:02 | $113.85 | $0.00 | 0099 | C | | 13415211932 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 5/12/2020 | 11:49:04 | $140.20 | $0.00 | 0099 | C | | 13311211899 |
| 4737029125949058 | IN | 330 | 9553 | 1122059553 | | 5/9/2020 | 09:22:03 | $34.80 | $0.00 | 0099 | C | | 13009204696 |
| 4737029125949058 | IN | 330 | 9553 | 1122059553 | | 5/9/2020 | 09:22:03 | $34.80 | $0.00 | 0099 | C | | 13009204696 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 5/8/2020 | 09:42:46 | $100.00 | $0.00 | 0099 | C | | 12909211803 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 5/7/2020 | 09:30:23 | $61.15 | $0.00 | 0099 | C | | 12809211773 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 5/6/2020 | 15:23:27 | $140.20 | $0.00 | 0099 | C | | 12715211752 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 5/5/2020 | 11:14:42 | $62.30 | $0.00 | 0099 | C | | 12611211716 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 5/4/2020 | 09:14:52 | $61.15 | $0.00 | 0099 | C | | 12509211640 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 5/4/2020 | 15:00:16 | $34.80 | $0.00 | 0099 | C | | 12515211673 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 5/2/2020 | 13:08:20 | $115.00 | $0.00 | 0099 | C | | 12313211605 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 5/1/2020 | 10:25:56 | $35.95 | $0.00 | 0099 | C | | 12210211562 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 4/30/2020 | 09:03:54 | $96.65 | $0.00 | 0099 | C | | 12109211533 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 4/29/2020 | 10:48:08 | $60.95 | $0.00 | 0099 | C | | 12010211507 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 4/29/2020 | 15:43:30 | $26.35 | $0.00 | 0099 | C | | 12015211518 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 4/29/2020 | 15:46:18 | $8.00 | $0.00 | 0099 | C | | 12015211519 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 4/27/2020 | 14:45:43 | $166.00 | $0.00 | 0099 | C | | 11814211457 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 4/25/2020 | 11:18:51 | $146.05 | $0.00 | 0099 | C | | 11611211420 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 4/23/2020 | 15:16:52 | $26.35 | $0.00 | 0099 | C | | 11415211363 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 4/22/2020 | 15:55:27 | $106.50 | $0.00 | 0099 | C | | 11315211339 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 4/21/2020 | 14:46:13 | $202.30 | $0.00 | 0099 | C | | 11214211304 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 4/20/2020 | 08:50:35 | $26.35 | $0.00 | 0099 | C | | 11108211244 |
| 4737029125949058 | IN | 330 | 9553 | 1122059553 | | 4/20/2020 | 08:51:56 | $3.99 | $0.00 | 0099 | C | | 11108204555 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 4/16/2020 | 15:07:05 | $216.75 | $0.00 | 0099 | C | | 10715211161 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 4/14/2020 | 15:28:30 | $57.70 | $0.00 | 0099 | C | | 10515211110 |
| 4737029125949058 | IN | 330 | 9553 | 1122059553 | | 4/13/2020 | 15:08:29 | $142.20 | $0.00 | 0099 | C | | 10415204500 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 4/9/2020 | 09:07:35 | $35.95 | $0.00 | 0099 | C | | 10009211045 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 4/8/2020 | 13:50:08 | $141.35 | $0.00 | 0099 | C | | 09913211023 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 4/7/2020 | 13:53:13 | $166.35 | $0.00 | 0099 | C | | 09813210999 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 4/6/2020 | 08:35:25 | $111.25 | $0.00 | 0099 | C | | 09708210937 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 4/6/2020 | 15:48:15 | $44.40 | $0.00 | 0099 | C | | 09715210962 |
| 4737029125949058 | IN | 330 | 9553 | 1122059553 | | 4/4/2020 | 12:29:00 | $170.60 | $0.00 | 0099 | C | | 09512204446 |
| 4737029125949058 | IN | 330 | 9553 | 1122059553 | | 4/4/2020 | 12:31:31 | $3.99 | $0.00 | 0099 | C | | 09512204447 |
| 4737029125949058 | IN | 330 | 9553 | 1122059553 | | 4/4/2020 | 12:39:52 | $26.35 | $0.00 | 0099 | C | | 09512204448 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 4/3/2020 | 15:50:14 | $91.05 | $0.00 | 0099 | C | | 09415210879 |
| 4737029125949058 | IN | 330 | 9553 | 1122059553 | | 4/2/2020 | 11:16:55 | $166.55 | $0.00 | 0099 | C | | 09311204432 |
| 4737029125949058 | IN | 330 | 9550 | 1122059550 | | 3/31/2020 | 14:42:35 | $130.75 | $0.00 | 0099 | C | | 09114210793 |