**CONTROLLED PURCHASES**

| Count | UC | Order Date | Drug Ordered / Quantity | Mail Date | Drug Received - Quantity |
|---|---|---|---|---|---|
| 1 | UC-1 | 4/14/20 | Opana (oxymorphone) 5 tablets | 4/16/20 | Oxymorphone 5 tablets |
| 2 | UC-2 | 4/21/20 | Heroin 10 | 4/22/20 | Heroin and fentanyl 10 capsules |
| 3 | UC-1 | 4/21/20 | Heroin 4 | 4/22/20 | Heroin and fentanyl 4 capsules |
| 4 | UC-1 | 4/28/20 | Carfentanil 1 gram | 4/29/20 | Fentanyl 1.2398 grams |
| 5 | UC-1 | 5/20/20 | Carfentanil 7 grams | 5/20/20 | Fentanyl 6.72 grams |
| 6 | UC-2 | 5/30/20 | Carfentanil 7 grams | 6/1/20 | Fentanyl 7.24 grams |
| 7 | UC-2 | 6/12/20 | Oxycodone 5 tablets | 6/13/20 | Oxycodone 5 tablets |
| 8 | UC-1 | 7/3/20 | Fentanyl 14 grams | 7/6/20 | Fentanyl 13.82 grams |
| 9 | UC-2 | 7/6/20 | Fentanyl 14 grams | 7/7/20 | Fentanyl 12.77 grams |
| 10 | UC-2 | 8/19/20 | Oxymorphone 4 tablets | 8/20/20 | Oxymorphone 4 tablets |
| 11 | UC-1 | 10/19/20 | Oxycodone 10 tablets | 10/21/20 | Oxycodone 10 tablets |
| 12 | UC-1 | 10/25/20 | Fentanyl 3 grams | 10/26/20 | Fentanyl 3.15 grams |