

- Favorite Vendors
- Feedback
- Vendor Block List
- Help

### EXCHANGE RATES

**Bitcoin (BTC)**

| | |
|---|---|
| United States Dollar (USD) | 6943.46 |
| Canadian Dollar (CAD) | 9654.33 |
| Euro (EUR) | 6343.70 |
| Australian Dollar (AUD) | 10818.50 |
| British Pound (GBP) | 5502.12 |

Deposits & Withdrawals

**Litecoin (LTC)**

| | |
|---|---|
| United States Dollar (USD) | 41.59 |
| Canadian Dollar (CAD) | 58.13 |
| Euro (EUR) | 38.09 |
| Australian Dollar (AUD) | 65.14 |
| British Pound (GBP) | 33.03 |

Deposits & Withdrawals

**Monero (XMR)**

| | |
|---|---|
| United States Dollar (USD) | 54.90 |
| Canadian Dollar (CAD) | 77.17 |
| Euro (EUR) | 49.90 |
| Australian Dollar (AUD) | 85.93 |
| British Pound (GBP) | 43.57 |

Deposits & Withdrawals

---

**Description**   Feedback   Refund policy

**\*Oxymorphone-ONLY ONE ON MARKET CHECK FEEBACK(OPANA 10MG(IR) OVERNIGHT SHIPPING!!!\*\***

\*\*WE BACK ON WITH THE INSTANT RELEASE ops\*\*

\*ALL LEGIT PHARMACEUTICALS\* LIMITED MONTHLY SUPPLY OF 82, COMES FROM WALGREENS PHARMACY K71 IS THE IMPRINT ON THEM. SHIPPING ONLY IN THE USA RIGHT NOW I OFFER OVERNIGHT SHIPPING WITH TRACKING SO YOU DONT HAVE TO WAIT BORED OUT YOUR MIND.

\*All orders after 3pm most Likely get shipped first thing in am (REMIND YOU TRUCKS DON'T PICK UP MAIL TO SHIP UNTILL 5PM) ALL ORDERS GET SHIPPED  SAME DAY!! AND NOOO "THEY DONT GELL UP" YOU CAN SHOOT THEM, POP THEM ,SNORT THEM, HELL YOU CAN PUT IT UP YOUR ASS FOR ALL I CARE. LOL ;)

\*FIRST FIVE PURCHASERS TO LEAVE FEEDBACK WILL RECIEVE AN EXTRA K71 OPANA PILL I REPEAT FIRST FIVE WILL RECIEVE AN EXTRA OPANA WITH CURRENT PURCHASE!!!! IM TRYING TO KEEP THIS HOPE ALIVE I FIGURED THEY HAVE EVERYTHING ELSE ON HERE BUT THEAE OPANAS BTW I LOVE THEM DONT MIND SHARING WITH MY PEOPLE ON THE DARK WEB... :) WICKER : SHOWSTILL FIND ME. OTHER THEN WICKER MESSAGE ME ON HERE WE'LL CHAT. ASAP I CHECK THIS EVERY 3-5 HOURS 6am,9am,Noon,3pm,6pm so on and so forth so will always Get a response thank You.!!!  ALSO WILL BE POST REAL AS WELL FOR 35 THANK YOU MY PEOPLES!!!

GOVERNMENT'S TRIAL EXHIBIT
2:20-CR-00213 KJM
1B-002

## BUYER STATISTICS

**Bought Items**

| | |
|---|---|
| Items Bought | 21 |

**Payments**

| | |
|---|---|
| Paid | USD 8,727.95 |
| In Escrow | USD 572.97 |
| Total Purchases | USD 9,300.92 |

## EXCHANGE RATES

**Bitcoin (BTC)**

| | |
|---|---|
| United States Dollar (USD) | 6943.46 |
| Canadian Dollar (CAD) | 9654.33 |
| Euro (EUR) | 6343.70 |
| Australian Dollar (AUD) | 10818.50 |
| British Pound (GBP) | 5502.12 |

Deposits & Withdrawals

**Litecoin (LTC)**

| | |
|---|---|
| United States Dollar (USD) | 41.59 |
| Canadian Dollar (CAD) | 58.13 |
| Euro (EUR) | 38.09 |
| Australian Dollar (AUD) | 65.14 |
| British Pound (GBP) | 33.03 |

Deposits & Withdrawals

**Monero (XMR)**

| | |
|---|---|
| United States Dollar (USD) | 54.90 |
| Canadian Dollar (CAD) | 77.17 |
| Euro (EUR) | 49.90 |

---

released, the sale is considered final and the seller can access those funds. If you have not received your goods before that time, please dispute the order, as finalized orders are considered final.

4) Please report the seller if he/she asks for money outside of Escrow, and do not send coins. If you send coins outside our Escrow system, it is entirely at your own risk.

5) It is **highly recommended that you PGP encrypt your shipping address yourself. This offers an additional layer of protection for both the buyer and the seller.**

## Confirmation

Product Class:   **Physical Package**

Unit Sale Price:   **USD 175.00**

Postage:   standard certified With TRACKING - 3 days - **USD 15.00**

Order Total:   **USD 190.00 / BTC 0.02736388**

Notes:
```
Fin Bonobo
161 W. Elverta Rd #969
Elverta, CA 95626
```

Qty: 5

☐ Encrypt the notes using Vendor's PGP

**Confirm Purchase**

➕ Vendor PGP Key

GOVERNMENT'S TRIAL EXHIBIT
2:20-CR-00213 KJM
1B-003

