







GOVERNMENT'S TRIAL EXHIBIT
2:20-CR-00213 KJM
2B-004

