

released, the sale is considered final and the seller can access those funds. If you have not received your goods before that time, please dispute the order, as finalized orders are considered final.

4) Please report the seller if he/she asks for money outside of Escrow, and do not send coins. If you send coins outside our Escrow system, it is entirely at your own risk.

5) It is **highly recommended that you PGP encrypt your shipping address yourself. This offers an additional layer of protection for both the buyer and the seller.**

## Confirmation

Product Class: **Physical Package**

Unit Sale Price: **USD 40.00**

Postage: **1 gram - 1 days - USD 350.00**

Order Total: **USD 390.00 / BTC 0.05026648**

Notes:
```
Fin Bonobo
161 W. Elverta Rd #969
Elverta, CA 95626
```

Qty: 1    ☑ Encrypt the notes using Vendor's PGP

Captcha: JExz

**Confirm Purchase**

➕ Vendor PGP Key

### BUYER STATISTICS

**Bought Items**
Items Bought — 27

**Payments**
Paid — USD 9,585.93
In Escrow — USD 0.00

Total Purchases — USD 9,585.93

### EXCHANGE RATES

**Bitcoin (BTC)**
| | |
|---|---|
| United States Dollar (USD) | 7758.65 |
| Canadian Dollar (CAD) | 10841.20 |
| Euro (EUR) | 7160.17 |
| Australian Dollar (AUD) | 11918.80 |
| British Pound (GBP) | 6236.26 |

Deposits & Withdrawals

**Litecoin (LTC)**
| | |
|---|---|
| United States Dollar (USD) | 45.85 |
| Canadian Dollar (CAD) | 64.69 |
| Euro (EUR) | 42.37 |
| Australian Dollar (AUD) | 70.99 |
| British Pound (GBP) | 36.98 |

Deposits & Withdrawals

**Monero (XMR)**
| | |
|---|---|
| United States Dollar (USD) | 62.04 |
| Canadian Dollar (CAD) | 87.52 |
| Euro (EUR) | 57.30 |
| Australian Dollar (AUD) | 96.16 |
| British Pound (GBP) | 49.95 |

Deposits & Withdrawals

The above rates are updated every 15 minutes and taken using a weighted average of major exchange platforms.

**GOVERNMENT'S TRIAL EXHIBIT**
2:20-CR-00213 KJM
**4B-002**

### PROFILE ACTIONS

- My Information
- Private Messages
- Listings
- Orders
- Queue List
- Favorite Listings
- Favorite Vendors
- Feedback
- Vendor Block List
- Help

### BUYER STATISTICS

**Bought Items**
Items Bought — 27

**Payments**
Paid — USD 9,585.93
In Escrow — USD 390.00

Total Purchases — USD 9,975.93

## Order Details

This order will automatically cancel if vendor doesn't ship in: 2 days, 23 hours and 59 minutes.



Carfentinil Thats GOOD!!check My Feedback ()(NEW BATCH! BTW)capsules Or 7 Grams

Order # 3073007 - Item # 129599 - Apr 29, 2020 - 10:41 - from chInsaint

**Class:** Physical Package
**Postage:** 1 gram - 1 days - USD + 350.00 / order
**Quantity:** 1
**Total in Escrow:** BTC 0.05027892
**Last Updated:** Apr 29, 2020 10:41

Item Price: USD 40.00
Shipping Cost: USD 350.00
Total Amount: USD 390.00

[Processing]

**Buyer Notes**

```
-----BEGIN PGP MESSAGE-----
Version: GnuPG v2.0.22 (GNU/Linux)

hQEMA31RZSpi6qNZAQgAgFJ3745UHUdLpKNMsZk1Dl3gHIbqqCIcUVHb9CBh0qnH
1BtVBMvA3RyjdWJCYINgrg+y9gAxTn8xC5V46HYt4wvZ2E07Io5XS91YrCi66/VD
X/6IjLW9D0iwt6wE4hnAINt9MpCVe/Z6Hzyf91HSt0BCA7gM1/K73ToEUMW+edsU
g/gE1KRwcJ2nXc6W/hj6pEF0ZTQLsGkyeTbjtyz4w8Ni+ZV4yDys5CeavpPF/IDO
cWL1CLNBHZXB6/wgu0A9ksXr2+pZVn581PvoyLyLYviWvd9kj/BCXXEy3ShjtEpI
2DcTnrJZnT5duWns7Oh1eMs0+PL7FNTxKVn7RaUoKdL/AAAAbgFcS9rFCdL8tYaA
AgMhWzA04ut3+POOs7smTK8vQyNqpfoskzUBWKHAjAOa53xm/ed4L3v/2q+iOWrK
L3ZVNenM3eA1kqxK2ELGY1qMBseELXunVVnjpIpnXZ8LGRoyX4KPdBwovLme2QDn
JHGJ
=GnL5
-----END PGP MESSAGE-----
```

**Seller Notes**

No notes available

Copyright © 2020 Empire Market

GOVERNMENT'S
TRIAL EXHIBIT
2:20-CR-00213 KJM
4B-003

Server time: Wednesday, Apr 29, 2020 10:41:49