

Logged in as **barktus** [Logout]
BTC: **0.23252** / LTC: **0.00000** /
XMR: **0.00000** [My Autoshop]

▼ USD 9475.11   ▼ CAD 13185.10   ▼ EUR 8656.26   ▼ AUD 14368.50
▼ GBP 7741.88

**HOME** | **MESSAGES** | **ORDERS** | **BECOME A VENDOR** | **BALANCE** | **FEEDBACK** | **FORUMS** | **SUPPORT**

**Drugs & Chemicals** > **Opioids** > **Fentanyl & RCs**

### LISTING OPTIONS

- Contact seller
- Add to Favorites
- Alert when restock
- Report Listing

### PROFILE ACTIONS

- My Information
- Private Messages
- Listings
- Orders
- Queue List
- Favorite Listings
- Favorite Vendors



**Carfentinil Thats GOOD!!check my feedback ( )(NEW BATCH! BTW)capsules or 7 grams**

Should I need to say more go to shipping if u want overnight and all. ***NEW 1 GRAM $350 AND 7G...

Sold by **chlnsaint** - 33 sold since November 08, 2019   [Vendor Level 7]   [Trust level 7]

| Features | | Features | |
|---|---|---|---|
| Product Class | Physical Package | Origin Country | United States |
| Quantity Left | Unlimited | Ships to | United States, North America |
| Ends In | Never | Payment | Escrow |

| | Bulk Discounts | Price | |
|---|---|---|---|
| Bulk Discount | From qty 40 to 1000 | USD 35.00 | 0.00369389 BTC |

7grams - 1 days - USD + 1,300.00 / order ▼

**Purchase price:** USD 40.00

Qty: 1   [Buy Now (BTC)]   [Buy Now (LTC)]   [Queue]

0.004222 BTC / 0.912201 LTC

| Description | Feedback | Refund policy |

**GOVERNMENT'S TRIAL EXHIBIT**
2:20-CR-00213 KJM
**5B**



| | Bulk Discounts | Price | |
|---|---|---|---|
| **Bulk Discount** | From qty 40 to 1000 | USD 35.00 | 0.00369389 BTC |

7grams - 1 days - USD + 1,300.00 / order

**Purchase price:** USD 40.00

Qty: 1    Buy Now    Buy Now    Queue

0.004222 BTC / 0.912201 LTC

**Description** | Feedback | Refund policy

### Carfentinil Thats GOOD!!check my feedback (☺)(NEW BATCH! BTW)capsules or 7 grams

Should I need to say more go to shipping if u want overnight and all.

***NEW 1 GRAM $350 AND 7GRAMS $1300 JUST CLICK SHIPPING OPTIONS TY!!



My Information
Private Messages
Listings
Orders
Queue List
Favorite Listings
Favorite Vendors
Feedback
Vendor Block List
Help



**EXCHANGE RATES**

**Bitcoin (BTC)**
| United States Dollar (USD) | 9475.11 |
| Canadian Dollar (CAD) | 13185.10 |
| Euro (EUR) | 8656.26 |
| Australian Dollar (AUD) | 14368.50 |
| British Pound (GBP) | 7741.88 |

Deposits & Withdrawals

**Litecoin (LTC)**
| United States Dollar (USD) | 43.85 |
| Canadian Dollar (CAD) | 61.36 |
| Euro (EUR) | 40.07 |
| Australian Dollar (AUD) | 66.71 |

GOVERNMENT'S
TRIAL EXHIBIT
2:20-CR-00213 KJM
5B-002

Case 2:20-cr-00213-KJM   Document 185-5   Filed 12/09/22   Page 3 of 5

## Payments

| | |
|---|---|
| Paid | USD 10,165.93 |
| In Escrow | USD 0.00 |
| Total Purchases | USD 10,165.93 |

### EXCHANGE RATES

**Bitcoin (BTC)**

| | |
|---|---|
| United States Dollar (USD) | 9460.11 |
| Canadian Dollar (CAD) | 13164.20 |
| Euro (EUR) | 8636.61 |
| Australian Dollar (AUD) | 14345.70 |
| British Pound (GBP) | 7729.62 |

Deposits & Withdrawals

**Litecoin (LTC)**

| | |
|---|---|
| United States Dollar (USD) | 43.85 |
| Canadian Dollar (CAD) | 61.36 |
| Euro (EUR) | 40.07 |
| Australian Dollar (AUD) | 66.71 |
| British Pound (GBP) | 35.98 |

Deposits & Withdrawals

**Monero (XMR)**

| | |
|---|---|
| United States Dollar (USD) | 64.35 |
| Canadian Dollar (CAD) | 90.02 |
| Euro (EUR) | 58.80 |
| Australian Dollar (AUD) | 97.85 |
| British Pound (GBP) | 52.73 |

Deposits & Withdrawals

The above rates are updated every 15 minutes and taken using a weighted average of major

---

Escrow system, it is entirely at your own risk.

5) It is **highly recommended that you PGP encrypt your shipping address yourself. This offers an additional layer of protection for both the buyer and the seller.**

## Confirmation

Product Class: **Physical Package**

Unit Sale Price: **USD 40.00**

Postage: 7grams - 1 days - **USD 1,300.04**

Order Total: **USD 1,340.00 / BTC 0.14164740**

Notes:
```
Fin Bonobo
161 W. Elverta Rd #969
Elverta, CA 95626
```

Qty: 1      ☑ Encrypt the notes using Vendor's PGP



Captcha: B9Nr

 Confirm Purchase     Update Quantity

**GOVERNMENT'S TRIAL EXHIBIT**
2:20-CR-00213 KJM
5B-003

＋ Vendor PGP Key












Orders

Queue List

Favorite Listings

Favorite Vendors

Feedback

Vendor Block List

Help

Order # 6626662 - Item # 126666 - May 21, 2020 - 02:15 - from shinsaint

**Class:** Physical Package

**Postage:** 7grams - 1 days - USD + 1,300.00 / order

**Quantity:** 1

**Total in Escrow:** BTC 0.14164740

**Last Updated:** May 21, 2020 02:15

**Item Price:** USD 40.00
**Shipping Cost:** USD 1,300.00
**Total Amount:** USD 1,340.00

Processing

### BUYER STATISTICS

**Bought Items**
Items Bought — 29

**Payments**
Paid — USD 10,165.93
In Escrow — USD 1,340.00

Total Purchases — USD 11,505.93

**Buyer Notes**

```
-----BEGIN PGP MESSAGE-----
Version: GnuPG v2.0.22 (GNU/Linux)

hQEMA3lRZSpi6qNZAQf9HLy5ojCpEBoiUEDVgtYSOEbzUqRUoATMyHBcISByIhEq
Am9EJsEr698g9AEEk/I0DaYxPo6fgjxTiNqokm8kvGoasYck+LCo0hpu/xfTJf7v
Ls0XrhwpCQ5Esl2bXMejxMWLS0HoJbbmKYnozF2ARjXnBVMDit48oE5itd4WWjnj
LPjgMhUqXGRq0tWo8MGtQOQyLwpfa8kD7rJ3Q9t1sYmcJdZxXaN5p1sbM6onbj0D
onL2YZd7GoiBA+hPNS289uqKnhuKAR8LAUkYzfaiFhWEB9+ftCgWSVMOx0lpW1I0
o5/QznqBqb2fGr0Gx08TCum9zWBeKHAVbCj8ap8BktL/AAAAbgEQleYnZaFFUUll
+T8jxmJEQ4EUuikobSLO02/x0qjK0Lk+sfnOz04IL74eUlKoKgdIVD4aDvZWswqh
1yzLASEeF/sfOBAJPp8GAV4sENYmSh+ve43UrYxApqU0FjCTTcTlRXCx7Vaisn7d
op/v
=7Gfn
-----END PGP MESSAGE-----
```

**Seller Notes**

No notes available

Copyright © 2020 Empire Market

GOVERNMENT'S
TRIAL EXHIBIT
2:20-CR-00213 KJM
5B-005

Server time: Thursday, May 21, 2020 02:15:29