



Case 2:20-cr-00213-KJM   Document 185-6   Filed 12/09/22   Page 2 of 4

GOVERNMENT'S
TRIAL EXHIBIT
2:20-CR-00213 KJM
6B-002





GOVERNMENT'S TRIAL EXHIBIT
2:20-CR-00213 KJM
6B-003



**scofflaw**
Bro sorry about the pgp. It works everywhere else
11:34 AM | 5D+ ✓

My address is:
KAMRAN FARHAN
PO BOX 15146
SACRAMENTO CA 95851
11:35 AM | 5D+ ✓

**showstill**
Cool bro I'll ship in am I'll give u a tracking to hold on too shortly and mark it shipped if u want u could fe so I could use some of those funds to ship
! Ty Boss
11:47 AM | 5D+

GOVERNMENT'S TRIAL EXHIBIT
2:20-CR-00213 KJM
6B-004