





Empire Market – Order details: ...   Empire Market – Bitcoin Balance

hdzxqmipsdhj72frpkrplk6lofpwstmkr65tb53zm54yxnamg2suymid.onion/order/orderdetail/3628119

### Order Details

**PROFILE ACTIONS**

- My Information
- Private Messages
- Listings
- Orders
- Queue List
- Favorite Listings
- Favorite Vendors
- Feedback
- Vendor Block List
- Help

### Order Details

This order will automatically cancel if vendor doesn't ship in: 2 days, 23 hours and 59 minutes.

**OXYCODONE K9s/M's(30MG) CHECK MY FEEDBACKPharmacy *Overnight Shipping Options***
Order # 3628119 - Item # 105770 - Jun 13, 2020 - 08:00 - from chlnsaint

**Class:** Physical Package
**Postage:** SHIPPING FIRST CLASS BULK 15.00 - 3 days - USD + 15.00 / order
**Quantity:** 5
**Total in Escrow:** BTC 0.02005804
**Last Updated:** Jun 13, 2020 08:00

**Item Price:** USD 175.00
**Shipping Cost:** USD 15.00
**Total Amount:** USD 190.00

Processing

**BUYER STATISTICS**

**Bought Items**
Items Bought — 12

**Payments**
Paid — USD 3,817.00
In Escrow — USD 455.00

Total Purchases — USD 4,272.00

**Buyer Notes**

```
-----BEGIN PGP MESSAGE-----
Version: GnuPG v2.0.22 (GNU/Linux)

hQEMA3lRZSpi6qNZAQf/e8384dgucqzWJQhZR7GB0StyT4GDWPE35AtFWSWBMx8a
1dvnk6D9owGNSUP9TF56CbjY+llOdYaSYpbmn+/5u6qKFHRgbE8lZW4HV42sqxIn
CjLBtCr6nIw5M6Eemcg34bhWN3u0z6ak6ypc6aWYAmvn7/SBClBrvSwWujqmZ5MU
D5lDNcDiC8v9jsc3hT2ci966/DYLn5WlRhuwJoR+BWH6nAEvpfaAZSqaMJdukZVm
KiAMGptJHoMMuXQUbDexRel0O91eGdq5O8ZqMKZrzHDTUttmnKvq0lRHrTo6nL6p
pbzKv1F5+iCyNzckhrMTtpIyQJoWrasCke5uywX7QtL/AAAAbwGoLY5UD4aTOv1V
AdwqGcDTvdfSB1RrQ3rgL63zL5/Wy7WDxIdTPsqq6h4WoYWZUsYeONPPXxu2VSV2
77aaGnOyDehbKXr2o+elmVDHZtkagKlAq+brdbzPxLcns6QPZTqq9RbpJzwwl00D
PwWXcA==
=rGqt
-----END PGP MESSAGE-----
```

**Seller Notes**

No notes available

GOVERNMENT'S TRIAL EXHIBIT
2:20-CR-00213 KJM
7B-003



**showstill** (3:48 PM): ...of those oxy for my girl since I have a little coin on the market. I'll hit u up there thx

**showstill** (3:49 PM): Ok

**showstill** (3:52 PM): Imma tell you how much roxies I have u ready

**showstill** (3:52 PM): So Yu can buy the rest ok???

**scofflaw** (3:54 PM): Yeah I'll buy them all if I have enough coin

**showstill** (3:54 PM): Yea I only have 5 blues left u better off getting the carfentnil now I'll throw in the five berries direct

**scofflaw**: I don't have cash for the fent now don't get paid for another week. Only had a little left in wallet on market

GOVERNMENT'S TRIAL EXHIBIT
2:20-CR-00213 KJM
7B-004



GOVERNMENT'S TRIAL EXHIBIT
2:20-CR-00213 KJM
7B-005

**showstill** (3:54 PM): Yea I only have 5 blues left u better off getting the carfentnil now I'll throw in the five berries direct

**scofflaw** (3:56 PM): I don't have cash for the fent now don't get paid for another week. Only had a little left in wallet on market

**showstill** (4:02 PM): Lmk

I direct I'm bout to pull some down when I log on

**scofflaw** (4:02 PM): Ok just put order for 5 on market. I'll hit u up for carf next week. You putting it back on market?

