









Order # 8616121 - Item # 128728 - Jul 04, 2020 - 06:10 - from omnisaint

- **Orders**
- **Queue List**
- **Favorite Listings**
- **Favorite Vendors**
- **Feedback**
- **Vendor Block List**
- **Help**



**Class:** Physical Package
**Postage:** 14Grams - 1 days - USD + 2,600.00 / order
**Quantity:** 1
**Total in Escrow:** BTC 0.29030928
**Last Updated:** Jul 04, 2020 06:10

**Item Price:** USD  40.00
**Shipping Cost:** USD  2,600.00
**Total Amount:** USD  2,640.00

[Processing]

## BUYER STATISTICS

**Bought Items**
Items Bought                              35

**Payments**
Paid                          USD 12,223.75
In Escrow                      USD 2,640.00

Total Purchases               USD 14,863.75

### Buyer Notes

```
-----BEGIN PGP MESSAGE-----
Version: GnuPG v2.0.22 (GNU/Linux)

hQEMA3lRZSpi6qNZAQf8DSy/3ovOraK5cpB9Bbu393vxKotDy7omQcRDMHlZCCpM
tnc8/CRlILXp3Bn9SGFHLVzo5RlzLP1EL0eqlztlMHrM1gM0uVMOnwvvOyD5YwHi
jnKVpzMB+TxH3piirsM0x54k70QFIjpdjCu19X5511alqUMzDL8QC3eVKmsljUFO
3XERCMi6wxps381Rgnng25a86pwAVbVNPSvNd/AqOwkVxZZhjNYflDgFdgWxp5lX
qCPBw/Saj2G4QQPcxMNRhO8TzD9gKnQvks6lmhEp7BABqjgIdIa5emRJLoi8I32T
uSrAnecEjABX49MaAjQzJuPOCthkTYkdm+L4IG/NTtL/AAAAbgGudow27TX1sEqo
sCRsW/cMFYbvD7sDJ6j66+nguW+rNliKiI+DcIpxoaW3dvPSQCu4HOKhJHVbNTKh
EWGpkNQzEG6inI/UlQ9Hjq44WKNHA6No8diOAuCBkXIxLIUEmgJVi57dp0gxZXqm
eYqe
=LNKD
-----END PGP MESSAGE-----
```

### Seller Notes

No notes available

Copyright © 2020 Empire Market

**GOVERNMENT'S TRIAL EXHIBIT**
2:20-CR-00213 KJM
8B-005

Server time: Saturday, Jul 4, 2020 06:10:06