






# Checkout (1)

| Product | # | Price | Paying with | Payment type & Shipping | Total | Address |
|---|---|---|---|---|---|---|
| oxycodone 30mg (Empire's former Legend) more pics coming | 10 | 35 $ | BTC | Normal Escrow usps express - 35 $ | 385 $ | Beluga Albacore 801 M Street #460 Rio Linda, CA 95673 |

Back to cart

**Total: 385 $**



Purchase



GOVERNMENT'S TRIAL EXHIBIT
2:20-CR-00213 KJM
11B-003