







dark.fail: Which darknet sites a
darkmarkl7f5hz5f.onion/
DarkMarket - Product - fentynal (E
darknet4rbfizlg53dwc5lt5hj4mewcgltubcpvrfpvjav
Search
DarkMarket
Dark
Support
0
(0)
become
kikus
Sign Out
quick search.....
Browse Categories
Drugs
Benzos
Cannabis
Dissociatives
Ecstasy
Harm Reduction
Opiates
Prescription
Psychedelics
RCs
Steroids
fentynal (Empire Former Legend)
Rating
Left/Sold
115 1s / 3 1s
Normal Escrow
BTC
Shipping
usps - 1 day - 35 $ (1 - 120 1 )
Purchase Price
$350 per 1
Quantity
3
chlnsaint
Level 2
2 days ago
4
0
0
message
products (20)
wishlist
GOVERNMENT'S TRIAL EXHIBIT
2:20-CR-00213 KJM
12B

darknet4rbfizlg53d
Search
Psychedelics
RCs
Steroids
Stimulants
Digital Goods 6081
Drugs 28804
Services 1677
Security & Hosting 161
Miscellaneous 264
Jewellery 261
Identification 624
Guides & Tutorials 4595
Fraud 4180
Counterfeit 448
Software & Malware 701
Carded Items 421
Products 73363
Users 353830
Purchase Price $350 per 1
Quantity 3
350 $ per 1, for at least 1 product
735 $ per 1, for at least 2 products
1400 $ per 1, for at least 7 products
add
Details
Payment rules
Feedback
Delivery
There is no available feedback for this product, yet.
GOVERNMENT'S TRIAL EXHIBIT
2:20-CR-00213 KJM
12B-002

darknet4rbfizlg53dwc5lt5hj4mewcgltubcpvrfpvjavm64ina
Search
DarkMarket
Dark
Support
0
(1)
become
kikus
Sign Out
Cart (1)
Clear
You have added/changed an item!
Product name
$ per item
Coin
Amount
Delivery/Payment
Address
fentynal (Empire Former Legend)
by chlnsaint
350 $
BTC
3
usps - 1 day - 35 $
Normal Escrow
Beluga Albacore, 801 M Street #460, Rio Linda, CA 95673
Next>
Total sum: 1085 $
GOVERNMENT'S TRIAL EXHIBIT
2:20-CR-00213 KJM
12B-003

darknet4rbfizlg53dwc5lt5hi4mewcgltubcpvrfpviavm64ina
Search
DarkMarket
Dark
Support
0
(1)
become
kikus
Sign Out

# Checkout (1)

| Product | # | Price | Paying with | Payment type & Shipping | Total | Address |
|---|---|---|---|---|---|---|
| fentynal (Empire Former Legend) | 3 | 350 $ | BTC | Normal Escrow usps - 35 $ | 1085 $ | Beluga Albacore, 801 M Street #460, Rio Linda, CA 95673 |

Back to cart

Total: 1085 $

Purchase

GOVERNMENT'S
TRIAL EXHIBIT
2:20-CR-00213 KJM
12B-004

darknet4rbfizlg53dwc5lt
Search
Dark
Support
0
(0)
become
kikus
Sign Out
ket
vories
ion
Purchases
All (6)
Purchased (1)
Sent (0)
Delivered (3)
Disputed (2)
Order
ID
Product
#
Paid
Finalize
Total
Address
ID
View
e077ac00-170c-11eb-a1d6-8ba6a42d46e6
fentynal (Empire Former Legend) by chlnsaint
3
No
1085 $
3JhHZ(
Purchased
View
59ead3c0-127a-11eb-a1dd-87a3d1234d57
oxycodone 30mg (Empire's former Legend) by chlnsaint
10
Yes
385 $
3Q6Cx
Delivered
GOVERNMENT'S TRIAL EXHIBIT
2:20-CR-00213 KJM
12B-005