


GOVERNMENT'S
TRIAL EXHIBIT
2:20-CR-00213 KJM
20

SAINTILLUS_00000295




GOVERNMENT'S
TRIAL EXHIBIT
2:20-CR-00213 KJM
20-002

SAINTILLUS_00000296





SAINTILLUS_00000297




GOVERNMENT'S TRIAL EXHIBIT
2:20-CR-00213 KJM
20-004





SAINTILLUS_00000300



GOVERNMENT'S
TRIAL EXHIBIT
2:20-CR-00213 KJM
20-006

SAINTILLUS_00000301




GOVERNMENT'S TRIAL EXHIBIT
2:20-CR-00213 KJM
20-007




GOVERNMENT'S
TRIAL EXHIBIT
2:20-CR-00213 KJM
20-008








GOVERNMENT'S
TRIAL EXHIBIT
2:20-CR-00213 KJM
20-010









SAINTILLUS_00000310





SAINTILLUS_00000311







SAINTILLUS_00000327




GOVERNMENT'S TRIAL EXHIBIT
2:20-CR-00213 KJM
20-016




GOVERNMENT'S TRIAL EXHIBIT
2:20-CR-00213 KJM
20-017

SAINTILLUS_00000338




GOVERNMENT'S
TRIAL EXHIBIT
2:20-CR-00213 KJM
20-018




GOVERNMENT'S TRIAL EXHIBIT
2:20-CR-00213 KJM
20-019