

GOVERNMENT'S TRIAL EXHIBIT
2:20-CR-00213 KJM
21

SAINTILLUS_00000368




GOVERNMENT'S TRIAL EXHIBIT
2:20-CR-00213 KJM
21-002

SAINTILLUS_00000369





SAINTILLUS_00000370




GOVERNMENT'S TRIAL EXHIBIT
2:20-CR-00213 KJM
21-004

SAINTILLUS_00000371




GOVERNMENT'S TRIAL EXHIBIT
2:20-CR-00213 KJM
21-005

SAINTILLUS_00000372




GOVERNMENT'S
TRIAL EXHIBIT
2:20-CR-00213 KJM
21-006

SAINTILLUS_00000373




GOVERNMENT'S TRIAL EXHIBIT
2:20-CR-00213 KJM
21-007

SAINTILLUS_00000374