PHILLIP A. TALBERT
United States Attorney
FRANK J. RIEBLI
SAM STEFANKI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-0213 KJM |
|---|---|
| Plaintiff, | NOTICE OF LODGING ELECTRONIC AUDIO EXHIBIT ON DISC WITH COURT |
| v. | DATE: December 9, 2022 |
| CHALONER SAINTILLUS, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Kimberly J. Mueller |

The Unites States hereby provides notice to the Court, to the defendant through his defense counsel, and to all parties that it is filing today with the Court a hard-copy disc containing three video files, a pdf screenshot from one of those video files, and another pdf file that the United States has previously provided to Defense on October 13, 2022. On December 9, 2022, the government accordingly provided a copy of the disc with the video files and pdfs to the Court via the Clerk's Office.

The files on the hard-copy disc will serve as exhibits to the Government's Motion in Limine #5 (Other Acts Evidence) filed on this date.

Dated: December 9, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ Frank J. Riebli
FRANK J. RIEBLI
Assistant United States Attorney