# Exhibit 1

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC
RECORDS PURSUANT TO FEDERAL RULES OF
EVIDENCE 902(11) AND 902(13)**

I, __JASON BAUWENS__, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by the United States Postal Service, and my title is __US Postal Inspector__. I am qualified to authenticate the records produced to the United States by United States Postal Service on __11/4/22__ (the "Records") because I am familiar with how the Records were created, managed, stored, and retrieved. I state that the Records are true duplicates of the original records in the custody of United States Postal Service. I further state that:

    a.    The Records were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of United States Postal Service, and they were made by United States Postal Service as a regular practice; and

    b.    The Records were generated by United States Postal Service electronic process or system that produces an accurate result, to wit:

        1.    the Records were copied from electronic device(s), storage medium(s), or file(s) in the custody of United States Postal Service in a manner to ensure that they are true duplicates of the original records; and

        2.    the process or system is regularly verified by United States Postal Service, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

__11/4/22__    _[signature]_
Date  Signature

SAINTILLUS_00002212