DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Fax:           (916) 930-6482
Email:       david.fischer@fischerlawoffice.com

Attorney for Defendant
CHALONER SAINTILLUS

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-CR-00213-KJM |
| Plaintiff, | **NOTICE REGARDING THE FILING OF MOTIONS** |
| v. | |
| CHALONER SAINTILLUS, | |
| Defendant. | |

     In accordance with the Court's order on November 28, 2022, to identify any motions he intends to file (ECF No. 176), the defendant provides notice that he intends to file a motion to suppress jail calls that were recently provided in discovery. He may also file a motion for reconsideration of the denial of his motions to dismiss the indictment. And there is a less than one percent chance defense counsel will file a motion to quash one or more search warrants in this case.

Dated: December 12, 2022        Respectfully submitted,

                                            /s/ David D. Fischer
                                            DAVID D. FISCHER
                                            Attorney for Defendant
                                            CHALONER SAINTILLUS