DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Fax: (916) 930-6482
Email: david.fischer@fischerlawoffice.com

Attorney for Defendant
CHALONER SAINTILLUS

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHALONER SAINTILLUS,<br><br>Defendant. | Case No.: 2:20-cr-0213-KJM<br><br>**DECLARATION OF DAVID D. FISCHER IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**<br><br>Date: January 9, 2023<br>Time: 9:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |

I, David D. Fischer, declare as follows:

1. I am an attorney licensed to practice in the state of California and before this court. I represent defendant Chaloner Saintillus. The facts stated in this declaration are based on my personal knowledge. If called to testify, I could competently testify to such facts.

2. The defendant is facing charges by way of a superseding indictment filed October 27, 2022, with 12 counts of Distribution of a Controlled Substance.

3. On November 28, 2022, the District Court heard the defendant's motion for new counsel, conducted a motion hearing, and a hearing regarding trial confirmation. The Court denied the defendant's motion for a new attorney, took pending motions under review, set a briefing schedule for new motions, and continued the trial confirmation hearing to January 23, 2023. (ECF Doc. 176).

4. The government has discussed the possibility of requesting trial dates in February or March 2023 in this case.

5. Since the November 28, 2022 hearing, without revealing client confidences, the defendant and I have suffered irreconcilable differences as well as a breakdown of communication. The breakdown of the attorney-client relationship is so significant that is not only unreasonably difficult but impossible for counsel to provide adequate representation from this point forward.

6. I have conferred with the Mr. Saintillus who agrees that there has been a breakdown of the attorney client relationship, and knowingly and freely assents to termination of my representation.

7. I do not believe that withdrawal will prejudice any party, harm the administration of justice, or unduly delay the case.

8. The defendant wishes to represent himself. He also qualifies for and will request the substitution of appointed counsel if his request to represent himself is denied.

9. The defendant is in custody. His address is the Sacramento main jail located at 651 I St, Sacramento CA 95814.

I declare under penalty of perjury that the foregoing is true and correct and that his Declaration was executed on December 30, 2022

Dated:  December 30, 2022        LAW OFFICES OF DAVID D. FISCHER, APC

/S/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
CHALONER SAINTILLUS