DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:  (916) 447-8600
Fax:             (916) 930-6482
Email:        david.fischer@fischerlawoffice.com

Attorney for Defendant
CHALONER SAINTILLUS

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHALONER SAINTILLUS,<br><br>Defendant. | Case No.: 2:20-CR-00213-KJM<br><br>**NOTICE REGARDING DECISION NOT TO FILE INTERLOCUTORY APPEAL REGARDING DENIAL OF DEFENSE COUNSEL'S MOTION TO WITHDRAW.** |

   Defense counsel filed a motion to withdraw.  The Court denied that motion today, and asked defense counsel to provide notice as to whether he intended to file an interlocutory appeal by January 11, 2023.  This notice is to inform Court and counsel that defense counsel is not filing an interlocutory appeal.

Dated:  January 9, 2023           Respectfully submitted,

                                  /s/ David D. Fischer
                                  DAVID D. FISCHER
                                  Attorney for Defendant
                                  CHALONER SAINTILLUS