PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
FRANK J. RIEBLI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>                       v.<br><br>CHALONER SAINTILLUS,<br><br>                       Defendant. | CASE NO. 2:20-CR-00213-KJM<br><br>DECL. OF FRANK RIEBLI I/S/O GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS JAIL CALLS<br><br>DATE: January 23, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

I, Frank Riebli, hereby declare:

      1.      I am an attorney licensed to practice law in the State of California and am one of the Assistant United States Attorneys assigned to the above-captioned matter.

      2.      Our office has produced to the defense recordings of telephone calls that Chaloner Saintillus has made to various persons from the Sacramento County Jail. My understanding is that the jail used a phone system provided by IC Solutions until late-June of 2022, and at that point, switched to a phone system provided by Securus. Based on the indexes of the calls that our office provided to Saintillus, I believe that there were at least 977 calls made through the IC Solutions system between March 26, 2021, when Saintillus arrived at the jail, and June 28, 2022, when the jail switched to the Securus system. I further believe that there were at least 623 calls made through the Securus system. The Securus system output noted that 117 of those calls were marked privileged. In his motion to

suppress, Saintillus said there were 893 calls through the IC Solutions system and 1,265 calls through the Securus system. I am unable to account for the difference between my count and Saintillus'. My understanding is that all of those calls were recorded, except for the 117 privileged calls noted above.

3. I have listened to numerous calls recorded through both the IC Solutions and Securus systems. Both systems included pre-recorded admonitions indicating that the calls were being recorded and could be monitored. I have reproduced, below, the scripts played over the phone when Saintillus made calls using the IC Solutions system:

> *Press 1 for English.*
>
> *The time is* [time of day].
>
> *Please enter your PIN number, followed by the pound sign.*
>
> *After the tone, please say* [word or phrase].[1]
>
> *Press zero to make a pre-paid call . . .*
>
> *For calls within the United States, Canada, and the Caribbean, please enter the area code, prefix, and number.*
>
> [the called party answers]
>
> *Hello, you have a call at no expense to you from* [name], *an inmate at Sacramento County Main Jail. To accept this call, press or say 'Five.' To refuse this call, hang up now. To block this call and all future calls, press or say 'Nine.'*
>
> [if the call is accepted]
>
> *This call will be recorded and is subject to monitoring at any time. Thank you for using IC Solutions. You may begin speaking now.*

I have reproduced, below, the scripts played over the phone when Saintillus made calls using the Securus system:

> *Press 1 for English.*
>
> *For a collect call, press 1.*
>
> *For a debit call, enter your PIN number now.*

---

[1] The IC Solutions system used voice-identification, based on words or phrases the detainee recorded when he set up his account, to ensure that it was the correct detainee initiating the call.

RIEBLI DECL. I/S/O GOV'T OPP'N TO MOT. TO SUPPRESS          2

> *Please enter the area code and phone number you are calling now.*
>
> *You have* [statement of balance of funds remaining]
>
> *This call will cost* [statement of cost of call] *per minute, plus any applicable federal, state and local taxes.*
>
> *This call is not private. It will be recorded and may be monitored. If you believe this should be a private call, please hang up and follow facility instructions to register this number as a private number.*
>
> *You may hear silence during the acceptance of your call. Please continue to hold.*
>
> [phone rings]
>
> *Hello, this is a free call from* [name], *an incarcerated individual at Sacramento County Main Jail. This call is not private. It will be recorded and may be monitored. If you believe this should be a private call, please hang up and follow facility instructions to register this number as a private number.*
>
> *To accept this free call, press 1. To refuse this free call, press 2. If you would like to permanently block your number from receiving calls from this facility, press 6.*
>
> *Thank you for using Securus. You may start the conversation now.*

The only part of the call to a privileged number that was recorded through the Securus system was the call header, which I have re-produced below:

> *For English, press 1*
>
> *For a collect call . . .*
>
> *Enter your PIN number now.*
>
> *Please enter the area code and phone number you are calling now.*
>
> *This is a private call. It will not be recorded and cannot be monitored. You may hear silence during the acceptance of your call. Please continue to hold.* [end of recording]

    4.    In a recent case in this District, <u>United States v. Long</u>, 18-CR-256 JAM, the defense moved to suppress the defendant's jail calls using the same arguments Saintillus raises here. <u>See</u> ECF 159. The government opposed, making many of the same arguments the government makes in this case. ECF 178. According to the Assistant United States Attorney who was lead counsel on that case and

who attended the hearing on that motion, the Court denied the motion during a pre-trial hearing on June 23, 2022. It appears that the transcript of that hearing was requested, but it does not appear in the docket, so I am unable to provide it to the Court. In any case, the government called a Sacramento County Sheriff's Deputy who worked in the jail to introduce some of those calls at trial. Attached hereto is a true and correct copy of his testimony, which I received from the attorney who conducted the trial, but which is available on the docket for that case at ECF 261.

I swear under penalty of perjury that the foregoing are true and correct to the best of my knowledge. Executed this 13th day of January, 2023, in Sacramento, California.

                                          /s/
                                   FRANK RIEBLI