**EXHIBIT A**

```
 1   agreements between the lawyers.  They're admitted as evidence
 2   in a case.  And, as I indicated, I'll include the stipulation
 3   in your written jury instructions so you'll have it with you
 4   during deliberations.
 5      Okay.  Next witness.
 6          MR. HITT:  Yes, your Honor.  The United States calls
 7   Vyacheslov Kripunov.
 8          THE CLERK:  Please raise your right hand.
 9              VYACHESLOV KRIPUNOV,
10   called as a witness on behalf of the Government, having been
11   first duly sworn, testified as follows:
12          THE WITNESS:  Yes, ma'am.
13          THE COURT:  Thank you.  You may be seated.  Please
14   state your name for the record and spell both of your names.
15          THE WITNESS:  Yes, my first name is Vyacheslov.
16   That's V-Y-A-C-H-E-S-L-A-V, last name is Kripunov, that's
17   K-H-R-I-P-U-N-O-V.
18          THE COURT:  You must have a nickname.
19          THE WITNESS:  They call me Khrip.
20          THE COURT:  Khrip.  Okay.  We'll call him Officer
21   Khrip.
22          MR. HITT:  May I approach to facilitate the binder?
23          THE COURT:  Yes, you may.  Okay if we call you
24   Officer Khrip?
25          THE WITNESS:  That's fine.
```

1          THE COURT:  Okay.

2                    DIRECT EXAMINATION

3    Q.  BY MR. HITT:  Good afternoon, Deputy Khrip.  Can you please

4    tell us by whom you're employed?

5    A.  Good afternoon, sir.  Currently, I'm employed with the

6    Sacramento County Sheriff's Office.

7    Q.  And how long have you been with the Sacramento County

8    Sheriff?

9    A.  I've been there a little over two years.

10   Q.  And how long -- what is your current assignment at

11   Sacramento County Sheriff?

12   A.  Currently, I'm assigned to the ISU Unit, that's the

13   Investigative Services Unit.

14   Q.  And are you -- is your day-to-day office, like where you

15   report for duty, within the Sacramento County Jail?

16   A.  Yes, sir.

17   Q.  Are you familiar in the course of your daily duties with

18   the Sacramento County Jail's recording system for inmate phone

19   calls?

20   A.  Yes.  It is the ICS phone system.

21   Q.  Sorry, we have to keep our pacing down.  When you said ICS,

22   what does that stand for?

23   A.  Inmate Calling Solutions.

24   Q.  And how is it -- if you can describe for the jury -- an

25   inmate within Sacramento County Jail is able to make phone

1   calls?

2   A.   For them to be registered within the system, they have the

3   ability -- one way that they could do it is in booking.  And

4   when they get on the phone, they're prompted how to do this,

5   and there are a series of directions that they would follow.

6   Would you like me to continue?

7   Q.   If you would like to take your mask off to make it easier

8   for your testimony, the judge has authorized that.

9   A.   Yeah.

10   Q.   If you could just break it down in simple terms how an

11   inmate is allowed to make calls from the jail.

12   A.   Yeah.  So they would register usually in booking.  The

13   phone would prompt them a series of directions.  They would

14   tell them to state their first and last name three times.  It

15   would tell them to state United States three times.  And then

16   they would also create a pin number.  It is usually a

17   four-digit number that they create.

18       And when they do this series of directions, it also prompts

19   them to follow a prompt.  That's usually between 30 to 45

20   seconds that they would recite backwards after it's been stated

21   to them through the telephone.

22   Q.   And when you say "a prompt," there's like a little script

23   or something that's pre-prepared for the inmate to read into

24   the system?

25   A.   Yes.  So, yes.

1   Q.  And what is the purpose within the ICS solution system or

2   the inmate calling system at the jail for having inmates say

3   their name three times, say United States, and then reading

4   these short scripts at the time of booking?  What happens as a

5   result?

6   A.  So this would further assist to confirm that it is whoever

7   they're calling, that it is, in fact, them.  That's why their

8   reference number is recorded on there.  Before they make a

9   phone call, their name -- they're asked to say their name,

10  United States, and it is basically like a serial number that

11  would attach them to that phone call.

12  Q.  And is the software sophisticated enough to, I guess, have

13  voice recognition?  Like, does it realize the name being said

14  is connected to what you refer to as an X reference number for

15  the inmate?

16  A.  Yes, sir.  That's why they're told to read that prompt in

17  the beginning.  So, basically, the system cross-references

18  that, their voice to that prompt.

19  Q.  So after the process you decide -- let's kind of break this

20  down.

21      After the process you described, an inmate that's checked

22  into booking and makes outgoing calls is logged into the

23  Sacramento County Jail's intake or phone system by way of voice

24  identification that's connected to a unique identifier known as

25  an X reference number; is that right?

1    A.   Yes.

2    Q.   And then if the inmate wants to make an outgoing phone

3    call, they enter their own four-digit pin that's separate from

4    their X reference number; is that right?

5    A.   Yes.

6    Q.   And the inmate is responsible for deciding what the

7    four-digit pin would be?

8    A.   They decide.

9    Q.   Can an inmate receive an incoming call while housed at the

10   jail?

11   A.   I mean, to my knowledge.

12   Q.   I mean, aside from potential contraband.  There's no

13   allotment for an inmate to receive calls, it is all outgoing;

14   is that right?

15   A.   Outgoing, yes.

16   Q.   All right.  And when an inmate makes a phone call to the

17   outside of the jail, is there any kind of notice or recording

18   notifying the recipient of the call that it may be recorded?

19   A.   Absolutely.  Every time that they do an outgoing call, the

20   system informs the recipient that you're receiving a call from

21   Sacramento County Main Jail from whoever the inmate is, and

22   that it is recorded.

23   Q.   And is the inmate -- or is the recording system able to

24   provide information about when the call is made and the phone

25   number dialed?  Does it collect data essentially connected to

1    each call?

2    A.   Absolutely.  It says day, time, where it was made, when it

3    was made, how long was the call.  There's a CSN number that's

4    attached to that specific call, and you can hear whoever is on

5    the other end obviously as well.

6    Q.   And again, the answers are getting a little quick, so if we

7    can just take a breath and slow it down.

8         In your capacity with the Investigative Services Unit, are

9    you able to retrieve call information and specific calls that

10   are recorded and then stored within the jail phone database

11   system?

12   A.   Yes.

13   Q.   And does the ICS solution system that you described allow

14   someone within the jail, a deputy such as yourself, to

15   manipulate, modify, or otherwise alter recordings or call

16   information for recorded calls made by inmates from the jail?

17   A.   To my knowledge, no.

18   Q.   And before testifying here today, you had an opportunity to

19   review a series of disks containing recorded calls from the

20   jail related to a person named Antonio Long; is that correct?

21   A.   Yes, sir.

22   Q.   I'm going to read the list, and I've placed the binder in

23   front of you of the specific exhibits relevant to this case and

24   I'm going to ask you a question.

25        So Exhibits -- would have been marked for identification

1    169B, 171B, 172B, 174B, 175B, 178B, and 180B.

2        In the binder in front of you, do you see each of those

3    exhibits and recognize them as calls that you reviewed to check

4    their authenticity?

5    A.  Yes, sir.

6    Q.  And how are you able to recognize that series that I'll now

7    refer to as 169B through 180B as the same calls that you

8    reviewed prior to testifying?

9    A.  Is it okay to look at the binder?

10   Q.  Looking at the disks themselves, do you see something on

11   each disk that allows you to recognize them as the same disk

12   that you reviewed?

13   A.  Yes, there is a CSN number on there.

14   Q.  All right.  And how about your initials and date?

15   A.  Oh, yes.  That is there too.

16   Q.  Okay.  And when you reviewed each disk before testifying,

17   did you place your initials and the date that you completed the

18   review from 169D through 180D for each of those disks in the

19   binder in front of you?

20   A.  I did, sir.

21   Q.  Now for these same exhibits, can you tell the jury what

22   steps you took to verify the accuracy and integrity of the jail

23   calls on 169B through 180B?

24   A.  All of the DVDs that I received, I listened to them.  And

25   then after I listen to it -- or actually simultaneously, I also

1   pulled up the correlating information that I had within our ICS

2   solution system.  And I would listen to the DVD given to me,

3   and I would listen to that recorded phone call.  And I would

4   cross-reference the nature of that phone call and, to my

5   knowledge, everyone was identical.

6   Q.  And did you -- in looking at each of the calls you were

7   asked to review -- confirm that the inmate making the outgoing

8   call from the jail was Antonio Long as cross-referenced by X

9   reference number and voice identification through the jail

10  recording system?

11  A.  Yes.

12  Q.  And he was present within the jail during the time period

13  that we're going to talk about here in a minute, these calls in

14  2018; is that right?

15  A.  Yes, sir.

16  Q.  All right.  And we won't go into specific details of every

17  date, but I want to kind of set the goalposts for 169 through

18  180B.

19      Did you confirm as to 169B the first in this series of

20  exhibits was made by Antonio Long from the Sacramento County

21  Jail on October 14, 2018?

22  A.  That's correct.

23  Q.  And then the final disk in this series, 180B, did you

24  confirm that last recorded call in the series was made by

25  Antonio Long from the jail on November 7, 2018?

1   A.  Yes, sir.  Yes.

2   Q.  All right.  So the date range for 169B to 180B is

3   October 14, 2018, to November 7, 2018, as confirmed by your

4   analysis?

5   A.  Yes.

6           MR. HITT:  No further questions.

7           THE COURT:  Cross?

8           MS. WHITE:  Yes, your Honor.  Thank you.

9                   CROSS-EXAMINATION

10  Q.  BY MS. WHITE:  Good afternoon, Officer Khripunov.

11  A.  Yes, ma'am.

12  Q.  Is that right?

13  A.  It's good.

14  Q.  As good as it gets, right?  Okay.

15      Officer, you work for the Investigative Service Unit; is

16  that correct?

17  A.  Yes, ma'am.

18  Q.  Would you please tell me what that unit does within the

19  jail.

20  A.  So some of our -- the things that we do is the follow-up,

21  we do investigate various crimes that are committed within the

22  facility -- or pardon me -- our goal is safety and security of

23  the facility.

24  Q.  Does that include safety and security of the inmates?

25  A.  Absolutely.

Case 2:28-cr-00256-JAM   Document 262-2   Filed 08/05/13/2223   Page 105 of 133

1    Q.   And their property?

2    A.   Yes.

3    Q.   So if an inmate had something stolen or taken from them,

4    would you investigate that?

5    A.   If that's something that is assigned to me, yes, ma'am.

6    Q.   And did you investigate such a request about Mr. Long

7    Andrews?

8            MR. HITT:  Objection.  Relevance.

9            THE COURT:  Sustained.  It is outside the scope.

10   Q.   BY MS. WHITE:  If I could be heard.  It's going to go to

11   bias and also foundation.

12           THE COURT:  Sidebar.

13       (Sidebar.)

14   Q.   BY MS. WHITE:  Good afternoon, again, Officer Khripunov.

15   A.   Good afternoon.

16   Q.   Okay.  Do inmates ever pass the phone to one another to

17   make phone calls?

18   A.   That is a possibility.

19   Q.   And when they log on to make these -- they use their X ref

20   number to make these calls, that computer system, is it voice

21   recognition?

22   A.   That is part -- there is an element of that; however, it

23   will be their X reference number along with their pin number

24   that they initially created.

25   Q.   So their computer system isn't able to tell one person's

1    voice from another person's voice, it is not that level of

2    security?

3    A.   It does.  It does do recognition; however, I can't testify

4    to being a voice expert, ma'am.

5    Q.   And so if you put in the pin -- let me ask a better way.

6         If you put in the X ref number and you put in the pin

7    number, can anybody make those calls?

8    A.   You're saying whoever puts that number in and if it is like

9    somebody else's, they are basically trying to be somebody else

10   is what you're saying?

11   Q.   Yes.

12   A.   That's a possibility.

13   Q.   Okay.  Now, how -- we were talking about a time frame or

14   are you talking about a time frame of these calls from about

15   October 14th, 2018, to November 7, 2018.  How many calls did

16   Mr. Long Andrews make during that time period total?

17   A.   I don't have that information because I was asked to review

18   seven specific DVDs, so I have that information to anything

19   pertaining to that.

20   Q.   And who asked you to review those specific DVDs?

21   A.   Jason Hitt asked me to review these DVDs.

22   Q.   Okay.  And how did he get those DVDs of those calls?

23              MR. HITT:  Objection.  Calls for speculation.

24              THE COURT:  Sustained.

25   Q.   BY MS. WHITE:  Do you know how he got those DVDs of the

1    calls?

2    A.  I would just guess --

3             THE COURT:  Don't guess, do you know?

4    Q.  BY MS. WHITE:  Yeah, do you know?

5    A.  All I know is that I did receive those DVDs.  I don't know

6    how --

7    Q.  You don't know how he got them?

8    A.  I do not know.

9    Q.  Okay.  Were you present at any time when any of these phone

10   calls took place?

11   A.  I was not present, no.

12            MS. WHITE:  Okay.  Thank you very much.  That's all I

13   have.

14            THE COURT:  Anything further?

15            MR. HITT:  No.  No, your Honor.  Thank you.

16            THE COURT:  Thank you.  You may step down.  You can

17   step down, thank you.

18      Next witness.

19            MR. HITT:  The United States recalls Jason Oliver,

20   your Honor.

21      May I approach the exhibit binder?

22            THE COURT:  You may.  Come on up.

23                         REDIRECT EXAMINATION

24   Q.  BY MS. McCALL:  Okay.  Special Agent Oliver, you recall you

25   remain under oath from your previous testimony?