DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Fax:                (916) 930-6482
Email:          david.fischer@fischerlawoffice.com

Attorney for Defendant
CHALONER SAINTILLUS

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>CHALONER SAINTILLUS,<br><br>    Defendant. | Case No.:  2:20-cr-0213-KJM<br><br>**DEFENDANT'S PARTIAL OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE #1 – MOTION TO ADMIT BANK RECORDS** |

## MOTION

The government seeks to admit over 100 pages of bank records in an effort to show the defendant used a bank card tied to his bank account on 6 occasions to purchase postage for packages mailed in this case.  These bank records contain thousands of other transactions that are completely irrelevant to this issue.

Accordingly, the irrelevant portions of the bank records must be redacted, and the defendant objects to any other portions of the records being offered as evidence in this case.  Only the 6 occasions where the card was used to purchase

postage is relevant.  Other debits, credits, and balances in the account are not relevant.

Dated:  January 13, 2023		LAW OFFICES OF DAVID D. FISCHER, APC

		/S/ David D. Fischer
		DAVID D. FISCHER
		Attorney for Defendant
		CHALONER SAINTILLUS