PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>CHALONER SAINTILLUS,<br><br>   Defendant. | CASE NO. 2:20-CR-00213-KJM<br><br>DESIGNATION OF COUNSEL |

The United States of America requests that Assistant U.S. Attorney ROSS PEARSON be added as counsel of record for plaintiff to the above-referenced case and added as such to the service list of actions.

In addition, with regard to the above-referenced case, please remove Assistant U.S. Attorney FRANK RIEBLI as counsel of record for plaintiff and from the service list of actions.

Dated: February 3, 2023                                   PHILLIP A. TALBERT
                                                          United States Attorney

                                                    By:   /s/ Ross Pearson
                                                          ROSS PEARSON
                                                          Assistant United States Attorney