PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
ROSS PEARSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>          v.<br><br>CHALONER SAINTILLUS,<br><br>                         Defendant. | CASE NO. 1:20-CR-213 KJM<br><br>AMENDMENT TO UNITED STATES' MOTION *IN LIMINE* NO. 2 (SUMMARY CHARTS)<br><br>DATE: March 27, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

The government previously filed a motion *in limine* to admit the two summary charts, pursuant to Federal Rules of Evidence 611(a) and 1006, to simplify the presentation of the evidence to the jury and help avoid confusion. Gov't MIL 2, ECF No. 184. The government attached two summary charts to its motion, Exhibits 13A (ECF No. 184-1) and 13B (ECF No. 184-5), which it moved for the Court to admit as summary charts.

The government now amends its prior motion to submit two modified charts, which it moves for the Court to admit as summary charts. *See* Amended Ex. 13A, 13B (attached). The modified charts have been slightly simplified from the prior charts the government submitted to make for a streamlined presentation at trial.

The legal basis for admitting these charts remains the same as set forth in the government's initial motion *in limine*. Specifically, Amended Exhibit 13A summarizes the contents of voluminous Postal Records that cannot be conveniently examined in court—records from three different databases,

thirty-one spreadsheets, and over a thousand cells of data.

And Amended Exhibit 13B organizes evidence from at least four different witnesses and 12 different exhibits about the 12 controlled purchases from Saintillus. The government will not argue that chart 13B itself is evidence of the crimes charged. Rather, the government will use the chart to help organize the evidence – both testimony and documents – received from other witnesses and aid the jury in identifying the evidence relevant to each of the charged offenses.

The government therefore requests that the Court admit Amended Exhibit 13A as evidence under Rule 1006, and admit Amended Exhibit 13B under rules 1006 and 611(a), subject to a limiting instruction that it is not evidence and merely an aid to understanding the evidence.

Dated: March 13, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ *Ross Pearson*
ROSS PEARSON
Assistant United States Attorney