# Exhibit 13A - Amended

**Summary of Shipping Records for Undercover Buys**

| No. | Shipping Date | Tracking Number | Shipped From | Shipped To | Photo |
|---|---|---|---|---|---|
| 1 | April 16, 2020 | 9505 5065 8086 0107 2035 72 | Delray Beach, Florida 33484 | Elverta, California 95626 | Yes |
| 2 | April 22, 2020 | 9505 5065 8086 0113 2077 48 | Delray Beach, Florida 33484 | Sacramento, California 95851 | Yes |
| 3 | April 22, 2020 | 9505 5065 8086 0113 2077 62 | Delray Beach, Florida 33484 | Elverta, California 95626 | Yes |
| 4 | April 29, 2020 | EM069599938 US | Delray Beach, Florida 33484 | Elverta, California 95626 | No |
| 5 | May 20, 2020 | EM069601150 US | Delray Beach, Florida 33484 | Elverta, California 95626 | Yes |
| 6 | June 1, 2020 | EL915680065US | Delray Beach, Florida 33484 | Sacramento, California 95851 | Yes |
| 7 | June 13, 2020 | 9505 5065 8086 0165 2319 51 | Delray Beach, Florida 33484 | Sacramento, California 95851 | Yes |
| 8 | July 6, 2020 | EJ 311 121 855 US | Delray Beach, Florida 33484 | Elverta, California 95626 | No |
| 9 | July 7, 2020 | EJ 311 121 541 US | Delray Beach, Florida 33484 | Sacramento, California 95851 | Yes |
| 10 | August 20, 2020 | 9505 5065 8086 0233 2560 60 | Delray Beach, Florida 33484 | Sacramento, California 95851 | Yes |
| 11 | October 21, 2020 | EF 062 245 405 US | Delray Beach, Florida 33484 | Rio Linda, California 95673 | Yes |
| 12 | October 26, 2020 | EJ 020 571 466 US | Delray Beach, Florida 33484 | Rio Linda, California 95673 | No |