# Exhibit 13B - Amended

**Summary of Drug Purchases**

| Count | Undercover Agent | Order Date | Drug Ordered | Mail Date | Drug Received |
|---|---|---|---|---|---|
| 1 | Bryant | April 14 | Opana (oxymorphone) 5 tablets | April 16 | Oxymorphone 5 tablets |
| 2 | Mann | April 21 | Heroin 10 | April 22 | Heroin and fentanyl 10 capsules |
| 3 | Bryant | April 21 | Heroin 4 | April 22 | Heroin and fentanyl 4 capsules |
| 4 | Bryant | April 28 | Carfentanil 1 gram | April 29 | Fentanyl 1.2398 grams |
| 5 | Bryant | May 20 | Carfentanil 7 grams | May 20 | Fentanyl 6.72 grams |
| 6 | Mann | May 30 | Carfentanil 7 grams | June 1 | Fentanyl 7.24 grams |
| 7 | Mann | June 12 | Oxycodone 5 tablets | June 13 | Oxycodone 5 tablets |
| 8 | Bryant | July 3 | Fentanyl 14 grams | July 6 | Fentanyl 13.82 grams |
| 9 | Mann | July 6 | Fentanyl 14 grams | July 7 | Fentanyl 12.77 grams |
| 10 | Mann | August 19 | Oxymorphone 4 tablets | August 20 | Oxymorphone 4 tablets |
| 11 | Bryant | October 19 | Oxycodone 10 tablets | October 21 | Oxycodone 10 tablets |
| 12 | Bryant | October 25 | Fentanyl 3 grams | October 26 | Fentanyl 3.15 grams |