DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Facsimile:  (916) 930-6482
Email:  david.fischer@fischerlawoffice.com

Attorney for Defendant
CHALONER SAINTILLUS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHALONER SAINTILLUS,<br><br>    Defendant. | No. 2:20-CR-213-KJM<br><br>REQUEST FOR A CHANGE OF PLEA HEARING<br><br>Date:  April 6, 2023<br>Time:  10:00 a.m.<br>Judge:  Hon. Kimberly J. Mueller |

Defendant Chaloner Saintillus is prepared to enter a guilty plea to each of the counts in the Indictment after the Rule 11 colloquy.  He respectfully requests the Court to schedule a change of plea hearing for April 6, 2023, at 10:00 a.m.

Dated: April 3, 2023

/s/ David D. Fischer
DAVID D D. FISCHER
Attorney for Defendant
CHALONER SAINTILLUS