| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| Plaintiff, | |
| v. | CASE NO. **2:20−CR−00213−KJM** |
| **CHALONER SAINTILLUS ,** | SCHEDULE FOR DISCLOSURE OF PRE−SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE−SENTENCE REPORT |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of referral to Probation Officer: | **4/6/2023** |
| Judgment and sentencing date: | **7/10/2023** |
| Reply or statement of non−opposition: | **6/30/2023** |
| Motion for correction of the Pre−Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | **6/23/2023** |
| The Pre−Sentence Report shall be filed with the court and disclosed to counsel no later than: | **6/16/2023** |
| Counsel's written objections to the Pre−Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **6/9/2023** |
| The Proposed Pre−Sentence Report shall be disclosed to counsel no later than: | **5/26/2023** |
| Copies of this schedule given this date in court to: | AUSA − Defense Counsel − USPO |

Dated:   April 6, 2023          By: /s/ C. Schultz
                                          COURTROOM CLERK