PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00213-KJM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SENTENCING; [PROPOSED] ORDER |
| v. | |
| CHALONER SAINTILLUS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 10, 2023.

2. By this stipulation, the defendant now moves to reset the matter for sentencing on August 28, 2023, and to reset the following deadlines:

    a) A draft Presentence Investigation Report ("PSR") shall be made available to counsel on or before June 26, 2023;

    b) Any informal objections to the PSR shall be lodged informally with the assigned probation officer on or before July 10, 2023;

    c) A final PSR shall be filed on or before July 17, 2023;

///

        d)    Any formal objections to or motions for correction of the PSR shall be filed on or before July 24, 2023; and

        e)    Oppositions to any such formal objections to or motions for correction of the PSR shall be filed on or before July 31, 2023.

3.    The parties stipulate that this revised schedule is required for the defense to have adequate time to prepare for the sentencing hearing.  The government has no objection to this request.

IT IS SO STIPULATED.

Dated:  June 8, 2023                                PHILLIP A. TALBERT
                                                      United States Attorney

                                                      /s/ SAM STEFANKI
                                                      SAM STEFANKI
                                                      Assistant United States Attorney

Dated:  June 8, 2023                                /s/ DAVID FISCHER
                                                      DAVID FISCHER
                                                      Counsel for Defendant
                                                      CHALONER SAINTILLUS

### [PROPOSED] ORDER

The judgment and sentencing hearing in this matter is hereby RESET for August 28, 2023.  The Court hereby ADOPTS the proposed schedule for pre-sentencing filings and litigation that is set forth in the parties' stipulation.

IT IS SO ORDERED.

                                                      THE HONORABLE KIMBERLY J. MUELLER
                                                      CHIEF UNITED STATES DISTRICT JUDGE