DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Facsimile:  (916) 930-6482
Email:  david.fischer@fischerlawoffice.com

Attorney for Defendant
CHALONER SAINTILLUS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:20-CR-213-KJM |
|---|---|
| Plaintiff, | ) **MOTION TO WITHDRAW GUILTY PLEAS, REQUEST TO SET BRIEFING SCHEDULE, AND REQUEST FOR MOTION HEARING** |
| v. | ) |
| CHALONER SAINTILLUS, | ) Date:  August 28, 2023<br>) Time:  9:30 a.m. |
| Defendant. | ) |

**MOTION**

The defendant requests the Court to allow him to withdraw his guilty pleas and proceed to trial in this case.  A defendant may withdraw a plea of guilty before sentencing if he can show a fair and just reason for requesting the withdrawal.  Fed. R. Crim. P. 11(d)(2)(B).  The defendant submits that the fair and just reasons justifying his request are as follows:

(1)  He entered his guilty pleas out of duress and coercion, as he was not allowed to enter "no contest" pleas.

**DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEAS**
*United States v. Chaloner Saintillus*
**[2:20-cr-213 KJM]**

1

(2) He was not allowed to proceed in pro se.  He also states that his name is his property and that he is the holder in due course.

(3) He claims his Due Process rights were violated as all of his motions and other documents were denied or disregarded.

(4) Pursuant to Title 21 section 853(n), a third-party interest claim was filed in docket numbers 108 and 109, prior to defense counsel being appointed.

## CONCLUSION

For the foregoing reasons, the defendant requests his motion to be granted.

Dated:  June 27, 2023                                    LAW OFFICES OF DAVID D. FISCHER, APC



By:/S/ *David D. Fischer*
DAVID D. FISCHER
Attorney for Defendant
CHALONER SAINTILLUS

**DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEAS**
*United States v. Chaloner Saintillus*
[2:20-cr-213 KJM]

2