DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Facsimile:  (916) 930-6482
Email:  david.fischer@fischerlawoffice.com

Attorney for Defendant
CHALONER SAINTILLUS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-CR-213-KJM |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW GUILTY PLEAS, REQUEST TO SET BRIEFING SCHEDULE, AND REQUEST FOR MOTION HEARING** |
| v. | |
| CHALONER SAINTILLUS, | |
| Defendant. | |

**NOTICE**

As of this afternoon, the defendant has instructed me not to file a motion to withdraw his guilty pleas.  Accordingly, please disregard the motion filed earlier this date, June 27, 2023.

Dated:  June 27, 2023                    LAW OFFICES OF DAVID D. FISCHER, APC

                                         By:/S/ *David D. Fischer*
                                         DAVID D. FISCHER
                                         Attorney for Defendant
                                         CHALONER SAINTILLUS

**NOTICE REGARDING DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEAS**
*United States v. Chaloner Saintillus*
[2:20-cr-213 KJM]

1

**NOTICE REGARDING DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEAS**
*United States v. Chaloner Saintillus*
[2:20-cr-213 KJM]