UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

---

# INTEROFFICE MEMORANDUM

---

**TO:** Casey Schultz, Courtroom Deputy Clerk
of the Honorable Kimberly J. Mueller

**FROM:** Julie L. Besabe
Senior United States Probation Officer

**DATE:** June 27, 2023

**SUBJECT:** **Chaloner Saintillus**
**Docket Number:  0972 2:20CR00213-001**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

The above matter is scheduled for judgment and sentencing on August 28, 2023.  All parties have agreed to adopt the below revised disclosure schedule that comports with the standard disclosure schedule for judgment and sentencing set for August 28, 2023.

The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing Date: | August 28, 2023 |
| Reply, or Statement of Non-Opposition: | August 21, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | August 14, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | August 07, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | July 31, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | July 17, 2023 |

**Reviewed by:** _/s/ Lynda Moore_

**Lynda M. Moore**
**Supervising United States Probation Officer**

cc: Samuel E. Stefanki and Ross Pearson
Assistant United States Attorneys

David D. Fischer, Defense Counsel