PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
ROSS PEARSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:20-CR-00213-KJM |
|---|---|
| Plaintiff, | UNITED STATES' NOTICE OF LODGING |
| v. | |
| CHALONER SAINTILLUS, | |
| Defendant. | |

Plaintiff United States of America, by and through it undersigned counsel, gives notice that it is lodging with the court today two compact discs containing Exhibits 1 and 2 in support of its response to the defendant's objections to the Presentence Investigation Report in this case.  A copy of these two exhibits will be provided today to counsel of record for the defendant via the USAfx file-sharing system.

Dated:  August 21, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ SAM STEFANKI
SAM STEFANKI
ROSS PEARSON
Assistant United States Attorneys