# Exhibit 4

**From:** "Bauwens, Jason P - Sacramento, CA" <JPBauwens@uspis.gov>
**To:** "Rabenn, Grant (USACAE)" <Grant.Rabenn@usdoj.gov>
**Subject:** RE: New arrest next week for California
**Date:** Sat, 24 Oct 2020 16:55:35 +0000
**Importance:** Normal
**Attachments:** IMG_8316.jpg

---

Grant – Here are the final drug totals in yellow at the bottom. sorry its messy….not much time today. thanks and let me know if you have questions.

Empire Market Historical Sales – Empire went down in August 2020. Last time I screen captured his account was about 3 weeks prior.

**1182 Completed Sales**

NOTE: As discussed, he advertised in a funny way that makes it difficult to figure out exactly how much quantity of fent he actually sold.  On his vendor page, most of his listings were just a general listing for varying amounts, and when you went to checkout for your purchase and were going to select your shipping option, you had the option to pay a larger shipping amount, which actually was purchasing larger quantities of dope.  Screenshot attached.  So, all of his fent listings were for a quantity of .1g to 14 grams.

All totals below were calculated using the minimum amount offered on the listing:

Fentanyl (.1g to 14 g listing) – 173 sales = **17.3 grams fentanyl**

Carfentanyl (.1g to 14g listing) – 133 sales = **13.3 grams fentanyl**

Oxycodone Hydrochloride m523 Pills (10mg 1 pill listing) – 4 sales = **4 Oxycodone pills**

Oxycodone K9 Pills (30mg 1 pill listing) – 229 sales = **229 Oxycodone pills**

Oxymorphone Opana Pills (10mg 1 pill listing) – 197 sales = **197 Oxymorphone Pills**

Alprazolam 2mg bars (50 bar listing) – 57 sales = **2,850 Alp Bars**

Alprazolam 1mg bars (1 bar listing) – 6 sales = **6 Alp Bars**

Adderall (30mg pill listing) – 79 sales = **79 Adderall Pills**

Morphine Pills (15mg pill listing) – 15 sales = **15 Morphone Pills**

**UC Buy breakdown:**

*5 fent uc buys**: 43 gram total (one sample sent off and tested positive for fentanyl)**

*2 heroin uc buys: **1.4 gram total (both lab tested positive for heroin and fentanyl)**

*2 oxymorphone buy: **14 pills total (one sample sent off and tested positive as oxymorphone)**

*2 oxycodone buys: **15 pills (one sample field tested positive as oxycodone)**

**\*Parcel Seizure with fent – 7 grams (field test positive)**

**So to combine all the historical, uc buys and parcel seizure for the grand totals:**

**82 grams of fentanyl**

**348 Oxycodone pills**

**211 Oxymorphone pills**

**2,856 Alprazolam bars**

**79 Adderall pills**

**15 morphine pills**

**13 grams of cocaine hcl**

**From:** Rabenn, Grant (USACAE) [mailto:Grant.Rabenn@usdoj.gov]
**Sent:** Friday, October 23, 2020 4:17 PM
**To:** Bauwens, Jason P - Sacramento, CA <JPBauwens@uspis.gov>
**Subject:** [EXTERNAL] FW: New arrest next week for California