Exhibit 5



skandyqal6r6276or4lilc4jlinwawmzjuhljvkm4fkqd.onion/Produ   [icons]   Q Search

## CARFENTANIL **Check my feedback***(Capsule or 7Grams)

Should I need to say more go to shipping if u want larger amounts ty

Sold by **chinsaint** - 89 sold since October 23, 2019   Vendor Level 7   Trust level 7

| | Features | | Features |
|---|---|---|---|
| **Product Class** | Physical Package | **Origin Country** | United States |
| **Quantity Left** | Unlimited | **Ships to** | United States, North America |
| **Ends In** | Never | **Payment** | Escrow |

| | Bulk Discounts | Price | |
|---|---|---|---|
| **Bulk Discount** | From qty 40 to 1000 | USD 35.00 | 0.00452740 BTC |

✓ regular mail - 3 days - USD + 15.00 / order
overnight express - 1 days - USD + 35.00 / order
1Gram - 1 days - USD + 350.00 / order
7Grams - 1 days - USD + 1,300.00 / order
14Grams - 1 days - USD + 2,600.00 / order

0.005174 BTC / 0.894454 LTC

Description   Feedback   Refund policy

CARFENTANIL **Check my feedback***(Capsule or 7Grams)

Should I need to say more go to shipping if u want larger amounts ty

SAINTILLUS_00000292



## Carfentinil Thats GOOD!!check my feedback (☺)(NEW BATCH! BTW)capsules or 7 grams

Should I need to say more go to shipping if u want overnight and all. ***NEW 1 GRAM $350 AND 7GRAMS $1300 JUST CLICK S...

Sold by **chinsaint** - 20 sold since November 08, 2019 [Vendor Level 7] [Trust level 7]

| Features | | | Features |
|---|---|---|---|
| **Product Class** | Physical Package | **Origin Country** | United States |
| **Quantity Left** | Unlimited | **Ships to** | United States, North America |
| **Ends In** | Never | **Payment** | Escrow |

| **Bulk Discounts** | | **Price** | |
|---|---|---|---|
| **Bulk Discount** | From qty 40 to 1000 | USD 35.00 | 0.00452740 BTC |

regular mail - 3 days - USD + 15.00 / order

**Purchase price: USD 40.00**

Qty: 1    **Buy Now**    **Buy Now**    **Queue**

0.005174 BTC / 0.894454 LTC

**Description**    **Feedback**    **Refund policy**

## Carfentinil Thats GOOD!!check my feedback (☺)(NEW BATCH! BTW)capsules or 7 grams

Should I need to say more go to shipping if u want overnight and all.

***NEW 1 GRAM $350 AND 7GRAMS $1300 JUST CLICK SHIPPING OPTIONS TY!!

SAINTILLUS_00000293





**chInsaint** / *User Profile*

chInsaint (918)  Vendor level 7   Trust level 7

Market Positive feedback(last 12 months): 98.87%

Member since: August 25, 2019

View Store
Send Message
Add to Favorite
Block Vendor

**Seller Feedback Ratings** (last 12 months)

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 54 | 664 | 772 |
| Neutral | 3 | 15 | 15 |
| Negative | 4 | 9 | 9 |

**Buyer Statistics** (Since join date)

| | | Since join |
|---|---|---|
| Total Disputes / Orders | | 8 / 22 |
| Total Spendings | | --- |
| Feedback left | | 15 (86.67% Positive) |
| Last online | | Apr 20, 2020 |

| Stealth | Quality | Value Price |
|---|---|---|

About   Positive Feedback   Negative Feedback   Neutral Feedback   Left Feedback   PGP

**About chInsaint**

03/13/20 we our on adderals gone opanas, dilaudids and roxis are coming into play...gradually please bare with us!!!

****WE BACK ON PLEASE FOR FUTURE REFERENCE: USE : http://darkfaillinkf4vf.onion/ ****

BECOMING AN FE VENDOR SOON SO KINDLY FE EARLY PLEASE 🤍 IM BLACK LISTING ANY COMPLAINERS FU YOU CAN ALWAYS FIND SOMEONE ELSE YOUR NOT GONE TAKE MY KINDNESS FOR WEAKNESS THATS FOR SURE!!!

USD 45.00
USD 0.00

**ATTENTION THINGS BEEN LOOKING ALRIGHT SO IM SWITCHING THE DILAUDIDS AND ROXIES TO UNLIMITED ALSO OPANAS ARE RARE SO WHEN YOU SEE THEM ON MY LISTING ...YOU BETTER GRAB YOU SOME!!! LOL TY FAMILY LOVE TEAM.

USD 45.00

FINALIZE UPON ME MARKING SHIPPED PLEASE STAY ON MY GOOD SIDE I LOOK OUT. ALSO FOR THIS WHOM  NEEDS TO  CONTACT OFFLINE ETC

SAINTILLUS_00000295



## About chinsaint

03/13/20 we our on adderals gone opanas, dilaudids and roxis are coming into play...gradually please bare with us!!!

***WE BACK ON PLEASE FOR FUTURE REFERENCE: USE : http://darkfaillinkf4vf.onion/ ****

BECOMING AN FE VENDOR SOON SO KINDLY FE EARLY PLEASE 😀 IM BLACK LISTING ANY COMPLAINERS FU YOU CAN ALWAYS FIND SOMEONE ELSE YOUR NOT GONE TAKE MY KINDNESS FOR WEAKNESS THATS FOR SURE!!!

**ATTENTION THINGS BEEN LOOKING ALRIGHT SO IM SWITCHING THE DILAUDIDS AND ROXIES TO UNLIMITED ALSO OPANAS ARE RARE SO WHEN YOU SEE THEM ON MY LISTING ...YOU BETTER GRAB YOU SOME!!! LOL TY FAMILY LOVE TEAM.

FINALIZE UPON ME MARKING SHIPPED PLEASE STAY ON MY GOOD SIDE I LOOK OUT. ALSO FOR THIS WHOM NEEDS TO  CONTACT OFFLINE ETC DOWNLOAD THE WICKER APP AND ADD ME SHOWSTILL

THE BETTER THE TIPS THE BETTER I CAN HELP U GUYS OUT MAN YOU KNOW WHAT I MEAN.

Hello, how you doing My Team here is here to give you the up most best service you'll ever get, introducing opana , (Ir) oxymorphone 10mg aka Opana , Dilaudids (8mg) aka hydromorphone, oxycodone M(30) amphetamines, aka Adderall IR (30Mg) all REAL PHARMACEUTICALS NO PRESSED SHIT!

LOL Nothing but REAL PHARMACEUTICALS THEY WILL HATE! BUT WE WILL MAKE AMERICA GREAT AGAIN!! -Trump

**FedEx Shipping options available as well**

SAINTILLUS_00000296



**Chinsaint's Store - 20 Listings**

Sort: Price Low to High - Price High to Low

| | |
|---|---|
| OXYCODONE k9s/M's(30MG) CHECK MY FEEDBACKPharmacy *overnight shipping options* <br> Item # 105770 - Prescription <br><br> **Views:** 1483 <br> **Quantity left:** Unlimited | **Buy Price** <br> USD 35.00 <br> (0.005093 BTC) |
| *Oxymorphone THE ONLY ONE ON MARKET(WE BACK ON)! CHECK THE FEEDBACKS 😎 (10MG) (IR), INSTANT RELEA <br> Item # 100930 - Hydromorphone <br><br> **Views:** 2300 <br> **Quantity left:** Unlimited | **Buy Price** <br> USD 35.00 <br> (0.005093 BTC) |
| HERION that's Good for real **Check my feedback*** <br> Item # 123729 - Heroin <br><br> **Views:** 2742 <br> **Quantity left:** 14 | **Buy Price** <br> USD 30.00 <br> (0.004365 BTC) |
| tip jar (feedback) <br> Item # 110025 - Other <br><br> **Views:** 398 <br> **Quantity left:** Unlimited | **Buy Price** <br> USD 10.00 <br> (0.001455 BTC) |

SAINTILLUS_00000298



OXYCODONE k9s/M's(30MG) Check FeedbackPharmacy *overnight shipping options*
Item # 105769 - OxyCodone

**Views:** 746
**Quantity left:** Unlimited

**Buy Price**
USD 35.00
(0.005093 BTC)

---

Aprazalam 2MG (no PRESSED CHECK FEEBACK!!)
Item # 108007 - Pills

**Views:** 1177
**Quantity left:** 97

**Buy Price**
USD 301.00
(0.043800 BTC)

---

*Oxymorphone ONLY ONE ON MARKET!!(WE BACK ON!!) CHECK FEEBACK
(OPANA 10MG(IR) OVERNIGHT SHIPPING!!!*
Item # 100935 - Heroin

**Views:** 826
**Quantity left:** Unlimited

**Buy Price**
USD 35.00
(0.005093 BTC)

---

*Oxymorphone-ONLY ONE ON MARKET CHECK FEEBACK(OPANA 10MG(IR)
OVERNIGHT SHIPPING!!!**
Item # 100927 - Prescription

**Views:** 493
**Quantity left:** 198

**Buy Price**
USD 35.00
(0.005093 BTC)

---

morphine 60mg (check feedback)
Item # 115672 - Morphine

**Views:** 297
**Quantity left:** Unlimited

**Buy Price**
USD 30.00
(0.004365 BTC)

SAINTILLUS_00000299



SAINTILLUS_00000300



**Views:** 313
**Quantity left:** 238

*Oxymorphone WE BACK ON!! CHECK FEEBACK(OPANA 10MG(IR) OVERNIGH SHIPPING!!!**
Item # 100928 - Morphine

**Views:** 353
**Quantity left:** Unlimited

**Buy Price**
USD 35.00
(0.005093 BTC)

HERION that's GOOD!! FR check my feedback) in capsule form or grams(NEW BATCH!!
Item # 129595 - OxyCodone

**Views:** 335
**Quantity left:** Unlimited

**Buy Price**
USD 30.00
(0.004365 BTC)

*Oxymorphone Only one on MARKET! (WE BACK ON!!!)CHECK FEEDBACK(OPANA 10MG(IR) OVERNIGHT SHIPPING!!!*
Item # 100931 - Hydrocodone

**Views:** 207
**Quantity left:** Unlimited

**Buy Price**
USD 35.00
(0.005093 BTC)

1  2  >>

Server time: Tuesday, Apr 21, 2020 08:3



SAINTILLUS_00000302



mlye6etmouksvdhech357urmj4txctrneedl4vkfjbsqd.onion/prod ☆ Q Search

### morphine 60mg (check feedback)

Morphine (60mg) *OVERNIGHT* real from Pharmacy Beats 50! From competitors! THIS LISTING IS FOR REAL PHARMACEUTI...

Sold by chinsaint - 4 sold since October 04, 2019  Vendor Level 7   Trust level 7

| | Features | | Features |
|---|---|---|---|
| Product Class | Physical Package | Origin Country | United States |
| Quantity Left | Unlimited | Ships to | United States, North America |
| Ends In | Never | Payment | Escrow |

| | Bulk Discounts | Price | |
|---|---|---|---|
| Bulk Discount | From qty 18 to 18 | USD 29.99 | 0.00436400 BTC |

priority first class tracking - 3 days - USD + 15.00 / order

Purchase price: **USD 30.00**

Qty: 1    **Buy Now** | **Buy Now** | **Buy Now** | **Queue**

0.004365 BTC / 0.739280 LTC / 0.541223 XMR

Description   Feedback   Refund policy

### morphine 60mg (check feedback)

Morphine (60mg) *OVERNIGHT* real from Pharmacy Beats 50! From competitors!

THIS LISTING IS FOR REAL PHARMACEUTICAL FENTNAL patches
BRAND FOR THIS LISTING:

60 mg Morphine!Real

**ONLY HAVE REAL LEGIT PILLS STRAIGHT FROM PHARMACY'S IN THE USA**
***NO PRESSED PILLS! NO FAKE PILLS!***

472.14

SAINTILLUS_00000303



**morphine 60mg (check feedback)**

Morphine (60mg) *OVERNIGHT* real from Pharmacy Beats 50! From competitors! THIS LISTING IS FOR REAL PHARMACEUTI...

Sold by chinsaint - 3 sold since October 04, 2019  Vendor Level 7   Trust level 7

| Features | | | Features |
|---|---|---|---|
| Product Class | Physical Package | Origin Country | United States |
| Quantity Left | Unlimited | Ships to | United States, North America |
| Ends In | Never | Payment | Escrow |

| Bulk Discounts | Price | |
|---|---|---|
| Bulk Discount | From qty 18 to 20 | USD 29.99 | 0.00436400 BTC |

priority first class tracking - 3 days - USD + 15.00 / order

**Purchase price: USD 30.00**

Qty: 1      Buy Now    Buy Now    Buy Now    Queue

0.004365 BTC / 0.739280 LTC / 0.541223 XMR

Description    Feedback    Refund policy

**morphine 60mg (check feedback)**

Morphine (60mg) *OVERNIGHT* real from Pharmacy Beats 50! From competitors!

THIS LISTING IS FOR REAL PHARMACEUTICAL FENTNAL patches
BRAND FOR THIS LISTING:

60 mg Morphine/Real

**ONLY HAVE REAL, LEGIT PILLS STRAIGHT FROM PHARMACY'S IN THE USA**
***NO PRESSED PILLS! NO FAKE PILLS!***

*** ...MARK ORDER AS RECEIVED AND PLEASE LEAVE FEEDBACK WHEN YOU RECEIVE YOUR ORDER ***

SAINTILLUS_00000304







**\*Oxymorphone Only one on MARKET(WE BACK ON)! CHECK FEEBACK(OPANA 10MG(IR) OVERNIGHT SHIPPING!!!\*\***

OXYMORPHONE 10MG (IR) *OVERNIGHT* real from Pharmacy Beats 50! From competitors! **WE BACK ON WITH THE INSTA...

Sold by **chinsaint** - 1 sold since August 31, 2019   Vendor Level 7   Trust level 7

| | Features | | Features |
|---|---|---|---|
| Product Class | Physical Package | Origin Country | United States |
| Quantity Left | Unlimited | Ships to | United States, North America |
| Ends In | Never | Payment | Escrow |

| | Bulk Discounts | Price | |
|---|---|---|---|
| Bulk Discount | From qty 20 to 120 | USD 34.99 | 0.00509157 BTC |

standard certifiedWith TRACKING - 3 days - USD + 15.00 / order

Purchase price: **USD 35.00**

Qty: 1    **Buy Now**   **Queue**

0.005093 BTC

**Description**   Feedback   Refund policy

**\*Oxymorphone Only one on MARKET(WE BACK ON)! CHECK FEEBACK(OPANA 10MG(IR) OVERNIGHT SHIPPING!!!\*\***

OXYMORPHONE 10MG (IR) *OVERNIGHT* real from Pharmacy Beats 50! From competitors!
**WE BACK ON WITH THE INSTANT RELEASE K71**
THIS LISTING IS FOR REAL PHARMACEUTICAL OXYMORPHONE 10MG(IR) PILLS
BRAND FOR THIS LISTING:

10MG/R – BASICALLY A DILAUDID AND OXYCODONE PUT IN ONE!

**WE ONLY HAVE REAL LEGIT PILLS STRAIGHT FROM PHARMACY'S IN THE USA**
**NO PRESSED PILLS! NO FAKE PILLS!**

SAINTILLUS_00000307



OXYCODONE k9s/M's(30MG) CHECK MY FEEDBACKPharmacy *overnight shipping options*

OXYCODONE 30MG (M) *OVERNIGHT* real from Pharmacy Beats 50! From competitors! THIS LISTING IS FOR REAL PHARMA...

Sold by **chinsaint** - 132 sold since September 10, 2019   Vendor Level 7   Trust level 7

| | Features | | Features |
|---|---|---|---|
| Product Class | Physical Package | Origin Country | United States |
| Quantity Left | Unlimited | Ships to | United States, North America |
| Ends In | Never | Payment | Escrow |
| | | | |
| | Bulk Discounts | Price | |
| Bulk Discount | From qty 30 to 120 | USD 30.00 | 0.00436545 BTC |

combine order - 1 days - USD + 0.00 / order

Purchase price: **USD 35.00**

Qty: 1    **Buy Now**    **Queue**

0.005093 BTC

Description   Feedback   Refund policy

OXYCODONE k9s/M's(30MG) CHECK MY FEEDBACKPharmacy *overnight shipping options*

OXYCODONE 30MG (M) *OVERNIGHT* real from Pharmacy Beats 50! From competitors!

THIS LISTING IS FOR REAL PHARMACEUTICAL OXYCODONE 30MG PILLS
BRAND FOR THIS LISTING:

M-30 -- Mallinckrodt Pharmaceuticals --

**WE ONLY HAVE REAL LEGIT PILLS STRAIGHT FROM PHARMACY'S IN THE USA**
***NO PRESSED PILLS! NO FAKE PILLS!***

SAINTILLUS_00000308



**\*Oxymorphone THE ONLY ONE ON MARKET(WE BACK ON)! CHECK THE FEEDBACKS** 😏 **(10MG) (IR), INSTANT RELEA**

\*\*WE BACK!! THE INSTANT RELEASE K71 OXYMORPHONE 10MG (IR) \*OVERNIGHT\* real from Pharmacy Beats 50! From co...

Sold by **chinsaint** - 128 sold since August 31, 2019   Vendor Level 7   Trust level 7

| | **Features** | | **Features** |
|---|---|---|---|
| **Product Class** | Physical Package | **Origin Country** | United States |
| **Quantity Left** | Unlimited | **Ships to** | United States, North America |
| **Ends In** | Never | **Payment** | Escrow |

| | **Bulk Discounts** | **Price** | |
|---|---|---|---|
| **Bulk Discount** | From qty 20 to 120 | USD 34.99 | 0.00509157 BTC |

standard certifiedWith TRACKING - 3 days - USD + 15.00 / order

Purchase price: **USD 35.00**

Qty: 1     **Buy Now**   **Queue**

0.005093 BTC

Description   Feedback   Refund policy

\*Oxymorphone THE ONLY ONE ON MARKET(WE BACK ON)! CHECK THE FEEDBACKS 😏 (10MG) (IR), INSTANT RELEA

\*\*WE BACK!! THE INSTANT RELEASE K71

OXYMORPHONE 10MG (IR) \*OVERNIGHT\* real from Pharmacy Beats 50! From competitors!

THIS LISTING IS FOR REAL PHARMACEUTICAL OXYMORPHONE 10MG(IR) PILLS
BRAND FOR THIS LISTING:

10MG/R – BASICALLY A DILAUDID AND OXYCODONE PUT IN ONE!

SAINTILLUS_00000309



SAINTILLUS_00000310



jil2y2jumlye6etmouksvdhech357urmj4txctrneedi4vkfjbsqd.onion/proc · ☆ ● ✔ Q Search

## OXYCODONE k9s/M's(30MG) Check FeedbackPharmacy *overnight shipping options*

OXYCODONE 30MG (M) *OVERNIGHT* real from Pharmacy Beats 50! From competitors! THIS LISTING IS FOR REAL PHARMA...

Sold by **chinsaint** - 62 sold since September 10, 2019  Vendor Level 7  Trust level 7

| | Features | | Features |
|---|---|---|---|
| Product Class | Physical Package | Origin Country | United States |
| Quantity Left | Unlimited | Ships to | United States, North America |
| Ends In | Never | Payment | Escrow |

| | Bulk Discounts | Price | |
|---|---|---|---|
| Bulk Discount | From qty 30 to 120 | USD 30.00 | 0.00436545 BTC |

SHIPPING FIRST CLASS BULK 15.00 - 3 days - USD + 15.00 / order

Purchase price: **USD 35.00**

Qty: 1    **Buy Now**   **Queue**

0.005093 BTC

Description   Feedback   Refund policy

**OXYCODONE k9s/M's(30MG) Check FeedbackPharmacy *overnight shipping options***

OXYCODONE 30MG (M) *OVERNIGHT* real from Pharmacy Beats 50! From competitors!

THIS LISTING IS FOR REAL PHARMACEUTICAL OXYCODONE 30MG PILLS
BRAND FOR THIS LISTING:

M-30 -- Mallinckrodt Pharmaceuticals --

**WE ONLY HAVE REAL LEGIT PILLS STRAIGHT FROM PHARMACY'S IN THE USA**
    ***NO PRESSED PILLS! NO FAKE PILLS!***

SAINTILLUS_00000311







## morphine 60mg (check feedback)

Morphine (60mg) *OVERNIGHT* real from Pharmacy Beats 50! From competitors! THIS LISTING IS FOR REAL PHARMACEUTI...

Sold by **chinsaint** · 19 sold since October 04, 2019   Vendor Level 7   Trust level 7

| | Features | | Features |
|---|---|---|---|
| **Product Class** | Physical Package | **Origin Country** | United States |
| **Quantity Left** | Unlimited | **Ships to** | United States, North America |
| **Ends In** | Never | **Payment** | Escrow |

| | **Bulk Discounts** | **Price** | |
|---|---|---|---|
| **Bulk Discount** | From qty 18 to 20 | USD 29.99 | 0.00436400 BTC |

priority first class tracking - 3 days - USD + 15.00 / order

Purchase price: **USD 30.00**

Qty: 1    **B Buy Now**   **Buy Now**   **M Buy Now**   **Queue**

0.004365 BTC / 0.739260 LTC / 0.541223 XMR

**Description**   Feedback   Refund policy

### morphine 60mg (check feedback)

Morphine (60mg) *OVERNIGHT* real from Pharmacy Beats 50! From competitors!

THIS LISTING IS FOR REAL PHARMACEUTICAL FENTNAL patches
BRAND FOR THIS LISTING:

60 mg Morphine/Real

**ONLY HAVE REAL LEGIT PILLS STRAIGHT FROM PHARMACY'S IN THE USA**
***NO PRESSED PILLS! NO FAKE PILLS!***

SAINTILLUS_00000314



SAINTILLUS_00000315



SAINTILLUS_00000316



SAINTILLUS_00000317



**\*Oxymorphone WE BACK ON!! CHECK FEEBACK(OPANA 10MG(IR) OVERNIGH SHIPPING!!!\*\***

OXYMORPHONE 10MG (IR) \*OVERNIGHT\* real from Pharmacy Beats 50! From competitors! THIS LISTING IS FOR REAL PHA...

Sold by **chinsaint** - 7 sold since August 31, 2019   Vendor Level 7   Trust level 7

| | Features | | Features |
|---|---|---|---|
| Product Class | Physical Package | Origin Country | United States |
| Quantity Left | Unlimited | Ships to | United States, North America |
| Ends In | Never | Payment | Escrow |
| | **Bulk Discounts** | **Price** | |
| Bulk Discount | From qty 20 to 120 | USD 34.99 | 0.00509157 BTC |

standard certifiedWith TRACKING - 3 days - USD + 15.00 / order

Purchase price: **USD 35.00**

Qty: 1     **Buy Now**   **Queue**

0.005093 BTC

Description   Feedback   Refund policy

\*Oxymorphone WE BACK ON!! CHECK FEEBACK(OPANA 10MG(IR) OVERNIGH SHIPPING!!!\*\*

OXYMORPHONE 10MG (IR) \*OVERNIGHT\* real from Pharmacy Beats 50! From competitors!

THIS LISTING IS FOR REAL PHARMACEUTICAL OXYMORPHONE 10MG(IR) PILLS
BRAND FOR THIS LISTING:

10MG/R -- BASICALLY A DILAUDID AND OXYCODONE PUT IN ONE!

\*\*WE ONLY HAVE REAL LEGIT PILLS STRAIGHT FROM PHARMACY'S IN THE USA\*\*
\*\*\*NO PRESSED PILLS NO FAKE PILLS\*\*\*

6872.14

SAINTILLUS_00000318



**HERION that's GOOD!! FR check my feedback) in capsule form or grams(NEW BATCH!!**

Should I need to say more go to shipping if u want larger amounts ty ***NEW 1 GRAM $150 AND 7GRAMS $750 JUST CLICK SH...

Sold by chinasint • 5 sold since November 08, 2019   Vendor Level 7   Trust level 7

| Features | | Features | |
| --- | --- | --- | --- |
| Product Class | Physical Package | Origin Country | United States |
| Quantity Left | Unlimited | Ships to | United States, North America |
| Ends In | Never | Payment | Escrow |

| Bulk Discounts | | Price | |
| --- | --- | --- | --- |
| Bulk Discount | From qty 40 to 1000 | USD 29.99 | 0.00436400 BTC |

regular mail - 3 days - USD + 15.00 / order

Purchase price: **USD 30.00**

Qty: 1 ⟨Buy Now⟩ ⟨Buy Now⟩ ⟨Queue⟩

0.004365 BTC / 0.739280 LTC

Description   Feedback   Refund policy

HERION that's GOOD!! FR check my feedback) in capsule form or grams(NEW BATCH!!

Should I need to say more go to shipping if u want larger amounts ty

***NEW 1 GRAM $150 AND 7GRAMS $750 JUST CLICK SHIPPING OPTIONS TY!!







SAINTILLUS_00000326



SAINTILLUS_00000327



skandyqal6r6276or4llc4jlinwawmzjuhljvkm4fkqd.onion/produ

### *Oxymorphone ONLY ONE ON MARKET!!(WE BACK ON!!) CHECK FEEBACK (OPANA 10MG(IR) OVERNIGHT SHIPPING!!!*

**We back on the Instant Release RARE k71** OXYMORPHONE 10MG (IR) *OVERNIGHT* real from Pharmacy Beats 50! From c...

Sold by **chinsaint** - 35 sold since August 31, 2019   Vendor Level 7   Trust level 7

| | Features | | Features |
|---|---|---|---|
| **Product Class** | Physical Package | **Origin Country** | United States |
| **Quantity Left** | 7 | **Ships to** | United States, North America |
| **Ends In** | Never | **Payment** | Escrow |

| | **Bulk Discounts** | **Price** | |
|---|---|---|---|
| **Bulk Discount** | From qty 21 to 120 | USD 34.99 | 0.00356705 BTC |

standard certifiedWith TRACKING - 3 days - USD + 15.00 / order

Purchase price: **USD 35.00**

Qty: 1    🔘 **Buy Now**    **Queue**

0.003566 BTC

Description   Feedback   Refund policy

*Oxymorphone ONLY ONE ON MARKET!!(WE BACK ON!!) CHECK FEEBACK (OPANA 10MG(IR) OVERNIGHT SHIPPING!!!*

**We back on the Instant Release RARE k71**

OXYMORPHONE 10MG (IR) *OVERNIGHT* real from Pharmacy Beats 50! From competitors!

THIS LISTING IS FOR REAL PHARMACEUTICAL OXYMORPHONE 10MG(IR) PILLS
BRAND FOR THIS LISTING:



65kandyqai6r6276or4llic4jIinwawmzjuhljvkrn4fkqd.onion/produ   🅿  ···  ☆  ●  🖋  Q Search     🅱  🔲  👣  »

**\*Oxymorphone-ONLY ONE ON MARKET CHECK FEEBACK(OPANA 10MG(IR) OVERNIGHT SHIPPING!!!\*\***

\*\*WE BACK ON WITH THE INSTANT RELEASE ops\*\* \*ALL LEGIT PHARMACEUTICALS\* LIMITED MONTHLY SUPPLY OF 82, ...

Sold by chinsaint · 27 sold since August 31, 2019   [Vendor Level 7]   [Trust level 7]

| | Features | | Features |
|---|---|---|---|
| Product Class | Physical Package | Origin Country | United States |
| Quantity Left | 18 | Ships to | United States, North America |
| Ends In | Never | Payment | Escrow |

| | Bulk Discounts | Price | |
|---|---|---|---|
| Bulk Discount | From qty 21 to 120 | USD 34.99 | 0.00356688 BTC |

standard certified With TRACKING - 3 days - USD + 15.00 / order   ⌄

Purchase price: **USD 35.00**

Qty: 1   ⌃⌄   🅱 Buy Now   Queue

0.003568 BTC

Description   Feedback   Refund policy

**\*Oxymorphone-ONLY ONE ON MARKET CHECK FEEBACK(OPANA 10MG(IR) OVERNIGHT SHIPPING!!!\*\***

\*\*WE BACK ON WITH THE INSTANT RELEASE ops\*\*

\*ALL LEGIT PHARMACEUTICALS\* LIMITED MONTHLY SUPPLY OF 82, COMES FROM WALGREENS PHARMACY K71 IS THE IMPRINT ON THEM. SHIPPING ONLY IN THE USA RIGHT NOW I OFFER OVERNIGHT SHIPPING WITH TRACKING SO YOU DONT HAVE TO WAIT BORED OUT YOUR MIND. \*All orders after 3pm most Likely get shipped first thing in am (REMIND YOU TRUCKS DONT PICK UP MAIL TO SHIP UNTILL 5PM) ALL ORDERS GET SHIPPED  SAME DAY!! AND NOGO "THEY DONT GELL UP" YOU CAN SHOOT THEM, POP THEM ,SNORT THEM, HELL YOU CAN PUT IT UP YOUR ASS FOR ALL I CARE. LOL :) \*FIRST FIVE PURCHASERS TO LEAVE FEEDBACK WILL RECIEVE AN EXTRA K71 OPANA PILL I REPEAT FIRST FIVE WILL RECIEVE AN EXTRA

SAINTILLUS_00000329



**Carfentanil FR check my feedback) In capsule for or 7grams(NEW BATCH!!**

Should I need to say more go to shipping if u want larger amounts ty ***NEW 1 GRAM $350 AND 7GRAMS $1300JUST CLICK S...

Sold by **chinsaint** - 6 sold since November 08, 2019   Vendor Level 7   Trust level 7

| Features | | | Features |
|---|---|---|---|
| Product Class | Physical Package | Origin Country | United States |
| Quantity Left | Unlimited | Ships to | United States, North America |
| Ends In | Never | Payment | Escrow |

| | Bulk Discounts | Price | |
|---|---|---|---|
| Bulk Discount | From qty 40 to 1000 | USD 35.00 | 0.00356790 BTC |

regular mail - 3 days - USD + 15.00 / order

Purchase price: **USD 40.00**

Qty: 1    Buy Now   Buy Now   Queue

0.004078 BTC / 0.908884 LTC

Description   Feedback   Refund policy

**Carfentanil FR check my feedback) in capsule for or 7grams(NEW BATCH!!**

Should I need to say more go to shipping if u want larger amounts ty

***NEW 1 GRAM $350 AND 7GRAMS $1300JUST CLICK SHIPPING OPTIONS TY!!

SAINTILLUS_00000330





### Fishscale Real Good Cocaine (Check the Feedbacks)UNCUT

**Fishscale*** .2 capsules also more editing coming but for now capsules ***NEW 1 GRAM $250 AND 7GRAMS 1750 JUST CLIC...

Sold by **chinsaint** - 5 sold since December 15, 2019  Vendor Level 7  Trust level 7

| | Features | | Features |
|---|---|---|---|
| **Product Class** | Physical Package | **Origin Country** | United States |
| **Quantity Left** | Unlimited | **Ships to** | United States, North America |
| **Ends In** | Never | **Payment** | Escrow |

regular mail - 3 days - USD + 15.00 / order

Purchase price: **USD 250.00**

Qty: 1   **Buy Now**   **Buy Now**   Queue

0.025485 BTC / 5.680527 LTC

Description   Feedback   Refund policy

### Fishscale Real Good Cocaine (Check the Feedbacks)UNCUT

**Fishscale*** .2 capsules also more editing coming but for now capsules

***NEW 1 GRAM $250 AND 7GRAMS 1750 JUST CLICK SHIPPING OPTIONS TY!!

Coke Cocaine Crack

SAINTILLUS_00000332



ds > **Hydromorphone** >

**\*Oxymorphone THE ONLY ONE ON MARKET(\*\*\*THERE THE EXTENDED RELEASE ER\*\*\*), INSTANT RELEA**

\*\*WE BACK!! THE INSTANT RELEASE K71 OXYMORPHONE 10MG (IR) \*OVERNIGHT\* real from Pharmacy Beats 50! From co...

Sold by **chinsaint** - 146 sold since August 31, 2019   Vendor Level 7   Trust level 7

|  | **Features** | | **Features** |
|---|---|---|---|
| **Product Class** | Physical Package | **Origin Country** | United States |
| **Quantity Left** | 39 | **Ships to** | United States, North America |
| **Ends In** | Never | **Payment** | Escrow |

|  | **Bulk Discounts** | **Price** | |
|---|---|---|---|
| **Bulk Discount** | From qty 21 to 120 | USD 34.99 | 0.00371491 BTC |

standard certifiedWith TRACKING - 3 days - USD + 15.00 / order

Purchase price: **USD 35.00**

Qty: 1      **Buy Now**   **Queue**

0.003716 BTC

Description   Feedback   Refund policy

**\*Oxymorphone THE ONLY ONE ON MARKET(\*\*\*THERE THE EXTENDED RELEASE ER\*\*\*), INSTANT RELEA**

\*\*WE BACK!! THE INSTANT RELEASE K71

OXYMORPHONE 10MG (IR) \*OVERNIGHT\* real from Pharmacy Beats 50! From competitors!



ewsuq6stztehx2tehk2aidxlex3btrfnjqax3ucvgyd.onion/pro · · · ☆ ⊍ ✓ Q Search

puion 🖉 Prescription 🖉

## OXYCODONE k9s/M's(30MG) CHECK MY FEEDBACKPharmacy *overnight shipping options*

OXYCODONE 30MG (M) *OVERNIGHT* real from Pharmacy Beats 50! From competitors! THIS LISTING IS FOR REAL PHARMA...

Sold by chinasint - 144 sold since September 10, 2019  Vendor Level 7   Trust level 7

| Features | | | Features |
|---|---|---|---|
| Product Class | Physical Package | Origin Country | United States |
| Quantity Left | 50 | Ships to | United States, North America |
| Ends In | Never | Payment | Escrow |

| | Bulk Discounts | Price | |
|---|---|---|---|
| Bulk Discount | From qty 30 to 120 | USD 34.00 | 0.00360980 BTC |

combine order - 1 days - USD + 0.00 / order

Purchase price: **USD 35.00**

Qty: 1 ⁞    🔵 Buy Now   Queue

0.003716 BTC

Description   Feedback   Refund policy

OXYCODONE k9s/M's(30MG) CHECK MY FEEDBACKPharmacy *overnight shipping options*

OXYCODONE 30MG (M) *OVERNIGHT* real from Pharmacy Beats 50! From competitors!

THIS LISTING IS FOR REAL PHARMACEUTICAL OXYCODONE 30MG PILLS
BRAND FOR THIS LISTING:

M-30 -- Mallinckrodt Pharmaceuticals --

**WE ONLY HAVE REAL LEGIT PILLS STRAIGHT FROM PHARMACY'S IN THE USA**

SAINTILLUS_00000334



OxyCodone

## OXYCODONE k9s/M's(30MG) Check FeedbackPharmacy *overnight shipping options*

OXYCODONE 30MG (M) *OVERNIGHT* real from Pharmacy Beats 50! From competitors! THIS LISTING IS FOR REAL PHARMA...

Sold by chinsaint · 68 sold since September 10, 2019   Vendor Level 7   Trust level 7

| Features | | Features | |
|---|---|---|---|
| Product Class | Physical Package | Origin Country | United States |
| Quantity Left | 50 | Ships to | United States, North America |
| Ends In | Never | Payment | Escrow |

| Bulk Discounts | | Price | |
|---|---|---|---|
| Bulk Discount | From qty 30 to 120 | USD 34.00 | 0.00360980 BTC |

SHIPPING FIRST CLASS BULK 15.00 - 3 days - USD + 15.00 / order

Purchase price: **USD 35.00**

Qty: 1    Buy Now   Queue

0.003716 BTC

Description  Feedback  Refund policy

## OXYCODONE k9s/M's(30MG) Check FeedbackPharmacy *overnight shipping options*

OXYCODONE 30MG (M) *OVERNIGHT* real from Pharmacy Beats 50! From competitors!

THIS LISTING IS FOR REAL PHARMACEUTICAL OXYCODONE 30MG PILLS
BRAND FOR THIS LISTING:

M-30 -- Mallinckrodt Pharmaceuticals --







Benzos / Pills

**Real Adderall 30mg check my feedback)no PRESSED**

AMPHETAMINES (ADDERALL) 30mg *OVERNIGHT* real from Pharmacy Beats 50! From competitors! THIS LISTING IS FOR RE...

Sold by **chinsaint** - 15 sold since September 24, 2019   Vendor Level 7   Trust level 7

| | Features | | Features |
|---|---|---|---|
| Product Class | Physical Package | Origin Country | United States |
| Quantity Left | 10 | Ships to | United States, North America |
| Ends In | Never | Payment | Escrow |

| | Bulk Discounts | Price | |
|---|---|---|---|
| Bulk Discount | From qty 20 to 60 | USD 18.00 | 0.00191107 BTC |

first class priority - 3 days - USD + 15.00 / order

Purchase price: **USD 20.00**

Qty: 1     **Buy Now**   **Queue**

0.002123 BTC

**Description**   Feedback   Refund policy

**Real Adderall 30mg check my feedback)no PRESSED**

AMPHETAMINES (ADDERALL) 30mg *OVERNIGHT* real from Pharmacy Beats 50! From competitors!

THIS LISTING IS FOR REAL PHARMACEUTICAL FENTNAL patches
BRAND FOR THIS LISTING:

30 mg AMPHETAMINES (ADDERALL)!Real

**WE ONLY HAVE REAL LEGIT PILLS STRAIGHT FROM PHARMACY'S IN THE USA**
        ***NO PRESSED PILLS! NO FAKE PILLS!***



SAINTILLUS_00000339



### OXYCODONE...k'9/ M(30MG) Check feedback Pharmacy *overnight shipping options*

OXYCODONE 30MG (M) *OVERNIGHT* real from Pharmacy Beats 50! From competitors! THIS LISTING IS FOR REAL PHARMA...

Sold by **chinsaint** - 10 sold since September 10, 2019  Vendor Level 7  Trust level 7

| | Features | | Features |
|---|---|---|---|
| Product Class | Physical Package | Origin Country | United States |
| Quantity Left | 50 | Ships to | United States, North America |
| Ends In | Never | Payment | Escrow |

| | Bulk Discounts | Price | |
|---|---|---|---|
| Bulk Discount | From qty 30 to 100 | USD 34.00 | 0.00360980 BTC |

SHIPPING FIRST CLASS BULK 15.00 - 3 days - USD + 15.00 / order

Purchase price: **USD 35.00**

Qty: 1    🅱 Buy Now    Queue

0.003716 BTC

Description    Feedback    Refund policy

OXYCODONE...k'9/ M(30MG) Check feedback Pharmacy *overnight shipping options*

OXYCODONE 30MG (M) *OVERNIGHT* real from Pharmacy Beats 50! From competitors!

THIS LISTING IS FOR REAL PHARMACEUTICAL OXYCODONE 30MG PILLS
BRAND FOR THIS LISTING:

M-30 -- Mallinckrodt Pharmaceuticals --

**WE ONLY HAVE REAL LEGIT PILLS STRAIGHT FROM PHARMACY'S IN THE USA**
***NO PRESSED PILLS! NO FAKE PILLS!***

SAINTILLUS_00000340



is ❯  **Morphine** ❯

## *Oxymorphone WE BACK ON!! CHECK FEEBACK(OPANA 10MG(ER) OVERNIGH SHIPPING!!!**

OXYMORPHONE 10MG (IR) *OVERNIGHT* real from Pharmacy Beats 50! From competitors! ONLY ER RIGHT NOW SORRY S...

Sold by **chinsaint** - 7 sold since August 31, 2019   **Vendor Level 7**   **Trust level 7**

| | Features | | Features |
|---|---|---|---|
| **Product Class** | Physical Package | **Origin Country** | United States |
| **Quantity Left** | 55 | **Ships to** | United States, North America |
| **Ends In** | Never | **Payment** | Escrow |

| | Bulk Discounts | Price | |
|---|---|---|---|
| **Bulk Discount** | From qty 20 to 120 | USD 34.99 | 0.00371491 BTC |

standard certifiedWith TRACKING - 3 days - USD + 15.00 / order

Purchase price: **USD 35.00**

Qty: 1 ⊟   🔘 **Buy Now**   **Queue**

0.003716 BTC

Description   Feedback   Refund policy

**Oxymorphone WE BACK ON!! CHECK FEEBACK(OPANA 10MG(ER) OVERNIGH SHIPPING!!!**

OXYMORPHONE 10MG (IR) *OVERNIGHT* real from Pharmacy Beats 50! From competitors! ONLY ER RIGHT NOW SORRY SOMETIMES WE GET THOSE TOO!!

THIS LISTING IS FOR REAL PHARMACEUTICAL OXYMORPHONE 10MG(IR) PILLS BRAND FOR THIS LISTING:





Opioids  >  Hydrocodone  >

**\*Oxymorphone Only one on MARKET! (WE BACK ON!!!)CHECK FEEDBACK(OPANA 10MG(ER) OVERNIGHT SHIPPING!!!\***

\*\*We back on with the IR.\*\* ITS EXTENDED RELEASE ONES RIGHT NOW SORRY SOMETIMES WE DO GET THOSE IN... FIR...

Sold by **chinsaint** - 5 sold since August 31, 2019   Vendor Level 7   Trust level 7

| | Features | | Features |
|---|---|---|---|
| | | | United States |
| Product Class | Physical Package | Origin Country | United States, North America |
| Quantity Left | 55 | Ships to | Escrow |
| Ends In | Never | Payment | |

| | Bulk Discounts | Price | |
|---|---|---|---|
| Bulk Discount | From qty 20 to 120 | USD 34.99 | 0.00371491 BTC |

standard certifiedWith TRACKING - 3 days - USD + 15.00 / order

Purchase price: **USD 35.00**

Qty: 1     **₿ Buy Now**   **Queue**

0.003716 BTC

---

Description   Feedback   Refund policy

**\*Oxymorphone Only one on MARKET! (WE BACK ON!!!)CHECK FEEDBACK(OPANA 10MG(ER) OVERNIGHT SHIPPING!!!\***

\*\*We back on with the IR.\*\* ITS EXTENDED RELEASE ONES RIGHT NOW SORRY SOMETIMES WE DO GET THOSE IN... FIRSTT COME FIRST SERVED BASIS

OXYMORPHONE 10MG (IR) \*OVERNIGHT\* real from Pharmacy Beats 50! From competitors!

THIS LISTING IS FOR REAL PHARMACEUTICAL OXYMORPHONE 10MG(IR) PILLS



**Pills**

### Real Adderall 30mg check my feedback)no PRESSED

AMPHETAMINES (ADDERALL) 30mg *OVERNIGHT* real from Pharmacy Beats 50! From competitors! THIS LISTING IS FOR RE...

Sold by **chinsaint** • 5 sold since September 21, 2019   Vendor Level 7   Trust level 7

| Features | | Features | |
|---|---|---|---|
| **Product Class** | Physical Package | **Origin Country** | United States |
| **Quantity Left** | 43 | **Ships to** | United States, North America |
| **Ends In** | Never | **Payment** | Escrow |
| | **Bulk Discounts** | **Price** | |
| **Bulk Discount** | From qty 20 to 60 | USD 18.00 | 0.00191107 BTC |

first class priority - 3 days - USD + 15.00 / order

Purchase price: **USD 20.00**

Qty: 1 :   **Buy Now**   **Queue**

0.002123 BTC

Description    Feedback    Refund policy

**Real Adderall 30mg check my feedback)no PRESSED**

AMPHETAMINES (ADDERALL) 30mg *OVERNIGHT* real from Pharmacy Beats 50! From competitors!

THIS LISTING IS FOR REAL PHARMACEUTICAL
BRAND FOR THIS LISTING:

30 mg AMPHETAMINES (ADDERALL)!Real

SAINTILLUS_00000344

cription    **Prescription**



**\*1mg Xanax\* (Pharmaceutical)**

1mg REAL PHARMACEUTICAL XANAX aka Aprazalam 1mg (Pictures Soon) Inbox address info

Sold by **chinsaint** - 5 sold since September 10, 2019 ( Vendor Level 7 ) ( Trust level 7 )

| Features | | Features | |
|---|---|---|---|
| Product Class | Physical Package | Origin Country | United States |
| Quantity Left | 30 | Ships to | North America |
| Ends In | Never | Payment | Escrow |

| Bulk Discounts | Price | | |
|---|---|---|---|
| Bulk Discount | From qty 20 to 58 | USD 5.99 | 0.00063596 BTC |

SHIPPING FIRST CLASS BULK 15.00 - 3 days - USD + 15.00 / order

Purchase price: **USD 6.00**

Qty: 1    [Buy Now] [Buy Now] [Queue]

0.000637 BTC / 0.133899 LTC

---

Description   Feedback   Refund policy

**\*1mg Xanax\* (Pharmaceutical)**

1mg REAL PHARMACEUTICAL XANAX aka Aprazalam 1mg

(Pictures Soon)

Inbox address info

Xanax Bars Benzos

SAINTILLUS_00000345







Narcan nasal spray 4mg
Item # 192396 - Hydromorphone

Views: 1
Quantity left: 1

Buy Price
USD 160.00
(0.016987 BTC)

Narcan nasal spray 4mg
Item # 192398 - OxyCodone

Views: 0
Quantity left: 1

Buy Price
USD 160.00
(0.016987 BTC)

pressed good Quality Xanax(255 for$380)benzos Aprazalam(2mg)(ONLY PRESSED THING IN MY STORE BTW)
Item # 111331 - Pressed Pills

Views: 29
Quantity left: 255

Buy Price
USD 380.00
(0.040345 BTC)

pressed good Quality Xanax(255 for$380)benzos Aprazalam(2mg)(ONLY PRESSED THING IN MY STORE BTW)
Item # 111336 - Pills

Views: 15
Quantity left: 255

Buy Price
USD 380.00
(0.040345 BTC)

pressed good Quality Xanax(255 for$380)benzos Aprazalam(2mg)(ONLY PRESSED THING IN MY STORE BTW)
Item # 111337 - Pills

Buy Price
USD 380.00
(0.040345 BTC)

SAINTILLUS_00000350



**chinsaint** *| User Profile*

**chinsaint** (1068)  [Vendor level 7]  [Trust level 7]

Market Positive feedback(last 12 months): **98.71%**

Member since: August 25, 2019

[View Store]
[Send Message]
[Add to Favorite]
[Block Vendor]

**Seller Feedback Ratings** (last 12 months)

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 57 | 550 | 898 |
| Neutral | 2 | 15 | 19 |
| Negative | 1 | 12 | 12 |

**Buyer Statistics** (Since join date)

| | | Since join |
|---|---|---|
| Total Disputes / Orders | | 8 / 22 |
| Total Spendings | | --- |
| Feedback left | | 15 (86.67% Positive) |
| Last online | | Jun 14, 2020 |

| | Stealth | Quality | Value Price |
|---|---|---|---|

About | Positive Feedback | Negative Feedback | Neutral Feedback | Left Feedback | PGP

**About chinsaint**

03/13/20 we our on adderals gone opanas, dilaudids and roxis are coming into play...gradually please bare with us!!!

***WE BACK ON PLEASE FOR FUTURE REFERENCE: USE : http://darkfaillinkl4vf.onion/ ****

BECOMING AN FE VENDOR SOON SO KINDLY FE EARLY PLEASE 😊 IM BLACK LISTING ANY COMPLAINERS FU YOU CAN ALWAYS FIND SOMEONE ELSE YOUR NOT GONE TAKE MY KINDNESS FOR WEAKNESS THATS FOR SURE!!!

**ATTENTION THINGS BEEN LOOKING ALRIGHT SO IM SWITCHING THE DILAUDIDS AND ROXIES TO UNLIMITED ALSO OPANAS ARE RARE SO WHEN YOU SEE THEM ON MY LISTING ...YOU BETTER GRAB YOU SOME!!! LOL TY FAMILY LOVE TEAM.

FINALIZE UPON ME MARKING SHIPPED PLEASE STAY ON MY GOOD SIDE I LOOK OUT. ALSO FOR THIS WHOM NEEDS TO CONTACT OFFLINE ETC DOWNLOAD THE WICKER APP AND ADD ME SHOWISTILL.

SAINTILLUS_00000351



3ewsuq6stztehx2tehk2aidxlex3btrfnjqax3ucvgyd.onion/u/c   ···   ☆   ⬤   ⚡.   🔍 Search

| About | Positive Feedback | Negative Feedback | Neutral Feedback | Left Feedback | PGP |

**About chinsaint**

03/13/20 we our on addenals gone opanas, dilaudids and roxis are coming into play... gradually please bare with us!!!

***WE BACK ON PLEASE FOR FUTURE REFERENCE: USE : http://darkfalllnkf4vf.onion/ ****

BECOMING AN FE VENDOR SOON SO KINDLY FE EARLY PLEASE 😊 IM BLACK LISTING ANY COMPLAINERS FU YOU CAN ALWAYS FIND SOMEONE ELSE YOUR NOT GONE TAKE MY KINDNESS FOR WEAKNESS THATS FOR SURE!!!

**ATTENTION THINGS BEEN LOOKING ALRIGHT SO IM SWITCHING THE DILAUDIDS AND ROXIES TO UNLIMITED ALSO OPANAS ARE RARE SO WHEN YOU SEE THEM ON MY LISTING ...YOU BETTER GRAB YOU SOME!!! LOL TY FAMILY LOVE TEAM.

FINALIZE UPON ME MARKING SHIPPED PLEASE STAY ON MY GOOD SIDE I LOOK OUT; ALSO FOR THIS WHOM NEEDS TO CONTACT OFFLINE ETC DOWNLOAD THE WICKER APP AND ADD ME SHOWSTILL

THE BETTER THE TIPS THE BETTER I CAN HELP U GUYS OUT MAN YOU KNOW WHAT I MEAN.

Hello, how you doing My Team here is here to give you the up most best service you'll ever get, introducing opana , (Ir) oxymorphone 10mg aka Opana , Dilaudids (8mg) aka hydromorphone, oxycodone M(30) amphetamines, aka Adderall IR (30Mg) all REAL PHARMACEUTICALS NO PRESSED SHIT!

LOL Nothing but REAL PHARMACEUTICALS THEY WILL HATE! BUT WE WILL MAKE AMERICA GREAT AGAIN!! -Trump

**FedEx Shipping options available as well**

SAINTILLUS_00000352





fentanyl**Check my feedback***(Capsule or 7Grams)

Should I need to say more go to shipping if u want larger amounts ty

Sold by **chinsaint** - 114 sold since October 23, 2019   Vendor Level 7   Trust level 7

| Features | | | Features | |
|---|---|---|---|---|
| **Product Class** | Physical Package | **Origin Country** | United States | |
| **Quantity Left** | Unlimited | **Ships to** | United States, North America | |
| **Ends In** | Never | **Payment** | Escrow | |

| **Bulk Discounts** | | **Price** | | |
|---|---|---|---|---|
| **Bulk Discount** | From qty 40 to 1000 | USD 35.00 | 0.00378563 BTC | |

✓ regular mail - 3 days - USD + 15.00 / order
overnight express - 1 days - USD + 35.00 / order
1Gram - 1 days - USD + 350.00 / order
7Grams - 1 days - USD + 1,300.00 / order
14Grams - 1 days - USD + 2,600.00 / order

0.004326 BTC / 0.916590 LTC

Description   Feedback   Refund policy

fentanyl**Check my feedback***(Capsule or 7Grams)

Should I need to say more go to shipping if u want larger amounts ty



SAINTILLUS_00000355





SAINTILLUS_00000357











