# Exhibit 8




## Extraction Report - Apple iOS Full File system

### Instant Messages (571)

⚠ * These details are cross-referenced from this device's contacts

| # | Source | From | To | All timestamps | Content | Deleted |
|---|---|---|---|---|---|---|
| 1 | Native Messages | +17868578358 | Participants: +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | Timestamp: 8/3/2020 2:15:07 PM(UTC-4) Read: 8/3/2020 2:22:25 PM(UTC-4) | **Direction:** Incoming **Body:** That's him showing out for rick **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x7D121D (Table: message, handle, chat, Size: 15654912 bytes) **Status:** Read **Message Type:** iMessage | |
| 2 | Native Messages | +17868578358 | Participants: +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | Timestamp: 8/3/2020 2:15:39 PM(UTC-4) Read: 8/3/2020 2:22:25 PM(UTC-4) | **Direction:** Incoming **Body:** He at my crib with this bullshit **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x7D2F78 (Table: message, handle, chat, Size: 15654912 bytes) **Status:** Read **Message Type:** iMessage | |
| 3 | Native Messages | +15614043378 Shalam Bey* (owner) | Participants: +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | Timestamp: 8/3/2020 2:23:05 PM(UTC-4) | **Direction:** Outgoing **Body:** Fatal u fake ass prophet **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x7D2B04 (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 4 | Native Messages | +15614043378 Shalam Bey* (owner) | Participants: +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | Timestamp: 8/3/2020 2:23:25 PM(UTC-4) | **Direction:** Outgoing **Body:** Lol u just gone always be my driver **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x7D28C6 (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 5 | Native Messages | +15614043378 Shalam Bey* (owner) | Participants: +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | Timestamp: 8/3/2020 2:26:49 PM(UTC-4) | **Direction:** Outgoing **Body:** Nigha shut up **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x7D3F80 (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 6 | Native Messages | +15614043378 Shalam Bey* (owner) | Participants: +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | Timestamp: 8/3/2020 2:27:25 PM(UTC-4) | **Direction:** Outgoing **Body:** We just called Kt **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x7D3D58 (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 149 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 8/24/2020 9:59:07 AM(UTC-4) | **Direction:** Outgoing **Body:** But alright <hr> **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x8D73ED (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 150 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 8/24/2020 9:59:14 AM(UTC-4) | **Direction:** Outgoing **Body:** Fatal smoke that shit <hr> **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x8D8F80 (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 151 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 8/24/2020 10:44:17 AM(UTC-4) | **Direction:** Outgoing **Body:** Lol <hr> **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x8D8840 (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 152 | Native Messages | +17868578358 | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 8/24/2020 10:53:56 AM(UTC-4) **Read:** 8/24/2020 1:28:44 PM(UTC-4) | **Direction:** Incoming **Body:** Lol <hr> **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x8D8626 (Table: message, handle, chat, Size: 15654912 bytes) **Status:** Read **Message Type:** iMessage | |
| 153 | Native Messages | +17868578358 | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 8/24/2020 10:54:19 AM(UTC-4) **Read:** 8/24/2020 1:28:44 PM(UTC-4) | **Direction:** Incoming **Body:** Liked "Bet that up I was like let me check on my peoples man even tho I don't call etc ASAP" <hr> **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x8D8365 (Table: message, handle, chat, Size: 15654912 bytes) **Status:** Read **Message Type:** iMessage | |
| 154 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 8/24/2020 1:29:00 PM(UTC-4) | **Direction:** Outgoing **Body:** Car insurance paid for the rest of year <hr> **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x8D9F80 (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 155 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 8/24/2020 1:29:06 PM(UTC-4) | **Direction:** Outgoing **Body:** ==Empire market down== <hr> **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x8D9D24 (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 156 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 8/24/2020 1:29:16 PM(UTC-4) | **Direction:** Outgoing **Body:** I'm looking into couple new markets tomarrow <br> **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x8D9AF2 (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 157 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 8/24/2020 1:29:23 PM(UTC-4) | **Direction:** Outgoing **Body:** Mailing my blues out today <br> **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x8D9888 (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 158 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 8/24/2020 1:29:28 PM(UTC-4) | **Direction:** Outgoing **Body:** ♂ <br> **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x8D9351 (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 159 | Native Messages | +17868578358 | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 8/24/2020 1:29:33 PM(UTC-4) <br> **Read:** 8/24/2020 1:30:03 PM(UTC-4) | **Direction:** Incoming **Body:** Damn <br> **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x8DAF78 (Table: message, handle, chat, Size: 15654912 bytes) **Status:** Read **Message Type:** iMessage | |
| 160 | Native Messages | +17868578358 | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 8/24/2020 1:29:52 PM(UTC-4) <br> **Read:** 8/24/2020 1:30:03 PM(UTC-4) | **Direction:** Incoming **Body:** Ok bet <br> **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x8DAD5B (Table: message, handle, chat, Size: 15654912 bytes) **Status:** Read **Message Type:** iMessage | |
| 161 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 8/24/2020 1:30:06 PM(UTC-4) | **Direction:** Outgoing **Body:** Yea <br> **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x8DAB40 (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 162 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 8/24/2020 1:43:37 PM(UTC-4) | **Direction:** Outgoing **Body:** I robbed a cracka for 2k tho <br> **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x8DA92E (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 276 | Native Messages | +15614043378 Shalam Bey* (owner) | Participants: +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | Timestamp: 9/15/2020 10:03:04 AM(UTC-4) | Direction: Outgoing Body: One ya take me to post office bmw still at bmw etc  Source Extraction: Legacy Source file: 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x955BB2 (Table: message, chat, Size: 15654912 bytes) Status: Sent Message Type: iMessage | |
| 277 | Native Messages | +15614043378 Shalam Bey* (owner) | Participants: +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | Timestamp: 9/15/2020 10:03:05 AM(UTC-4) | Direction: Outgoing Body: Then fuckers  Source Extraction: Legacy Source file: 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x955940 (Table: message, chat, Size: 15654912 bytes) Status: Sent Message Type: iMessage | |
| 278 | Native Messages | +15614043378 Shalam Bey* (owner) | Participants: +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | Timestamp: 9/15/2020 6:32:29 PM(UTC-4) | Direction: Outgoing Body: Sorry fellas bmw will be running for sure tomarrow  Source Extraction: Legacy Source file: 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x95E982 (Table: message, chat, Size: 15654912 bytes) Status: Sent Message Type: iMessage | |
| 279 | Native Messages | +15614043378 Shalam Bey* (owner) | Participants: +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | Timestamp: 9/15/2020 6:32:45 PM(UTC-4) | Direction: Outgoing Body: Respect my bro luck nigha  Source Extraction: Legacy Source file: 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x95E710 (Table: message, chat, Size: 15654912 bytes) Status: Sent Message Type: iMessage | |
| 280 | Native Messages | +15614043378 Shalam Bey* (owner) | Participants: +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | Timestamp: 9/15/2020 8:35:09 PM(UTC-4) | Direction: Outgoing Body: Made 3k nigha  Source Extraction: Legacy Source file: 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x95E2CD (Table: message, chat, Size: 15654912 bytes) Status: Sent Message Type: iMessage | |
| 281 | Native Messages | +15614043378 Shalam Bey* (owner) | Participants: +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | Timestamp: 9/15/2020 8:35:37 PM(UTC-4) | Direction: Outgoing Body: Car coming out tomarrow they want 500 more ain't nun an luck gone go get that rental for punk lol  Source Extraction: Legacy Source file: 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x95FF80 (Table: message, chat, Size: 15654912 bytes) Status: Sent Message Type: iMessage | |
| 282 | Native Messages | +15614043378 Shalam Bey* (owner) | Participants: +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | Timestamp: 9/15/2020 8:35:52 PM(UTC-4) | Direction: Outgoing Body: Ain't gotta lie  Source Extraction: Legacy Source file: 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x95FCAB (Table: message, chat, Size: 15654912 bytes) Status: Sent Message Type: iMessage | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 358 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 9/16/2020 9:11:38 AM(UTC-4) | **Direction:** Outgoing **Body:** Yo wya  **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x96C41A (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 359 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 9/16/2020 9:11:49 AM(UTC-4) | **Direction:** Outgoing **Body:** I'm at my moms rt quick post office run n smoke one  **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x96DF80 (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 360 | Native Messages | +17868578358 | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 9/16/2020 10:03:34 AM(UTC-4) **Read:** 9/16/2020 10:04:28 AM(UTC-4) | **Direction:** Incoming **Body:** Wya  **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x96DD00 (Table: message, handle, chat, Size: 15654912 bytes) **Status:** Read **Message Type:** iMessage | |
| 361 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 9/16/2020 10:04:31 AM(UTC-4) | **Direction:** Outgoing **Body:** Bmw  **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x96DAED (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 362 | Native Messages | +17868578358 | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 9/16/2020 10:04:46 AM(UTC-4) **Read:** 9/16/2020 10:04:57 AM(UTC-4) | **Direction:** Incoming **Body:** U str8?  **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x96D8D1 (Table: message, handle, chat, Size: 15654912 bytes) **Status:** Read **Message Type:** iMessage | |
| 363 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 9/16/2020 10:05:12 AM(UTC-4) | **Direction:** Outgoing **Body:** U gone come pick me up to ost office with no lip?  **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x96D6B6 (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 364 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 9/16/2020 10:05:19 AM(UTC-4) | **Direction:** Outgoing **Body:** Post*  **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x96D448 (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 423 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 9/28/2020 4:54:14 AM(UTC-4) | **Direction:** Outgoing **Body:** https://youtu.be/lEhLHzuwKkE **Attachments:** 43289166-4A24-4489-9AD2-EF826CDCA6B9.pluginPayloadAttachment   78B249E9-D84E-40C4-8F6E-6A82CADCEFE0.pluginPayloadAttachment **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9A45A9 (Table: message, chat, attachment, Size: 15654912 bytes) 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/Attachments/86/06/4189768D-64F2-4D9C-99F8-28709E5E0FDF/43289166-4A24-4489-9AD2-EF826CDCA6B9.pluginPayloadAttachment :  (Size: 16275 bytes) 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/Attachments/76/06/D241B539-B4F3-48D9-82CE-1DAD4413C27D/78B249E9-D84E-40C4-8F6E-6A82CADCEFE0.pluginPayloadAttachment :  (Size: 1520055 bytes) **Status:** Sent **Message Type:** iMessage | |
| 424 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 9/28/2020 5:20:14 AM(UTC-4) | **Direction:** Outgoing **Body:** Kevin Gates said it best be alone lol **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9A5F80 (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 425 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 9/28/2020 9:18:38 AM(UTC-4) | **Direction:** Outgoing **Body:** ==I close to signing back up to a darkmarket again I'm sign in but to be a vendor it's 500 I'm waiting on their response tomarrow== **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9A5602 (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 426 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 9/28/2020 1:18:56 PM(UTC-4) | **Direction:** Outgoing **Body:** Ya fuck nighas better put me on that unemployment ish **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9A7934 (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 427 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 9/29/2020 9:38:13 AM(UTC-4) | **Direction:** Outgoing **Attachments:** IMG_3143.MOV **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9A9448 (Table: message, chat, attachment, Size: 15654912 bytes) 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/Attachments/ca/10/37A2D755-BF2B-47F5-B1BB-730846BFAE58/IMG_3143.MOV :  (Size: 25885634 bytes) **Status:** Sent **Message Type:** iMessage | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 441 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 10/2/2020 10:35:34 AM(UTC-4) | **Direction:** Outgoing **Body:** Suckersssss<br>**Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9D78EF (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 442 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 10/2/2020 11:42:01 AM(UTC-4) | **Direction:** Outgoing **Body:** Lol<br>**Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9D88C0 (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 443 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 10/2/2020 11:42:07 AM(UTC-4) | **Direction:** Outgoing **Body:** I'm on the market ya boiz<br>**Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9D86AC (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 444 | Native Messages | +17868578358 | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 10/2/2020 11:42:37 AM(UTC-4)<br>**Read:** 10/2/2020 11:58:45 AM(UTC-4) | **Direction:** Incoming **Body:** Empire?<br>**Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9D8460 (Table: message, handle, chat, Size: 15654912 bytes) **Status:** Read **Message Type:** iMessage | |
| 445 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 10/2/2020 11:58:52 AM(UTC-4) | **Direction:** Outgoing **Body:** Just know I'm in on one<br>**Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9D9F80 (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 446 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 10/2/2020 11:58:57 AM(UTC-4) | **Direction:** Outgoing **Body:** Just paid 500 too<br>**Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9D9D40 (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 447 | Native Messages | +17868578358 | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 10/2/2020 12:01:50 PM(UTC-4)<br>**Read:** 10/2/2020 12:02:14 PM(UTC-4) | **Direction:** Incoming **Body:**<br>**Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9D9762 (Table: message, handle, chat, Size: 15654912 bytes) **Status:** Read **Message Type:** iMessage | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 476 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 10/3/2020 12:43:06 PM(UTC-4) | **Direction:** Outgoing **Body:** Nah man Ricks own lol **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9E7B27 (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 477 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 10/3/2020 12:43:15 PM(UTC-4) | **Direction:** Outgoing **Body:** Imma buy some new ish tho trust me **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9E78EF (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 478 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 10/3/2020 12:43:20 PM(UTC-4) | **Direction:** Outgoing **Body:** I'm back on the market **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9E769D (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 479 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 10/4/2020 10:02:07 AM(UTC-4) | **Direction:** Outgoing **Body:** Yo **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9EAF80 (Table: message, chat, Size: 15654912 bytes) **Status:** Sent **Message Type:** iMessage | |
| 480 | Native Messages | +17868578358 | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 10/4/2020 10:54:54 AM(UTC-4) **Read:** 10/5/2020 12:37:29 AM(UTC-4) | **Direction:** Incoming **Body:** Yoooo **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9EAD66 (Table: message, handle, chat, Size: 15654912 bytes) **Status:** Read **Message Type:** iMessage | |
| 481 | Native Messages | +15614043378 Shalam Bey* (owner) | **Participants:** +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | **Timestamp:** 10/5/2020 8:35:42 PM(UTC-4) | **Direction:** Outgoing **Body:** https://youtu.be/NMxpVJgBA7E **Attachments:** 2D1604DD-6662-491B-996F-D457A49C1754.pluginPayloadAttachment   7966923F-EEEE-49C0-9BAD-69DDE0F5B450.pluginPayloadAttachment **Source Extraction:** Legacy **Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9F15D1 (Table: message, chat, attachment, Size: 15654912 bytes) 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/Attachments/20/00/9A4AC3B1-9C44-463A-ADC3-06DCA874F444/2D1604DD-6662-491B-996F-D457A49C1754.pluginPayloadAttachment :  (Size: 16275 bytes) 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/Attachments/dc/12/7BDFA7D1-E7B8-45A0-882A-82F092434CB6/7966923F-EEEE-49C0-9BAD-69DDE0F5B450.pluginPayloadAttachment :  (Size: 1152626 bytes) **Status:** Sent **Message Type:** iMessage | |

| # | Source | Number | Participants | Timestamp | Message |
|---|---|---|---|---|---|
| 482 | Native Messages | +15614043378 Shalam Bey* (owner) | +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | Timestamp: 10/7/2020 10:56:20 PM(UTC-4) | Direction: Outgoing Attachments: IMG_3187.MOV Source Extraction: Legacy Source file: 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9F3AF3 (Table: message, chat, attachment, Size: 15654912 bytes) 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/Attachments/22/02/5436D536-0D99-420A-BE2F-65FDC490529E/IMG_3187.MOV :  (Size: 32714655 bytes) Status: Sent Message Type: iMessage |
| 483 | Native Messages | +15614043378 Shalam Bey* (owner) | +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | Timestamp: 10/8/2020 8:28:18 AM(UTC-4) | Direction: Outgoing Body: I need opanas Ds and blues what's up my thing jumping a bit Source Extraction: Legacy Source file: 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9F77B0 (Table: message, chat, Size: 15654912 bytes) Status: Sent Message Type: iMessage |
| 484 | Native Messages | +17868578358 | +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | Timestamp: 10/8/2020 9:20:37 AM(UTC-4) Read: 10/8/2020 9:24:31 AM(UTC-4) | Direction: Incoming Body: Let u kno if anything pop up Source Extraction: Legacy Source file: 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9F9F78 (Table: message, handle, chat, Size: 15654912 bytes) Status: Read Message Type: iMessage |
| 485 | Native Messages | +15614043378 Shalam Bey* (owner) | +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | Timestamp: 10/8/2020 9:24:36 AM(UTC-4) | Direction: Outgoing Body: Smoke that shut Source Extraction: Legacy Source file: 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9F9D33 (Table: message, chat, Size: 15654912 bytes) Status: Sent Message Type: iMessage |
| 486 | Native Messages | +15614043378 Shalam Bey* (owner) | +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | Timestamp: 10/8/2020 9:24:38 AM(UTC-4) | Direction: Outgoing Body: Shit Source Extraction: Legacy Source file: 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9F9B09 (Table: message, chat, Size: 15654912 bytes) Status: Sent Message Type: iMessage |
| 487 | Native Messages | +15614043378 Shalam Bey* (owner) | +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | Timestamp: 10/8/2020 9:24:40 AM(UTC-4) | Direction: Outgoing Body: Yea Source Extraction: Legacy Source file: 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9F98F5 (Table: message, chat, Size: 15654912 bytes) Status: Sent Message Type: iMessage |
| 488 | Native Messages | +17868578358 | +15613320966 Fatal, +17868578358, +15614043378 Shalam Bey (owner) | Timestamp: 10/8/2020 9:29:49 AM(UTC-4) Read: 10/8/2020 9:30:09 AM(UTC-4) | Direction: Incoming Body: I gotta get zeb Source Extraction: Legacy Source file: 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x9F94F7 (Table: message, handle, chat, Size: 15654912 bytes) Status: Read Message Type: iMessage |