# Exhibit 9

# United States Postal Inspection Service
# Sacramento Domicile

## NARCOTICS ENFORCEMENT AND CRIMINAL INVESTIGATIONS (NECI) TASK FORCE

  

## INVESTIGATION REPORT

| | |
|---|---|
| **Date** | November 10, 2020 |
| **Case No.** | 3040725 |
| **Case Name** | "chlnsaint" |
| **Case Investigation** | Darknet Narcotics Investigation - Bitcoin Seizure Report |
| **Associated Cases** | N/A |
| **Reporting Agent** | Bauwens |
| **Case Agent** | Bauwens |

**BITCOIN SEIZURE REPORT**

Following the arrest of Chaloner SAINTILLUS on October 27, 2020, numerous phones and electronic devices were seized during the execution of the federal search warrant. During the previews of some of the electronic devices, evidence of cryptocurrency and dark web narcotics trafficking involving cryptocurrency were observed.

On one of the phones seized by law enforcement, a Samsung Galaxy phone (Item # IS0001560457) located on SAINTILLUS' bed, law enforcement observed an open wickr account utilizing the moniker "showstill", which is the known moniker used by SAINTILLUS when conducting narcotics trafficking outside of the darknet markets. In addition to the wickr account, law enforcement also observed a binance account on the phone. Following the photographing and the forensic imaging of the phone, law enforcement was able to login to both accounts over a series of multiple days.

Once logged into the binance application on the phone, law enforcement observed the email for the account was shalamalielbey@gmail.com and the phone number was 561-774-4760. The account held a balance of 0.17285249 btc. Law enforcement transferred the full amount into a new wallet controlled by law enforcement. The amount received and seized by law enforcement after fees was approximately 0.17229 btc.



**NARCOTICS ENFORCEMENT AND CRIMINAL INVESTIGATIONS (NECI) TASK FORCE**

**REPORT CONTINUATION**

From the wickr application, law enforcement acted in an undercover capacity and accepted two orders of narcotics purchases from the customers. No narcotics were ever mailed by law enforcement. Both suspects sent cryptocurrency directly into a digital wallet controlled by law enforcement.

The order details were as follows:

<u>Order 1:</u>
Moniker: sweettea14
Narcotic Purchased: 1.5 grams fentanyl
Payment: 0.02189282 btc (amount received after fees)
Suspect:  TIA ROSSI, 414 N 5TH ST YOUNGWOOD, PA 15697

<u>Order 2:</u>
Moniker: romokillsbronco
Narcotic Purchased: 3 grams cocaine
Payment: 0.0300 btc (amount received after fees)
Suspect: STEPHEN MILLER, 779 WONDER LANE, COSTA MESA, CA 92627

**DISPOSITION:**

The total amount of bitcoin seized and received by law enforcement was 0.22418282, with an approximate value of $3,444.57, as of the time of this report.  The bitcoin will be retained in the wallet controlled by law enforcement until the time when it is to be transferred to forfeiture for processing. All screenshots of the seizures will be retained in the case file.

*[signature]*                                                                                              November 10, 2020
JASON BAUWENS                                                                                DATE
US Postal Inspector

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    11/10/2020

On October 27, 2020 members of the Northern California Illicit Digital Economy Task Force (NCIDETF) along with state and local partners conducted a search and arrest of 245 N.W. 10th Delray Beach, Florida 33444.

During the search SA Bryant examined two Ledger hardware wallet devices a Nano S and Nano X model. The Ledger Nano S had a broken button on the screen, thus a third party wallet was used by Inspector Bauwens to determine no virtual currency was contained in the device.

Using the seed words discovered during the search, SA Bryant opened the Ledger Nano X and discovered two virtual currency accounts installed Bitcoin (BTC) and Ripple (XRP). The BTC account had a balance of zero while the Ripple account had a balance of 100,310 XRP.

In conjunction with SA Mann (HSI), we transferred 100,270 XRP, to a wallet controlled by SA Mann.  XRP requires a minimum balance be kept in a wallet, thus not allowing the entire amount to be transferred.

Screen shots are kept in a 1A.

Investigation on  10/27/2020  at  Delray Beach, Florida, United States (In Person)

File #  245W-SC-2166937-chlnsaint                                    Date drafted  11/09/2020

by  Daniel M. Bryant

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



SAINTILLUS_00001588