# Exhibit 10




# Extraction Report - Apple iOS Full File system

## Instant Messages (246)

| # | Source | From | To | All timestamps | Content | Deleted |
|---|---|---|---|---|---|---|
| 1 | Wickr | boiboi22 boiboi22 | showstill showstill | Timestamp: 10/21/2020 9:45:24 AM(UTC-4) | **Direction:** Incoming<br>**Body:** Yo yo! :) how are we lookin?<br>**Participants:**<br>Participant   Delivered   Read   Played<br>showstill<br>showstill<br>**Source Extraction:** Legacy<br>**Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/31F4CCCB-05C3-4E5F-8188-44ACD7FA84D1/wickrLocal.sqlite : 0xD2392 (Table: ZWICKR_MESSAGE, ZSECEX_USER, Size: 2949120 bytes)<br>**Message Type:** App Message | |
| 2 | Wickr | showstill showstill (owner) | boiboi22 boiboi22 | Timestamp: 10/21/2020 9:56:26 AM(UTC-4) | **Direction:** Outgoing<br>**Body:** I still got u ill throw the two back<br>**Participants:**<br>Participant   Delivered   Read   Played<br>boiboi22<br>boiboi22<br>**Source Extraction:** Legacy<br>**Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/31F4CCCB-05C3-4E5F-8188-44ACD7FA84D1/wickrLocal.sqlite : 0x115CE9 (Table: ZWICKR_MESSAGE, ZSECEX_USER, Size: 2949120 bytes)<br>**Message Type:** App Message | |
| 3 | Wickr | boiboi22 boiboi22 | showstill showstill | Timestamp: 10/21/2020 9:57:08 AM(UTC-4) | **Direction:** Incoming<br>**Body:** You picking up ty roxies today?<br>**Participants:**<br>Participant   Delivered   Read   Played<br>showstill<br>showstill<br>**Source Extraction:** Legacy<br>**Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/31F4CCCB-05C3-4E5F-8188-44ACD7FA84D1/wickrLocal.sqlite : 0x115999 (Table: ZWICKR_MESSAGE, ZSECEX_USER, Size: 2949120 bytes)<br>**Message Type:** App Message | |

| # | | | | Timestamp | Message | |
|---|---|---|---|---|---|---|
| 4 | Wickr | showstill<br>showstill (owner) | boiboi22<br>boiboi22 | Timestamp:<br>10/21/2020<br>11:56:23 AM(UTC-4) | **Direction:** Outgoing<br>**Body:** Got it now<br><br>**Participants:**<br><br>Participant   Delivered   Read   Played<br>boiboi22<br>boiboi22<br><br>**Source Extraction:** Legacy<br>**Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/31F4CCCB-05C3-4E5F-8188-44ACD7FA84D1/wickrLocal.sqlite : 0x25AD0F (Table: ZWICKR_MESSAGE, ZSECEX_USER, Size: 2949120 bytes)<br>**Message Type:** App Message | |
| 5 | Wickr | showstill<br>showstill (owner) | boiboi22<br>boiboi22 | Timestamp:<br>10/21/2020<br>11:56:54 AM(UTC-4) | **Direction:** Outgoing<br>**Body:** Leave address here fam<br><br>**Participants:**<br><br>Participant   Delivered   Read   Played<br>boiboi22<br>boiboi22<br><br>**Source Extraction:** Legacy<br>**Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/31F4CCCB-05C3-4E5F-8188-44ACD7FA84D1/wickrLocal.sqlite : 0x25A9D8 (Table: ZWICKR_MESSAGE, ZSECEX_USER, Size: 2949120 bytes)<br>**Message Type:** App Message | |
| 6 | Wickr | boiboi22<br>boiboi22 | showstill<br>showstill | Timestamp:<br>10/21/2020<br>11:59:23 AM(UTC-4) | **Direction:** Incoming<br>**Body:** [redacted]<br><br>**Participants:**<br><br>Participant   Delivered   Read   Played<br>showstill<br>showstill<br><br>**Source Extraction:** Legacy<br>**Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/31F4CCCB-05C3-4E5F-8188-44ACD7FA84D1/wickrLocal.sqlite : 0x25A680 (Table: ZWICKR_MESSAGE, ZSECEX_USER, Size: 2949120 bytes)<br>**Message Type:** App Message | |
| 7 | Wickr | boiboi22<br>boiboi22 | showstill<br>showstill | Timestamp:<br>10/21/2020<br>11:59:38 AM(UTC-4) | **Direction:** Incoming<br>**Body:** You da man!!!<br><br>**Participants:**<br><br>Participant   Delivered   Read   Played<br>showstill<br>showstill<br><br>**Source Extraction:** Legacy<br>**Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/31F4CCCB-05C3-4E5F-8188-44ACD7FA84D1/wickrLocal.sqlite : 0x2048BF (Table: ZWICKR_MESSAGE, ZSECEX_USER, Size: 2949120 bytes)<br>**Message Type:** App Message | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Wickr | showstill<br>   showstill (owner) | boiboi22<br>   boiboi22 | **Timestamp:**<br>10/21/2020<br>12:01:12 PM(UTC-4) | **Direction:**<br>Outgoing<br>**Participants:**<br><br>Participant   Delivered   Read   Played<br>boiboi22<br>boiboi22<br><br>**Attachments:**<br><br>iOS_screenshot<br><br>**Source Extraction:** Legacy<br>**Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/31F4CCCB-05C3-4E5F-8188-44ACD7FA84D1/wickrLocal.sqlite : 0x204C22 (Table: ZWICKR_MESSAGE, ZSECEX_USER, Size: 2949120 bytes) 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Containers/Data/Application/D738CB7F-6866-4DF5-A37E-826501F2E426/Documents/downloads/06876C93-5038-4D75-81D4-AB3F9F37FA32/iOS_screenshot :  (Size: 52633 bytes)<br>**Message Type:**<br>App Message | |
| 9 | Wickr | boiboi22<br>   boiboi22 | showstill<br>   showstill | **Timestamp:**<br>10/21/2020<br>12:02:31 PM(UTC-4) | **Direction:**<br>Incoming<br>**Body:**<br>I'd buy more from ya buy have 2k tied up with a dude that is supposed to have Oxt Sandoz 80's. Been like almost two weeks.<br><br>**Participants:**<br><br>Participant   Delivered   Read   Played<br>showstill<br>showstill<br><br>**Source Extraction:** Legacy<br>**Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/31F4CCCB-05C3-4E5F-8188-44ACD7FA84D1/wickrLocal.sqlite : 0x20450B (Table: ZWICKR_MESSAGE, ZSECEX_USER, Size: 2949120 bytes)<br>**Message Type:**<br>App Message | |
| 10 | Wickr | showstill<br>   showstill (owner) | boiboi22<br>   boiboi22 | **Timestamp:**<br>10/21/2020<br>12:51:36 PM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>Ok<br><br>**Participants:**<br><br>Participant   Delivered   Read   Played<br>boiboi22<br>boiboi22<br><br>**Source Extraction:** Legacy<br>**Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/31F4CCCB-05C3-4E5F-8188-44ACD7FA84D1/wickrLocal.sqlite : 0x1B69D9 (Table: ZWICKR_MESSAGE, ZSECEX_USER, Size: 2949120 bytes)<br>**Message Type:**<br>App Message | |
| 11 | Wickr | showstill<br>   showstill (owner) | boiboi22<br>   boiboi22 | **Timestamp:**<br>10/21/2020<br>12:51:38 PM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>Mk<br><br>**Participants:**<br><br>Participant   Delivered   Read   Played<br>boiboi22<br>boiboi22<br><br>**Source Extraction:** Legacy<br>**Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/31F4CCCB-05C3-4E5F-8188-44ACD7FA84D1/wickrLocal.sqlite : 0x1B6D0B (Table: ZWICKR_MESSAGE, ZSECEX_USER, Size: 2949120 bytes)<br>**Message Type:**<br>App Message | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | Wickr | showstill<br>showstill (owner) | boiboi22<br>boiboi22 | **Timestamp:**<br>10/21/2020<br>12:02:13 PM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>Lmk*<br><br>**Participants:**<br><br>Participant    Delivered    Read    Played<br>boiboi22<br>boiboi22<br><br>**Source Extraction:** Legacy<br>**Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/31F4CCCB-05C3-4E5F-8188-44ACD7FA84D1/wickrLocal.sqlite : 0x1B66A5 (Table: ZWICKR_MESSAGE, ZSECEX_USER, Size: 2949120 bytes)<br>**Message Type:**<br>App Message | |
| 13 | Wickr | boiboi22<br>boiboi22 | showstill<br>showstill | **Timestamp:**<br>10/21/2020<br>12:52:30 PM(UTC-4) | **Direction:**<br>Incoming<br>**Body:**<br>Will do! Are you gonna be able to fire off that pack today?<br><br>**Participants:**<br><br>Participant    Delivered    Read    Played<br>showstill<br>showstill<br><br>**Source Extraction:** Legacy<br>**Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/31F4CCCB-05C3-4E5F-8188-44ACD7FA84D1/wickrLocal.sqlite : 0x1B6339 (Table: ZWICKR_MESSAGE, ZSECEX_USER, Size: 2949120 bytes)<br>**Message Type:**<br>App Message | |
| 14 | Wickr | boiboi22<br>boiboi22 | showstill<br>showstill | **Timestamp:**<br>10/21/2020<br>12:53:14 PM(UTC-4) | **Direction:**<br>Incoming<br>**Body:**<br>If I don't get a response from this guy soon I'll cancel the order and hit you up.<br><br>**Participants:**<br><br>Participant    Delivered    Read    Played<br>showstill<br>showstill<br><br>**Source Extraction:** Legacy<br>**Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/31F4CCCB-05C3-4E5F-8188-44ACD7FA84D1/wickrLocal.sqlite : 0x1B7CB6 (Table: ZWICKR_MESSAGE, ZSECEX_USER, Size: 2949120 bytes)<br>**Message Type:**<br>App Message | |
| 15 | Wickr | showstill<br>showstill (owner) | boiboi22<br>boiboi22 | **Timestamp:**<br>10/21/2020 3:22:58 PM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>Shipped<br><br>**Participants:**<br><br>Participant    Delivered    Read    Played<br>boiboi22<br>boiboi22<br><br>**Source Extraction:** Legacy<br>**Source file:** 00008030-0019650A22D8802E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/31F4CCCB-05C3-4E5F-8188-44ACD7FA84D1/wickrLocal.sqlite : 0x1B7988 (Table: ZWICKR_MESSAGE, ZSECEX_USER, Size: 2949120 bytes)<br>**Message Type:**<br>App Message | |