# Exhibit 11

# United States Postal Inspection Service
# Sacramento Domicile

## NARCOTICS ENFORCEMENT AND CRIMINAL INVESTIGATIONS (NECI) TASK FORCE

  

## INVESTIGATION REPORT

| | |
|---|---|
| **Date** | October 27, 2020 |
| **Case No.** | 3040725 |
| **Case Name** | "chlnsaint" |
| **Case Investigation** | Darknet Narcotics Investigation - Search/Arrest Summary Report |
| **Associated Cases** | N/A |
| **Reporting Agent** | Bauwens |
| **Case Agent** | Bauwens |

**SEARCH and ARREST WARRANT SUMMARY REPORT**

On October 21, 2020, Inspector Bauwens authored and was granted a criminal complaint/federal arrest warrant in the Eastern District of California (20-MJ-0162) for the primary target in this ongoing investigation, Chaloner SAINTILLUS (aka: Shalam Ali El Bey).  On October 22, 2020, Inspector Bauwens authored and was granted federal search warrants in the Southern District of Florida, for the residence of 245 NW 10th Ave, Delray Beach, Florida 33444 (20-8351-BER) and the white BMW sedan bearing Florida license plate PELY47 (20-8352-BER), both of which associate with SAINTILLUS.

On October 27, 2020 at approximately 0830 hours, USPIS, HSI, FBI, DEA, Palm Beach County and the Delray Beach PD SWAT team executed the search and arrest warrants.  Prior to executing the warrants, a briefing was conducted by Inspector Bauwens.

Present during the search and arrest warrant were the following personnel:

USPIS – J. Bauwens, J. Hernandez
HSI – A. Mann, C. Padilla, J. Longo, C. Nowicki, D. DiConza, X. Martinez, A. Levine, T. Manweiler,
FBI – D. Bryant, D. Sharp
DEA - J. Verner, M. Davis,
Palm Beach County SO - C. Yermanos, H. Timms, C. Boyd, H. Ramos
Delray Beach PD - SWAT



**NARCOTICS ENFORCEMENT AND CRIMINAL INVESTIGATIONS (NECI) TASK FORCE**

**REPORT CONTINUATION**

Due to the nature of the narcotics trafficking investigation and the ongoing incidents involving firearms by SAINTILLUS, Delray Beach PD SWAT was requested to conduct the initial entry of the residence. At approximately 0830 hours, SWAT executed the search and arrest warrant and approximately seven minutes later they advised the residence was clear and all occupants were secured. During the clearing of the residence, they advised they encountered the following persons:

- <u>Elie Jean-Noel</u> - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ - encountered in the front hallway
- <u>Antoine Ilus Jr</u> - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ - encountered in the back left bedroom, later labeled as "Room C"
- <u>Danielle Angelic Turner</u> - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Born in 1996 - encountered in the front bedroom just left of the front door, holding an infant child, later labeled as "Room K"
- <u>Chaloner SAINTILLUS</u> - Primary Suspect - encountered at the bed of the bedroom to the right of the front door, later labeled as "Room I". SAINTILLUS was ordered onto the floor and taken into custody without incident.

Following the securing of the residence, all occupants were brought out to the front lawn area of the residence. Delray Beach PD SWAT departed the area shortly after securing the residence and were not present during the physical search of the residence.

Prior to beginning a search of the residence, Agent Mann was assigned as the photographer and photograph documented the condition of the residence. Following the completion of the photographs, each room was assigned a letter designation (See attached room labels and sketch of the residence).

Inspector Hernandez and Agent Ramos were assigned as the evidence custodians. Prior to law enforcement beginning their search, they were briefed on the items the search warrant authorized to be seized. All searchers were advised that if they encountered any evidence of value, they were to have the item photographed by SA Mann before it was collected as evidence.

The following is a short description of the items seized:

| ITEM NUMBER | ITEM DESCRIPTION | LOCATION FOUND |
|---|---|---|
| IS0001560450 | Pure Inositol cutting agent, pills bottles, leaf pouch and empty capsules | Room I (Saintillus Bedroom) |
| IS0001560451 | Oxycodone pills (22 grams) | Room I (Saintillus Bedroom) |
| IS0001560452 | 2 boxes of .40 caliber ammo | Room I (Saintillus Bedroom) |
| IS0001560454 | Electronic Ledger Nano X storage device - paperwork and box located in the BMW (Room L) | Room I (Saintillus Bedroom) |
| IS0001560456 | Electronic Ledger Nano S storage device - paperwork and box located in the BMW (Room L) | Room I (Saintillus Bedroom) |
| IS0001560455 | Acer laptop | Room I (Saintillus Bedroom) |
| IS0001560457 | Samsung Galaxy Phone | Room I (Saintillus Bedroom) |



# NARCOTICS ENFORCEMENT AND CRIMINAL INVESTIGATIONS (NECI) TASK FORCE
## REPORT CONTINUATION

| | | |
|---|---|---|
| IS0001560458 | Apple iPhone | Room I (Saintillus Bedroom) |
| IS0001560468 | 3 debit/credit cards; Paypal; blue debit master card; black showboat visa debit card | Room I (Saintillus Bedroom) |
| IS0001560650 | Oxycodone pills (1 gram) | Room I (Saintillus Bedroom) |
| IS0001560651 | Amphetamine pills (15 grams) | Room I (Saintillus Bedroom) |
| IS0001560652 | Alprazolam pills (1 gram) | Room I (Saintillus Bedroom) |
| IS0001560469 | 40 cal. Sig Sauer S/N 24B053300 and black holster. | Room I (Saintillus Bedroom) |
| IS0001438512 | .40 caliber magazine with .40 caliber ammo inside - removed from the firearm when seized. | Room I (Saintillus Bedroom) |
| IS0001560653 | Orange pill bottles | Room I (Saintillus Bedroom) |
| IS0001560459 | Assorted ammunition (.40; .45, .223, 556, 7.62 X 39) and a .556 magazine (est. 2000+ rounds) | Room I (Saintillus Bedroom) |
| IS0001560463 | Approx. 694 grams of white powder that field tested positive for fentanyl. | Room E - refrigerator |
| IS0001438513 | Plastic bags and coffee cup sleeve which the fentanyl was originally located in. | Room E - refrigerator |
| IS0001560471 | Amazon Tablet | Room L - BMW |
| IS0001560453 | LG Nexus Phone | Room L - BMW |
| IS0001560461 | Off white hard powder substance in a bag which field tested positive for crack cocaine (15 grams) | Room C (Ilus Bedroom) |
| IS0001560462 | Black hard substance in a bag which field tested positive for heroin (12 grams) | Room C (Ilus Bedroom) |
| IS0001560464 | Digital scale | Room C (Ilus Bedroom) |
| IS0001560466 | Two boxes and a sock filled with ammunition | Room C (Ilus Bedroom) |
| IS0001560470 | Black and white notebook | Room C (Ilus Bedroom) |
| N/A | 100,270 XRP (Ripple Cryptocurrency - US Value approximately $25,328.00 at the time of seizure) | Ledger Nano X |

Besides the items above which were seized, law enforcement photographed numerous other items of evidence throughout the house, which was pertinent to the investigation, to include USPS Express labels, envelopes, packaging supplies and items of indicia for SAINTILLUS in Room I.  Additionally, all of the electronics located at the residence were seized for a later comprehensive forensic imaging and review but while still at the residence, initial previews were attempted for each of the devices.  During the initial previews of the two phones located in SAINTILLUS' bedroom, numerous images, notes, screenshots and logged in accounts and applications linking SAINTILLUS to the ongoing darknet narcotics trafficking investigation were observed, to include:

- ➢ Photos and images of pills and narcotics which appear to be the same images utilized on the chlnsaint vendor pages.
- ➢ Screenshot of the chlnsaint Empire, WhiteHouse and DarkMarket vendor pages
- ➢ Screenshot of the decrypted undercover address and undercover fentanyl purchase conducted by



**NARCOTICS ENFORCEMENT AND CRIMINAL INVESTIGATIONS (NECI) TASK FORCE**

**REPORT CONTINUATION**

- law enforcement on the chlnsaint DarkMarket vendor page on October 25, 2020.
- Wickr account with the moniker "showstill", which is utilized by the vendor chlnsaint.
- Wickr communication with the user who was the intended recipient of the package seized by law enforcement on October 8, 2020, which was shipped by SAINTILLUS and contained 7 grams of fentanyl.
- Numerous cryptocurrency digital wallets, one of which was determined to contain over 100,270 XRP, which was seized and transferred to a digital wallet controlled by law enforcement.

### INTERVIEW and STATEMENTS

Once the residence was secured by SWAT and all occupants of the house were waiting in the front yard of the residence, SAINTILLUS was very vocal and kept telling any law enforcement that was nearby him that he wanted "his ledgers" and kept stating, "I need my ledgers". Numerous agents asked what he was referring to and he kept motioning to the bedroom where he was arrested (Bedroom I) and stated he had two ledgers on a chain on the floor by the bed that he wanted.

As the search began, Inspector Bauwens led SAINTILLUS to Room H, where he intended to conduct the interview with him. As Inspector Bauwens was leading SAINTILLUS past Room I, SAINTILLUS stopped and spontaneously stated his brother put a gun in the room and SAINTILLUS was just holding it for him but it was not his. SAINTILLUS also stated there was a bunch of ammo in a suitcase in his room but he just forgot he had it and accidentally moved it with him when he moved into the house. Lastly, SAINTILLUS began motioning to the Ledgers in the room on the floor and again advised he wanted the Ledgers put around his neck so he could take them with him when he leaves.

When Inspector Bauwens and Agent Padilla got to Room H and attempted to interview him, SAINTILLUS immediately and prior to being advised of his rights, stated he did not want to make any statements until after he spoke with his lawyer. No further interview was attempted with SAINTILLUS. SAINTILLUS was provided a copy of the search and arrest warrants, was given water and was allowed to use the restroom while he remained at the residence during the search.

At approximately 1125 hours, at the conclusion of the search, exit photographs were taken and a copy of the Search Warrants, Attachment A, Attachment B and Inventory was left in the living room of the residence.

### TRANSPORT

Prior to concluding the search, at approximately 1100 hours, Inspector Bauwens and SA DiConza transported SAINTILLUS to the Palm Beach County Detention Center. They completed the booking process and departed the jail at approximately 1240 hours.



**NARCOTICS ENFORCEMENT AND CRIMINAL INVESTIGATIONS (NECI) TASK FORCE**

**REPORT CONTINUATION**

The following morning, October 28, 2020, Inspector Bauwens and SA DiConza picked up SAINTILLUS from the jail and transported him to the US Marshals in West Palm Beach and turned him over into their custody. Inspector Bauwens completed the booking process at approximately 0810 hours.

-END OF REPORT-

*[signature]*                                                                                             November 9, 2020

JASON BAUWENS                                                                                DATE
US Postal Inspector