Shalam C. Saintillus-Bey: Xref: 5351960 5E119
651 I Street
Sac, California, [95814]

SC: 2:20-cr-00213 KJM
12/14/22

-Ex Parte- **Motion for In Camera hearing** IN Equity

| Shalam C. Saintillus-Bey (Real Party in interest) | This Motion is governed by 21 U.S.C. §853(c); §(n) "Third party transfers"; "Third Party interest" Also Docket#'s 108; 109 "The Bill of Complaint in Equity" "Superior title claims" -Ex Parte- Per. Fr. cr. p. Rule 32.2(c) "Ancillary proceeding" of Property Interest |
| CHALONER SAINTILLUS (Infant/Minor) "Complainant" | |
| v. | |
| UNITED STATES of America (Sam Stefanki) | |

("Age of Majority" is Published on Record")

Comes Now the Petitioner, Shalam C. Saintillus-Bey, in Proper Person, Sui Juris Autonomous, very briefly. I Move this court to dismiss the Instant matter. I hold Superior title as I've Previously claimed in camera "November 28, 2022" hearing and Provided my "Age of Majority" "Superior titles" which has been duly Published on the courts registry Prior to any decisions, Convictions etc... Through Docket#'s 108; 109. Persuant to 21 U.S.C. §853(c); (n) I have established through the hearing held Nov. 28, 2022, that I am the Registered Owner of the Property Interest Per. §(n) "Minor/Infant, Trust Property, i.e. The Securities/Assets/Properties, See: Docket 108 or 109 "The Bill of Complaint In Its Entirety. (I Do Not consent to any forfeiture Per. Rule 32.2(b)(4)(A)") Which was signed under the penalty's of Perjury, with Supporting facts, title, i.e. "Interest in Such Property" claim and My relief sought. In the Interest of Justice, The Court has been Properly Noticed and Served on above cited date. Please Show me in an Equitable response, why I am not entitled to Such right, as Birthright heir to Cestui Qui Trust and Per. Canon 2057.   Shalam C. Saintillus-Bey; (28 U.S.C. § 1746)

12/4/22

CC: 2:20-cr-00213-KJM

Any disposal of said Property after properly being Noticed. Will subject the Court and all officers of the Court involved Per. Title 42 USC §1985 civil action suit in the recovery and damages incurred etc...

I am The Entitlement holder of the Trust and Estate. I hold the res, I hold the Superior title.

Shalim C. Satillo-Bey (28 USC §1746)
Bey: Sole Beneficiary, "Third Party Preffered Creditor"

Docket #'s 108; 109 was properly timely filed Per. Rule 32.2(c) "Ancillary proceeding" of interest in property. and Per. 21 U.S.C. §853(n)

"Age of Majority" was properly submitted, The Court is depriving/attempting to deprive me of this right. Which is liable in civil suit. For forcing an "Reciever", i.e. Attorney on the Matter. Courts of Equity has Exclusive Jurisdiction over Trust property! See: Docket 108; 109 in Entirety.

The Caveat is has "I" the third Party Preffered Creditor has filed a timely petition. The Answer is Yes! Docket #'s 108 and specifically Docket # 109. In particular, Honorable Chief Judge Kimberly-Mueller needs to consider those docket #'s and Rule on them. Specifically Docket # 109 (which has not been denied yet for the Record.) I am claiming a property interest and I Do not consent to its forfeiture Per. Rule 32.2

ON Back, "two supporting case laws" for this Breach of Trust

"21 U.S.C. § 853 does not simply require court to adjudicate status of property interests in abstract; rather, it specifies that court must determine status of asserted property interest as those interest existed at time of commission of [acts] which gave rise to forfeiture of property." U.S. v. Carmichael, 419 F. Supp. 2d 1376 (M.D. Ala. 2006)"

"Although criminal forfeiture statute 21 USC § 853(n) does not distinguish between preliminary and final orders of forfeiture - latter being entered at sentencing - statute and Fed. R. Crim. P. 32.2, construed together, allows third-party petition process for asserting claims to property subject to criminal forfeiture to begin prior to criminal judgment being entered, if government has obtained preliminary order of forfeiture." U.S. v. Marion, 562 F. 3d 1330, 21 FLA. L. Weekly Fed. C 1651 (11th Cir.), cert denied, 558 US. 930, 130 S. Ct. 347, 175 L. Ed. 2d 229 (2009)"

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER.   HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

## CERTIFICATION OF BIRTH

STATE FILE NUMBER:  109-1988-010407   DATE ISSUED: FEBRUARY 7, 2022

DATE FILED:   JANUARY 15, 1988

CHILD'S NAME:   CHALONER   SAINTILLUS

DATE OF BIRTH:

SEX:   MALE

COUNTY OF BIRTH:   PALM BEACH COUNTY

MOTHER'S NAME:   CHARITABLE   SONTASE
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

FATHER'S NAME:   LUCKNER   SAINTILLUS

_Ken Jones_ , STATE REGISTRAR

REQ: 2023619584

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1946 (03-13)



CERTIFICATION OF VITAL RECORD



Florida