UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:20-cr-00213-KJM |
| Plaintiff, | ORDER |
| v. | |
| Chaloner Saintillus, | |
| Defendant. | |

In this closed criminal case, defendant Chaloner Saintillus pleaded guilty about one year ago. *See* Mins., ECF No. 214. At the time, he was represented by appointed counsel, David Fischer. After Saintillus was sentenced, the court granted Fischer's motion to withdraw. *See* Mins., ECF No. 248. Saintillus is now proceeding pro se. Fischer recently contacted the court to relate his concern that the Clerk's Office may have rejected Saintillus's pro se filings based on the mistaken understanding that Saintillus is currently represented by counsel. In a previous minute order, the court instructed the Clerk's Office not to file any pro se filings submitted by Saintillus while he was represented by counsel. ECF No. 199. Now that Fischer has been relieved, that previous order is no longer applicable: **the Clerk's Office should not reject any filings by Saintillus based on the Minute Order at ECF No. 199**.

Although the Clerk's Office will no longer reject Saintillus's pro se filings based on the court's previous minute order, the court will not permit Saintillus to file many repetitive and

confusing pro se motions and notices, as he did in the past when he was previously proceeding without an attorney to represent him in this matter. *See, e.g.*, Order (May 25, 2022) at 5–6 & nn.2–3, ECF No. 122 (summarizing these filings). The court cautions Saintillus that if he resumes his previous practice of filing many repetitive motions and notices, the court may again place limits on his ability to add filings to the docket of this action.

Saintillus also now moves for "permission to file a writ of habeas corpus." ECF No. 254. In light of the clarifications and order above, that motion is **denied as moot**. Saintillus may seek post-conviction relief under 28 U.S.C. § 2255 or another relevant law if he so chooses.

IT IS SO ORDERED.

DATED: April 17, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2