PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>CHALONER SAINTILLUS,<br><br>              Defendant. | CASE NO. 2:20-CR-00213-KJM<br><br>ORDER GRANTING GOVERNMENT'S REQUEST RE RESPONSE TO DEFENDANT'S *PRO SE* PETITION UNDER 28 U.S.C. § 2255 |

On June 12, 2024, the United States requested a thirty-day extension of time to file its response to defendant Chaloner Saintillus's *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2255. The Court grants the government's request and hereby ORDERS as follows:

1. The United States shall file its response to Saintillus's petition no later than July 12, 2024; and

2. Saintillus shall file any reply to the United States' response no later than fourteen days thereafter.

This order resolves ECF 259 and ECF 261.

IT IS SO ORDERED.

        Date: June 20, 2024

                                                                  CHIEF UNITED STATES DISTRICT JUDGE