PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00213-KJM |
|---|---|
| Plaintiff, | ORDER RE BRIEFING SCHEDULE |
| v. | |
| CHALONER SAINTILLUS, | |
| Defendant. | |

On June 12, 2024, the United States of America (the "government") requested a further modification to the briefing schedule governing defendant Chaloner Saintillus's *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2255.  The Court finds the government has shown good cause and GRANTS the government's request and hereby ORDERS as follows:

1. The existing briefing schedule in this matter is hereby VACATED;

2. Former defense counsel David D. Fischer's counsel in this matter shall file any opposition to the government's motion for disclosure of privileged communications no later than September 3, 2024;

3. Saintillus shall file any response to Mr. Fischer's opposition no later than October 7, 2024;

4. The government shall file any response to Mr. Fischer's and Saintillus's filings no later than October 28, 2024; and

5. The government shall file its opposition to Saintillus's habeas petition no later than fourteen days following the Court's issuance of an order resolving the question of Saintillus's waiver of attorney-client privilege.

IT IS SO ORDERED.

DATED: July 29, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE