1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    United States of America,                         No. 2:20-cr-00213-KJM

11                          Plaintiff,                   ORDER

12         v.

13    Chaloner Saintillus,

14                          Defendant.

15

16         On March 6, 2025, this court denied defendant Chaloner Saintillus's motion to set aside or

17    correct his sentence under 28 U.S.C. § 2255.  ECF No. 283.  Saintillus appealed that order, ECF

18    No. 284, and the Court of Appeals has remanded the case for the limited purpose of granting or

19    denying a certificate of appealability under 28 U.S.C. § 2253(c), ECF No. 289.

20         The court declines to issue a certificate of appealability.  Reasonable jurists would not find

21    any relevant decision or issue "debatable."  *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

22    The record and law are clear and show Saintillus is entitled to no relief under 28 U.S.C. § 2255:

23    this court had jurisdiction; he did not file an appeal from the judgment against him; he has not

24    shown cause, actual prejudice, or actual innocence, as would be necessary to pursue a § 2255

25    motion in place of an appeal; and his substantive claims are meritless in any event.  *See* Order

26    (Mar. 6, 2025) at 2–3.

27         IT IS SO ORDERED.

28    DATED:  May 28, 2025.

                                                UNITED STATES DISTRICT JUDGE