UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>    v.<br><br>Chaloner Saintillus,<br><br>                Defendant. | No. 2:20-cr-00213-KJM<br><br>ORDER |

    The court is in receipt of the document filed by pro se defendant Chaloner Saintillus at ECF No. 290. The court has disregarded that filing given the pending appeal, No. 25-1956, and will disregard any similar documents Saintillus may file while the appeal is pending.

    IT IS SO ORDERED.

DATED: June 18, 2025.

                                            UNITED STATES DISTRICT JUDGE