UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:20-cr-00213-KJM |
| Plaintiff, | ORDER |
| v. | |
| Chaloner Saintillus, | |
| Defendant. | |

In a previous order, the court stated that it would disregard duplicative or repetitive filings by pro se defendant Chaloner Saintillus during the course of his pending appeal. ECF No. 292. Since then, Saintillus has filed multiple additional documents, which this court confirms it has disregarded under that previous order. *See* ECF Nos. 295, 296, 297, 299, 300.

The court will not permit Saintillus to continue cluttering the docket of this action with many similar filings, which are difficult to comprehend if not nonsensical. If Saintillus continues to file similar documents, the court will instruct the Clerk's Office not to accept his pro se submissions for filing in the future. The court also cautions Saintillus that if he continues to send many similar documents for filing in this matter, he may face additional sanctions.

IT IS SO ORDERED.

DATED: August 29, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE